# EXHIBIT 2

# LEVEL UP TO THE ONE

Squad up and compete in flag football's premier tournament series and championship – The One.

VIEW THE SCHEDULE

# COMPETE IN OLYMPIC-INSPIRED FLAG FOOTBALL

**Ultra-competitive sanctioned tournaments, exclusive U.S. Flag National Team scouting opportunities and divisions from 6U to adult means this is your chance to #Leve1Up to The One Flag Championship, coming to Charlotte July 7-9, 2023.**

## THE TOURNAMENT SERIES

There are many flag tournaments out there, but this series will be the first that uses the new USA Football Fives Rulebook. The rulebook is based on IFAF's regulations that are used for official international events, including potential Olympic competitions!

The One Championship Series is the official tournament opportunity to get scouted for a 2024 U.S. National Team and score an invite to the trials. If you want your shot to **#RepTheFlag** on the world's largest stages, make sure you show up and show out!

## THE ONE FLAG CHAMPIONSHIP

### LOCATION & DATE DETAILS

The final competition takes place in Charlotte, NC at the United States Performance Center (https://www.usperformancecenter.com), located near the University of North Carolina - Charlotte.

Taking place July 7-9, competitors and fans will also be able to check out the Junior International Cup which will showcase the 2023 Junior Flag U.S. National Teams taking on other countries. Athletes that participate in The One Flag Championship, or its sanctioned tournaments, will be scouted for 2024 trial invites. More events are also being planned, make sure to check back for more details.



# GET READY TO LEVEL UP

## YOUTH SCHEDULE

We're proud to partner with Hard Count (https://hardcountathletics.com/), a premier competitive tournament operator, who will host five Sectional Tournaments and the two Regional Qualifier Tournaments. Additional sanctioned tournament opportunities may be offered in 2023.

**Orlando**

**February 25**

**Registration Closed**

**Pittsburgh (Regional)**

**March 11**

Register (https://hardcountathletics.com/pittsburgh-national-qualifier/)

| Phoenix | Dallas |
|---|---|
| March 25 | April 1 |
| Register (https://hardcountathletics.com/phoenix-national-qualifier/) | Register (https://hardcountathletics.com/dallas-national-qualifier/) |
| Las Vegas (Regional) | Los Angeles |
| April 22-23 | May 6 |
| Register (https://hardcountathletics.com/las-vegas-national-qualifier/) | Register (https://hardcountathletics.com/los-angeles-national-qualifier/) |
| San Diego | The One Flag Championship |
| June 17-18 | Charlotte, NC |
| | July 7-9 |
| Register (https://hardcountathletics.com/san-diego-national-championship/) | Register (https://www.zortssports.com/tournament/app/11123) |



# ADULT ELITE SERIES SCHEDULE

The USA Football Adult Elite Championship Series is your chance to compete in Olympic-inspired play and get scouted to represent your country in international competitions on a U.S. Flag National Team. Learn more about the Adult Elite Championship Series here. (https://usafootball.com/elite-series)

| Dallas, TX | Bradenton, FL |
|---|---|
| April 1 | June 3 |
| Register (https://www.zortssports.com/tournament/app/10245) | Register (https://www.zortssports.com/tournament/app/11115) |
| San Diego, CA | The One Flag Championship |
| June 17 | Charlotte, NC |
| | July 7-9 |
| Register (https://www.zortssports.com/tournament/app/11121) | |

Register (https://www.zortssports.com/tournament/app/1112...

## MAKE SURE YOUR TOURNAMENT IS PART OF THE SERIES

There are lots of tournaments out there, but only a few lead to The One Flag Championship.

Check with your tournament operator or look for the Sanctioned Tournament seal to make sure the competition you're evaluating is part of the pathway. Still not sure? Feel free to reach out to teamusa@usafootball.com to ask if the tournament is sanctioned by USA Football for The One Flag Championship Series. If you run a tournament and you're interested in sanctioning with USA Football, click here. (https://leaguefinder.usafootball.com/event/usafb-sanctioned-event-application-2022?register=true&personaId=1)

# THE BASICS

# THE ONE FLAG CHAMPIONSHIP

## WILL THE ONE FLAG CHAMPIONSHIP BE AN OPEN TOURNAMENT?

The One Flag Championship will be open invitation. Full and half-bids for the One will be awarded to teams that win specific divisions within Regional and Sanctioned Tournaments. Team registration for The One Flag Championship will be $500. There is a $100 non-refundable deposit to hold your spot. The full cost must be paid by the registration deadline.

