# EXHIBIT 3

3/20/23, 8:32 AM                                                                 Dallas National Qualifier – Hard Count Athletics

   (https://hardcountathletics.com/)

# DALLAS NATIONAL QUALIFIER

**April 1st, 2023**
Byron Nelson High School
2775 Bobcat Blvd.
Trophy Club, TX 76262

Spectator Entry Fee: $10.00 per person
*Kids age 5 and under are free

**REGISTER FOR DALLAS NATIONAL QUALIFIER (HTTPS://ZORTS.APP.LINK/TOURNAMENT/10571)**

3/20/23, 8:32 AM                                                      Dallas National Qualifier – Hard Count Athletics



APRIL | BYRON NELSON HIGH SCHOOL | 6U, 7U, 8U, 9U, 10U 11U, 12U, 13U, 14U, 17U

# TOURNAMENT DETAILS

**DETAILS:**
- OPEN TO ALL TEAMS & ORGANIZATIONS
- 3 GAME POOL PLAY & SINGLE ELIMINATION BRACKET PLAY
- 12 PLAYER ROSTER MAX & 2 COACHES MAX
- AGE CUT OFF 1/1/2023
- NFL FLAG RULES
- DIVISION WINNERS RECEIVE CHAMPIONSHIP RINGS & A HALF-PAID BID TO THE HCA 2023 NATIONAL CHAMPIONSHIP IN JUNE & A FOOTBALL'S "THE ONE" CHAMPIONSHIP IN JULY
    - *Winners of HCA's 14U division qualifies for the 15U division at USA Football's "The One".

**DIVISIONS:**
Coed: 6U, 7U, 8U, 9U, 10U, 11U, 12U
Boys: 13U, 14U, 17U
Girls: 10U, 12U, 14U, 17U

### ENTRY FEES:

EARLY BIRD REGISTRATION $350.00 PER TEAM 12/7/2022 – 2/25/2023
REGULAR REGISTRATION $375.00 PER TEAM 2/26/2023 – 3/25/2023
*$100 non-refundable deposit to hold your spot. Must be paid in full by registration closing.*

### REGISTRATION DEADLINE:

3/25/2023 at 11:59pm Central Time.

### ROSTERS/WAIVERS:

12 Player Roster Max & 2 Coaches Max Per Team
All rosters must be uploaded into the Zorts system. Zorts Player Cards are required for each player on the roster. A player card will re◻
of the player from the shoulders up, without a helmet on, and either a birth certificate, passport or other state ID showing birth date. P
must be signed by the player's parent or legal guardian.
*Upload deadline is March 30th, 2023 at 11:59pm Central Time.*
**LATE Upload Deadline Incurs a $10 Fee / Player: March 31st, 2023 at 4:00pm Central Time.*

### TEAM CHECK-IN:

Will start at 7:00am Saturday, April 1st, 2023 at the fields. You may check-in starting one hour prior to your scheduled game time.

### AWARDS:

Division winners receive championship rings, half bid the HCA's 2023 National Championship in June & a half bid to USA Football's "The On◻
in July.
*Winners of HCA's 14U division qualifies for the 15U division at USA Football's "The One".

**REFUND POLICY:**

Hard Count has full confidence that our April 1st, 2023 5v5 Tournament in Dallas will happen. We have a no refund policy once you pay the registration fee. In the unusual circumstance where your team is unable to play due to injuries, illness etc., we are happy to provide a credit Count 5v5 Tournament in 2023, as long as we receive written notification by 3/25/2023 at 11:59pm Central Time. In the unforeseeable scen impacted by COVID-19 or other virus-related events, including but not limited to, a mandatory quarantine and/or shut-down of "non-essentia will be offering a credit to a future Hard Count Tournament in 2023.

*Hard Count reserves the right to combine divisions if two (2) or less teams are signed up in a division. For tournaments that have fifty (50) o registered, Hard Count reserves the right to turn an originally planned two (2) day tournament into a one (1) day tournament.

NFL FLAG 5V5 RULE BOOK (https://hardcountathletics.com/wp-content/uploads/2023/02/NFL_Flag_Rulebook_

REFUND POLICY (https://hardcountathletics.com/refund-policy/)

PLAYER CARD INFORMATION (https://hardcountathletics.com/player-card-information/)

## QUESTIONS?

### CONTACT US AT INFO@HARDCOUNTATHLETICS.COM (MAILTO:INFO@HARDCOUNTATHLETICS.COM)

