# EXHIBIT 4

# USA Football (/season/index?orgId=330674)
## Adult Elite Championship Tournament Series - Dallas

**Clubhouse (/post/index)**      Schedule (/calendar/index)      Standings (/standing/index)

## Tournament Registration

**Date(s)**

April 1, 2023

**Location**

Byron Nelson High School, Bobcat Boulevard, Trophy Club, TX, USA

**Description**

Featuring IFAF 5v5 rules, USA Football's Adult Elite Championship Series will be the home for the most premiere adult flag football competition in the country.  The Elite Championship Series is an official part of USA Football's U.S. Flag National Team selection pipeline and the ONLY 5v5 adult tournament destination where you can be evaluated for the U.S. Flag National Team. Winners of the tournament will receive gold medals, a minimum cash prize of $2,500, and a full bid to The One.

**Sport**

Flag Football

**Divisions**

Men's Adult Men 5v5
- Min Players: 5
- Max Players: 10

Women's Adult Women 5v5
- Min Players: 5
- Max Players: 10

**Cost**

- $400.00 per team
- Participants must complete all eligibiity requirements by Mar 26, 2023 12:00 AM CDT
- Players age will be based on the age that they will be on Dec 31, 2023
- Registration ends Mar 26, 2023 @ 12:00 AM

**Contact**

- gphotos@usafootball.com (mailto:gphotos@usafootball.com?Subject=USA Football Adult Elite Championship Tournament Series - Dallas)
- 609-662-4495 (tel:609-662-4495)

$ Register Team (/registration/team?plain=false)     Follow (/season/follow/333531?plain=false)

# Media

## Twitter - ZortsSports
March 20 at 8:05 AM

(https://twitter.com/ZortsSports/status/1637802666343428097)
RT @FL_FootBALLIN: Another well run event @ZortsSports fast updates and stayed on time for 7v7 elite tournament in Merritt Island.

(/post/show/454933)

## Twitter - ZortsSports
March 20 at 7:02 AM

(https://twitter.com/ZortsSports/status/1637786726016983047)
One of the top 7v7 organizations in the country, Cam Newton's C1N brings 7v7 tournament action to the Nations Capitol on April 15th and 16th. Get ready for a great weekend of competion and while there take your team around D.C.! Get Registered now! https://t.co/Hqw5CHE6dP https://t.co/Xt6ax3PVWC



(/post/show/454920)

**Twitter - ZortsSports**
March 19 at 6:51 PM

(https://twitter.com/ZortsSports/status/1637602675805024257)
Great final under way at the @overtime tournament in Phoenix! @TucsonTurfElite and Lo Pro meeting after taking out some of the best teams in #7v7

(/post/show/454860)

**Twitter - ZortsSports**
March 18 at 1:01 PM

(https://twitter.com/ZortsSports/status/1637152272005120004)
Family First! You can't miss his moment! https://t.co/BeMBEcKAVG

(/post/show/454606)

**Twitter - ZortsSports**
March 18 at 6:41 AM

(https://twitter.com/ZortsSports/status/1637056657002823680)

Red Zone Elite travels to Utah March 25th and 26th! Be There for great 7v7 competition! RZE UTAH | 2023 BIG SKY REGIONAL OPEN TO ALL TEAM'S RZE7 National Qualifying Event! Winners receive FREE bid to the 2023 RZE Nationals May 26-28 https://t.co/IhgAn7GjwX https://t.co/72zSt33j4l



**Twitter - ZortsSports**
March 17 at 7:09 AM

(https://twitter.com/ZortsSports/status/1636701355644420097)
Stop #4 for the 2023 Legends 7v7 series, hits Gatlinburg on Apri; 1st and 2nd! Win at Legends! Legends Showcase is awarding donations of up to $2,000 to each program that wins their playoff division. Music, Free Haircuts, Food, and great football! https://t.co/jO93fmlOe6 https://t.co/GPcMoxoVFX



**Twitter - ZortsSports**
March 16 at 0:40 PM

(https://twitter.com/ZortsSports/status/1636422110506565644)

All players must have a Zorts Player card to be eligibile. No Seniors for this tournament! Up to 24 rostered players per team plus 3 coaches This is an age based tournament. Age cutoff will be Jan 1st, 2023 Discounts for multiple teams https://t.co/4gpJClKbsB https://t.co/VyywXHMzGv



(/post/show/454304)

**Twitter - ZortsSports**
March 16 at 6:12 AM

(https://twitter.com/ZortsSports/status/1636324616095268865)

Still time to get in on the "I-40" 7v7 Classic on March 25th in Bermuda Run, NC! Multiple Divisions 8U-HS (Seniors Allowed) Multiple Team Discounts! Don't have a full weekend to commit to a tournament? Register now for this great one day tournament! https://t.co/ObtjpFoS6q https://t.co/hx2sgqBpVo



(/post/show/454185)

## Twitter - ZortsSports
March 15 at 7:43 PM

(https://twitter.com/ZortsSports/status/1636166360186093568)
RT @THELIST7v7: Please SHARE. 1st THANK u EVERYONE for ur FEEDBACK. THE LIST is here to RESPECT &amp; HONOR all TEAMS &amp; ORG's in TX. TX 7v7 is...

(/post/show/454112)

## Twitter - ZortsSports
March 15 at 5:31 PM

(https://twitter.com/ZortsSports/status/1636132968619028483)
RT @Sup7r7on7: New and unique dimension being added to our livestream starting April 8 in Knoxville TN. Once again, no other tournament is...

(/post/show/454085)

| Previous | 1 | 2 (/post/clubHouse?offset=10&max=10) | 3 (/post/clubHouse?offset=20&max=10) |
|---|---|---|---|

| 4 (/post/clubHouse?offset=30&max=10) | 5 (/post/clubHouse?offset=40&max=10) |
|---|---|
| 6 (/post/clubHouse?offset=50&max=10) | 7 (/post/clubHouse?offset=60&max=10) |
| 8 (/post/clubHouse?offset=70&max=10) | 9 (/post/clubHouse?offset=80&max=10) |

| 10 (/post/clubHouse?offset=90&max=10) | … | 59 (/post/clubHouse?offset=580&max=10) |
|---|---|---|

| Next (/post/clubHouse?offset=10&max=10) |
|---|

© 2013 - 2023 App-Order, LLC All Rights Reserved