# EXHIBIT 5



# COMPETE IN OLYMPIC-INSPIRED FLAG FOOTBALL

**The One Flag Championship is your chance for you and your team to get scouted for a U.S. Flag National Team and prove that you are The Ones to beat. Divisions 6U – Adult are eligible to compete. Get ready to Level Up at The One, July 7-9, 2023, in Charlotte.**

# THE TOURNAMENT SERIES

Competing in The One Tournament series is another opportunity for you to get scouted during tournament play for a U.S. Flag National Team and score an invite to the 2024 trials. If you want your shot to #RepTheFlag on the world's largest stages, make sure you show up and show out!

Division winners at each tournament can also receive up to a full bid for The One, depending on which tournament they attend. You can access the rules and bid information for each tournament through their respective registration links below.



# THE ONE FLAG CHAMPIONSHIP

## LOCATION & DATE DETAILS

The final competition takes place in Charlotte, NC at the United States Performance Center, located near the University of North Carolina - Charlotte.

Taking place July 7-9, competitors and fans will also be able to check out the Junior International Cup which will showcase the 2023 Junior Flag U.S. National Teams taking on other countries. Athletes that participate in The One Flag Championship, or its sanctioned tournaments, will be scouted for 2024 trial invites. More events are also being planned, make sure to check back for more details.



# GET READY TO LEVEL UP

## YOUTH SCHEDULE

We're proud to partner with several premier competitive tournament operators. You can find the rules for each tournament through their respective registration links. Additional sanctioned tournament opportunities may be offered in 2023.

| Orlando | Pittsburgh (Regional) |
| --- | --- |
| February 25 | March 11 |
| Hard Count | Hard Count |

Registration Closed | Registration Closed

**Phoenix** | **Dallas**
March 25 | April 1
Hard Count | Hard Count
Registration Closed | Registration Closed

**Las Vegas (Regional)** | **Los Angeles**
April 22-23 | May 6
Hard Count | Hard Count
Registration Closed | Register

**The Road To The One** | **Battle5 Tournament of Champions**
May 20-21 - Phoenix, AZ | June 3-4 – Frisco, TX
The Syndicate Youth Sports Organization | Gridiron Football
Register | Register

**NOCO Football 2023 State Tournament** | **Steel City Showdown**
June 10 – Northern Colorado | June 10 – Pittsburgh, PA
NOCO Football | Pittsburgh NFL League
**Registration Coming Soon** | Register

**Boston Battle5** | **San Diego**
June 17 - Westwood, MA | June 17-18
Gridiron Football | Hard Count
Register | Register

**The One Flag Championship**
July 7-9 - Charlotte, NC
USA Football
Register

## YOUTH SCHEDULE PARTNERS





          



# ADULT ELITE SERIES SCHEDULE

The USA Football Adult Elite Championship Series is your chance to compete in Olympic-inspired play and get scouted to represent your country in international competitions on a U.S. Flag National Team. [Learn more about the Adult Elite Championship Series here.](#)

**Dallas, TX**

**April 1**

**Registration Closed**

**Bradenton, FL**

**June 3**

[Register](#)

**San Diego, CA**

**June 17**

Register

**The One Flag Championship**

**Charlotte, NC**

**July 7-9**

Register



# MAKE SURE YOUR TOURNAMENT IS PART OF THE SERIES

Check with your tournament operator or look for the Sanctioned Tournament seal to make sure the competition you're evaluating is part of the pathway. If you run a tournament that will occur between October 2023 and June 2024 and you're interested in sanctioning with USA Football, we will be opening the sanctioned tournament application soon. Feel free to reach out to teamusa@usafootball.com to ask additional questions and if a tournament is sanctioned by USA Football for The One Flag Championship Series.

# THE BASICS

## THE ONE FLAG CHAMPIONSHIP

### WILL THE ONE FLAG CHAMPIONSHIP BE AN OPEN TOURNAMENT?

The One Flag Championship will be open invitation. Full and half-bids for the One will be awarded to teams that win specific divisions within Regional and Sanctioned Tournaments. Team registration for The One Flag Championship will be $500. There is a $100 non-refundable deposit to hold your spot. The full cost must be paid by the registration deadline.

### WHEN IS TOURNAMENT PLAY?

Tournament play is July 8-9. July 7 will be tournament packet pick up and a chance for you to check out the Junior International Cup and the 2023 IFAF Americas Championship. Both events are being hosted by USA Football.

### WHAT DIVISIONS WILL BE PLAYED?

Co-Ed: 6U, 8U, 10U, 12U

Girls: 10U, 12U, 14U, 17U

Boys: 14U, 15U, 17U

Adult: Men's, Women's, and Co-Ed

Age Cut Off: 6U - 17U, 1/1/2023

Age divisions will be playing USA Football Fives Rules, which are age adjusted international/IFAF rules.

### WHERE CAN I FIND THE USA FOOTBALL FIVES (5V5) RULES?

Click here to access the tournament rules.

### WHERE CAN I STAY UP TO DATE ON THE LATEST?

Follow USA Football on Instagram, Twitter and bookmark this page. You can also follow Hard Count on Twitter and Instagram.

## THE ONE TOURNAMENT SERIES

### HOW DOES MY TEAM COMPETE IN THE ONE TOURNAMENT SERIES?

Your team will need to register for Sanctioned Tournaments within the series. Registration links can be found in the schedule above.

## WHAT DIVISIONS WILL BE PLAYED?

Co-Ed: 6U, 7U, 8U, 9U, 10U, 11U, 12U

Boys: 13U, 14U, 17U

Girls: 10U, 12U, 14U, 17U

Any team that plays in a tournament within The One Tournament Series and wins either a half or full bid in the following divisions will play up a division in The One; 7U, 9U, 11U.

You can find information about the Adult Elite Championship Series here, which culminates at The One Flag Championship.

## WHERE CAN I FIND THE RULES FOR TOURNAMENTS IN THE ONE TOURNAMENT SERIES?

The rules for each tournament can be found through their respective registration links.

## HOW DO I GET SCOUTED FOR THE U.S. NATIONAL TEAM & TEAM USA?

The One Tournament Series is the official tournament opportunity to get scouted for a 2024 U.S. National Team. If you want your shot to #RepTheFlag, make sure you show up and show out. Learn more about the U.S. National Team here.

## WHO CAN I CONTACT WITH ADDTIONAL QUESTIONS?

If you have additional questions, you can reach out to Nick Rock at nrock@usafootball.com.

# GOT A TOURNAMENT?

If you run a tournament that will occur between October 2023 and June 2024 and you're interested in sanctioning with USA Football, we will be opening the sanctioned tournament application soon. Feel free to reach out to teamusa@usafootball.com to ask additional questions and if a tournament is sanctioned by USA Football for The One Flag Championship Series.

