EXHIBIT 6

 



# Battle5 Tournament Series
## Tournament of Champions - June 3rd-4th, 2023

Clubhouse

## Tournament Registration

**Date(s)**
June 3 to June 4, 2023

**Location**
9 Cowboys Way, Frisco, TX 75034, USA

**Description**

**The Battle5 - Gridiron Championship Series is the premier 5v5 tournament experience for competitive boys and girls flag teams from across the Nation! Visit Battle5.com to view the full 2023-24 circuit. Also, follow us for more exciting news on our Instagram!**

**With Battle5 - Gridiron you get BIGGER & BETTER AWARDS, COMPETITION, & the EXPERIENCE of a lifetime!**

# Overview

**2 day, 4-game guarantee, certified officials, field managers on every field, Custom 36" Championship team trophy, Championship Player & Coach Hats, additional championship swag, and Custom Team Battle Uniforms.**

In addition, the Champion & runner up team in each division will receive a paid Half-Bid special invite to The One with USA Football in Charlotte, NC on July 7-9! The experience is next-level!

For more information on The One visit: usafootball.com/flag-tournaments/

# TOURNAMENT LOCATION & TIME

- **Saturday-** Frisco ISD Stadiums **8:00AM-8:00PM (CST) (Actual Times TBD)**

- **Sunday-** Ford Center at the Star **9:00AM-7:00PM (CST) - Enter through Tostitos Field**

# TOURNAMENT FORMAT

- **5on5**

- **4 Game Guarantee- 3 Saturday (subject to change), 1 Sunday in the stadium. Weather delays will reduce to 3**

- **Playoffs- Sunday, Single elimination. All teams qualify and participate in playoffs**

# AWARDS

- **3' Team Championship Trophy**

- **Custom Championship Flag Belts**

Championship Trucker Hats and T-Shirts

- Custom Order Battle Team Uniforms

# DIVISIONS

*Please keep in mind we can only take 100 Teams For This Tournament. Battle5 Tournaments Typically sell out 3-4 weeks prior to the event. For best team pricing and to guarantee your spot register or place your non-refundable team deposit by April 30 at the latest. We cannot guarantee team spots after this date.

IMPORTANT: Players may only play for one team in the same age/skill division.

# DIVISIONS

**Co-ed Divisions**

**6U** - (age of player as of January 1, 2023) 10 Total - 9 Available

**7U** - (age of player as of January 1, 2023) 10 Total - 8 Available

**8U** - (age of player as of January 1, 2023) 10 Total - 7 Available

**9U** - (age of player as of January 1, 2023) 10 Total - 6 Available

**10U** - (age of player as of January 1, 2023) 10 Total - 8 Available

**11U** - (age of player as of January 1, 2023) 10 Total - 6 Available

**12U** - (age of player as of January 1, 2023) 10 Total - 9 Available

**13U** - (age of player as of January 1, 2023) 10 Total - 8 Available

**15U** - (age of player as of January 1, 2023) 10 Total - 9 Available

**17U** - (age of player as of January 1, 2023) 10 Total - 8 Available

**Girls Divisions**

**10U Girls** - (age of player as of January 1, 2023) 10 Total - 9 Available

**12U Girls** - (age of player as of January 1, 2023) 10 Total - 8 Available

**13U Girls** - (age of player as of January 1, 2023) 10 Total - 9 Available

**15U Girls** - (age of player as of January 1, 2023) 10 Total - 9 Available

**17U Girls** - (age of player as of January 1, 2023) 10 Total - 10 Available

**High School -** Must have a picture ID along with a document demonstrating the player is in a class below 2024. Uncommitted and Unsigned Seniors are allowed to participate

# REGISTRATION

*Please keep in mind we can only take 100 Teams For this Tournament. Tournaments can sell out 3-4 weeks early depending on the time of year.*

- **Spots are first come, first serve.**

- **$395/Team**

- **Zorts Player Card Required - Good for one year for any event on the Zorts platform (Paid by each individual player)**

> $10 - Birth Certificate & Headshot

> $8 - Passport/Military/Tribal ID & headshot

> $6 - State ID & Headshot

**Refunds**

In the event of cancellation due to government intervention or if you cannot attend the event, there are options so that you do not lose any money or value:

