# EXHIBIT 7



September 21, 2022

Travis Burnett
Co-Founder and CIO                                    **URGENT**
Flag Football World Championship Tour
1513 S Tennessee St #142                              via email only to travis@ffwct.com
McKinney, TX 75069

RE:  Trademark Infringement; Lanham Act Section 43(a) Violation
     Our reference number: 20011.00045-V-GCT

Dear Mr. Burnett,

This firm represents USA Football regarding certain of its legal matters, and the dispute regarding the article on Flag Football World Championship Tour's (FFWCT) website, as well as FFWCT's apparent intent to rebrand as USA FLAG, has been referred to us.

More specifically, this letter follows your email exchange with Eric Mayes on September 16, 2022. As you know, USA Football asked FFWCT to remove any reference to USA FOOTBALL from your website (https://ffwct.com/), given that the collaboration agreement between the parties expired in February of this year. To date, references to USA Football, including the article Flag Football World Championship Tour Partners with USA Football to Scout Top Athletes for U.S. Men's and Women's Flag National Teams - FFWCT, remain live on your site.

In your email exchange with Mr. Mayes, you asked whether you were required to remove all references to past agreements with USA Football. USA Football is not asking you to revise history – you may list truthful facts, as long as they do not distort reality or use our client's name or mark in a manner that might create a likelihood of consumer confusion (which would violate the U.S. Trademark Act, see Section 43(a) of the Lanham Act). The manner in which the article announces the arrangement between FFWCT and USA Football creates the impression that it is a new and active collaboration, with a reference to '2021' only in the copy and not the headline. Further, the article is posted without a date, so the time of the announcement is unclear. USA Football demands that you clarify these facts by revising the post immediately.

Furthermore, USA Football takes issue with FFWCT's intended re-brand to USA FLAG (https://ffwct.com/flag-football-world-championship-tour-rebrands-in-a-bid-to-broaden-recognition-of-the-sport/) for all of the reasons it has, directly and through counsel, previously explained to you.. Our client values its brand and must protect it. USA Football has worked for the better part of two decades to establish a strong reputation and to build the goodwill and respect in the industry for which USA Football is known. Accordingly, USA Football must again demand that FFWCT cease and desist any and all actual and planned usage of USA FLAG. If you refuse, USA Football will take any and all action

49 Boone Village, Box 299, Zionsville, Indiana 46077
apeele@peelelawgroup.com
MAIN: 202.964.4500 • TOLL-FREE: 855.587.9888 • FAX: 202.964.4502

www.peelelawgroup.com

necessary to protect its valuable rights, including opposing (again) any trademark application you might file to register the mark USA FLAG, and taking other legal action against FFWCT.

As you know, our client is the owner of several trademark registrations for USA FOOTBALL and related logos. FFWCT's usage of the name, USA FLAG , infringes our client's federal protected rights under the Lanham Act because it is likely to cause confusion among consumers as to the source of the goods and services provided by FFWCT. For example, the press release announcing the rebrand of FFWCT as USA FLAG states that the new name is "designed to further the events organizer's goals of uniting the sport of flag football under a single brand while continuing to earn it broader recognition nationally and internationally." Additionally, the press release states that USA FLAG is "a brand that unites the exciting sport of flag football under one umbrella." In addition to the misleading comments about "one brand" or "one umbrella," consumers are even more likely to be confused by the color scheme and layout of your proposed new website and your proposed new logo based on the striking similarity to USA Football's website. The totality of the elements of your proposed rebrand combine to create a false impression of approval, source, or sponsorship by USA Football that is inaccurate and infringing.

Further, the rebranding press release states that the intended rebrand "clarifies FFWCT's role within the sport of flag football worldwide, but also renews the drive and focus needed to push flag football to a whole new level, including earning the budding sport future inclusion in the Olympics." In the same vein, the press release states that FFWCT "aspire[s] to have [flag football] granted Olympic status in the future." The press release is found on the homepage of "ffwct.com" and is on the same screen as our client's previously-mentioned reference to the expired Event Collaboration Agreement. Instead of clarifying, these statements - coupled with the placement of the above-mentioned article referencing a partnership with USA Football - create an illusion of inter-connectivity between FFWCT and USA Football that does not exist. No agreement is in place, and a reference to an expired agreement, especially a reference so prominently featured on the homepage of FFWCT's website falsely presents a united entity.

These misleading assertions infringe USA Football's rights, indeed, FFWCT's actions already have already created consumer confusion. As you likely are aware, evidence of actual confusion weighs heavily in favor of a finding of likelihood of confusion in an infringement analysis. USA Football has such evidence, in that a user on Instagram commented on the rebrand announcement, asking if FFWCT was merging with USA Football. This evidence demonstrates that consumers in the marketplace would be likely to be confused by the similarity of your proposed name with our client's trademark and service offerings.

Accordingly, USA Football must demand that FFWCT cease and desist from these infringing activities, and instead use a differentiated color scheme and design for your  website, avoid using confusing and misleading language in your announcements and promotions, and cease all use of the trademark USA FOOTBALL as a word mark or within a logo in any and all of FFWCT's communications, whether on its website, social media channels, or otherwise.

Also, as has previously been communicated to you, the references to the goal of Olympic status create a false impression of your connection to USA Football's role as the recognized sport organization for American Football. USA Football not only trains the US National Team but also is the officially recognized sports organization for all disciplines of American football in the United States, encompassing tackle, flag and 7-on-7. The press release language falsely implies that FFWCT has a connection to and enjoys the

Letter to T. Burnett
Page 3

status of being recognized as the United States Olympic Committee as the United States representative for flag football, a falsity that harms USA Football's brand and stature.  Our client demands that any reference to your work to establish flag football as an Olympic sport contain clear language that avoids displacing USA Football as the recognized sports organization for American Football. We trust that your goal of furthering the sport of flag football will inspire you to resolve this matter quickly, and we look forward to your response no later than September 26, 2022. If we do not receive your response, we will move forward with appropriate legal remedies to protect our client's valuable intellectual property.

If you hire counsel to represent FFWCT in this matter, please send me their contact information so that we can communicate with them directly.

I look forward to hearing from you.

Sincerely,

Amie Peele
Founding Partner


cc:     J. Riley (jriley@usafootball.com)
        E. Mayes (emayes@usafootball.com
        S. Hallenbeck (shallenbeck@usafootball.com)
        A. Fernandez (afernandez@peelelawgroup.com)