# EXHIBIT 8



# FOR YOU. FOR THE GAME.
## FOOTBALL'S GOVERNING BODY.

You coach, you organize, you play - you give your time to football. We're here to help you make the most of it.

USA Football's here to lead, strengthen and grow the game alongside you through education, events and the U.S. National Team pathway.

Become a Member    Enroll Organization





## WHO WE ARE & WHY WE'RE HERE

As football's governing body, USA Football is the sole US member of the International Federation of American Football (IFAF). We create and deliver best-in-class resources, standards and experiences for every football family member to pursue and enjoy America's favorite sport, from youth to elite U.S. National Teams. We are recognized by the United States Olympic & Paralympic Committee, and we are proud to join IFAF and the NFL to advocate for flag football's inclusion in the 2028 Olympic Games.

## FOR COACHES

Coaching young athletes can feel like a full-time job, and expectations couldn't be higher. We're here with training and tools to help you get the most out of your team and yourself, so **step up to the standard and get certified.**

## FOR ATHLETES

You want to become your best. We're here to help you level up on-and-off the field. The **U.S. National Team Program** and **The One Flag Championship Series** help adult and youth athletes develop and compete at a higher level.

## FOR ORGANIZATIONS

Running a league or team is hard and often thankless work. You have a lot on your plate because you do it all for the game. We're here to help with **grants**, **recognition**, **resources** and **tournaments**. Support starts with **enrollment**.

## FOR PARENTS

Finding the right league and football offerings for your child isn't easy. Our **U.S. National Team Pathway** and fun **Blitz Events** help athletes grow and develop. We can also help you **find the right league** - not just the closest one.

## GET READY TO LEVEL UP TO THE ONE

Squad up and prove your team's elite at Olympic-inspired flag football through the game's premier series and championship – The One! This national championship will take place in Charlotte, NC at the United States Performance Center, located near the University of North Carolina - Charlotte.

Sanctioned and Regional Tournaments lead into the championship, and athletes competing in Charlotte or at these events will be scouted and eligible for an invitation to the 2024 U.S. Flag National Team Trials.





FOOTBALL FOR ALL®
# THE FOOTBALL DEVELOPMENT MODEL (FDM)

00:30

# THE NEXT STEP FOR FOOTBALL

As the game has grown, it has been coached and played differently around the country. This created conflicting ways to develop athletes and misaligned priorities.

We believe there's a smarter and safer future with the Football Development Model (FDM). It is our framework for long-term athlete development, using scientifically-based guidelines to help develop better people, better athletes and better football players.

**PLAY, LEARN & GROW AT BLITZ EVENTS NATIONWIDE**
There's free fun and football for everyone at USA Football's Blitz events, taking place in many cities across the country. Parents can live it up at fan fest and kids can burn off some energy and experience the game in a fast and fun environment! You won't want to miss this great event that brings the FDM to life.

LEARN MORE ABOUT THE FDM

VIEW BLITZ LOCATIONS



# GAME TYPES FOR EVERY BODY

Athletes play in different ways. Game Types help find the right fit for them. From Non-Contact to Limited Contact to Contact – it's all football.

Athletes learn in a developmentally appropriate way and grow their confidence, skills and love for the game. More ways to play give parents and kids more reasons to stay. Learn more about the Game Types or find an organization that offers them.

SEE THE GAME TYPES     FIND THE RIGHT LEAGUE

## ENROLLMENT FOR ORGANIZATIONS

Running an organization is hard and sometimes thankless work. But it's critical for the future of the game and we're here to help. By enrolling, you'll get resources and tools to ...

- Develop participants as people and athletes
- Simplify your operations
- Empower and educate coaches
- Gain recognition
- Grow your organization

Enrolling is also the first step to the League Excellence Program, where you can earn recognition for your commitment to your athletes and puts your organization on a path to get better, every year. It's also how you can gain eligibility for our expanded Grant Program.

LEARN ABOUT ENROLLMENT



## "AT ITS CENTER, THE FOOTBALL DEVELOPMENT MODEL STANDS FOR HAVING FUN, DEVELOPING A BASE OF ATHLETICISM, AND LEARNING SKILLS STEP-BY-STEP. LEARNING DEVELOPMENTALLY AND AGE-APPROPRIATE SKILLS ALLOWS YOU TO COMPETE, WHICH IS SOMETHING KIDS LOVE AND DIFFERENTIATES SPORT FROM EXERCISE."

DR. BRIAN HAINLINE, CHIEF MEDICAL OFFICER OF THE NCAA & FOOTBALL DEVELOPMENT MODEL COUNCIL CHAIR

## COACH CERTIFICATION & EDUCATION

For athletes to reach their potential, they need coaches to provide guidance at all stages of development. That guidance is enhanced by training.

We share the best resources and education to help coaches make their impact felt. This includes certifications, guides, webinars, an app and more.

FIND RESOURCES

Case 4:23-cv-00465-ALM   Document 1-9   Filed 05/22/23   Page 8 of 11 PageID #:  105



# HIGH PERFORMANCE

High Performance is USA Football's athlete pathway to become your best.

The first two levels help everyone BUILD the basics and BETTER their skills. The top is for those that prove they're among the BEST in the country. There's a custom path for all game types, sexes and ages.

DISCOVER YOUR PATH





"USA FOOTBALL IS A LEADER IN COACH CERTIFICATION. I SEE IT, I'VE BEEN INVOLVED IN FOOTBALL FOR DECADES. WHERE WE ARE NOW IN THE GAME, THEY'RE JUST DOING IT THE RIGHT WAY. WE KNOW WE HAVE TO HAVE PROGRESSION... AND GIVE THE PARENTS AND CHILDREN CHOICES. USA FOOTBALL IS CHECKING OFF ALL THE BOXES OR WHERE THE GAME IS RIGHT NOW TO MAKE IT A GREAT EXPERIENCE FOR YOUR CHILD AND A GREAT LEARNING EXPERIENCE."

MIKE GOLIC - FOOTBALL DAD & MEDIA PERSONALITY







