# EXHIBIT 9

 

USA Football.com / Media Center / News

2023-04-13

# COLTS TO SUPPORT YOUTH PLAYERS STATEWIDE BY PROVIDING USA FOOTBALL COACH CERTIFICATION

**INDIANAPOLIS** – For the benefit of local communities, youth football organizations and young athletes, the Indianapolis Colts will provide USA Football Youth Coach Certifications for more than 1,200 youth football coaches across Indiana in 2023.

The Colts and USA Football, an Indianapolis-based non-profit that serves as the sport's governing body and a member of the U.S. Olympic & Paralympic Committee (USOPC), prioritize providing young athletes and their families with healthy, positive experiences through football.

All Indiana youth football coaches whose leagues enroll with USA Football are eligible to receive Youth Coach Certification at no charge thanks to the Colts. Enrollment with USA Football is free and open for all youth football organizations.

Accredited by the United States Center for Coaching Excellence's, USA Football's Youth Coach Certification provides coaches with evidence-based knowledge, resources and skills to ensure they teach age-appropriate skills and take a holistic approach to both child and athlete development.

USA Football's Youth Coach Certification encompasses the Football Development Model (FDM). Developed in partnership with medical, child development, long-term athlete development and football subject matter experts, the FDM aligns with the USOPC's long-term athlete development principles. At its foundation, the FDM focuses on progressive skill instruction that teaches young athletes age-appropriate skills and meets them at their current stage of development.

"The Colts are an ally to coaches, youth leagues and young athletes across Indiana," said USA Football CEO **SCOTT HALLENBECK**. "They step up to the plate every year to ensure thousands of kids enjoy the fun, fitness and friendships gained through football in safe and healthy environments overseen by coaches who are prepared to help them grow as athletes and individuals."

Since USA Football began certifying coaches, one million coach certifications have been completed by dedicated coaches in all 50 states, Washington, D.C., and 15 foreign countries across six continents.

**About USA Football**: USA Football designs and delivers premier educational, developmental and competitive programs to advance and grow the sport. As the sport's governing body, member of the U.S. Olympic Committee and organizer of the U.S. National Team for international competition, USA Football partners with leaders in medicine, child advocacy and athletics to support positive football experiences for youth, high school and other amateur players.

**Media Contacts**

### Samuel Teets

Media Relations & Outreach Coordinator

[steets@usafootball.com](mailto:steets@usafootball.com)

**Follow us on**

  



© 2023 Copyright USA Football

Privacy Policy      Terms of Use      Transparency in Coverage