# EXHIBIT 10




USA Football.com / Media Center / News

2023-03-21

# USA FOOTBALL ANNOUNCES FINAL ROSTERS FOR 2023 MEN'S AND WOMEN'S FLAG NATIONAL TEAMS

INDIANAPOLIS – USA Football, a member of the U.S. Olympic & Paralympic Committee and the sport's governing body, has announced the final rosters for the 2023 U.S. Men's and Women's Flag National Teams that will compete in the 2023 International Federation of American Football (IFAF) Americas Continental Flag Football Championship from July 5-7 in Charlotte, N.C.

The IFAF Americas Continental Flag Football Championship will bring together the best men's and women's flag football teams from North and South America. The event will take place at the United States Performance Center (USPC) and at the University of North Carolina at Charlotte.

Each National Team features an 18-player roster that will have 12 active players during the international tournament. The active players will be determined after the conclusion of National Team Training Camps, which run from May 18-21 and June 8-11.

USA Football assembled the 2023 U.S. Men's and Women's Flag National Teams through its partnership with GMTM, scouting and recruiting outreach, and evaluation at the recent 2023 Men's and Women's National Team Trials. Scouting for 2024 National Team Trials invitations is underway at flag football tournaments sanctioned by USA Football across the country. The 2023 tournament calendar culminates in The One Flag Championship from July 7-9 in Charlotte, N.C.

Nine states are represented on the combined final U.S. National Team rosters: Florida (14), Texas (9), Pennsylvania (4), California (3), North Carolina (2), Louisiana (1), Maryland (1), Nevada (1) and West Virginia (1).

The U.S. Men's and Women's Flag National Teams competed in The World Games 2022 in Birmingham, Ala. last summer when flag football made its first appearance on a multi-sport, global stage. The Men's National Team won gold while the Women's National Team captured silver.

## 2023 U.S. Men's Flag National Team roster

Name; Position; Residence

Aamir Brown; DB/WR; Philadelphia, Pa.

Velton Brown Jr.; WR/DB; Orlando, Fla.

Terrance Bunting; WR/DB; Orlando, Fla.

James Calhoun; DB/Center; Riverside, Calif.

Laval Davis; WR/Rusher; Jacksonville, Fla.

Darrell "Housh" Doucette; QB/Center; New Orleans, La.

Andy Fuentes; Center/DB; Miami, Fla.

Johnluis "LuLu" Hernandez; DB/Center; Miami, Fla.

Shaquille James; DB/Athlete; Philadelphia, Pa.

Jamie Kennedy; DB/WR; Pompano Beach, Fla.

Bruce Mapp; WR/DB; Philadelphia, Pa.

Jordan Oquendo; DB/Rusher; Spring Hill, Fla.

Joseph Robustelli; WR/Athlete; Sarasota, Fla.

Laderrick "Pablo" Smith; WR/QB; Pompano Beach, Fla.

Frankie Solomon Jr.; DB/WR; Dallas, Texas

Dana Taylor; DB/Athlete; Dallas, Texas

Deven Turner; Rusher/WR; Tampa, Fla.

Corey Webb; DB/Center; Dallas, Texas

**Head Coach:** Jorge Cascudo

**Assistant Coach:** Patrick Alley

# 2023 U.S. Women's Flag National Team roster

**Name; Position; Residence**

Deliah Autry; WR/DB; Tampa, Fla.

Laneah Bryan; WR/DB; El Paso, Texas

Jazlyn Camacho; WR/DB; Las Vegas, Nev.

Amber Clark; DB/WR; Greenville, N.C.

Sheneika Comice; WR/DB; Ruskin, Fla.

Ashley Edwards; WR/DB; San Antonio, Texas

Kennedy Foster; WR/DB; Palm Beach Gardens, Fla.

Madison Fulford; WR/DB; Charlotte, N.C.

Amyelia Gaudio; DB/WR; Wellsburg, W.Va.

Vanessa Goh; DB/WR; Davis, Calif.

Ashlea Klam; DB/Center; Austin, Texas

Vanita Krouch; QB/WR; Carrollton, Texas

Alyssa Linkous; Center/WR; Dunkirk, Md.

Marlee Marquez; QB/WR; West Palm Beach, Fla.

Nancy Nguyen; Rusher/DB; Milpitas, Calif.

Addison Orsborn; WR/Rusher; Round Rock, Texas

Joann Overstreet; WR/DB; Lewisville, Texas

Karine Polgar; WR/DB; Bethlehem, Pa.

**Head Coach:** Saaid Mortazavi

**Assistant Coach:** Liz Sowers

**About USA Football:** USA Football designs and delivers premier educational, developmental and competitive programs to advance and grow the sport. As the sport's governing body, member of the U.S. Olympic Committee and organizer of the U.S. National Team for international competition, USA Football partners with leaders in medicine, child advocacy and athletics to support positive football experiences for youth, high school and other amateur players.

## Media Contacts

### Samuel Teets

Media Relations & Outreach Coordinator

steets@usafootball.com

## Follow us on

  



Connect on Social

**DEVELOPMENT & TRAINING**

EVENTS

PROGRAMS

RESOURCES & TOOLS

ABOUT USA FOOTBALL

HELP DESK

CONTACT US



© 2023 Copyright USA Football

Privacy Policy     Terms of Use     Transparency in Coverage