# EXHIBIT 11



USA Football.com / Media Center / News

2023-03-20

# USA FOOTBALL ANNOUNCES FINAL ROSTERS FOR 2023 JUNIOR FLAG NATIONAL TEAMS

INDIANAPOLIS – USA Football, a member of the U.S. Olympic & Paralympic Committee and the sport's governing body, has announced the final rosters for the 2023 U.S. Boys' and Girls' 15U and 17U Flag National Teams that will compete in the second annual Junior Flag International Cup held from July 5-8 in Charlotte, N.C.

The national teams will compete under International Federation of American Football (IFAF) rules against top boys' and girls' teams from around the world at the international friendly tournament hosted by USA Football. The Junior Flag International Cup will be held at the United States Performance Center (USPC) and at the University of North Carolina at Charlotte.

USA Football assembled the 2023 U.S. Boys' and Girls' Flag National Teams through scouting and recruiting outreach and evaluation at the recent 2023 Junior National Team Trials. Scouting for 2024 National Team Trials invitations is underway at flag football tournaments sanctioned by USA Football across the country. The 2023 tournament calendar culminates in The One Flag Championship from July 7-9 in Charlotte, N.C.

Fourteen states are represented on the combined final U.S. 15U Boys' and Girls' National Team rosters: Florida (6), Arizona (3), Massachusetts (3), North Carolina (3), Pennsylvania (3), Texas (3), Maryland (2), New Jersey (2), New York (2), California (1), Connecticut (1), Michigan (1), Nevada (1) and Virginia (1).

Thirteen states are represented on the combined final U.S. 17U Boys' and Girls' National Team rosters: Texas (7), Maryland (6), Florida (5), New York (3), Nevada (2), Pennsylvania (2), West Virginia (2), California (1), Massachusetts (1), Michigan (1), North Carolina (1), South Carolina (1) and Virginia (1).

## 2023 15U U.S. Boys' Flag National Team roster

Name; Position; Hometown

Justin Bell; WR/Rusher; Waldorf, Md.

Joziah Nicholson; WR/DB; Winston Salem, N.C.

Malcomb Ross II; QB/Rusher; West Bloomfield, Mich.

Gavin Smith; Rusher/WR; Charlotte, N.C.

Anthony Vera; QB; Miami, Fla.

Marquis Williams; WR/DB; Miami, Fla.

Britton Bayag; WR/DB; Miami, Fla.

Jadiel Ortega; WR/DB; Lynn, Mass.

Amos Augustine; WR/Rusher; Gilbert, Ariz.

Jason Lajara; QB; Brick, N.J.

Warren Freeman, III.; DB/WR; Woodbridge, Va.

Zachary Katz; QB; Weston, Fla.

Myles Mcafee; WR/DB; Waldorf, Md.

Ryder Noche; WR/DB; Phoenix, Ariz.

Kerry Hammock; WR/DB; Greensboro, N.C.

Luc Carroll; WR/DB; Miami, Fla.

Gregory Riddell; WR/DB; Phoenix, Ariz.

**Head Coach**: Scott Kallivokas
**Assistant Coach**: Kedric Golston

## 2023 15U U.S. Girls' Flag National Team roster

**Name; Position; Hometown**

Emery Beckett; QB/DB; Lakeway, Texas

Kayla Brady; WR/DB; East Brunswick, N.J.

Nyasia Caban; WR/DB; Lawrence, Mass.

Isabella Castro; WR/DB; Staten Island, N.Y.

Akemi (Bailey) Higa; QB; Las Vegas, Nev.

Alison Kaltenbacher; WR/DB; North Wales, Pa.

Sophia Lafontant; QB/Rusher; Danvers, Mass.

Hailey Morgan; WR/DB; Vernon, Conn.

Keira Quinn; WR/DB; Lansdale, Pa.

Kaylin Ramsey; QB/WR; Lutz, Fla.

Kaitlyn Reynolds; WR/DB; Cedar Park, Texas

Landri Smit; WR/DB; Cedar Park, Texas

Charlotte Soto; Rusher/Center; Ossining, N.Y.

Tessa Wieloch; WR/Rusher; Lansdale, Pa.

