EXHIBIT 13

 

USA Football.com / Media Center / News

2023-03-06

# UNITED STATES PERFORMANCE CENTER TO HOST TOP MEN'S AND WOMEN'S FLAG FOOTBALL PLAYERS AT USA FOOTBALL U.S. ADULT NATIONAL TEAM TRIALS

Adult National Team Trials coaches and athletes will be available for media

**March 6, 2023 – INDIANAPOLIS** – USA Football, the sport's governing body and a member of the U.S. Olympic & Paralympic Committee, will host its Men's and Women's National Team Trials on March 9-12 at the United States Performance Center for the nation's top flag football players.

From 6:45 a.m. to 5:00 p.m. on March 10, 9:00 a.m. to 5:00 p.m. on March 11, and 9:00 a.m. to 12:00 p.m. on March 12, elite men's and women's flag football athletes will be instructed by USA Football personnel and U.S. National Team coaches. Athletes will undergo combine-style testing on Friday morning. The remaining practice time will be spent on positional and team training.

Athletes that participate in the 2023 Men's and Women's National Team Trials are vying for spots on USA Football's 2023 U.S. Men's and Women's Flag National Teams, which will compete in the International Federation of American Football (IFAF) Americas Continental Championship against international teams this summer.

USA Football's U.S. Men's and Women's Flag National Teams won gold medals at the 2021 IFAF Flag World Championships. Both teams also medaled last summer at The World Games in Birmingham, Ala. with the men winning gold and the women claiming silver.

Eighteen of the 48 athletes per team invited to the trials will advance to the next round of evaluation.

Athletes and coaches will be available for media interviews immediately following each day's conclusion. The camp is open to media and the public in its entirety. All camp and media availability times are Eastern Time.

USA Football previously hosted the U.S. Junior Flag National Team Trials at the United States Performance Center from March 2-5.

**WHO:** Elite Men's and Women's Flag Football Athletes and U.S. National Team Coaches

**WHAT:** U.S. Men's and Women's Flag Football National Team Trials

**WHERE:** USPC

United States Performance Center

9319 Robert D. Snyder Road, Suite 416

Charlotte, NC 28223

Practices will be held on Field 15

1001 John Kirk Dr

Charlotte, NC 28262

Click here for printable maps

**WHEN: March 9-12, Thursday-Sunday**

**Friday, March 10**

- Medical & Physical Testing and Rules Review on Field 15 and in the Portal Building: 6:45 a.m.-12:00 p.m.
- Lunch for Athletes in the Dining Hall: 12:00-1:30 p.m.
- Light Practice: 2:00-5:00 p.m.
- Media Availability: 5:00-5:15 p.m.

**Saturday, March 11**

- Practice #1: 9:00 a.m.-12:00 p.m.
- Lunch: 12:00-1:30 p.m.
- Practice #2: 2:00-5:00 p.m.
- Media Availability: 5:00-5:15 p.m.

**Sunday, March 12**

- Practice: 9:00 a.m.-12:00 p.m.
- Athlete Box Lunch Distribution: 12:00 p.m.
- Media Availability: 12:00-12:15 p.m.

**CONTACT:**

Gabby Photos, USA Football, gphotos@usafootball.com, C: 941-894-2689 (on-site)

Sam Teets, USA Football, steets@usafootball.com, C: 908-914-1762 (off-site)

**About USA Football**: USA Football designs and delivers premier educational, developmental and competitive programs to advance, unify and grow the sport. As the sport's governing body, member of the U.S. Olympic Committee and organizer of the U.S. National Team for international competition, USA Football partners with leaders in medicine, child advocacy and athletics to support positive football experiences for youth, high school and other amateur players. Visit usafootball.com to learn more.

**Media Contacts**

**Kevin Meyer**

Senior Communications Coordinator

kmeyer@usafootball.com

**Follow us on**

  

