# EXHIBIT 14




USA Football.com / Media Center / News

2023-02-27

# UNITED STATES PERFORMANCE CENTER TO HOST TOP YOUTH FLAG FOOTBALL PLAYERS AT USA FOOTBALL U.S. JUNIOR NATIONAL TEAM TRIALS

*Junior National Team Trials coaches and athletes will be available for media.*

**Feb. 27, 2023** – **INDIANAPOLIS** – USA Football, the sport's governing body and a member of the U.S. Olympic & Paralympic Committee, will host its Junior National Team Trials on March 2-5 at the United States Performance Center for the nation's top flag football players.

From 6:45 a.m. to 5:00 p.m. on March 3, 9:00 a.m. to 5:00 p.m. on March 4, and 9:00 a.m. to 12:00 p.m. on March 5, elite youth athletes ages 12-17 will be instructed by USA Football personnel and U.S. National Team coaches. Athletes will undergo combine-style testing on Friday morning. The remaining practice time will be spent on positional and team training.

Athletes that participate in the 2023 Junior National Team Trials are vying for spots on USA Football's 2023 Junior U.S. Flag National Teams, which will compete in the second annual Junior Flag International Cup against teams from several other countries this summer.

USA Football fields both 15U and 17U Boys' and Girls' U.S. Flag National Teams. Eighteen of the 25 athletes per team invited to the Junior National Team Trials will advance to the next round of evaluation.

Athletes and coaches will be available for media interviews immediately following each day's conclusion. The camp is open to media and the public in its entirety. All camp and media availability times are Eastern Time.

USA Football will subsequently host the adult U.S. Men's and Women's Flag National Team Trials at the United States Performance Center from March 9-12.

**WHO:** Elite Youth Flag Football Athletes and U.S. National Team Coaches

**WHAT:** U.S. Flag Football Junior National Team Trials

**WHERE:** USPC

United States Performance Center

9319 Robert D. Snyder Road, Suite 416

Charlotte, NC 28223

**Practices will be held on Field 15**

1001 John Kirk Dr

Charlotte, NC 28262

Click here for printable maps

**WHEN:** March 2-5, Thursday-Sunday

**Friday, March 3**

- Medical & Physical Testing and Rules Review on Field 15 and in the Portal Building: 6:45 a.m.-12:00 p.m.
- Lunch for Athletes in the Dining Hall: 12:00-1:30 p.m.
- Light Practice: 2:00-5:00 p.m.
- Media Availability: 5:00-5:15 p.m.

**Saturday, March 4**

- Practice #1: 9:00 a.m.-12:00 p.m.
- Lunch: 12:00-1:30 p.m.
- Practice #2: 2:00-5:00 p.m.
- Media Availability: 5:00-5:15 p.m.

**Sunday, March 5**

- Practice: 9:00 a.m.-12:00 p.m.
- Athlete Box Lunch Distribution: 12:00 p.m.
- Media Availability: 12:00-12:15 p.m.

**CONTACT:**

Gabby Photos, USA Football, gphotos@usafootball.com, C: 941-894-2689 (on-site)

Sam Teets, USA Football, steets@usafootball.com, C: 908-914-1762 (off-site)

**About USA Football:** USA Football designs and delivers premier educational, developmental and competitive programs to advance, unify and grow the sport. As the sport's governing body, member of the U.S. Olympic Committee and organizer of the U.S. National Team for international competition, USA Football partners with leaders in medicine, child advocacy and athletics to support positive football experiences for youth, high school and other amateur players. Visit usafootball.com to learn more.

### Media Contacts

#### Kevin Meyer

Senior Communications Coordinator

kmeyer@usafootball.com

Follow us on

  

