# EXHIBIT 16




USA Football.com / Media Center / News

2022-11-21

# USA FOOTBALL ANNOUNCES FLAG FOOTBALL TOURNAMENT SANCTIONING AND NATIONAL CHAMPIONSHIP FOR 2023

**INDIANAPOLIS** – USA Football, the sport's national governing body and a member of the U.S. Olympic & Paralympic Committee, has finalized a pathway to a 2023 national flag football championship titled "The One." The One will draw youth teams comprised of athletes ages six through 17 as well as adult teams from a national series of sanctioned tournaments.

USA Football is partnering with Hard Count Athletics, the premier national tournament circuit for competitive youth flag football, to produce a schedule of sanctioned tournaments. USA Football has confirmed eight dates for sanctioned tournaments in 2023. The event calendar begins February 25-26 in Orlando, Fla. and runs through July. The One will be held in July 2023, featuring elite teams determined by two regional qualifiers held across the country.

Flag football tournaments sanctioned by USA Football will receive the national governing body's marketing assistance, operational resources and staff support. These are the only tournaments that will receive additional support from USA Football and be elevated to the standard embraced by international play.

Sanctioned tournaments will be played under international rules set by the International Federation of American Football (IFAF). IFAF is a provisional member of the International Olympic Committee, consists of 71 member countries and organizes the Flag Football World Championship.

Flag players who participate in tournaments sanctioned by USA Football will perform in front of the non-profit's staff. Standout athletes may receive invitations and follow-ups to try out for the U.S. Flag National Team. USA Football manages 15U and 17U Flag National Teams for boys and girls as well as the 2021 IFAF world champion Men's and Women's Flag National Teams.

"Flag football's growth trajectory is undeniable. USA Football's sanctioned flag football tournaments will feature the high standards and quality we always strive for as the sport's national governing body," said USA Football Managing Director of High Performance and National Teams **ERIC MAYES**. "This is an excellent opportunity for our sport's community to come together and compete at the highest level. We're excited to connect with some of the nation's best flag football athletes and teams over the course of the next year and expose them to our vision for the future of the game."

For more information on The One and sanctioned tournaments, visit usafootball.com/flag-tournaments.

**About USA Football:** USA Football designs and delivers premier educational, developmental and competitive programs to advance and grow the sport. As the sport's national governing body, member of the U.S. Olympic Committee and organizer of the U.S. National Team for international competition, USA Football partners with leaders in medicine, child advocacy and athletics to support positive football experiences for youth, high school and other amateur players.

**Media Contacts**

# Kevin Meyer

Senior Communications Coordinator

kmeyer@usafootball.com

**Follow us on**

  



Connect on Social

DEVELOPMENT & TRAINING

EVENTS

PROGRAMS

RESOURCES & TOOLS

ABOUT USA FOOTBALL

HELP DESK

CONTACT US



© 2023 Copyright USA Football

Privacy Policy     Terms of Use     Transparency in Coverage