# EXHIBIT 17




USA Football.com / Media Center / News

2022-07-18

# U.S. WOMEN'S TACKLE FOOTBALL NATIONAL TEAM TRAINING CAMP BEGINS JULY 21 AT WALSH UNIVERSITY IN NORTH CANTON, OHIO

**Practices open to media and coaches and players available from July 21-27**

USA Football, the sport's national governing body and a member of the U.S. Olympic & Paralympic Committee, will hold the 2022 U.S. Women's Tackle National Team's training camp at Walsh University from July 21-27 in preparation for the 2022 International Federation of American Football (IFAF) Women's Tackle World Championship.

U.S. Women's Tackle National Team practices will be open to media and fans free of charge. Practices will occur twice a day from Friday, July 22 through Monday, July 25 at Walsh University's Larry Staudt Field. The U.S. team is led by head coach **CALLIE BROWNSON**, who also is the assistant wide receivers coach and chief of staff for the Cleveland Browns.

U.S. Women's National Team coaches and players will be available for media interviews at Larry Staudt Field from 12:30 p.m. to 1 p.m. and 6:00 p.m. to 6:30 p.m. starting Friday, July 22, through Monday, July 25. The team also will be available for media on Tuesday, July 26, from 12:30 p.m. to 1 p.m. before breaking camp.

The U.S. Women's Tackle National Team will live on the Walsh University campus throughout camp before flying from Cleveland Hopkins International Airport to Vantaa, Finland to compete in the 2022 IFAF Women's Tackle World Championship from July 28-Aug. 8. The IFAF World Championships will feature the eight-best women's tackle football national teams on the globe. The U.S. women have won three consecutive World Championship gold medals (2010, 2013, 2017).

**WHO:**

2022 U.S. Women's Tackle National Team coaching staff and players

**WHAT:**

U.S. Women's Tackle National Team Training Camp for the 2022 IFAF World Championship

**WHERE:**

Larry Staudt Field, Walsh University, 2020 E Maple St, North Canton, OH 44720

Larry Staudt Field

**WHEN:**

July 21

- Practice: 5 p.m. to 6 p.m.

July 22-25

- Practice 1: 10:30 a.m. to 12:30 p.m.
- Media Availability #1: 12:30 p.m. to 1 p.m.
- Practice 2: 4:30 p.m. to 6 p.m.
- Media Availability #2: 6 p.m. to 6:30 p.m.

July 26

- Practice: 8:45 a.m. to 10:45 a.m.
- Media Availability: 10:45 a.m. to 11 a.m.

July 27

- Practice: 9 a.m. to 9:45 a.m.

**CONTACTS:**

Kevin Meyer, USA Football, kmeyer@usafootball.com

Kim Graves, Walsh University, kgraves@walsh.edu

Tyler Stotsky, Walsh University, tstotsky@walsh.edu

**About USA Football:** USA Football designs and delivers premier educational, developmental and competitive programs to advance, unify and grow the sport. As the sport's national governing body, a member of the U.S. Olympic & Paralympic Committee and the United States' sole delegate to the International Federation of American Football, USA Football assembles and directs U.S. National Teams for international competition. The independent non-profit also partners with leaders in medicine, child advocacy and athletics to support positive football experiences for youth, high school and other amateur players. Visit usafootball.com to learn more.

Media Contacts

### Kevin Meyer

Senior Communications Coordinator

kmeyer@usafootball.com

Follow us on

  

