# EXHIBIT 19




USA Football.com / Media Center / News

2022-06-16

# USA FOOTBALL TO HOST FLAG TEAMS FROM FOUR NATIONS AT JUNIOR FLAG INTERNATIONAL CUP AT UNIVERSITY OF MICHIGAN

**INDIANAPOLIS** – USA Football, the sport's national governing body and a member of the U.S. Olympic & Paralympic Committee, will host the inaugural Junior Flag International Cup this weekend from June 18-21 at the University of Michigan in Ann Arbor with all games played on campus at Mitchell Field.

The international friendly competition will include matches for 15U and 17U boys' and girls' flag football teams from Canada, Japan, Panama, and the United States. USA Football manages and directs each of the four U.S. National Teams taking the field this weekend. The Junior Flag International Cup is sanctioned by the International Federation of American Football (IFAF).

All games will be played at Mitchell Field, located on the University of Michigan campus.

Each game will follow the international 5-on-5 format under IFAF rules. IFAF, an International Olympic Committee provisional member, is comprised of 71 member countries, which has grown by more than 30 nations in the past 15 years.

USA Football assembled its 2022 15U and 17U U.S. Flag National Teams through player evaluation and recruitment at USA Football's 2021 Flag Academy and major flag competitions throughout 2021 and the first quarter of 2022.

Eight U.S. coaches with more than 90 years of playing and coaching experience will lead the four U.S. teams, comprised of athletes from more than 40 schools nationwide.

**U.S. FLAG NATIONAL TEAMS; HEAD COACHES; ASSISTANT COACHES**

15U U.S. Boys Flag; Scott Kallivokas - Purcellville, Va.; Luis Rodriguez - Miami

17U U.S. Boys Flag; Luis Rodriguez - Miami; Rudy Fernandez; - Miami

15U U.S. Girls Flag; Elliott Giles - Youngstown, Ohio; Amanda Lara - Miami

17U U.S. Girls Flag; Liz Sowers - Ottawa, Kan.; Jason Klam - Austin, Texas


The teams competing on the girls' side in the Junior Flag International Cup include The Braves, a club team fielded from flag football players across the country, and teams representing four nations:

- U.S. National Team
- The Braves (17U Only)
- Panama (15U only)
- Japan

- College Bourget (Quebec, Canada)

The boys' 15U division of the Junior Flag International Cup features the 15U U.S. Flag National Team divided into USA Stars and USA Stripes teams. The UA Elite are an organization based out of Michigan, not far from the University of Michigan's campus. This is the full list of participants:

- USA Stars
- USA Stripes
- Japan
- UA Elite

The boys' 17U division also includes the UA Elite and two international teams:

- U.S. National Team
- Panama
- Japan
- UA Elite

All teams will face competition in pool play throughout June 19 before participating in bracket play and championship games on June 20.

The 15U and 17U U.S. Girls' Flag National Teams competed together earlier this year in Tampa, Fla., against Select Teams built by Flag Football Life, a preferred athlete scouting partner of USA Football. The Junior Flag International Cup will be the first competition for the 15U and 17U U.S. Boys' Flag National Teams.

The Junior Flag International Cup is the first competition in a busy summer for the U.S. Flag National Teams. The Men's and Women's Flag National Teams compete in the 2022 World Games, a multi-sport, global stage event, this July in Birmingham, Ala. alongside 15 other flag national teams.

**About USA Football**: USA Football designs and delivers premier educational, developmental, and competitive programs to advance, unify and grow the sport. As the sport's national governing body, member of the U.S. Olympic & Paralympic Committee and organizer of the U.S. National Team for international competition, USA Football partners with leaders in medicine, child advocacy and athletics to support positive football experiences for youth, high school, and other amateur players.

**Media Contacts**

### Kevin Meyer

Senior Communications Coordinator

kmeyer@usafootball.com

**Follow us on**

  

