# EXHIBIT 20

 

USA Football.com / Media Center / News

2022-05-04

# USA FOOTBALL ANNOUNCES FINAL ROSTERS FOR 2022 U.S. BOYS' 15U & 17U FLAG NATIONAL TEAMS

INDIANAPOLIS – USA Football, a member of the U.S. Olympic & Paralympic Committee and the sport's national governing body, has announced the final rosters for the 2022 U.S. Boys' 15U and 17U Flag National Teams.

Each U.S. Boys' National Team features a 12-player active roster. USA Football assembled the 2022 U.S. Boys' 15U and 17U Flag National Teams through player evaluation and recruitment at USA Football's 2021 Flag Academy and major flag competitions throughout 2021 and the first quarter of 2022.

The 2022 U.S. Boys Flag National Teams will compete under International Federation of American Football (IFAF) rules this June against top international boys' flag national teams at a global friendly hosted by USA Football. The competition's dates and location will be announced in the coming weeks.

IFAF, an International Olympic Committee provisional member, has 71 member countries, a family of nations that has increased more than 75 percent over the past 15 years. The 2021 IFAF Flag World Championships held in Jerusalem, Israel, drew a record number 39 men's and women's flag national teams (combined) from 22 nations in December.

## 2022 U.S. Boys' 15U Flag National Team roster

**Name; Position; High School; Hometown**

Dylan Quick; WR/S; Legacy Charter School; Queen Creek, Ariz.

Kevin Cascudo; C/R; Florida Christian; Miami, Fla.

Nicsaint Joseph; WR/CB; Silver Trail Middle School; Miami Gardens, Fla.

Zach Katz; QB; True North; Weston, Fla.

Sirod Musgrove; WR/CB; Martinsburg High School; Martinsburg, W.Va.

Sabri Melvin; WR/LB; West Windsor Plainsboro North; Trenton, N.J.

Kedric Golston II; C/WR/LB/R; Gonzaga; Leesburg, Va.

Jesse McElroy; TE/LB; Hebron; Carrollton, Texas

Diego Rocha; WR/DB; Waterford Mott High School; Waterford, Mich.

Standley Louis; R/LB/WR; Monarch; North Lauderdale, Fla.

Jack Reed IV; C/LB; Fitchburg (Mass.) St. Bernard; Leominster, Mass.

Ennio Yapoor; QB; Gulliver Prep; Miami, Fla.

Head Coach: Scott Kallivokas
Assistant Coach: Luis Rodriguez

## Alternates for 2022 U.S. Boys' 15U Flag National Team

Name; Position; High School; Hometown

Marquis Williams; WR/CB; Gulliver Prep; Miami, Fla.

Julius Dominguez; S/WR; Camden Academy; Camden, N.J.

Andrew Finlay; R; Florida Christian; Miami, Fla.

Myles McAfee, WR/S; John Hanson Middle School; Waldorf, Md.

Kekoa Johansen; WR/R; St. Mary's Ryken; Waldorf, Md.

## 2022 U.S. Boys' 17U Flag National Team roster

Name; Position; High School; Hometown

Ricky Encarnacion; R/DB; Leominster High School; Leominster, Mass.

Jalen Brown; WR/S; Gulliver Prep; Miami, Fla.

Jorge Cascudo; C/LB; True North; Miami, Fla.

Stanquan Clark; DB/WR; Miami Killian Senior High; Miami, Fla.

Joshisa Trader; WR/DB; Miami Central Senior High; Miami, Fla.

Jeremiah Smith; WR/DB; Chaminade Madonna Prep; Miami, Fla.

Ryan Mack; S/WR; St. Thomas Aquinas; Miami, Fla.

Richard Dandridge; WR/R; Miami Homestead Senior High; Homestead, Fla.

Jaydan Hardy; DB/WR; IMG Academy; Lewisville, Texas

Collin Hurst; QB; Western Senior High; Davie, Fla.

Miguel Cabrera; WR/C; Leominster High School; Fitchburg, Mass.

Cameron Pineda; DB/WR; Christopher Columbus; Miami, Fla.

Head Coach: Johan Betancourt
Assistant Coach: Rudy Fernandez

## Alternates for 2022 U.S. Boys' 17U Flag National Team

Name; Position; High School; Hometown

Owen Gomez; R/C; Southwest Senior High; Miami, Fla.

Carl Bertaut; WR/R/CB; Loudoun Valley; Purcellville, Va.

Julian Randolph; WR/R; Independence; Asburn, Va.

Keyone Jenkins; QB; Miami Central Senior High; Miami, Fla.

U.S. Boys' 15U head coach **SCOTT KALLIVOKAS** of Purcellville, Va. founded Virginia Xtreme Sports (VXS) in 2012. The non-profit, volunteer-driven youth sports organization offers opportunities to participate in competitive flag football. His assistant coach, **LUIS RODRIGUEZ** of Miami, is the founder of Red Zone Sports, a competitive flag football program.

"Coach Rodriguez and I are very honored to represent the U.S. Boys' 15U Flag National Team and lead these talented athletes against international competition," said Kallivokas. "This is going to be a unique and fulfilling experience for everyone involved."

**JOHAN BETANCOURT** of Miami is head coach of the U.S. Boys' 17U Flag National Team. He has more than 10 years of experience coaching flag football between work with Rudy Youth Athletic Network (RYAN) Football and the Miami Immortals. Boys' 17U assistant coach **RUDY FERNANDEZ**, also of Miami, started RYAN Football in 2005.

"I'm looking forward to working with coach Fernandez and getting to know the members of the U.S. Boys' 17U Flag National Team," said Betancourt. "I'm confident we'll all get better through this process and enjoy the opportunity to face international teams."

The two head coaches and their assistants possess more than 60 years of combined coaching experience in flag and tackle football.

**About USA Football:** USA Football designs and delivers premier educational, developmental and competitive programs to advance, unify and grow the sport. As the sport's national governing body, member of the U.S. Olympic & Paralympic Committee and organizer of the U.S. National Team for international competition, USA Football partners with leaders in medicine, child advocacy and athletics to support positive football experiences for youth, high school, and other amateur players.

### Media Contacts

### Kevin Meyer

Senior Communications Coordinator

kmeyer@usafootball.com

Follow us on

  

