# EXHIBIT 22




USA Football.com  /  Media Center  /  News

2022-03-03

# USA FOOTBALL ANNOUNCES FINAL ROSTERS FOR U.S. MEN'S AND WOMEN'S FLAG NATIONAL TEAMS COMPETING IN THE WORLD GAMES 2022

INDIANAPOLIS – USA Football, the sport's national governing body and a member of the U.S. Olympic & Paralympic Committee, announced today the final rosters for the 2022 U.S. Men's and Women's Flag National Teams that will compete in The World Games 2022 in Birmingham, Ala. from July 7-17. The event represents flag football's debut on a multi-sport, global stage and will feature 16 flag football national teams – eight men's and eight women's – spanning four continents.

USA Football introduced the U.S. Men's and Women's preliminary rosters, which consisted of 24 men and 24 women, in January. A competitive, in-person evaluation process trimmed each roster to 12 athletes and six alternates. The selected players will represent the United States on the largest stage in flag's history when The World Games 2022 kick off this summer.

Nine states are represented on the combined final U.S. National Team rosters, including alternates: Florida (17), Texas (11), North Carolina (2), California (1), Colorado (1), Louisiana (1), New Jersey (1), Pennsylvania (1), and Virginia (1).

"The women and men who comprise our U.S. Flag National Teams are elite, world-class athletes and are inspired to compete for gold in Birmingham this summer," said USA Football Managing Director of High Performance and National Teams ERIC MAYES. "The World Games 2022 represents a historic stage for American Football and flag in particular. Our players and coaches are excited to face the world's best competition in Legion Field and show fans everywhere the dynamic, fast-paced action that makes flag so thrilling to watch."

The U.S. Men's and Women's National Teams won gold medals at the International Federation of American Football (IFAF) Flag World Championships in Jerusalem, Israel this past December, successfully defending their 2018 World Championship titles. IFAF is football's international federation, a member of the Global Association of International Sports Federations, and provisionally recognized by the International Olympic Committee (IOC). IFAF's family of 71 member nations across six continents has increased more than 75 percent in the past 15 years, up from 40 in 2007.

## 2022 U.S. Women's Flag National Team roster

**Roster Name; Position; Residence**

Vanita Krouch; QB; Carrollton, Texas

Joann Overstreet; WR; Lewisville, Texas

Sheneika Adger-Comice; WR; Sun City Center, Fla.

Ashley Whisonant; WR; Woodbridge, Va.

Michelle Roque-Paskow; WR; Pompano Beach, Fla.

Deliah Autry; WR; Tampa, Fla.

Nadia Bibbs; WR; Houston, Texas

Mariah Gearhart; Rusher/DB; Orlando, Fla.

Mary Kate Bula; DB; Charlotte, N.C.

Crystal Winter; Rusher/DB; Delray Beach, Fla.

Ayanna Pate; WR; Riverview, Fla.

Crystal Daniels; WR; Houston, Texas

*Head Coach*: Chris Lankford; Dallas, Texas

## Alternates for 2022 U.S. Women's Flag National Team

Roster Name; Position; Residence

Keisa Lankford; Rusher/DB; Dallas, Texas

Amanda Lara; WR; Davie, Fla.

Karine Polgar; WR; Morristown, N.J.

Rebecca Crabb; C; Denver, Colo.

Kassandra Bills; WR; Austin, Texas

Amber Shantel Clark; DB; Knightdale, N.C.

## 2022 U.S. Men's Flag National Team roster

Roster Name; Position; Residence

Eric Holliday; QB; Lantana, Texas

Bruce Mapp; WR; Carrollton, Texas

Kamrin Solomon; WR; Jacksonville, Fla.

Laval Davis; WR; Jacksonville, Fla.

Darrell Doucette; QB; New Orleans, La.

Aamir Brown; WR; Philadelphia, Pa.

Frankie Solomon; DB; Dallas, Texas

Jordan Oquendo; DB; Spring Hill, Fla.

David Price; DB; Baldwin, Fla.

Johnny Rembert; WR; Miami, Fla.

James Calhoun; DB/WR; Hemet, Calif.

Geoffrey Bryan; Rusher/DB; Opa Locka, Fla.

*Head Coach*: Jorge Cascudo; Miami, Fla.

*Assistant Coach*: Patrick Alley; Richardson, Texas

## Alternates for 2022 U.S. Men's Flag National Team

Roster Name; Position; Residence

Dezmin Lewis; WR; Melissa, Texas

Dallas Julian; DB; Orange Park, Fla.

Terrance Bunting; WR; Orlando, Fla.

Jonathan Cruz; QB; Marathon, Fla.

Johnluis Hernandez; WR; Miami, Fla.

Laderrick A. Smith; WR; Pompano Beach, Fla.

**JORGE CASCUDO** of Miami and **CHRIS LANKFORD** of Dallas are the respective head coaches of the 2022 U.S. Men's and Women's Flag National Teams. Cascudo earned a bronze medal coaching the Panamanian Men's Flag National Team in the 2021 IFAF Flag World Championships while Lankford coached the gold-medal-winning U.S. Women's Flag National Teams in 2021. **PATRICK ALLEY** of Richardson, Texas, will serve as a U.S. Men's Flag National Team assistant coach under Cascudo. Alley began his elite-level flag playing career in 1998 and has coached the sport since 2011.

The World Games is an Olympic-style event that the International World Games Association, which is recognized by the IOC, debuted in 1981. Event organizers anticipate hosting 3,600 athletes from over 100 countries this summer as they compete in more than 30 events. Several events that took place in The World Games have entered the Olympics, such as beach volleyball, taekwondo, and triathlon.

The U.S. Men's and Women's teams qualified for The World Games 2022 by winning the 2018 IFAF Flag World Championships in Panama.

**About USA Football:** USA Football designs and delivers premier educational, developmental, and competitive programs to advance and grow the sport. As the sport's national governing body, member of the U.S. Olympic Committee and organizer of the U.S. National Team for international competition, USA Football partners with leaders in medicine, child advocacy and athletics to support positive football experiences for youth, high school, and other amateur players.

Media Contacts

### Kevin Meyer

Senior Communications Coordinator
kmeyer@usafootball.com

Follow us on

  

