# EXHIBIT 24




USA Football.com / Media Center / News

2022-01-06

# USA FOOTBALL ANNOUNCES PRELIMINARY ROSTERS FOR U.S. MEN'S AND WOMEN'S FLAG NATIONAL TEAMS COMPETING IN THE WORLD GAMES 2022 IN BIRMINGHAM, ALA.

**INDIANAPOLIS** – USA Football, the sport's national governing body and a member of the U.S. Olympic & Paralympic Committee, has announced its preliminary roster pool for 2022 U.S. Men's and Women's Flag Football National Teams that will compete in The World Games 2022 in Birmingham, Ala. The event represents the first time that flag football will be featured on a multi-sport, global stage. Preliminary rosters consist of 24 men and 24 women who are in contention for final U.S. National Team roster spots ahead of The World Games, which will run from July 7-17.

Both the U.S. Men's and Women's preliminary rosters feature athletes that earned first-place at the 2021 International Federation of American Football (IFAF) Flag World Championships in Jerusalem from Dec. 6-8. All 12 women and 10 men from the 2021 gold-medal U.S. National Teams appear on 2022 U.S. preliminary rosters. Nine states are represented on the combined preliminary rosters: Florida (23 players), Texas (16), North Carolina (3), California (1), Colorado (1), Louisiana (1), New Jersey (1), Pennsylvania (1), and Virginia (1).

The 2022 U.S. Women's and Men's Flag National Team head coaches are **CHRIS LANKFORD** of Dallas and **BRYAN GARCIA** of Granbury, Texas, respectively. Both possess extensive success and experience in coaching adult flag. Lankford and Garcia also led the 2021 U.S. Flag National Teams for women and men, respectively.

Final rosters for both teams will be determined and announced by mid-March.

USA Football assembled its preliminary rosters through talent evaluation which included events conducted by its preferred scouting partners: the American Flag Football League and the Flag Football World Championship Tour. Combined, these two organizations welcomed USA Football to five adult flag events nationwide in 2021 to assist in identifying men's and women's flag players across the country.

"We are excited to have the country's premiere men's and women's flag football players comprise our preliminary 2022 U.S. National Team rosters," USA Football Executive Director and CEO **SCOTT HALLENBECK** said. "Now in the second decade of fielding U.S. Flag National Teams, world-class athleticism is driving global popularity. For these athletes, exceptional competition and player evaluation are on tap as we begin to finalize our national team rosters for The World Games in July. The road to Birmingham begins now."

## 2022 U.S Women's Flag National Team Preliminary Roster

*Name; Position; Residence*

Mariah Gearhart; Rusher/DL; Orlando, Fla.

Keisha Lankford; Rusher/DL; Dallas, Texas

Vanita Krouch; QB; Carrollton, Texas

Amber Shantel Clark; DB; Knightdale, N.C.

Eleanor McMillan; DB; Charlotte, N.C.

Ayanna Pate; WR; Riverview, Fla.

Kassandra Bills; WR; Austin, Texas

Joann Overstreet; WR; Lewisville, Texas

Sheneika Adger-Comice; WR; Sun City Center, Fla.

Amanda Lara; WR; Davie, Fla.

Nadia Bibbs; WR; Houston, Texas

Ashley Whisonant; WR; Woodbridge, Va.

Deliah Autry; WR; Tampa, Fla.

Mary Kathleen Bula; DB; Charlotte, N.C.

Michelle Roque-Paskow; WR; Pompano Beach, Fla.

Crystal Winter; Rusher/DL; Delray Beach, Fla.

Karine Polgar; WR; Morristown, N.J.

Crystal Daniels; WR; Houston, Texas

Marlee Grace Marquez; QB; Wellington, Fla.

Rebecca Joy Crabb; C; Denver, Colo.

Zina Rose Foston; DB/WR; Washington, D.C.

Vanessa Goh; DB; Oakland, Calif.

Latia Banks; WR; Dallas, Texas

RayGene Garner; WR; Lake Wales, Fla.

# 2022 U.S Men's Flag National Team Preliminary Roster

*Name; Position; Residence*

Bruce Allen Mapp Jr.; WR; Carrollton, Texas

Jonathan Cruz; QB; Marathon, Fla.

Jordan Oquendo; DB; Spring Hill, Fla.

Laval Cassi Davis; WR; San Antonio, Texas

Dezmin Lewis; WR; Melissa, Texas

Kamrin Javion Solomon; WR; Jacksonville, Fla.

Darrell Doucette; QB; New Orleans, La.

Terrance Bunting; WR; Orlando, Fla.

Brian A Traster; QB; Jacksonville, Fla

James Calhoun; DB/WR; Hemet, Calif.

Dallas Julian; DB; Orange Park, Fla.

Eric Holliday; QB; Argyle, Texas

Pablo Jesus De Armas; Rusher/DL; Miami, Fla.

Laderrick A Smith; WR; Pompano Beach, Fla.

Frankie Solomon Jr.; DB; Dallas, Texas

John Garrett Hickman; WR; Euless, Texas

David Price; DB; Baldwin, Fla.

Geoffrey Neil Bryan; Rusher/DL; Opa Locka. Fla.

Donovan Marcus Edouard; WR; Miami, Fla.

Johnluis Hernandez; WR; Miami, Fla.

Kevin Mujica; C; Hialeah, Fla.

Marshall Green; QB; Addison, Texas

Johnny Rembert; WR; Miami, Fla.

Aamir Brown; WR; Philadelphia, Pa.

The World Games is an Olympic-style sports event established in 1981 by the International World Games Association, an organization recognized by the International Olympic Committee (IOC). Numerous sports currently included in the Olympic Games program historically competed in The World Games, including beach volleyball, taekwondo and triathlon. World-class athletes of 16 flag football national teams (eight Men's, eight Women's) from as many as five continents will be among the 3,600 participants from more than 100 countries competing across 33 sports in Birmingham in July 2022.

The U.S. Men's and Women's teams have qualified for Flag Football @TWG2022 Presented by the @NFL by virtue of winning the 2018 International Federation of American Football (IFAF) Flag Football World Championships in Panama. IFAF is football's international federation, a member of the Global Association of International Sports Federations and provisionally recognized by the IOC. Both U.S teams are fresh off a gold-medal performance at the 2021 IFAF World Championships in Israel last month.

#     #     #

**About USA Football**: USA Football designs and delivers premier educational, developmental and competitive programs to advance, unify and grow the sport. As the sport's national governing body, member of the U.S. Olympic & Paralympic Committee and organizer of the U.S. National Team for international competition, USA Football partners with leaders in medicine, child advocacy and athletics to support positive football experiences for youth, high school and other amateur players.

**Media Contacts**

### Kevin Meyer

Senior Communications Coordinator

[kmeyer@usafootball.com](mailto:kmeyer@usafootball.com)

Follow us on

  



© 2023 Copyright USA Football

Privacy Policy    Terms of Use    Transparency in Coverage