# EXHIBIT 25




USA Football.com / Media Center / News

2021-12-15

# USA FOOTBALL ANNOUNCES FINAL ROSTERS FOR 2022 U.S. GIRLS 15U & 17U FLAG NATIONAL TEAMS

*U.S. Girls Flag National Teams to compete against the world's best next summer*

**INDIANAPOLIS** – USA Football, the sport's national governing body and member of the U.S. Olympic & Paralympic Committee, today announced players selected for the 2022 U.S. Girls 15U and 17U Flag National Teams.

Each U.S. Girls team is comprised of a 12-player active roster. The Americans will face the world's top girls flag national teams among their age group in June 2022 at an international friendly hosted by USA Football. Location and game dates of next summer's global youth flag event will be announced in upcoming months. USA Football will announce 2022 Boys 15U and 17U Flag National Team rosters in the first quarter of 2022, which will compete against boys foreign national teams at the same event as the girls.

All games will be played in a 5 vs. 5 format under International Federation of American Football (IFAF) rules. IFAF, an International Olympic Committee provisional member, is comprised of more than 70 American Football-playing member nations spanning six continents, nearly doubling its family of countries in the past 15 years.

U.S. Girls 15U Head Coach **ELLIOTT GILES** is the founder of the Youngstown (Ohio) Youth Flag Football Association, which has earned numerous youth flag national championships while impacting more than 20,000 boys and girls since 2007. A Miami native, Giles was inducted into the Youngstown State University Athletics Hall of Fame (2010) for his standout play at receiver for the Penguins from 1998-99. Girls 15U Assistant Coach **AMANDA LARA** is a current elite adult flag football player from South Florida. Owner of the all-girls South Florida Elite Flag Football organization, she shares her knowledge of the game with the next generation of players. As a high-level athlete with 10-plus years of coaching experience, Lara looks forward to both winning and building character with young athletes.

Head coach of the U.S. Girls 17U team is **LIZ SOWERS**, a four-time U.S. Women's Football National Team player who helped lead three U.S. teams to gold medals in IFAF World Championship play across flag (2018) and tackle (2013, 2017). In her first season as the women's flag football head coach at Ottawa (Kan.) University this past spring, Sowers guided her Braves to the NAIA's inaugural collegiate Women's Flag National Championship. Girls 17U Assistant Coach **JASON KLAM** of Austin, Texas, is the head coach of the Texas Fury Girls Flag Football program. Klam was named to USA Football's Athlete and Coach Advisory Subcommittee earlier this year.

Spanning eight states and more than two dozen schools, U.S. Girls 15U and 17U Flag National Team players are selected by USA Football. Athletes are evaluated at U.S. National Team High Performance Development Camps and other USA Football player evaluation events.

## 2022 U.S. Girls 15U Flag National Team roster:

*Name; Position; High School; Grade; Hometown*

Adeline Chilek; WR/DB; Vandegrift; 10; Austin, Texas

Emma Clark; WR/DB; Vandegrift; 10; Austin, Texas

Sarah Colchamiro; DL (Rusher)/WR; Susan E. Wagner; 9; Staten Island, N.Y.

Maci Joncich; WR/DB; Coronado; 10; Henderson, Nev.

Madison Mayas; WR/DB; Lois Nicotra Charter; 8; Staten Island, N.Y.

Trystin Mitchell; DL (Rusher)/WR; Liberty; 9; Henderson, Nev.

Raizel Obrero; QB/RB; Salem Academy; 10; Salem, Mass.

Olivia Rijo; WR/LB; Susan E. Wagner; 10; Staten Island, N.Y.

Mary Nell Thompson; WR/DB; Leander; 10; Cedar Park, Texas

Quinn Trudeau; DB/WR; Henry Middle; 9; Cedar Park, Texas

Kiona Westerlund; WR/RB; Liberty; 9; Henderson, Nev.

Jordyn Woodward; LB/DB; McNeil; 10; Round Rock, Texas

# Alternates for the 2022 U.S. Girls 15U Flag National Team:

*Name; Position; High School; Grade; Hometown*

Isabella Castro; WR/LB; 72 Junior High; 8; Staten Island, N.Y.

Paula Nicole Cruz; WR/DB; Colegio de las Americas; 9; El Centro, Calif.

Lily Mayo; WR/DB; Foothill; 10; Staten Island, N.Y.

Krista Quinn; WR/LB; Lansdale Catholic; 10; Staten Island, N.Y.

Kristin Sarnicola; QB/DB; St. Joseph by the Sea; 10; Salem, Mass.

*Coaches:*

Head Coach: Elliott Giles, Youngstown (Ohio) Youth Flag Football Association

Assistant Coach: Amanda Lara, South Florida Elite Flag Football (Fort Lauderdale, Fla.)

# 2022 U.S. Girls 17U Flag National Team roster:

*Name; Position; High School; Grade; Hometown*

Jenna Burgos; QB; Tottenville; 12; Staten Island, N.Y.

Lauren Clark; DL (Rusher); Vandegrift; 12; Austin, Texas

Lia Cruz; WR; Vincent Memorial Catholic; 11; El Centro, Calif.

Allison Gandlin; WR; Staten Island Technical; 11; Staten Island, N.Y.

Ashlea Klam; WR; Vandegrift; 11; Austin, Texas

Jade Mazziotta; WR; Moore Catholic; 11; Staten Island, N.Y.

Brenna Ramirez; WR; Gilbert High; 12; Gilbert, Ariz.

Victoria Rosas; WR; Tottenville; 10; Staten Island, N.Y.

Marley Spielberg; WR; Basic Academy; 11; Henderson, Nev.

Adelaide Videon-Perino; DL (Rusher); Point Pleasant Boro; 10; Point Pleasant, N.J.

Sarah Villarreal; WR; Vincent Memorial Catholic; 11; El Centro, Calif.

Ava Wallace; QB; Vista Ridge; 9; Austin, Texas

# Alternates for the 2022 U.S. Girls 17U Flag National Team:

*Name; Position; High School; Grade; Hometown*

Julia Arnone; DB/WR; St. Joseph by the Sea; 11; Staten Island, N.Y.

Rylen Bourget; QB/DB; Salpointe Catholic; 11; Tucson, Ariz.

Trinity Hutchins; LB/DB; McNeil; 11; Austin, Texas

Hannah Jayes; DB/WR; Hendrickson; 11; Pflugerville, Texas

Teliyah-Judith McInnis; WR/DB; Bishop Gorman; 11; Las Vegas, Nev.

Devyn Silvestri; QB/DB; Joe E. Newsome; 12; Valrico, Fla.

*Coaches:*

Head Coach: Liz Sowers, Ottawa (Kan.) University

Assistant Coach: Jason Klam, Texas Fury Girls Flag Football Club (Austin, Texas)

**About USA Football**: USA Football designs and delivers premier educational, developmental and competitive programs to advance and grow the sport. As the sport's national governing body, member of the U.S. Olympic & Paralympic Committee and organizer of the U.S. National Team for international competition, USA Football partners with leaders in medicine, child advocacy and athletics to support positive football experiences for youth, high school and other amateur players.

**Media Contacts**

### Kevin Meyer

Senior Communications Coordinator

kmeyer@usafootball.com

**Follow us on**

  

