# EXHIBIT 26




USA Football.com / Media Center / News

2021-07-20

# USA FOOTBALL'S HIGH PERFORMANCE COMMITTEE AND ATHLETE & COACH ADVISORY SUBCOMMITTEE TO ADVANCE U.S. FLAG NATIONAL TEAM PROGRAM

**INDIANAPOLIS** – USA Football announced today members of its High Performance Committee and Athlete & Coach Advisory Subcommittee, adding leadership to further advance its high performance programming and U.S. Flag National Team Program.

As a member of the U.S. Olympic & Paralympic Committee (USOPC), the sport's national governing body and the country's exclusive member of the International Federation of American Football (IFAF), USA Football organizes and manages U.S. National Teams for international competition.

"Both of these groups of leaders are helping us build an elite and inclusive high performance player development pathway in conjunction with our U.S. Flag National Team Program," USA Football CEO & Executive Director **SCOTT HALLENBECK** said. "We aim to identify our nation's top talent for international competition through our exclusive development pathway, and by extension, grow the burgeoning interest in flag football via high-level domestic and international competitions from youth to adults. The committees' insight helps us to achieve both these objectives."

Members of the High Performance Committee will aid USA Football in its efforts to create and execute a high performance program and pathway in flag football, advising on the development of high performance programs, resources and events focused on the identification, evaluation and selection of prospective U.S. Flag National Team athletes and coaches. The committee also will provide insight on aligning high performance offerings with the Football Development Model (FDM) to further advance flag football's inclusion in future international, multi-sport events.

"Together, this committee shares a commitment to creating premier sport experiences, and it's a privilege to collaborate with these amazing experts to establish something that will impact the sport of football for years to come," said **CHRIS SNYDER**, USA Football High Performance Committee chair and i9 Sports® Vice President of Operations. Snyder, a member of USA Football's Football Development Model Council, also helped guide the national governing body in the formation of the first national application of a long-term athlete development model for football. "Knowing the vast experience of this committee – from players and coaches to sports medicine experts and sport administrators – I'm excited about contributing to USA Football's athlete-centric mission that is focused on development for a tremendous team sport."

USA Football's Athlete & Coach Advisory Subcommittee will assist in the process and avenues of U.S. Flag National Team athlete evaluation and selection, with final roster decisions for officially recognized IFAF or International Olympic Committee (IOC) competition being made solely by USA Football staff and coaches. Currently, U.S. Flag National Teams compete globally against the world's best competition across the sport in premier events such as the biannual IFAF Flag World Championships and The World Games 2022, which marks the first time that flag football will be featured on a multi-sport, global stage.

## High Performance Committee

- Toby Bourguet, Head Coach, Tucson (Ariz.) Turf Flag Football
- Kirk Campbell, Physician, Sports Orthopedic Surgery, NYU Langone Health
- Vanita Krouch, 2021 U.S. Women's Flag National Team Athlete
- Kandice Pritchett Mitchell, Assistant Director of Athletics, Atlanta Public Schools; U.S. National Team Alumna
- Ralph Reiff, Senior Associate Athletic Director for Student-Athlete Health, Performance and Well-Being, Butler University
- Michelle Roque-Paskow, 2021 U.S. Women's Flag National Team Athlete
- Manny Sanabia, 2021 U.S. Men's Flag National Team Athlete
- Chris Snyder (Chair), Vice President of Operations, i9 Sports
- Liz Sowers, Women's Flag Football Head Coach, Ottawa (Kan.) University; 2021 U.S. Women's Flag National Team Athlete

## Athlete and Coach Advisory Subcommittee

- Bryan Garcia, Director of Officiating, Flag Football World Championship Tour (FFWCT); 2021 U.S. Men's Flag National Team Head Coach
- Angellica Grayson, Women's Flag Football Head Coach, University of Saint Mary (Kan.); U.S. National Team Alumna
- Eric Holliday, 2021 U.S. Men's Flag National Team Athlete
- Jason Klam, Head Coach, Texas Fury Flag Football
- Liz Sowers, Women's Flag Football Head Coach, Ottawa (Kan.) University; 2021 U.S. Women's Flag National Team Athlete
- Jason Tenner (Chair), Head Football Coach, Roseville (Calif.) West Park High School; U.S. National Team Regional Director

**About USA Football**: USA Football designs and delivers premier educational, developmental and competitive programs to advance, unify and grow the sport. As the sport's national governing body, a member of the U.S. Olympic & Paralympic Committee and the United States' sole delegate to the International Federation of American Football, USA Football assembles and directs U.S. National Teams for international competition. The independent non-profit also partners with leaders in medicine, child advocacy and athletics to support positive football experiences for youth, high school and other amateur players. Visit usafootball.com to learn more.

**Media Contacts**

### Kevin Meyer

Senior Communications Coordinator

kmeyer@usafootball.com

**Follow us on**

  

