# EXHIBIT 27



# TEAM USA

## CONTACT US



## USOPC

# TEAM USA

Main: 719-632-5551

U.S. Paralympics: 719-866-2030

[Media Inquiries](#)

# TEAM USA



## OPTC

Colorado Springs Olympic & Paralympic Training Center

One Olympic Plaza
Colorado Springs, CO 80909
Main: 719-866-4444
Team USA Shop: 719-866-4792
Visitors Center: 719-866-4618

# TEAM USA

Main: 518-523-2600



# FOUNDATION

# TEAM USA

1-800-775-USOC (8762)



# TEAM USA

Internship Program

Recruiting@usopc.org

Employment Verification:

719-866-3027

employmentverifications@usopc.org

## FOR SPORT SPECIFIC QUESTIONS, PLEASE CONTACT THE APPROPRIATE NATIONAL GOVERNING BODY.

★ ★ ★  **NATIONAL GOVERNING BODIES (NGBS)**

| Summer | v |
|---|---|
| USA Archery** | US Sailing |
| USA Badminton** | USA Shooting** |
| USA Baseball | USA Skateboarding |
| USA Basketball | U.S. Soccer |
| USA Boxing | USA Softball |
| American Canoe Association** | USA Surfing |
| USA Climbing | USA Swimming |
| USA Cycling | USA Synchro |
| USA Diving | USA Table Tennis** |
| US Equestrian** | USA Taekwondo** |
| USA Fencing** | USA Team Handball |
| USA Field Hockey | U.S. Tennis Association** |
| USA Golf | USA Track & Field |
| USA Gymnastics | USA Triathlon** |



| | |
|---|---|
| USA Pentathlon | USA Weightlifting |
| USRowing** | USA Wrestling |
| USA Rugby | |

**Denotes NGBs that also manage a Paralympic sport.

| Winter | > |
|---|---|

| Pan American | > |
|---|---|

| Paralympic | > |
|---|---|

ABOUT
NEWS
ATHLETES
ATHLETE SERVICES
ATHLETE SAFETY
ATHLETE OMBUDS
MENTAL HEALTH
DONATE
SHOP
SPONSORS
CONTACT US
CAREERS
FOUNDATION
TRAINING CENTERS
REPORT A CONCERN
TEAM USA PORTAL LOGIN
FOR MEDIA



# GET TO KNOW US

    



Empower Team USA athletes to achieve sustained competitive excellence and well-being.

ACCESSIBILITY | FINANCE | LEGAL | PRIVACY POLICY | TERMS OF USE

©2022 United States Olympic & Paralympic Committee. All Rights Reserved.