# EXHIBIT 28



# TEAM USA

## CONTACT US



## USOPC

Case 4:23-cv-00465-ALM   Document 1-29   Filed 05/22/23   Page 3 of 9 PageID #: 204

Main: 719-632-5551
U.S. Paralympics: 719-866-2030
[Media Inquiries](#)

# TEAM USA



## OPTC

### Colorado Springs Olympic & Paralympic Training Center

One Olympic Plaza
Colorado Springs, CO 80909
Main: 719-866-4444
Team USA Shop: 719-866-4792
Visitors Center: 719-866-4618

# TEAM USA

Main: 518-523-2600



## FOUNDATION

# TEAM USA

1-800-775-USOC (8762)





Internship Program

Recruiting@usopc.org

Employment Verification:
719-866-3027

employmentverifications@usopc.org

**FOR SPORT SPECIFIC QUESTIONS, PLEASE CONTACT THE APPROPRIATE NATIONAL GOVERNING BODY.**

★ ★ ★  **NATIONAL GOVERNING BODIES (NGBS)**

| Summer | > |
|---|---|

| Winter | v |
|---|---|

U.S. Biathlon
USA Bobsled & Skeleton**
USA Curling**
U.S. Figure Skating
USA Hockey**
USA Luge
U.S. Ski & Snowboard
US Speedskating

**Denotes NGBs that also manage a Paralympic sport.

| Pan American | > |
|---|---|

| Paralympic | > |
|---|---|

# TEAM USA

ABOUT
NEWS
ATHLETES
ATHLETE SERVICES
ATHLETE SAFETY
ATHLETE OMBUDS
MENTAL HEALTH
DONATE
SHOP
SPONSORS
CONTACT US
CAREERS
FOUNDATION
TRAINING CENTERS
REPORT A CONCERN
TEAM USA PORTAL LOGIN
FOR MEDIA

TEAM USA'S BIGGEST STORIES - STRAIGHT TO YOUR INBOX.

Email Address                    SIGN UP

GET TO KNOW US

     

