# EXHIBIT 29



# TEAM USA

## CONTACT US



## USOPC

# TEAM USA

Main: 719-632-5551

U.S. Paralympics: 719-866-2030

[Media Inquiries](#)

# TEAM USA



## OPTC

### Colorado Springs Olympic & Paralympic Training Center

One Olympic Plaza
Colorado Springs, CO 80909
Main: 719-866-4444
Team USA Shop: 719-866-4792
Visitors Center: 719-866-4618

# TEAM USA

Main: 518-523-2600



# FOUNDATION

# TEAM USA

1-800-775-USOC (8762)



5/15/23, 12:29 PM
Case 4:23-cv-00465-ALM   Document 1-30   Filed 05/22/23   Page 7 of 9 PageID #:  217
Contact the USOPC and Team USA



Internship Program

Recruiting@usopc.org

Employment Verification:
719-866-3027

employmentverifications@usopc.org

**FOR SPORT SPECIFIC QUESTIONS, PLEASE CONTACT THE APPROPRIATE NATIONAL GOVERNING BODY.**

★ ★ ★   **NATIONAL GOVERNING BODIES (NGBS)**

**Summer** >

**Winter** >

**Pan American** >

**Paralympic** v

USA Boccia
U.S. Association of Blind Athletes (Goalball)
National Wheelchair Basketball Association
Lakeshore Foundation (Wheelchair Rugby)
Logan University (Powerlifting)

Contact the U.S. Paralympics for alpine skiing, cycling, Nordic skiing, snowboarding, swimming, and track and field.

# TEAM USA

ABOUT
NEWS
ATHLETES
ATHLETE SERVICES
ATHLETE SAFETY
ATHLETE OMBUDS
MENTAL HEALTH
DONATE
SHOP
SPONSORS
CONTACT US
CAREERS
FOUNDATION
TRAINING CENTERS
REPORT A CONCERN
TEAM USA PORTAL LOGIN
FOR MEDIA

TEAM USA'S BIGGEST STORIES - STRAIGHT TO YOUR INBOX.

Email Address                                          SIGN UP

GET TO KNOW US

     



Empower Team USA athletes to achieve sustained competitive excellence and well-being.

ACCESSIBILITY | FINANCE | LEGAL | PRIVACY POLICY | TERMS OF USE

©2022 United States Olympic & Paralympic Committee. All Rights Reserved.