# EXHIBIT 30



# CONTACT US

TEAM USA



## USOPC

5/15/23, 12:28 PM
Contact the USOPC and Team USA
Case 4:23-cv-00465-ALM   Document 1-31   Filed 05/22/23   Page 3 of 9 PageID #: 222

# TEAM USA

Main: 719-632-5551

U.S. Paralympics: 719-866-2030

[Media Inquiries](#)

# TEAM USA



## OPTC

Colorado Springs Olympic & Paralympic Training Center
One Olympic Plaza
Colorado Springs, CO 80909
Main: 719-866-4444
Team USA Shop: 719-866-4792
Visitors Center: 719-866-4618

# TEAM USA

Main: 518-523-2600



# FOUNDATION

# TEAM USA

1-800-775-USOC (8762)



![TEAM USA]

Internship Program

Recruiting@usopc.org

Employment Verification:
719-866-3027

employmentverifications@usopc.org

**FOR SPORT SPECIFIC QUESTIONS, PLEASE CONTACT THE APPROPRIATE NATIONAL GOVERNING BODY.**

★ ★ ★   **NATIONAL GOVERNING BODIES (NGBS)**

| Summer | > |

| Winter | > |

| Pan American | v |
| U.S. Bowling Congress |
| USA Racquetball |
| USA Roller Sports |
| US Squash |
| USA Water Ski |

| Paralympic | > |

# TEAM USA

- ATHLETE SERVICES
- ATHLETE SAFETY
- ATHLETE OMBUDS
- MENTAL HEALTH
- DONATE
- SHOP
- SPONSORS
- CONTACT US
- CAREERS
- FOUNDATION
- TRAINING CENTERS
- REPORT A CONCERN
- TEAM USA PORTAL LOGIN
- FOR MEDIA

TEAM USA'S BIGGEST STORIES - STRAIGHT TO YOUR INBOX.

Email Address    SIGN UP

GET TO KNOW US

    



# TEAM USA

ACCESSIBILITY | FINANCE | LEGAL | PRIVACY POLICY | TERMS OF USE

©2022 United States Olympic & Paralympic Committee. All Rights Reserved.