IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| USA FOOTBALL, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 4:23-cv-00516-ALM |
| FFWCT, LLC; USE FLAG, LLC; AND TRAVIS BURNETT, | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING MOTION TO SEAL DOCUMENTS**

The Court, after reviewing Defendant USA Football's Motion to Seal Documents, enters this Order GRANTING USA Football's motion and deeming the following documents, which are exhibits to USA Football's Opposition to Defendant's Motion for Partial Summary Judgment, filed under seal as of June 21, 2024, the date the Opposition was filed:

1. Exhibit 1-B, Flag Football World Championship Tour Profit and Loss Since September 18, 2017.

2. Exhibit 1-C, Flag Football World Championship Tour Profit & Loss Statement January 2020 – December 2022 [FFWCT0007945-46].

3. Exhibit 1-D, Flag Football World Championship Tour Statement of Cash Flows January 2020-December 2022 [FFWCT0007947].

4. Exhibit 1-E, Flag Football World Championship Tour Balance Sheet As of December 31, 2022 [FFWCT0007948-49].

5. Exhibit 1-F, Flag Football World Championship Tour Profit and Loss January 1, 2016 – December 15, 2023 [FFWCT0007950].

6. Exhibit 1-G, Flag Football World Championship Tour Balance Sheet December 15, 2023; [FFWCT0007951].

7. Exhibit 1-H, Flag Football World Championship Tour Profit and Loss January 16- December 2023 [FFWCT0008110].

8. Exhibit 1-I, Flag Football World Championship Tour Balance Sheet December 31, 2023 [FFWCT0008109].