

# Transcript of Travis Burnett, Corporate Designee & Individually

**Date:** April 12, 2024
**Case:** USA Football, Inc. -v- FFWCT, LLC, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
www.planetdepos.com

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

Transcript of Travis Burnett, Corporate Designee & Individually
Conducted on April 12, 2024

1 (1 to 4)

---

**Page 1**

```
              IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF TEXAS
                       SHERMAN DIVISION

USA FOOTBALL, INC.,           )
                              )
        Plaintiff,            )
                              )
VS.                           )  CIVIL ACTION NOS.:
                              )  4:23-CV-00465
FFWCT, LLC; USA FLAG, LLC;    )  and 4:23-CV-00561-ALM
AND TRAVIS BURNETT,           )
                              )
        Defendants.           )
                              )

        ---------------------------------

        ORAL AND VIDEOTAPED DEPOSITION OF

            FFWCT, LLC AND USA FLAG, LLC

      BY AND THROUGH ITS DESIGNATED REPRESENTATIVE

                    TRAVIS BURNETT

                    APRIL 12, 2024

        ---------------------------------


        ORAL AND VIDEOTAPED DEPOSITION OF TRAVIS BURNETT,
produced as a witness at the instance of the Plaintiff,
and duly sworn, was taken in the above-styled and
numbered cause on April 12, 2024, from 9:13 a.m. to
5:41 p.m., before Kim A. McCann, CSR in and for the State
of Texas, reported by machine shorthand, at the offices
of Scheef & Stone, LLP, 2600 Network Blvd., Suite 400,
Frisco, Texas, pursuant to the Federal Rules of Civil
Procedure.
```

---

**Page 2**

```
                    A P P E A R A N C E S

FOR THE PLAINTIFF:

      Anne K. Ricchiuto, Esq.
      Ashley Hodges, Esq.
      PEELE LAW GROUP
      49 Boone Billage
      Box  299
      Zionsville, Indiana 46077
      (202) 964-4500
      (202) 964-4502
      aricchiuto@peelelawgroup.com

FOR THE DEFENDANTS FFWCT, LLC; USA FLAG, LLC; AND TRAVIS
BURNETT:

      Bryan Haynes, Esq.
      SCHEEF & STONE, LLP
      2600 Network Blvd.
      Suite 400
      Frisco, Texas 75034
      (214) 472-2100
      (214) 472-2150 fax
      Bryan.Haynes@solidcounsel.com

ALSO PRESENT:

      Brian Krieger, Videographer
```

---

**Page 3**

```
                        INDEX
                                                 PAGE
Appearances........................................ 2

TRAVIS BURNETT

   Examination by Ms. Ricchiuto.................... 8


                       EXHIBITS

NO.        DESCRIPTION                           PAGE

Exhibit 86   Email dated 6/7/17 from Travis Burnett
             to Matt Reimel re USA Flag, FFWCT 5761.. 38
Exhibit 87   Business Plan Proposal for
             USA Football............................ 72
Exhibit 88   Trademark/Service Mark Application
             dated 4/21/2020........................102
Exhibit 89   Trademark/Service Mark Application
             TEAS Plus Application dated 4/17/22....123
Exhibit 90   Facebook post re USA Football sues
             USA Flag for Trademark Infringement....139
Exhibit 91   Email dated 1/19/17 from Travis
             Burnett to Brittney Brothers re
             Rocksolid, USAFB 890...................150
Exhibit 92   Screenshot from USA Flag's website,
             USAFB 1624.............................151
Exhibit 93   Screenshot of text messages dated
             3/4/21, USAFB 822, USAFB 794...........173
Exhibit 94   Screenshot of text messages dated
             1/26/22, USAFB 827.....................177
Exhibit 95   Email dated 8/3/19 from Travis Burnett
             to Izell Reese, FFWCT 6607 to FFWCT
             6620...................................215
Exhibit 96   Email dated 9/30/19 from Travis
             Burnett to Izell Reese re USA Flag
             with Business Plan Proposal attached,
             FFWCT 6662 to FFWCT 6678...............218
Exhibit 97   Email dated 10/6/19 from Travis
             Burnett to Izell Reese re NFL Flag
             League, FFWCT 6770.....................224
Exhibit 98   Email dated 1/7/2020 from Izell Reese
             re FFWCT Meeting, FFWCT 6789...........226
Exhibit 99   Email dated 3/3/2020 from Matthew
             Reimel to Travis Burnett re Blog
             Article, FFWCT 6884....................227
```

---

**Page 4**

```
                     INDEX (Cont.)

Exhibit 100  Email dated 5/6/2020 from Matt Reimel
             to Travis Burnett re NAIA
             Announcement, FFWCT 6916...............230
Exhibit 101  Email dated 8/2/22 from Curtis
             Hollomon to Troy Vincent re calendar
             invite, NFL 66.........................248
Exhibit 102  NFL Proposed Partnership Budget August
             2022, NFL 122 to NFL 127...............267
Exhibit 103  Email dated 7/26/17 re FFWCT NDA from
             Travis Burnett to Mike Solow...........313
Exhibit 104  Email dated 3/9/23 from Sarah Wilhelmi
             to Travis Burnett re Hold USA Flag,
             FFWCT 473 to FFWCT 476.................325
Exhibit 105  Email dated 7/19/23 from Holly Shick
             to Travis Burnett and Mark Storey re
             USA Flag USOPC Connect, FFWCT 503 to
             FFWCT 504..............................330
Exhibit 106  Email dated 1/19/24 from Travis
             Burnett re USA Flag USOPC Connect, CH
             22.....................................339
Exhibit 107  Email dated 10/18/23 from Scott
             Hallenbeck re USA Flag question, USAFB
             1557...................................347
Exhibit 108  Email dated 6/25/22 from Travis
             Burnett to Aaron Flaker re General M&A
             Questions, FFWCT 7050 to FFWCT 7064....352
Exhibit 109  Email dated 7/20/22 from Michael
             Bodnar of Galt Group to Travis Burnett
             re Proforma, FFWCT 7077 to FFWCT 7135..366
Exhibit 110  Trademark Assignments dated 10/27/23,
             FFWCT 2076 to FFWCT 2087...............371
Exhibit 111  Email dated 9/18/18 from Travis
             Burnett to Paul Sarvadi re Investment
             Opportunity with Business Plan.pdf
             attached, FFWCT 638....................379
Exhibit 112  Email string dated 9/20/18 from Travis
             Burnett to Paul Sarvadi re Investment
             Opportunity, FFWCT 755 to FFWCT 759....384
Exhibit 113  Email dated 10/4/18 from Travis
             Burnett re FFWCT Docs with
             attachments, FFWCT 673.................386
Exhibit 114  Email dated 11/13/18 from Travis
             Burnett to Paul Sarvadi re Investment
             Opportunity, FFWCT 773 to FFWCT 779....387
```

**Page 5**

INDEX (Cont.)
PREVIOUS EXHIBITS
NO.   DESCRIPTION                                                                  PAGE
Exhibit 26   USA Football, Inc.'s Amended Notice of
             Deposition of FFWCT, LLC and USA Flag,
             LLC...................................11
Exhibit 27   USA Flag Proposal, FFWCT 5927........... 58
Exhibit 28   Email providing EIN for FFWCT, LLC..... 80
Exhibit 29   Confidentiality & Nondisclosure
             Agreement between USA Football, Inc.
             And FFWCT................................82
Exhibit 30   USA Football Partnership Proposal,
             FFWCT 2032..............................84
Exhibit 31   Consulting Services Agreement........... 87
Exhibit 33   FFWCT - USA Football, Inc. Event
             Collaboration Agreement................108
Exhibit 42   Email string dated 9/16/22 from Eric
             Mayes to Travis/Charles re
             USA Football Imagery on FFWCT Website,
             USAFB 196..............................164
Exhibit 46   Email string dated 3/16/17 from
             Football World Tour to Merrill Squires
             re Next Steps, FFWTC 1074 to FFWTC
             1088..................................210
Exhibit 50   Email dated 6/5/22 from Charles Davis
             to Steve Neil re USA Flag NFL
             Partnership Budget.pdf, FFWCT 7029 to
             FFWCT 7035.............................238
Exhibit 52   Email dated 7/5/22 from Curtis
             Holloman to Troy Vincent re Misc, NFL
             65....................................242
Exhibit 53   Email string dated 7/17/22 from
             Charles Davis to Curtis Holloman,
             Steve Neil, FFWCT 492 to FFWCT 493......246
Exhibit 60   Email dated 8/31/22 from Steve Neil to
             Charles Davis re Deal Points Start, CH
             101...................................273
Exhibit 62   Email dated 10/4/22 from Charles Davis
             re Working Document for Call, FFWCT
             7370 to FFWCT 7383.....................281
Exhibit 63   Email dated 10/22......................283
Exhibit 64   Email dated 10/4/22 from Charles
             Davis, Screenshots of text messages re
             Izell & Travis Convo, FFWCT 7412........295
Exhibit 65   Email dated 10/10/22 from Charles
             Davis.................................297