## WHAT DIVISIONS WILL BE PLAYED?

Co-Ed: 6U, 8U, 10U, 12U

Girls: 10U, 12U, 13U, 15U, 17U

Boys: 13U, 15U, 17U

Adult: Men's, Women's, and Co-Ed

Age divisions will be playing USA Football Fives Rules, which are age adjusted international/IFAF rules.

## WHERE CAN I FIND THE USA FOOTBALL FIVES (5V5) RULES?

[Click here to access the tournament rules. (https://fdm.usafootball.com/docs/default-source/league-resources/enrollment-resources/usa-football-fives-tournament-rulebook.pdf)](https://fdm.usafootball.com/docs/default-source/league-resources/enrollment-resources/usa-football-fives-tournament-rulebook.pdf)

## WHERE CAN I STAY UP TO DATE ON THE LATEST?

Follow USA Football on [Instagram (https://www.instagram.com/usa_football/)](https://www.instagram.com/usa_football/), [Twitter (https://twitter.com/USAFootball)](https://twitter.com/USAFootball) and bookmark this page. You can also follow Hard Count on [Twitter (https://twitter.com/hardcountathltx)](https://twitter.com/hardcountathltx) and [Instagram. (https://www.instagram.com/hardcountathletics/?hl=en)](https://www.instagram.com/hardcountathletics/?hl=en)

# THE ONE TOURNAMENT SERIES

## HOW DOES MY TEAM COMPETE IN THE ONE TOURNAMENT SERIES?

Your team will need to register for Sanctioned Tournaments within the series. Registration links can be found in the schedule above.

## WHAT DIVISIONS WILL BE PLAYED?

Co-Ed: 6U – 17U

Boys and Girls: 13U, 15U, 17U

Girls: 10U, 12U

13U, 15U and 17U will play by USA Football Fives at Hard Count tournaments. Any team that plays in a Hard Count tournament and wins either a half or full bid in the following divisions will play up a division in The One; 7U, 9U, 11U.

You can find information about the Adult Elite Championship Series here (https://usafootball.com/elite-series/), which culminates at The One Flag Championship.

### WHERE CAN I FIND THE HARD COUNT RULES FOR 6U - 12U?

The Hard Count rules for 6U - 12U can be found on the respective registration pages for each tournament which can be found in the schedule above.

### HOW DO I GET SCOUTED FOR THE U.S. NATIONAL TEAM & TEAM USA?

The One Tournament Series is the official tournament opportunity to get scouted for a 2024 U.S. National Team. If you want your shot to #RepTheFlag, make sure you show up and show out. Learn more about the U.S. National Team here (https://usafootball.com/programs/national-team/).

### WHO CAN I CONTACT WITH ADDTIONAL QUESTIONS?

If you have additional questions, you can reach out to Nick Rock at nrock@usafootball.com (mailto:nrock@usafootball.com?subject=The One Tournament Series Question).

# GOT A TOURNAMENT?

## FOR THOSE INTERESTED IN TOURNAMENT SANCTIONING WITH US

Sanctioning Application (https://leaguefinder.usafootball.com/event/usafb-sanctioned-event-application-2022?register=true&personaId=1)

(http://usafootball.com)

Connect on Social

 (https://twitter.com/usafootball)

 (https://www.facebook.com/usafootball)

 (https://www.youtube.com/usafootball)

 (https://www.instagram.com/usa_football/)

DEVELOPMENT & TRAINING (HTTPS://USAFOOTBALL.COM/DEVELOPMENT-TRAINING/)

EVENTS (HTTPS://USAFOOTBALL.COM/EVENTS/)

PROGRAMS (HTTPS://USAFOOTBALL.COM/PROGRAMS/)

RESOURCES & TOOLS (HTTPS://USAFOOTBALL.COM/RESOURCES-TOOLS/)

ABOUT USA FOOTBALL (HTTPS://USAFOOTBALL.COM/ABOUT-USAF/)

HELP DESK (HTTPS://HELPDESK.USAFOOTBALL.COM/HC/EN-US)

CONTACT US (HTTPS://USAFOOTBALL.COM/CONTACT-US/)



© 2023 Copyright USA Football

Privacy Policy (http://assets.usafootball.com/documents/legal/USAFB_Privacy_Policy_2023.pdf)
Terms of Use (http://assets.usafootball.com/documents/legal/USAFB_Term_of_Service_2023.pdf)
Transparency in Coverage (https://transparency-in-coverage.uhc.com/)