+30+ Days from event, refund minus $50 Deposit

+Less than 30 days out, credit towards a future tournament/event

# Spectators Fees & Additional Costs

**SATURDAY - (PLAYERS & (3) COACHES ARE FREE)**

- $10/Person

- Players - Free - Wristbands provided to coaches/captains at check-in

- Up To 3 Coaches - Free - Wristbands provided at check-in

- 13 & Under - Free

- Cash or Card Accepted

**SUNDAY -  (PLAYERS & (2) COACHES ARE FREE)**

- $20 (Seatgeek, Ford Center Ticket Office)

- 3 yrs & Under - Free

- Stadium/Locker Room Tour Included

- Free Parking

- Use Tostitos Field/Plaza Entrance (South End of Facility)

- Cash or Card Accepted

# Game Schedules

**Game Schedules are typically available on Wednesday before the tournament**

- Log in to your Zorts App to see schedules and field numbers/names

- Field numbers/names in the app will correspond with flag numbers/names on the field

> FISD-School is Frisco ISD-School, Field 1/Field Name

> STAR is Ford Center at the Star, Field 1/Field Name

# Footballs, Flags, & Other Merchandise

**Footballs in a variety of colors and sizes will be available to purchase**

- **Pro - (High School and Pro)(17U)**

- **Youth - (12-14 Years Old)(15U)**

- **Junior - (8-12 Years Old)(10U & 12U)**

- **PeeWee - (5-8 Years Old)(6U & 8U)**

**Flags in a variety of solid colors will be available to purchase (belt and a pair of flags included)**

- Flag colors may not match the color of shorts

- Custom printed flags will also be available

**Tournament Apparel and Merchandise**

- Tournament T-Shirts, Mouthpieces, Gloves, and other merchandise will be available for purchase
  - Partners/Vendors will be in attendance for Saturday and Sunday

# General Rules

- Mouthpieces will be mandatory for all, with equipment checks during team check-in and prior to each game

- No professional photography or videography are permitted on Sunday

- Team coolers are allowed both days (water and sports drinks only)

- Please pick up trash on your sidelines and rest areas

- All coaches, players, parents, and spectators are expected to conduct themselves in a positive manner and refrain from unsportsmanlike actions. Fighting, verbal abuse, and threats will not be tolerated and will result in removal from event (No exceptions/No Refunds)

- Weapons, drugs, alcohol, smoking, and chewing tobacco products are PROHIBITED at this event.

For Tournament Questions:

Battle5 Tournament Director

Pat Youngman:

214-926-8091

info@battle5.com

## Sport

Flag Football

## Divisions

Coed 6 & Under Age Division
- Must be 6 years old or younger on/before January 1, 2023.
- Min Players: 5
- Max Players: 12

Coed 7 & Under Age Division
- Must be 7 years old or younger on/before January 1, 2023.
- Min Players: 5
- Max Players: 12

Coed 8 & Under Age Division
- Must be 8 years old or younger on/before January 1, 2023.
- Min Players: 5
- Max Players: 12

Coed 9 & Under Age Division
- Must be 9 years old or younger on/before January 1, 2023.
- Min Players: 5
- Max Players: 12

Coed 10 & Under Age Division
- Must be 10 years old or younger on/before January 1, 2023.
- Min Players: 5
- Max Players: 12

Coed 11 & Under Age Division
- Must be 11 years old or younger on/before January 1, 2023.
- Min Players: 5
- Max Players: 12

Coed 12 & Under Age Division
- Must be 12 years old or younger on/before January 1, 2023.
- Min Players: 5
- Max Players: 12

Coed 13 & Under Age Division
- Must be 13 years old or younger on/before January 1, 2023.
- Min Players: 5
- Max Players: 12

Coed 15 & Under Age Division
- Must be 15 years old or younger on/before January 1, 2023.
- Min Players: 5
- Max Players: 12

Coed 17 & Under Age Division
- Must be 17 years old or younger on/before January 1, 2023.
- Min Players: 5
- Max Players: 12

Girl's 10 & Under Age Division
- Must be 10 years old or younger on/before January 1, 2023.