Makena Cook; QB/DB; Costa Mesa, Calif.

**Head Coach**: Willy Perez
**Assistant Coach**: Matthew Hernandez

## 2023 17U U.S. Boys' Flag National Team roster

**Name; Position; High School; Hometown**

Lucas Antal; Rusher/Center; Stroudsburg High School; Stroudsburg, Pa.

Jalen Barnes; Center/WR; Calvert High School; Prince Frederick, Md.

Isaah Beard; WR/DB; Musselman High School; Martinsburg, W.Va.

Kevin Cascudo; WR/Center; Homestead Senior High; Miami, Fla.

Kedric Golston ll; WR/DB; Gonzaga College High School; Leesburg, Va.

Micah Jones; DB/WR; Northern High School; Sunderland, Md.

Eric Lee; DB; Bamberg-Ehrhardt High School; Bamberg, S.C.

Sirod Musgrove; DB/WR; Martinsburg High; Martinsburg, W.Va.

Isaiah Randall; QB/Rusher; Northern High School; North Beach, Md.

Jack Reed IV; Center/WR; St. Bernard's High School; Leominster, Md.

Diego Rocha; WR/Center; Waterford; Waterford, Mich.

Tristan Sabb; QB; St Frances Academy; Fort Washington, Md.

Noah Snead; WR/Rusher; Southwest Guilford High School; High Point, N.C.

Christopher Thompson; WR/QB; Tottenville High School; Tottenville, N.Y.

Keegan Thorne; DB/WR; Calvert High School; Prince Frederick, Md.

**Head Coach**: Johan Betancourt
**Assistant Coach**: Rudy Fernandez

# 2023 17U U.S. Girls' Flag National Team roster

**Name; Position; High School; Hometown**

Ava Alvarez; Center/Rusher; Cooper City Highschool; Hollywood, Fla.

Adeline Chilek; Center/DB; Vandegrift High School; Austin, Texas

Emma Clark; WR/DB; Vandegrift High School; Austin, Texas

Sarah Colchamiro; Rusher/WR; Susan E Wagner High School; Staten Island, N.Y.

Kailyn Echevarria; WR/DB; Western High School; Davie, Fla.

Milan Heisdorf; WR/DB; Woodbridge High School; Irvine, Calif.

Caroline Jayes; Rusher/Center; Hendrickson High School; Pflugerville, Texas

Maci Joncich; WR/QB; Coronado High School; Henderson, Nev.

Raizel Obrero; QB/WR; Salem Academy; Salem, Mass.

Kelsey Quinn; WR/DB; Leander High School; Leander, Texas

Krista Quinn; WR/DB; Gwynedd Mercy Academy High School; Lansdale, Pa.

Nandi Ramessar; WR/DB; Western High School; Davie, Fla.

Olivia Rijo; WR/DB; Susan E Wagner High School; Staten Island, N.Y.

Makenna Sturgis; WR/DB; Alonso High School; Tampa, Fla.

Mary Nell Thompson; WR/DB; Leander High School; Cedar Park, Texas

Ava Wallace; QB/WR; Rouse High School; Austin, Texas

Kiona Westerlund; WR/DB; Liberty High School; Henderson, Nev.

Jordyn Woodward; DB/Center; McNeil High School; Round Rock, Texas

**Head Coach:** Elliott Giles
**Assistant Coach:** Amanda Lara

**About USA Football:** USA Football designs and delivers premier educational, developmental and competitive programs to advance and grow the sport. As the sport's governing body, member of the U.S. Olympic Committee and organizer of the U.S. National Team for international competition, USA Football partners with leaders in medicine, child advocacy and athletics to support positive football experiences for youth, high school and other amateur players.

## Media Contacts

### Samuel Teets

Media Relations & Outreach Coordinator

steets@usafootball.com

**Follow us on**

  



Connect on Social

DEVELOPMENT & TRAINING

EVENTS

PROGRAMS

RESOURCES & TOOLS

ABOUT USA FOOTBALL

HELP DESK

CONTACT US



© 2023 Copyright USA Football

Privacy Policy     Terms of Use     Transparency in Coverage