**Page 6**

INDEX (Cont.)
Exhibit 67   Email dated 11/17/22 from Curtis
             Hollomon to Roman Oben re USA Flag
             Proposal Follow-up, CH 115..............299
Exhibit 68   Complaint filed by FFWCT, USA Flag and
             Travis Burnett.........................303
Exhibit 70   Email string dated 11/17/22 from
             Charles Davis re Tampa VIP Visitors
             List, CH 69............................300
Exhibit 75   Email string dated 8/31/22 from Travis
             Burnett re USA Flag Follow Up, FFWCT
             7695..................................333
Exhibit 77   USA Flag Football Rulebook..............308
Exhibit 78   Printout from USA Flag's website
             printed on 7/13/23.....................308
Exhibit 79   Email dated 10/24/22 from Travis
             Burnett to Steve Neil and Charles
             Davis re USOPC Member Application,
             FFWCT 7481.............................318
Exhibit 81   Screenshot from USA Flag Instagram,
             USAFB 1612..............................345
Exhibit 82   Promotional graphic from USA Flag's
             Instagram, USAFB 1626...................345
Exhibit 83   Email string from Joe Banach to Scott
             Henson of Nike re Time on Friday,
             USAFB 1656.............................348
Exhibit 85   Flag Football World Championship Tour
             balance sheet, FFWCT 8109...............373

**Page 7**

P R O C E E D I N G S

THE VIDEOGRAPHER: All right. Here begins Media Number 1 in the videotaped deposition of Travis Burnett, both individually and as a representative of FFWCT and USA Flag.

This is in the matter of USA Football, Inc. versus FFWCT LLC, et al. This is in the United States District Court for the Eastern District of Texas, Sherman Division filed as Civil Action Numbers 4:23-CV-00465 and 4:23-CV-00516-ALM.

Today's date is Friday, April 12, 2024. Our time on the video monitor is 9:14 a.m. The videographer today is Brian Krieger representing Planet Depos. This video deposition is taking place at 2600 Network Boulevard, Suite 400 in Frisco, Texas.

Can counsel please identify themselves for the record, and please state whom they represent.

MS. RICCHIUTO: Anne Ricchiuto from Peele Law Group for USA Football. And with me is Ashley Hodges from Peele Law Group for USA Football.

MR. HAYNES: Bryan Haynes for FFWCT,

**Page 8**

LLC, USA Flag, LLC, and Travis Burnett.

THE VIDEOGRAPHER: The court reporter today is Kim McCann also representing Planet Depos. The witness will now be sworn.

TRAVIS BURNETT,
Having been first duly sworn, testified as follows:

EXAMINATION
BY MS. RICCHIUTO:

Q. Good morning, Travis.

A. Good morning.

Q. This is day two of the 30(b)(6) deposition of FFWCT and USA Flag and also your individual capacity deposition.

Do you understand that?

A. Yes, ma'am.

Q. Okay. And you were here yesterday during Mr. Davis' deposition; correct?

A. I was, yes, ma'am.

Q. Okay. So I will start out similarly to the way that I did with him, which is to ask you whether you've been deposed before?

A. I have not.

Q. Have you ever observed a deposition?

A. Other than yesterday, no. But I was

**17**

1  Q. What goals have you seen achieved?
2  What do you mean by that?
3  A. I mean, getting the sport getting
4  into the Olympics -- not to say that we got it
5  there -- the sport getting into the Olympics was
6  a goal -- a major goal. I've written articles
7  about it. That was something that we viewed as a
8  way for the players to see the sport reach its
9  potential from a standpoint of not being viewed
10 as just a hyper recreational, you know,
11 after-school activity or something.
12      We've also achieved goals as far as
13 numbers, you know, at our tournaments as far as
14 sponsors and, you know, brands getting involved,
15 so really in multiple aspects.
16  Q. You mentioned that you used to play.
17 Did you play recreationally?
18  A. I still play, actually, and not as
19 well. But I just love the game and, yeah, I
20 played recreationally. I played at the national
21 level. I -- I've played at all levels.
22  Q. What does at the national level mean?
23  A. So the way we kind of use that is
24 there's locally we have usually leagues or local
25 tournaments and kind of local base of players,

**18**

1  and then teams will travel to national events
2  where they see higher levels of competition and
3  really the top competition in the nation or the
4  world or the region, and it just enhances that.
5  Q. Were you on the USA Football National
6  Team?
7  A. No, ma'am, I was not. I was not good
8  enough.
9  Q. Just -- so you played on -- at events
10 that drew from players from throughout the
11 country?
12  A. Yes, ma'am, like club level
13 tournament teams. Just you put together your own
14 teams but high competition.
15  Q. Who did you play for before you were
16 a tournament operator yourself?
17  A. I still technically played for them.
18 I played for many teams. You -- we've -- I
19 bounced around and played for all kinds but not
20 for highers. One of my local teams that we still
21 travel and play in tournaments with.
22  Q. Do you -- do you agree that flag
23 football is a subset of football?
24  A. I think a lot of people would view it
25 that way. I personally view it as a completely

**19**

1  separate sport, and I see it as unique and
2  independent and set of -- different set of rules,
3  different athletes that are good at it, different
4  equipment. So I agree that it is a part of
5  football, just like other sports, but that it has
6  its own definition.
7  Q. When did you start thinking about
8  getting into the flag football business?
9  A. Directly out of college. So I
10 graduated in -- excuse me, I did not graduate --
11 I left college in 2006 from Texas A&M, and my
12 wife graduated, we moved back to Allen. I had
13 always been heavily involved in flag football
14 intramurals at our university, and I got
15 immediately involved in flag football.
16      I had actually gotten reached out
17 from a local organizer here in Dallas and pretty
18 much immediately started helping with flag
19 football tournaments in leagues right out the
20 gate, you know, for the last 20 years. I didn't
21 in -- get involved professionally again until we
22 started this company.
23  Q. Was there any particular reason why
24 you didn't graduate from A&M?
25  A. Yeah. I just didn't find a degree

**20**

1  that I liked. I originally wanted to be a high
2  school football coach. My grandpa was kind of a
3  legend of a coach here in Texas and -- but then I
4  started getting into creative and A&M didn't have
5  a creative degree at the time. And I had started
6  doing website design, graphic design, started
7  doing that on the side creating flag football
8  playbooks, actually selling them on eBay, making
9  some money while I was in college.
10      And my wife graduated early. She was
11 the overachiever. I didn't really see a need to
12 stick around and spend money for a degree I
13 didn't know that I needed, so went and made my
14 own way.
15  Q. When you were making your own way in
16 that time period, were you working for something
17 called MiHi?
18  A. MiHi Creative. Not yet.
19  Q. Okay.
20  A. That is my personal brand that we
21 developed -- I wouldn't even be able to tell
22 you -- 15 years or so ago. Shortly after,
23 though. It was probably five years after I
24 graduated. Originally I didn't have my own
25 brand, it was a hobby, but then I did end up

**Page 21**

1  creating our own creative agency.
2  Q. During that period where it was a
3  hobby, were you like contracted by folks, or you
4  were literally just making stuff and, as you
5  said, selling it on eBay or doing other things
6  just to be creative?
7  A. A little bit of both. A little bit
8  of everything. But it was a highly -- more of a
9  hobby. I did take on a couple of jobs, but I was
10 working for creative companies as well. And then
11 I created my own company.
12 Q. Okay. What's MiHi stand for?
13 Anything?
14 A. Made In His Image.
15 Q. Okay.
16 A. So it's a spiritual meaning --
17 Q. Yeah. Okay.
18 A. -- of a creative, the ultimate
19 creator.
20 Q. I love to ask about business names
21 because sometimes they're something interesting.
22 A. There is a purpose to it.
23 Q. So how long did MiHi -- MiHi?
24 A. Yes, ma'am.
25 Q. How long did MiHi last?