- Min Players: 5
- Max Players: 12

Girl's 12 & Under Age Division
- Must be 12 years old or younger on/before January 1, 2023.
- Min Players: 5
- Max Players: 12

Girl's 13 & Under Age Division
- Must be 13 years old or younger on/before January 1, 2023.
- Min Players: 5
- Max Players: 12

Girl's 15 & Under Age Division
- Must be 15 years old or younger on/before January 1, 2023.
- Min Players: 5
- Max Players: 12

Girl's 17 & Under Age Division
- Must be 17 years old or younger on/before January 1, 2023.
- Min Players: 5
- Max Players: 12

## Cost

- $395.00 per team
- Players must have an active Zorts Player Card (Bronze or above).
- Participants must complete all eligibiity requirements by May 27, 2023 05:00 PM CDT
- Players age will be based on the age that they will be on Jan 01, 2023
- Registration ends Jun 16, 2023 @ 5:00 PM

## Contact

- info@battle5.com
- 214-926-8091

$ Register Team     Follow

# Media

## Twitter - ZortsSports
April 19 at 2:39 PM

We appreciate and value all of our partners who are part of the Zorts Family. The best is yet to come! Stay tuned. Congratulations to @Battle and @BattleCEO on another great 7v7 season! https://t.co/6RBUEhPFxj



**Twitter - ZortsSports**
April 19 at 10:22 AM

CMB heads to Houston on April 29th and 30th for 2 days of top 7v7 competition. A divison of Showcase Sports, CMB 7v7 invites local and national 7v7 organizations and teams to come to H-Town and compete against the best! Multiple Divisions! Register now! https://t.co/6QJCY9Mt1L https://t.co/nw0jslURt0



### Twitter - ZortsSports
April 18 at 5:36 PM

RT @Sup7r7on7: Gearing up for Philly this weekend NLG / CA Power / Level 82 / Metro 7 / CTC / Phillys Finest / NY Hustle / CamBoyz Training...

### Twitter - ZortsSports
April 18 at 8:37 AM

Who's club is the best in Texas 7v7 football! Come out this weekend to the Premier Events USA "Texas-Battle for the Banner Championship", a 2 day, 5 game guarantee tournament to decide who rules Texas 7v7! Paid

National Bids for Division Winners! Multiple Divisions! Still time… https://t.co/nE1YnD9kj3 https://t.co/9xE0FucCGt



Twitter - ZortsSports
April 17 at 0:24 PM

Last few days to register to bring your teams to Sugar Land, TX and the Beep Elite "Battle of the Best" 7v7 tournament! April 22nd and 23rd! 4 Game Guarantee Multiple age divisions! Nothing like Texas Football!!!! Register now! https://t.co/LoMmSJy5KH https://t.co/5TAqcuSwLr



**Twitter - ZortsSports**
April 17 at 5:00 AM

Last 3 days to Register for the @ShockDoctor Legends National Championship in Tampa! Join Midwest Boom, Pink Outlaws, The Unit, Juice, Delta, Texas Stars, PPA, and many more to claim the title of National Champs &amp; bring home the donations for your teams. https://t.co/rDTKmlUkdu https://t.co/hO7lqziKnI



Twitter - ZortsSports
April 15 at 11:33 AM

Come out and compete on May 13th at New Rochelle HS in the "Northeastern Showdown" in New Rochelle, NY presented by Northeastern Underrated! 15U and 18U No Seniors Prizes to Division Winners Register now! https://t.co/FKQTJ8FuHu https://t.co/Ot1hVYhqu0



Twitter - ZortsSports
April 14 at 6:26 AM

RT @CamNewton7v7: Coach @CameronNewton sharing wisdom with his C1N All-Stars https://t.co/RCHHyko4aC





**Twitter - ZortsSports**
April 13 at 8:54 PM

RT @USAFootball: 🚨 Register for @Thesyndicatepr8's 'The Road To The One' Tournament, sanctioned by USA Football, TODAY! 📅 May 20-21 📍 Ph...

---

**Twitter - ZortsSports**
April 13 at 5:05 PM

RT @Sup7r7on7: April 22-23 LIVE. College coaches will be sent our digital recruiting book. #SUP7R #7on7 https://t.co/w1Kpsm3yxa



| Previous | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | … | 70 | Next |

© 2013 - 2023 App-Order, LLC All Rights Reserved