**Page 22**

1  A. It's still technically in existence.
2  I don't bring on too many active or advertise for
3  clients because we do that more in -- I use my
4  skills more in-house for our current project.
5  But it is still active.
6  Q. At what point did you connect with
7  Mr. Davis?
8  A. 2015.
9  Q. And that's when he found you on a
10 blog and called you and you had the best day of
11 bromance ever?
12 A. Yes, ma'am. And, in fact, I feel
13 like the story grows every time. But essentially
14 he called me just out of the blue. I was running
15 a flag football content blog, strategies and
16 plays just like I've been -- done for many years
17 and wanted to advertise his -- a tournament.
18    We had never connected before, but we
19 essentially had a long phone call. Whether it
20 was an hour, two hours, five hours, I don't know,
21 it grows. But that was the start of our
22 relationship, and we very immediately hit it off.
23    We had developed some good chemistry
24 in our love for the sport and what we wanted do
25 and what we saw the deficiencies and where we

**Page 23**

1  wanted to make it better. We both just had a
2  love for flag football. So we started talking
3  about ways, like, what do we want to do in the
4  sport, and we came up with some ideas. We
5  created an LLC. I believe that was August 2015,
6  which was the Flag Football World Championship
7  Tour. And we hit the ground running. On our
8  initial goal was to create sponsorships for
9  tournaments that existed already in the space.
10 Q. And the August 2015 LLC was in
11 Indiana; is that correct?
12 A. Yes, ma'am.
13 Q. Okay. And so then you said initially
14 you were doing sponsorships, and then what?
15 A. Initially we were not running our own
16 events. We had -- we were playing in them. We
17 would go to the tournaments, we would find them
18 sponsors, which was the main draw, that's why we
19 called it the World Championship Tour. They --
20 we packaged multiple tournaments together into a
21 tour, and we invited sponsors to attend, which
22 was better to attend a group of multiple big
23 tournaments in -- whereas individually they were
24 struggling to get that kind of attention.
25    And we would go, we would play. And

**Page 24**

1  then shortly after we realized, A, a lot of
2  people were asking us to, you know, run our own
3  events, and -- and then, B, we need a little bit
4  more control for our sponsors' sake in just the
5  events themselves.
6     And so we ran our first event in
7  Dallas, and I believe that was August of 2016.
8  And then we ran a tournament in Foley, Alabama,
9  our first traveling tournament in October of
10 2016. And then we put our first major tournament
11 on the map for May of the next year, which can
12 kind of where we took off where we had 225 teams
13 at our first big cash-prize event in Florida.
14 Q. And I think is that the event that
15 Chuck described having lots of tears?
16 A. Yes. I've never been as stressed out
17 as I was at that one. We -- we were very much
18 new and didn't know really the behind the scenes
19 what we were getting into at the time. And it
20 was an eye opener, yes, ma'am. But it was a
21 success as well in our players' eyes, and it
22 really propelled us into space.
23 Q. Today what are the -- what are the
24 roles generally as between you and Mr. Davis in
25 USA Flag or FFWCT?

**Page 57**

1  talking about Andy Fuller; correct?
2      A.  That specific -- the specific
3  interaction, yes, ma'am.
4      Q.  Okay.  And just to make sure I'm
5  clear, the -- the concern that you have around
6  IFAF membership is, is it that there's just one
7  per country?  Is that what you don't like?
8      A.  No, ma'am.
9      Q.  Or it's that USA Football is the
10 member?
11     A.  Neither.  If they deem USA Football
12 the member, then -- and they have, then that's
13 totally fine.  All I'm saying is I think that
14 there should be a way to analyze other
15 organizations -- I don't know why this applies --
16 but who also fit the criteria at some point.
17     Q.  You'd like to have a run at competing
18 for the membership?
19     A.  We'd like to be a part of -- with
20 what you guys are doing, but if they -- if two
21 organizations -- if an organization working
22 through another organization doesn't work, even
23 though it has in the past, then, yeah, we would
24 love to be considered for progressing the sport
25 as the official NGB if they deem it -- you know,

**Page 58**

1  us worthy.
2      Q.  Have you communicated to Andy Fuller
3  or IFAF your views about this lack of fairness in
4  their membership process?
5      A.  I don't believe so.
6      Q.  Have you threatened to sue them?
7      A.  No, ma'am.
8      Q.  Have you thought about suing them?
9      A.  No, ma'am.
10     Q.  Okay.  We're going to look at an
11 exhibit that we looked at yesterday with
12 Mr. Davis, and that's 27.
13     A.  Okay.
14     Q.  That's next on your pile.  This a
15 FFWCT 5927.  This is a final presentation sent
16 July 18, 2017, from you to Chuck, and the
17 attachment is a USA Flag Proposal.
18         MR. HAYNES:  What exhibit number is
19 that again?
20         MS. RICCHIUTO:  Oh, I'm sorry.  It's
21 27.
22         MR. HAYNES:  I think you said it, I
23 just missed it.
24         MS. RICCHIUTO:  Yep, no problem.
25     Q.  What is this, Travis?

**Page 59**

1      A.  This appears to be the proposal that
2  we sent USA Football in 2017 for our partnership,
3  I believe.
4      Q.  And what was the partnership going to
5  be as you proposed it?
6      A.  The creation of the entity that we'd
7  envision being the forefront of flag football
8  with USA Football's support.
9      Q.  What do you mean by forefront?
10     A.  Being the organization that is the
11 face of flag football.
12     Q.  So on the second page of the deck
13 where it says, Create the nationally recognized
14 United States flag football governing body.
15         Do you see that?
16     A.  Yes, ma'am.
17     Q.  Did you believe at this time in 2017
18 that there was no such body?
19     A.  Specifically, yes, ma'am.
20     Q.  Why did you believe that?
21     A.  Because there wasn't for the specific
22 sport of flag football, which we -- I've
23 mentioned we believe is a completely different
24 sport than football.  And currently there is a
25 governing body for the sport of football, and

**Page 60**

1  they lump flag football underneath that umbrella.
2  We had made the pitch to USA Football we see flag
3  football is completely different than tackle,
4  different players, different rules, different
5  everything that we've talked about.  So let's
6  develop a body that specializes in flag while
7  there's also a body that specializes in tackle.
8  That was our pitch.
9      Q.  But so when we're talking about this
10 governing body concept, you and Mr. Davis had a
11 thought that -- and you've both told me about
12 it -- that flag football is a different sport;
13 right?
14     A.  Yes, ma'am.
15     Q.  Does the USOC -- USOPC RSO process
16 recognize flag football as separate from
17 football?
18     A.  I don't know either way.
19     Q.  Does the IFAF American football
20 concept include flag football?
21     A.  Yes, ma'am.
22     Q.  Okay.  So the two -- the two entities
23 that are responsible for designating members or
24 governing body view flag football as part of
25 football.

61

1  Do you agree with that?
2  A. Yes, ma'am.
3  Q. You two see it differently; correct?
4  A. No. We see it as it -- it is using a
5  football but as a completely different set of
6  sport and rules.
7  Q. Right. Thank you. You -- you
8  wouldn't do it the way that IFAF and -- and USOPC
9  do it, do I take that to be your testimony? You
10 would have --
11 A. No.
12 Q. -- a governing body for football and
13 you would have a governing body for flag. Agree?
14 A. I believe so, yes, ma'am.
15 Q. And you would have an IFAF member for
16 football and you would have an IFAF member for
17 flag; is that correct?
18 A. I believe so, yes.
19 Q. You agree that's not the way that it
20 works?
21 A. Currently, yes, ma'am.
22 Q. Okay. So your belief in 2017, or at
23 any time, that USA Football isn't the governing
24 body for flag football derives from your view,
25 shared not by USOPC or IFAF but just by you and

62

1  Mr. Davis, that flag football should be distinct;
2  is that correct?
3  A. No. I don't believe your entire
4  statement is correct. I don't believe that
5  that's shared by the USOPC that I'm aware of. Do
6  you -- are you aware of them having that opinion?
7  I don't know how to --
8  MR. HAYNES: You don't get to ask
9  questions.
10 A. Well, I don't know -- I don't know --
11 I mean -- yeah. So, no, I don't believe that
12 that whole statement is true personally.
13 Q. You don't believe that the USOPC
14 deems USA Football the RSO for flag football?
15 A. I believe that's a completely
16 separate question. I don't know -- I do believe
17 that USA Football is the RSO of the USOPC. I
18 don't believe that that has any bearing on your
19 previous comment about them believing that flag
20 and football are not different sports. I don't
21 know what they believe.
22 Q. You don't know what USOPC believes?
23 A. Correct.
24 Q. Okay. So you don't know one way or
25 another whether their RSO status encompasses flag

63

1  football?
2  A. I don't know what -- that has any
3  bearing on what the USOPC believes if flag and
4  football are different. I don't know. I don't
5  know that they've had anybody else that's come in
6  and offered opportunity to be an RSO or -- or a
7  governing body that was specific to flag. I --
8  from what I've understood, there hasn't been. So
9  that's all we've set out to do is say flag is a
10 different sport.
11 Q. And you think the USOPC, that just
12 never occurred to them?
13 A. That flag is a different sport?
14 Q. Correct.
15 A. No. What I'd specifically just said
16 is I don't believe that an organization has
17 presented itself that does flag specifically that
18 they could recognize.
19 Q. Well, it recognizes USA Football;
20 right?
21 A. As an RSO.
22 Q. For flag football?
23 A. Sure. I don't know. I don't know if
24 they do flag football or tackle or both or all of
25 the above. But don't -- I also do know from

64

1  USOPC directly that RSO is a completely separate
2  program than a national governing body and not
3  the same program.
4  Q. What I'm trying to understand is in
5  2017 you presented the opportunity, as it says on
6  5929, to create the nationally recognized United
7  States flag football governing body.
8  And I want to know whether you
9  believed in 2017 that there was no such thing?
10 A. As a flag football-specific governing
11 body?
12 Q. Or any governing body that covered
13 flag football already.
14 A. I -- I didn't say I don't believe
15 that. I do believe that USA Football was
16 currently included in that with flag football,
17 but I believe they didn't have a flag football
18 development program. So we pitched them
19 USA Flag to develop the sport with -- under their
20 umbrella because they did have the accreditation
21 with us powering it.
22 Q. Okay. So the -- the program question
23 is a different question than whether you believed
24 or understood that USA Football at that time was
25 the governing body for football, which included

**Page 65**

1  flag.
2      A. What -- what's --
3      Q. Did you know that to be true in 2017?
4      A. Can you rephrase the question so --
5  again.
6          MR. HAYNES: Still knows --
7          MS. RICCHIUTO: Everybody's off.
8          MR. HAYNES: Doesn't matter.
9          THE WITNESS: Yeah.
10     Q. In 2017 did you know whether or not
11 USA Football was the RSO?
12     A. I did not.
13     Q. So you did not know whether or not
14 the USOPC had recognized USA Football as a
15 governing body for flag football -- you did not
16 know one way or another; is that correct?
17     A. That's correct.
18     Q. Okay. What happened as a result of
19 this pitch?
20     A. Essentially my recollection of our
21 meeting was everything went really well. They
22 did express that they didn't think they -- they
23 would want to do this underneath a third-party
24 brand like USA Flag. They specifically said they
25 wanted to do it in-house, and they said let's

**Page 66**

1  talk about a lot of these concepts but working
2  with them to do it separately.
3      Q. Mr. Davis mentioned yesterday in
4  connection with this exhibit something about the
5  potential for USA Football to acquire the
6  USA Flag brand.
7          Was that a conversation that took
8  place at that time?
9      A. I believe we did have some initial
10 conversations. I don't really recall if there
11 was anything put to paper on it or anything.
12     Q. What was -- what existed that
13 constituted the USA Flag brand in 2017?
14     A. In 2017 it was minimal. It was just
15 the actual creative assets for the most part as
16 far as what we had created for USA Flag
17 specifically.
18     Q. Is that the logo?
19     A. The logo was one of them.
20     Q. What else?
21     A. I believe the pitch decks and just
22 general, you know, brand guidelines and some
23 stuff that we had probably not on paper but --
24 and beyond that, more just concepts.
25     Q. So your ideas essentially at that

**Page 67**

1  time were the USA Flag brand?
2      A. Right. Because we already had a Flag
3  Football World Champ -- Championship Tour brand,
4  so this was already talking about taking what
5  we'd already built and building it under USA Flag
6  with partnership from USA Football if they are
7  willing to do that.
8      Q. So if you already had a Flag Football
9  World Championship Tour brand, why didn't you
10 come to USA Football with this pitch under Flag
11 Football World Championship Tour?
12     A. Because this is how we'd envisioned
13 USA Flag. This is the brand. This is more
14 representative of what the -- the scope of this
15 project would encompass. Currently the Flag
16 Football World Championship Tour was a tournament
17 marketing organization. This is much more in
18 depth into developing the sport in the
19 United States, National Team, membership. All
20 the things that we'd envisioned doing for our
21 sport, we wanted to do with USA Football.
22     Q. Why couldn't you do those under Flag
23 Football Championship World Tour --
24     A. We could.
25     Q. -- or World Championship Tour.

**Page 68**

1          You could have?
2      A. We could have.
3      Q. You decided come to USA Football with
4  a USA Flag concept instead; correct?
5      A. We -- we were actively doing this and
6  moving towards this as FFWCT while we came to
7  USA Football with this pitch to partner, yes,
8  ma'am.
9      Q. You were actively doing what?
10     A. Working towards these same goals
11 underneath our own organization.
12     Q. Was it going to be an either/or?
13     A. No, ma'am.
14     Q. So if USA Football had said, Yes,
15 let's have USA Flag, you can power it, would
16 FFWCT also have been working toward the goals
17 described in this deck?
18     A. Oh, no. If they said that they would
19 have been on board with powering this, then I
20 believe we would probably gone away from the
21 FFWCT brand altogether at that point, and it
22 would have all been USA Flag. That was our goal
23 from the very beginning was to move it under
24 USA Flag once our objectives and what we do was
25 an accurate description of our brand to be

**69**

1  USA Flag.
2        Q.  What was important about the name
3  USA Flag?  Why do you say it describes it better?
4        A.  Because to us it represents exactly
5  what our company does.  We are a governing body
6  for the sport of flag football in that we, by
7  definition, dictate the rules and competition of
8  our constituents, which is about 10,000 athletes
9  that annually participate in our events.
10        And so from that, we check almost
11  every box of a definition of what a typical
12  governing body would be.  And in most sports, by
13  precedent there's multiple governing bodies.
14  There's lots of organizations that have their own
15  set of players, participants, whatever.
16        Now, some of them -- one of them will
17  become officially certified by the USOPC as a
18  national governing body.  That is where we knew
19  USA Football was already in that lane.  So at
20  that point, all we knew is that they were working
21  with IFAF.  We didn't know their relationship
22  with the USOPC.
23        But this was an attempt to merge all
24  that underneath one umbrella of USA Flag with us
25  operating it and them powering it so they did not

**70**

1  have to go out and create it on their own.
2        Q.  Who decides who becomes a governing
3  body for a sport?
4        A.  I believe it's the common consent of
5  their constituents.
6        Q.  So do you believe that players who
7  sign up to play in a USA Flag tournament are
8  consenting to be governed by USA Flag?
9        A.  Yes.
10        Q.  How do you know that they -- what --
11  what's the basis for that belief?
12        A.  Because we have waivers where they
13  agree to abide by our rules and our standards and
14  they sign them.  And every time they attend our
15  tournament, we have those posted online.  And we
16  do dictate the rules.  We do dictate the
17  officiating.  Those are things that we do for the
18  events that we run, so the participants that
19  participate in our events, they are governed by
20  those.
21        Q.  And that's -- having rules makes you
22  a governing body, is that your understanding?
23        A.  No.  It's dictating the level of
24  rules and competition that others use and abide
25  buy, I think, makes you a governing body.  It

**71**

1  depends on are you the number one governing body,
2  we're not making claims to any of that.  But a
3  governing, by definition, yes, I believe it is
4  the organization that dictates the rules and
5  competition of their constituents.
6        Q.  Who else shares your belief about
7  what the definition of a governing body is?
8        A.  I can only go by what the actual
9  definition is in the dictionary, I would suppose,
10  so Webster.  I don't know.
11        Q.  Is that where the common consent of
12  constituents language comes from?
13        A.  No, ma'am.  I believe that's an -- an
14  addition probably from my own words.  I'm not
15  quoting it.  But I do know that it is -- I would
16  think that the definition that I've read says
17  something to the effect of being a governing body
18  is an organization that controls the rules and
19  competition of their sport.
20        Q.  So from that perspective, the words
21  "governing body" can be used by anybody who
22  thinks they are a governing body.
23        Do you agree with that?
24        A.  I do.
25        Q.  And that includes you?

**72**

1        A.  That includes me.
2        Q.  I have a new exhibit for you.  I'm
3  sorry this isn't in color, but I think you can
4  probably remember that it used to be red.
5        A.  Yes.
6        Q.  Okay.  Or is red in real life other
7  than in this room.  This is Exhibit 87.
8        (Exhibit 87 was marked.)
9        Q.  I think it may have been an
10  attachment that was produced to us without a
11  Bates number.  But this is a Business Plan
12  Proposal for USA Football presented by
13  Travis Burnett and Charles Davis dated July 24,
14  2017.
15        Have you seen this before, Travis?
16        A.  Yes, ma'am.
17        Q.  And what is this?
18        A.  This appears to be the -- one of the
19  business plans or maybe the official one that we
20  presented to USA Football in -- in person, I'm
21  assuming, or --
22        Q.  How --
23        A.  -- one of the ones.
24        Q.  Well, that's what I was going to ask.
25  So we were looking at a presentation, a deck that

Transcript of Travis Burnett, Corporate Designee & Individually
Conducted on April 12, 2024

24 (93 to 96)

93

1  got fired.  I do remember they were hired, so I
2  think someone left or they might have never been
3  there and they were trying to fill a spot to be
4  the point of contact.  I cannot recall.
5      Q.  Did they ultimately fill that spot?
6      A.  I believe so.
7      Q.  With whom?
8      A.  I'm assuming that's what Eric Mayes'
9  role ended up being because he did come into the
10 equation at the very end of our contract.
11     Q.  Okay.  And then the contract ended,
12 and was there any conversation about keeping the
13 relationship going?
14     A.  Yes, ma'am.
15     Q.  What was the nature of that
16 conversation?
17     A.  Originally it was supposed to be a
18 multiyear deal and we -- and we were anticipating
19 that it would be renewed as an option.  It wasn't
20 a guaranteed.  It wasn't in contract.  So -- but
21 they ultimately decided not the renew it.  They
22 did ask us to stay on and continuing fulfilling
23 that contract without compensation and we
24 declined.
25     Q.  Say more about that.

94

1      A.  Basically the first conversation I
2  had with Eric Mayes was him saying we -- we're
3  not going to pay you a contract, but we still
4  want you to honor what you're doing for us in the
5  sanctioning events.  We want you to sanction your
6  events which help promote our events, we just
7  can't afford to pay you.  And so we declined.
8      Q.  Was there -- so in your estimation,
9  there wasn't enough benefit from having whatever
10 that relationship would have been to do it for
11 free?
12     A.  For us, correct, yes, ma'am.
13     Q.  Okay.  Was there any talk back during
14 this time frame about flag making its way into
15 the Olympics?
16     A.  With USA Football specifically?
17     Q.  At all.
18     A.  Yes.  I wrote an article about it
19 actually in -- during this time frame.
20     Q.  As a consultant for USA Football or
21 on your own?
22     A.  On my own for my FlagSpin blog.
23     Q.  Saying what?
24     A.  Just that the pathway to the Olympics
25 was through flag football if our sport of

95

1  football was ever going to get included.
2      Q.  Because you didn't think tackle could
3  get included?
4      A.  Because I knew it couldn't get
5  included.
6      Q.  Why not?
7      A.  Because it doesn't fit the bill
8  for -- it has too many athletes and it's too
9  much -- it's too much wear and tear on your body
10 in a short span.  There's are other precedence in
11 other sports, such as rugby where they had to go
12 to rugby 7s, kind of a smaller format and with
13 less players and a different style to make it
14 work.
15         So there's other precedent in other
16 sport for how our sport would get into the
17 Olympics, so I wrote an article about just that.
18     Q.  Why was that an interest of yours to
19 have flag in the Olympics?
20     A.  Just passion.  I love the players.  I
21 love the sport.  I mean, who doesn't want to be
22 associated with getting into the Olympics.
23 There's -- there's -- obviously the Olympics are
24 what they are.  They're an aspiration.  So that
25 was what I wanted to do.

96

1      Q.  And flag is in the Olympics now or
2  will be; correct?
3      A.  Yes, ma'am.
4      Q.  Do you feel like you're associated
5  with that?
6      A.  I feel like we had a role in its
7  ability to get into the Olympics, I do.
8      Q.  In what way?
9      A.  By driving the level of competition
10 for the National Team program that they didn't
11 have.  The US when -- they have a role in the
12 2020 Olympics of nominating and selecting sports
13 they want to see.  So the US, because it's hosted
14 in LA in 2028, they have a role in picking sports
15 they want to see in there.  That, in part, is
16 based on whether or not they feel like we can win
17 the gold medal.
18         And prior to us getting involved,
19 that was not nearly as realistic.  And in 2028
20 whenever the USA Football -- whenever we went to
21 them to basically pitch them on us helping them
22 make their National Team better by providing flag
23 football players instead of tackle players and
24 coaching, we took off from there.
25         And that basically assisted the sport

**97**

1  in becoming more recognized because we were
2  dominant at that point. And I do believe that
3  that helped the NFL and the USOPC and everybody
4  else -- I don't know for sure, I just -- but I do
5  believe we had a role in -- a small role -- yes,
6  USA Football did, too, I'm not taking anything
7  away from them -- in our sport getting Olympic
8  status.
9       Q. When you say there wouldn't have been
10 an opportunity for a US team to get a gold medal
11 without your tournament series or without your
12 involvement, why is that?
13      A. I don't believe that's what I said.
14 But I believe what I said was without us they had
15 struggled. And that's true, they weren't winning
16 gold medals and they had not won a men and a
17 women's gold medal in the same year, as far as I
18 know, ever. I'm not -- don't quote me on that.
19      But they were not consistently
20 dominant. And the year we came onboard, they won
21 both gold medals, and then they one both gold
22 medals the next two years later. And then I
23 believe this last year, they only one, but they
24 are still dominant. They won a silver. So
25 before that, they weren't.

**98**

1       Q. What is it about you coming onboard,
2  as you say, that made the gold medals possible?
3       A. Because we were aware of their
4  selection process, and their selection process on
5  the men's and women's side was -- you know, I
6  wasn't intimately involved -- but from what we
7  were made aware, they were primarily using,
8  especially on the women's side, tackle players.
9  And it's a very different sport as we've, you
10 know, gone over.
11      So on the men's side, they basically
12 were only using players that could afford to go,
13 and they weren't using competitive to traveling
14 teams. They weren't playing their way. There
15 was a lot of things they hadn't done. So that
16 was part of our consultation with them is, you
17 know, if the you want the best players, you're
18 going to have to pay for them. Like, if they're
19 not, then they can't afford them.
20      And also we'll run an event, which we
21 held in May of 2018 in Arlington, specifically
22 for USA Football where we invited all the players
23 from all over the country, top players, and we
24 invited USA Football to come evaluate them where
25 they could use -- work with our -- our coaches

**99**

1  and our players to select a team that actually
2  knows the sport of flag football to go compete.
3       Q. The -- the years that you said
4  there's been double gold, double gold, and then
5  one gold --
6       A. I believe that was correct.
7       Q. -- were you involved in the selection
8  process for the National Team in all of those
9  years?
10      A. I was not directly involved in the
11 selection process. I don't want to make that
12 claim. We were involved -- our events were part
13 of the selection process, so I did not personally
14 select the players. The coaches were involved,
15 and those coaches in general were part of our
16 staff that we'd helped develop in the sport and
17 brought up in the sport. We gave them kind of
18 the runway in the sport, and most of them are
19 just kind of close friends of mine.
20      So we had worked with them intimately
21 in 2018. In 2021 because of the COVID year, they
22 moved back, they were scouting at our events.
23 And in 2023, they had been scouting previously,
24 but they weren't currently scouting at our events
25 for that team.

**100**

1       So there's -- the first two years
2  especially when they got on, we were intimately
3  involved at least our events were and our players
4  and our coaches. I say our player because they
5  attend our events and -- well before they
6  attended USA Football's. And then they've
7  historically carried over most of that roster
8  into 2023, but there was a little bit more
9  turnover at that point.
10      Q. So is it your view currently that the
11 very best athletes, the most likely to win gold
12 medals, play in your events and not in anybody
13 else's?
14      A. I don't -- I don't know about if
15 they're playing in anybody else's events. But I
16 do believe a majority of the teams that are on
17 the National Team in 2028 will have mostly gotten
18 their level of competition from our events, yes.
19      Q. That's just a prediction that you're
20 making?
21      A. Based on an educated guess that the
22 other environment -- of people in our environment
23 and in our industry, yes.
24      Q. What are the other options for folks
25 on Team USA -- we'll use those special words --

101

1  on Team USA for the LA '28 Olympics, other than
2  folks that have played through your tournaments,
3  where else might members of the Team USA be
4  located or sourced?
5      A.  Where -- source -- so where they --
6  where USA -- where USA Football can find the
7  players?
8      Q.  If USA Football's who are -- who is
9  responsible for finding players.
10     A.  In '28, okay.
11     Q.  They could come to your events and
12 look for them; right?
13     A.  Uh-huh.
14     Q.  What else could they do?
15     A.  I mean, they can host their own
16 events.  They can pull -- I don't know.  I can't
17 really speculate on what USA Football could do,
18 to be honest.  But, I mean, I know what we would
19 do.
20     Q.  What would you do?
21     A.  We would pull them from our events
22 almost exclusively.
23     Q.  Would you look more broadly than
24 that?
25     A.  We would.  But I don't believe that

102

1  most of the players that would qualify and have
2  the talent level and the experience to play would
3  come anywhere from outside of our events.  But we
4  would -- but we would be open invitation so
5  anybody could participate.  But I do know where
6  our talent resides based on historical, you know,
7  evidence.
8      Q.  What's the cause and what's the
9  effect there in your mind, Travis?  Is it that
10 your events create good players?  Is it -- or is
11 it that good players happen to play in your
12 events?
13     A.  I think both, for sure.
14         MS. RICCHIUTO:  Let's take a break.
15         THE WITNESS:  Okay.
16         MS. RICCHIUTO:  Surprise everybody.
17         THE WITNESS:  Okay.
18         THE VIDEOGRAPHER:  We're off the
19 record at 10:48 a.m.
20         (Break from 10:48 a.m. to 11:04 a.m.)
21         THE VIDEOGRAPHER:  The time is
22 11:05 a.m.  We're back on the record.
23     Q.  (BY MS. RICCHIUTO) Okay.  Travis,
24 I'm marking a new exhibit.  This is Number 88.
25         (Exhibit 88 was marked.)

103

1      Q.  Do you know what this is?
2      A.  This appears to be a trademark
3  application from 2020.
4      Q.  Okay.  So is this a trademark
5  application filed by you in -- on February -- or
6  excuse me -- April 21, 2020?
7      A.  That appears to be, yes, ma'am.
8      Q.  Okay.  And I believe that this
9  trademark application, whatever the right word
10 is, it was abandoned, it didn't come to pass.
11      Do you agree with that?
12     A.  I do.
13     Q.  Okay.  So I don't -- we don't need to
14 spend too much time on it, but I do have one
15 question -- a couple of questions.  This is -- I
16 know Mr. Davis yesterday wasn't totally clear.  I
17 think this is a design mark application.
18     A.  Yes, ma'am, it is.
19     Q.  And it's for the mark that's on -- if
20 you look at the crawl on the top of the page,
21 page 5 of 6, it's for that mark that you were
22 filing the application?
23     A.  Yes, ma'am.
24     Q.  Okay.  And then on page 6 of 6, you
25 have that same mark kind of in the context of a

104

1  promotional document, and then this document also
2  has USA Football's logo on it in the lower right
3  corner.
4      Do you see that?
5      A.  Yes, ma'am.
6      Q.  What was this document?
7      A.  This document was a flier for a camp
8  we were running in 2019, I believe.
9      Q.  And --
10     A.  2020.
11     Q.  Was this a document that was --
12     A.  No, it was 2019.
13     Q.  Sorry.
14     A.  It was 2019.
15     Q.  Okay.  Is this a document that was --
16 is -- this is a USA Flag document as opposed to,
17 for example, a document that was generated as a
18 result of you being a consultant for
19 USA Football?
20     A.  Correct.  This was separate of our
21 consultation agreement.
22     Q.  Okay.  Why or how did USA Football's
23 logo get on your flier?
24     A.  Specifically we had reached out to
25 USA Football about the NFL Flag program, and at

109

1  Collaboration Agreement between at this -- now
2  we've gotten the shortened name, FFWCT and
3  USA Football.
4       Do you recognize this document?
5       A. Yes, ma'am.
6       Q. What was the point of the Event
7  Collaboration Agreement?
8       A. At this point this was our second
9  agreement where we were more or less discussing
10 them -- their ability -- USA Football's ability
11 to activate at our events and scout for their
12 National Team program primarily.
13      Q. How did that go?
14      A. I think it went fine. We -- for the
15 most part. I mean, they -- we were with each
16 other for the first -- I mean, the entire year.
17 They wanted to continue scouting at our events,
18 we just didn't have a formal agreement after this
19 one concluded. And we had our -- we definitely
20 had some issues, but I think it was all in all,
21 they scouted. They were successful. I think
22 both of our -- it was fine otherwise.
23      Q. Is this one of the years where they
24 got double gold?
25      A. This would have been 2021, so I

110

1  believe so. I believe this was Israel where
2  they -- I think they won double gold.
3       Q. And in this agreement there are
4  references to the fact that USA Football is the
5  governing body.
6       Do you remember that?
7       A. I don't remember, but if you could
8  find it, I --
9       Q. Sure. It's on page 690. I should
10 have done that to begin with.
11      A. Okay.
12      Q. Paragraph 4(b), FFWCT acknowledges
13 USAFB's role as football's national governing
14 body across all forms of American football
15 including tackle and flag football.
16      A. Okay.
17      Q. Do you see that?
18      A. I do.
19      Q. What -- what did you understand that
20 provision to mean at this time?
21      A. That USA Football was telling us that
22 they were the national governing body for
23 football.
24      Q. Including flag?
25      A. Yes, including flag, I would imagine.

111

1  Across all forms of American football including
2  tackle and flag.
3       Q. And what did national governing body
4  mean to you at this -- we talked about what it
5  meant to you in -- in 2017.
6       What did -- what did "national
7  governing body" mean to you here in 2021?
8       A. In 2021 I -- I still did not fully
9  understand the qualification needed to become a
10 national governing body. And all I knew that
11 USA Football had been advertising them self the
12 national governing body, so I assumed that it was
13 true.
14      Q. Does -- at this time in 2021, was
15 flag football an Olympic sport?
16      A. No, ma'am.
17      Q. So there wouldn't have been a
18 certified national governing body, do we agree
19 about that?
20      A. At this time, correct, I would agree.
21      Q. Then this paragraph 4 -- 4(c) is the
22 paragraph that talks about your -- you're
23 stopping using USA Flag during the term of the
24 agreement.
25      Do you see that?

112

1       A. Yes, ma'am.
2       Q. What's your understanding about
3  before this agreement was entered whether there
4  were any legal risks to you for using USA Flag?
5       A. Prior to this, I think USA Football
6  had sent us a cease-and-desist in 2020, which is
7  actually what led to this agreement. So I
8  understood that USA Football did not want us to
9  use the USA Flag name. But we'd also had many
10 discussions where we reiterated that we did not
11 feel like that their desire was accurate. We
12 just disagreed.
13      But instead of resorting to legal
14 matters at the time, I -- I went to our lawyers
15 and was, like, Can we just discuss. I mean, can
16 we have a conversation with them. There's so
17 many mutually beneficial ways that we can still
18 collaborate I felt like.
19      So we set up a call, talked through
20 it, and we decided to work together. And as part
21 of that arrangement, we knew that their desire
22 was for us to not use the USA Flag brand. And at
23 the time we were not using it extensively, so we
24 agreed to just kind of table it for a year until
25 we figured this out.

**177**

changed it.
   (Exhibit 94 was marked.)
   Q. Okay. This is Exhibit Number 94. This is USAFB 827. This is another text exchange that I also believe is between you and Mr. Mayes, but take a look and let me know if you think that seems right. But the one I want to ask about is the dark bubble at the bottom, which is you --
   A. Yep.
   Q. -- on February 28th saying: FYI, this isn't us but may want to have your legal team take a look.
   And you're sending a link to -- it's a little bit obscured -- but I think it says Usaflagtournaments.com.
   Do you see that?
   A. Yes, ma'am.
   Q. What's Usaflagtournaments.com?
   A. I'm not sure. It was sent to us.
   Q. By whom?
   A. I don't remember. I just remember someone sending it to us and saying, Hey, these guys are trying to look like you, and being that USA Football had been all over us about our brand, we felt like they would want to know.

**178**

   Q. So that they could do what?
   A. Whatever they wanted to do with it. I don't know.
   Q. Were you comfortable with them potentially asserting intellectual property rights with respect to Usaflagtournaments.com?
   A. If they felt like they needed to. I just was letting them know.
   Q. Did you do anything to assert any legal rights with respect to Usaflagtournaments.com?
   A. Did not.
   Q. Did you evaluate whether to do that?
   A. I don't remember. I don't know. I mean, we probably informally.
   Q. Okay. Well, I'm trying to figure out why you think USA Football would be concerned about Usaflagtournaments.com?
   A. I'm trying to remember as well. I believe there's I saw on the website that was egregious, but I don't really remember what it was that made me think that they were intentionally trying to look like USA Football. Like, I don't remember. I feel like it was their logo or something in their wording, and I just

**179**

thought USA Football should know about it since they were so obviously into protecting their brand that they would send us cease-and-desist as a good partner. So at this time, we were still currently partners, I believe, yeah.
   Q. So you knew that protecting the brand is something that's really important to USA Football?
   A. I think it's important to everybody.
   Q. Do you know if USA Football did anything --
   A. I don't.
   Q. -- about that? Okay.
   A. I would like to know.
   Q. Tell me about -- I learned something yesterday that maybe I should have known before but I didn't --
   A. Okay.
   Q. -- which is that USA Flag is planning to have its own National Team.
   A. Yeah, it's one of the many ideas that we have, and this one is one that I think we will eventually roll out in some capacity.
   Q. Tell me about that.
      MR. HAYNES: Objection. Form.

**180**

   A. It's really not a whole lot to talk about. We want to have a team that we can call the USA Flag National that will represent our player base that would travel and represent our brand in different tournaments. We feel like it's a good value to players, it's something we can promote and that they would enjoy, and it would be a good value add to the sport to continue growing and develop high-level competition.
   Q. Why is that a value add to the sport?
   A. It just gives a competitive nature when we travel overseas, especially Mexico and other places, it just -- it brings some value. They just want to be -- our brand, USA Flag, is known in our space, and so a team representing that is welcomed and it just is a -- is a cool factor for them.
   Q. Cool factor for them or for you?
   A. Both, you know.
   Q. What would be the upside for you?
   A. For a National Team?
   Q. Sure.
   A. I mean, long term in preparing with the idea that, like, we would love to be in the

Page 181

discussion meaning, you know, to manage the Olympic team. So there's definitely a part of it that is us kind of preparing for that, knowing that we can do it, getting our ducks in a row and everything else.

The players love it because they get to be recognized, they get to be part of something bigger. And then the teams that are especially internationally located enjoy it because feels like a more official capacity that they want to do and it's representing our brand.

Q. Okay. So that's interesting to me. So your view is that creating your own National Team that hasn't ever existed before will actually make it more likely that you will be considered to be, what, the NGB?

A. No, I don't believe so. I don't believe that that's necessary until after you become NGB if you really needed to. That's not -- that's not -- that's not our goal is to use it for NGB status, no.

Q. Okay. Then I misunderstood because that's what I thought you were saying, that it would --

A. No.

Page 182

Q. -- that you wanted to do it to kind of show that you could do it basically?

A. Not to show. To just prepare ourselves.

Q. Prepare for what is what I'm asking?

A. For the potential that we would do that officially in an official capacity for the Olympics.

Q. To do what official?

A. Prepare a National Team, a Team USA specifically in that case.

Q. As the NGB or in some other role?

A. Potentially as the NGB, yeah. Or as part of our partnership with USA Football where we would manage that.

Q. Is it kind of like a credential that you would like to have that -- that you have and can field and compete with a National Team?

A. No. It's -- it's just the act of doing it, just -- just getting it in part of our program, just making it natural. Having -- having that as a -- is just what we do. I mean, whether or not we are the official Olympic National Team, there's value.

Q. When did this idea come about?

Page 183

A. Honestly, we've probably had this idea since the beginning. We just -- it's a difficult idea to execute without funding or, you know, doing it the right way, and we don't like to have way do things. So we -- we have a lot of ideas that we just don't roll out right away that we're waiting for the right opportunity that makes sense to us.

Q. Is there something about this moment in time that makes it feel like the right moment to roll it out?

A. Particularly, yeah. I mean, the importance of Olympics, the athletes that are coming out, the more talk and the high-level athletes that want to get involved, there's plenty of opportunity, plenty of people who want to try it out and want to -- want to play and be a part of something bigger, yeah.

Q. How will you distinguish USA Flag National Team from the USA Football National Team?

A. I -- I don't know that we will do anything in particular one way or the other. I don't know that we need to.

Q. Not aware of any legal risks with

Page 184

having something called a USA Flag National Team in a space where there's a USA Football National Team?

A. In a space where there's a USA everything National Team, I don't believe that that's a risk, no. I mean, it -- it's always a risk to another organization, anybody can sue anybody for anything. I don't believe we are setting ourselves up to be in bad position, especially with trademarks. So no, I don't.

Q. What have you done to evaluate that risk?

A. Evaluate the risk of you coming after us or is another group coming after us?

Q. You said, I don't believe it's risk to proceed, and I want to know how you've reached that conclusion?

A. Just research and communication just -- I believe is the opinion we came to. And I don't believe it's not a risk. I believe that it's worth the risk, if it is a risk at all.

Q. Is it your view -- back to this concept of everybody knows, is it your view that everybody will know that the USA Flag National Team is different from the USA Football National

**Page 209**

1 12 team athletes is a different story, so it will
2 be a part of the program that we have planned if
3 we ever develop like a National Team-type
4 program.
5     Q. Not be required -- it's not required
6 by whom?
7     A. What did -- I don't know.
8     Q. You said drug testing is not
9 required?
10    A. By us, currently. I don't know,
11 maybe that's what I meant. But for our entire
12 operation, for every tournament that we do, as
13 far as I know, I don't know of anybody who does
14 that in any sport for like all of their
15 constituents, other than the ones who are
16 representing their National Team. I don't know
17 for sure. There could be. I don't know.
18    Q. And your view is that you're the
19 governing body for your events?
20    A. For our players and our events, yes.
21    Q. And so the decider on whether
22 there's, for example, drug testing at your events
23 is you?
24    A. Yes.
25    Q. Okay. Do you understand that

**Page 210**

1 USA Football is subject to different
2 requirements?
3     A. I believe that they have different --
4 I'm sure they do as part of whatever the
5 rights -- or rights holder or whatever they
6 called it -- rights -- recognized sport. Sorry.
7 Yeah, I'm sure that there are. I don't know what
8 they are exactly. But I know that there are
9 stricter requirements as well when you get into
10 the Olympics and all that.
11    Q. Okay. I want to show you --
12       MS. RICCHIUTO: Will your assistant
13 interrupt us? Do we need to --
14       MR. HAYNES: Yeah. We -- so -- off
15 the record just a half second. We don't have to
16 go off the video.
17       (Discussion off the record.)
18       MS. RICCHIUTO: And we'll go back on.
19    Q. (BY MS. RICCHIUTO) This is -- if you
20 find in your pile, Exhibit Number 46,
21 Mr. Burnett. This is the email exchange that I
22 looked at with Charles yesterday. It's the one
23 that gets sort of whacky in terms of
24 formatting --
25    A. Okay.

**Page 211**

1     Q. -- in the back of the document.
2        But this is an email exchange with
3 Merrill Squires from --
4     A. Okay, yeah.
5     Q. -- Accelerated Growth Partners.
6        Tell me from your perspective what
7 the NFL deal referenced in this email exchange
8 was.
9     A. Am I allowed to reference my what I
10 heard yesterday? I don't know this whole
11 exhibit.
12    Q. Yeah. Did he get it right?
13    A. I believe so, yes. I couldn't
14 remember either what NFL -- because we weren't
15 dealing with the NFL directly at that point. And
16 then -- so I'll look through it. But I do
17 believe that it was with reference to us working
18 with NFL Flag is what it was talking about.
19    Q. Okay. And did this -- that's really
20 what I want to know is whether this email
21 exchange somehow documents some kind of earlier
22 than 2022 direct interaction between you-all and
23 the NFL and it sounds like no.
24    A. Correct, that we would not have had
25 any direct interaction at that time.

**Page 212**

1     Q. Okay. And you didn't end up doing a
2 deal with AGP?
3     A. No, ma'am.
4     Q. And haven't since then?
5     A. Correct.
6     Q. Okay. Who is -- we've -- everybody's
7 mentioned him -- from your perspective, who's
8 Izell Reese?
9     A. He is -- I guess I don't know his
10 exact title, but in charge, pretty much the point
11 person for the NFL Flag project. He works for
12 Reigning Champs, and they run the NFL Flag
13 program underneath Roman and -- and Troy.
14    Q. Are you aware of whether he has
15 certain relationships with folks at the NFL?
16    A. I am aware, yeah.
17    Q. With whom?
18    A. I know that he reports to Roman Oben
19 -- what I've been told, that he reports to Roman
20 Oben at NFL Operations, and I know he used to
21 play in the NFL and has connections. I just
22 don't know what to the extent.
23    Q. Are you guys friendly?
24    A. I thought we were until, you know,
25 all the interactions and he kind of -- he had

**309**

1  Do you see that?
2  A. Okay.
3  Q. And because this is on the website, Chuck said only you could talk about it.
5  A. Fair enough.
6  Q. So I want to understand why there's -- what was the reason during the days between July 6th and July 13th in 2023 that you changed the language in Article 1 here?
10  A. I mean, I believe you guys had raised concern about it, and I think we had talked about it internally, just decided that it was something that we could change and it wouldn't affect anything else that we were doing. So we were -- went ahead and just -- just similar to how we had done before and made some changes if it meant appeasing somebody, that it didn't affect anything else negatively on our end.
19  Q. Who was it supposed to appease?
20  A. I don't remember if it was something that you guys raised or if it was in the suit or whatever, but I think we just decided that, you know, this is something that would be a -- a quick change, it doesn't really affect it. That doesn't mean that we agreed to it. We just

**310**

1  wanted to put in play so it doesn't cause any future issues if that was the problem.
3  Q. It doesn't mean you agreed to it that you put it on your website?
5  A. Doesn't mean we agreed to it that we changed it. Doesn't mean we agreed that it was wrong, just that it was something that we were willing to do if it meant that it would make another party happy.
10  Q. It would make somebody happy?
11  A. I would -- this is something that you guys put in there, so I would imagine that it would be something you guys don't want in there, so we changed it. I don't know. I don't remember what the exact reasoning was other than we decided that it was something we could change.
17  Q. Do you remember in the complaint we just looked at, there was an allegation that USA Football calls itself the NGB and USA Flag doesn't?
21  A. Yes.
22  Q. Okay. And do you agree that on Exhibit 77, we've got "national governing organization" and "ultimate governing body" references; correct?

**311**

1  A. Yes.
2  Q. Now, neither of those are NGB. How long had the language -- the highlighted language in Exhibit 77 been on your website?
5  A. We had hired a individual to write these for us. His name was Dave Ralston. It's been probably four or five years, he had written some of the rules and basically took our current rules, reformatted it, placed it in here, and we had kind of gone with most of his language for a while. I don't remember exactly when that was, but it had been several years, I believe.
13  Q. Is there a reason why that gentleman who wrote these for you did not use the term "national governing body"?
16  A. Probably. I don't know if that was something we directed him not to use because we were under the impression that was a official title that we didn't hold or -- or not or if he knew that himself. I don't remember having a conversation about it.
22  Q. Okay. And then when USA Flag is referred to as the ultimate governing body, I think of "ultimate" as pretty prestigious?
25  A. Sure.

**312**

1  Q. Is that the connotation that it has to you?
3  A. I just -- I think it -- I guess you could say that. It depends on how you use it. I think we were utilizing in the form of like for our forms and styles of the sport, which very few people encompass all forms and styles of the sport, that we were the governing body that encompassed all of that, and ultimate being probably the highest level that we knew of, yeah.
11  Q. Are you aware of whether or not today, as we sit here, on your website there continue to be use of -- usage of the language in 77 in other places on your website?
15  A. I'm not -- I am not aware personally. I'm not saying that there isn't. I don't know of any that I -- I can point to, though.
18  Q. Do you remember when you made the change to this section of your website making any other changes?
21  A. I don't. I don't remember making any other changes other than the article changes that we already discussed. I don't -- I don't know if there -- it's possible. I don't know.
25  Q. Okay. And you're comfortable that

313
1  representing yourself as the ultimate overseeing
2  body and the ult- -- ultimate governing body and
3  self-appointed national governing organization
4  and -- I guess that's it -- that all of those
5  things are accurate and appropriate and
6  descriptive ways to hold yourself out to the
7  public?
8        MR. HAYNES:  Objection.  Form.
9     A.  I do.
10    Q.  Has USA Flag, other than in the Event
11 Collaboration Agreement, ever referred to
12 USA Football as the governing body?
13    A.  I'm not sure.
14       (Exhibit 103 was marked.)
15    Q.  This is Exhibit Number 103.  This is
16 FFWCT 570.  This is from August 8, 2017.  It's
17 emails back and forth between you and Mike Solow
18 -- Salow (pronouncing) from Idea Harvest.  Who's
19 Mike?
20    A.  I do not remember.  This doesn't even
21 look familiar to me.  It's me that I'd -- yeah,
22 this isn't ringing a bell.
23    Q.  Can I tell you what I think it is?
24    A.  Yeah, sure.
25    Q.  I think that a woman named maybe

314
1  Ronna Cross --
2       Do you know here?
3     A.  Okay.  That seems familiar.
4     Q.  -- that she connected you with
5  Idea Harvest to assist you with putting together
6  your 2017 proposal to USA Football.
7     A.  Oh, okay.
8     Q.  Does that -- do you agree that that's
9  the situation?
10    A.  I don't know because this is in
11 August.
12    Q.  Yeah.
13    A.  This one -- this would have been
14 after we had already -- well, I don't know, maybe
15 we hadn't met.  I don't know.  It's possible,
16 though.  I haven't read through everything yet.
17    Q.  Okay.  Understood.  And you are free
18 to look at anything you want to.  The thing that
19 I want to ask you about is he asks you some
20 questions at the bottom of page 570.  And they're
21 numbered questions, and one of them is Number 2,
22 Can you deliver the vision behind the purpose
23 statement on slide 5 and the business goals on
24 slide 6?
25       And you are giving responses at the

315
1  top of that email where you adopt his numbering,
2  and you say:  It's a long story and a very
3  possible reality -- but a very possible reality
4  especially once we're aligned with USA Football
5  who is the official representative in the US for
6  American football, and flag football has been
7  recognized as an official possible Olympic sport.
8       Do you see that?
9     A.  Uh-huh.
10    Q.  At this time in 2017, you understood
11 that USA Football was the official representative
12 in the US for American football and flag
13 football?
14       MR. HAYNES:  Objection.  Form.
15    A.  I believe that my context was that
16 USA Football was the official representative in
17 the US for American football.  And then I said,
18 And flag football has been recognized as an
19 official possible Olympic sport.
20       I think at this time I still believed
21 that flag football still could be represented
22 separately.
23    Q.  What do you think American football
24 means?
25    A.  Tackle football.

316
1     Q.  What's non-American football?
2     A.  Well, there's soccer, there's other
3  versions of it, but typically when someone says
4  American football, they mean tackle football.
5  That's just -- from what I -- that's the way I
6  would think of it.  I'm not saying everybody
7  else.
8     Q.  So this is the time period when the
9  you thought that USA Football was only the
10 governing body for tackle; is that right?
11    A.  I wouldn't say that I only thought
12 they are for tackle.  Or I think I felt like that
13 their -- whether maybe flag was lumped in, but
14 there was an opportunity to have a separate
15 brand.  Because my understanding was even at the
16 time on tackle, USA Football had to use third
17 parties to operate their NGB or their governing
18 body part, which I do know to be the case at
19 least from an event standpoint.  So I think I
20 thought that was still a possibility on the flag
21 side.
22    Q.  Is it USA Flag's goal to become
23 the IFAF member for America?
24    A.  No, that's not one of our active
25 goals.

413

1   THE REPORTER: It's just not going to
2 be page and line, that's the whole withdrawal.
3   MS. RICCHIUTO: Yeah, I understand.
4   MR. HAYNES: The position for now is
5 we'd have to file it under seal. But if I can
6 get a rough of whenever she gets the rough,
7 I'll -- and if you can let me know -- it would
8 be -- I guess it would be the stuff around what
9 Mr. Sarvadi knows and doesn't know, et cetera,
10 I'll look through it and I'll consult further.
11   Mark's going to be out of the country
12 starting tomorrow, so I'll have to make the
13 decision myself. But I -- I'll -- I'll put due
14 -- due diligence into considering whether that
15 has to be put under seal or not.
16   MS. RICCHIUTO: Well, then I would be
17 willing to just tell you in advance here's what
18 I'm planning on filing.
19   MR. HAYNES: Okay.
20   MS. RICCHIUTO: And then you can --
21 so you're not trying to decide in a vacuum, or
22 guessing --
23   MR. HAYNES: Okay.
24   MS. RICCHIUTO: -- I'm happy to tell
25 you here's the segments I'm planning to file,

414

1 what's your position. I think that's the most
2 straightforward with that.
3   MR. HAYNES: Sure. That -- okay.
4   MS. RICCHIUTO: And then you've got
5 your other designation projects kind of at large,
6 but specific to the motion --
7   MR. HAYNES: Right.
8   MS. RICCHIUTO: -- I'm very
9 comfortable doing that.
10   MR. HAYNES: And I did talk to Mark
11 about going past the 26th for his deposition, and
12 he said fine.
13   MS. RICCHIUTO: If -- if -- if the
14 NFL and/or Paul to be deposed.
15   MR. HAYNES: Yes. Yes. Correct.
16 Well, we'd already said Paul can be taken past
17 the 26th, so the NFL -- NFL as well. So...
18   MS. RICCHIUTO: Okay.
19   MR. HAYNES: And I haven't -- I
20 haven't asked what do you know. We can do that
21 off the record.
22   MS. RICCHIUTO: Do you -- okay.
23 That's fine. I think we're good.
24   THE VIDEOGRAPHER: This concludes the
25 videotaped deposition of Travis Burnett. The

415

1 time is 5:41 p.m. We're off the record.
2   (Time noted - 5:41 p.m.)

416

1   IN THE UNITED STATES DISTRICT COURT
2   FOR THE EASTERN DISTRICT OF TEXAS
3   SHERMAN DIVISION
4 USA FOOTBALL, INC.,     )
5                          )
6    Plaintiff,    )
7                          ) CIVIL ACTION
8 VS.                      )
9                          ) NO.: 4:23-CV-00465
10                         ) and 4:23-CV-00561-ALM
11 FFWCT, LLC; USA FLAG, LLC;  )
12 AND TRAVIS BURNETT,      )
13                          )
14    Defendants.   )
15   REPORTER'S CERTIFICATION
16   VIDEOTAPED ORAL DEPOSITION OF
17   FFWCT, LLC AND USA FLAG, LLC
18   BY AND THROUGH ITS DESIGNATED REPRESENTATIVE
19   TRAVIS BURNETT
20   APRIL 12, 2024
21   I, Kim A. McCann, Certified Shorthand Reporter in
22 and for the State of Texas, hereby certify to the
23 following:
24   That the witness, TRAVIS BURNETT, was duly sworn
25 by the officer and that the transcript of the oral

417

1  deposition is a true record of the testimony given by the
2  witness;
3       I further certify that pursuant to FRCP Rule
4  30(f)(1) that the signature of the deponent:
5       _____ was requested by the deponent or a party
6  before the completion of the deposition and returned
7  within 30 days from date of receipt of the transcript.
8  If returned, the attached Changes and Signature Page
9  contains any changes and the reasons therefor;
10      ___X__ was not requested by the deponent or a
11 party before the completion of the deposition.
12      That the amount of time used by each party at the
13 deposition is as follows:
14 MS. RICCHIUTO - 6 HOURS : 46 MINUTES
15      I further certify that I am neither counsel for,
16 related to, nor employed by any of the parties or
17 attorneys in the action in which this proceeding was
18 taken.
19      Further, I am not a relative or employee of any
20 attorney of record in this cause, nor do I have a
21 financial interest in the action.
22      Certified to by me this 19th day of April, 2024.
23
24      _____
25      Kim A. McCann, RMR, CRR, CSR

418

1  Texas CSR No. 5520
2  Expiration Date:  10/31/2025
3  Planet Depos Worldwide
4  451 Hungerford Drive
5  Suite 400
6  Rockville, MD 20850