

**Planet Depos**
We Make It Happen™

# Transcript of Charles Davis, Individually and as Designated Representative

**Date:** April 11, 2024
**Case:** USA Football, Inc. -v- FFWCT, LLC, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
www.planetdepos.com

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

## Page 1

```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF TEXAS
                    SHERMAN DIVISION

USA FOOTBALL, INC.,         )
                            )
         Plaintiff,         )
                            )
VS.                         )  CIVIL ACTION NOS.:
                            )  4:23-CV-00465
FFWCT, LLC; USA FLAG, LLC;  )  and 4:23-CV-00516-ALM
AND TRAVIS BURNETT,         )
                            )
         Defendants.        )
         ------------------------------------

            ORAL AND VIDEOTAPED DEPOSITION OF

                 FFWCT, LLC AND USA FLAG, LLC

         BY AND THROUGH ITS DESIGNATED REPRESENTATIVE,

                        CHARLES DAVIS,

                 AND IN HIS INDIVIDUAL CAPACITY

                        APRIL 11, 2024

         ------------------------------------
```

ORAL AND VIDEOTAPED DEPOSITION OF CHARLES DAVIS, produced as a witness at the instance of the Plaintiff, and duly sworn, was taken in the above-styled and numbered cause on April 11, 2024, from 9:06 a.m. to 6:26 p.m., before Kim A. McCann, CSR in and for the State of Texas, reported by machine shorthand, at the offices of Scheef & Stone, LLP, 2600 Network Blvd., Suite 400, Frisco, Texas, pursuant to the Federal Rules of Civil Procedure.

## Page 2

### A P P E A R A N C E S

FOR THE PLAINTIFF:

    Anne K. Ricchiuto, Esq.
    PEELE LAW GROUP
    49 Boone Billage
    Box 299
    Zionsville, Indiana 46077
    (202) 964-4500
    (202) 964-4502
    aricchiuto@peelelawgroup.com

FOR THE DEFENDANTS FFWCT, LLC; USA FLAG, LLC; AND TRAVIS BURNETT:

    Bryan Haynes, Esq.
    Taylor L. Harris, Esq.
    SCHEEF & STONE, LLP
    2600 Network Blvd.
    Suite 400
    Frisco, Texas 75034
    (214) 472-2100
    (214) 472-2150 fax
    Bryan.Haynes@solidcounsel.com

ALSO PRESENT:

    Brian Krieger, Videographer
    Travis Burnett

## Page 3

### INDEX

| | | PAGE |
|---|---|---|
| Appearances | | 2 |

CHARLES DAVIS

    Examination by Ms. Ricchiuto.................... 8

### EXHIBITS

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 26 | USA Football, Inc.'s Amended Notice of Deposition of FFWCT, LLC and USA Flag, LLC | 12 |
| Exhibit 27 | USA Flag Proposal | 50 |
| Exhibit 28 | Email providing EIN for FFWCT, LLC | 67 |
| Exhibit 29 | Confidentiality & Nondisclosure Agreement between USA Football, Inc. And FFWCT | 71 |
| Exhibit 30 | USA Football Partnership Proposal | 72 |
| Exhibit 31 | Consulting Services Agreement | 75 |
| Exhibit 32 | USA Football 7/30/18 meeting agenda | 79 |
| Exhibit 33 | FFWCT - USA Football, Inc. Event Collaboration Agreement | 85 |
| Exhibit 34 | Partnership Renewal & Tampa Announcement letter | 89 |
| Exhibit 35 | Email dated 2/9/22 from Eric Mayes re USNFT - Catching up and Next steps | 93 |
| Exhibit 36 | Message string from Flag Football World Championship Tour Community | 135 |
| Exhibit 37 | 30(b)(6) Categories of Testimony Sought | 144 |
| Exhibit 38 | Screenshot of social media page, USAFB 1629 | 144 |
| Exhibit 39 | Printouts of social media images, USAFB 324 | 157 |
| Exhibit 40 | Printouts of LinkedIn images, FFWCT 2946 through 3005 | 176 |
| Exhibit 41 | Printouts of Facebook images, FFWCT 3006 through 3168 | 177 |
| Exhibit 42 | Email string dated 9/16/22 from Eric Mayes to Travis/Charles re USA Football Imagery on FFWCT Website, USAFB 196 | 180 |
| Exhibit 43 | Letter dated 7/1/2020 from Amie Peele Carter to FFWCT, USAFB 769 | 198 |

## Page 4

### INDEX (Cont.)

| | | |
|---|---|---|
| Exhibit 44 | Email dated 12/27/20 from Aaron Ingram to Eric Mayes re Added "USA Flag", USAFB 1079 | 200 |
| Exhibit 45 | Letter dated 11/21/23 from Peele Law Group to Scheef & Stone re USA Football, Inc. V. FFWCT, LLC and Travis Burnett | 203 |
| Exhibit 46 | Email string dated 3/16/17 from Football World Tour to Merrill Squires re Next Steps, FFWTC 1074 to FFWTC 1088 | 212 |
| Exhibit 47 | Email dated 9/15/21 from Steve Neil to Charles Davis re Meeting Invitation, FFWCT 7001 | 227 |
| Exhibit 48 | Email from Curtis Holloman to Troy Vincent re Conversation Follow-up, NFL 93 to NFL 110 | 233 |
| Exhibit 49 | Email dated 6/15/22 from Troy Vincent to Izell Reese re Follow-up Document, NFL 62 to NFL 64 | 246 |
| Exhibit 50 | Email dated 6/5/22 from Charles Davis to Steve Neil re USA Flag NFL Partnership Budget.pdf, FFWCT 7029 to FFWCT 7035 | 250 |
| Exhibit 51 | USA Flag NFL Partnership Overview, NFL 116 to NFL 121 | 258 |
| Exhibit 52 | Email dated 7/5/22 from Curtis Holloman to Troy Vincent re Misc, NFL 65 | 261 |
| Exhibit 53 | Email string dated 7/17/22 from Charles Davis to Curtis Holloman, Steve Neil, FFWCT 492 to FFWCT 493 | 266 |
| Exhibit 54 | Email dated 7/19/22 from Charles Davis to Curtis Holloman, Steve Neil re Meeting with Troy Vincent, FFWCT 7071 | 269 |
| Exhibit 55 | Email dated 7/28/22 from Curtis Holloman re 10am Troy, Kimberly & Curtis Holloman, FFWCT 7201 | 269 |
| Exhibit 56 | Email dated 8/10/22 from Charles Davis to Steve Neil, Curtis Holloman, Travis Burnett re Final Versions, FFWCT 7253 to FFWCT 7258 | 271 |
| Exhibit 57 | Email dated 8/17/22 from Charles Davis to Curtis Holloman, Steve Neil, Travis Burnett re Possible Red Flag, CH 110 | 288 |

5

INDEX (Cont.)

Exhibit 58  Email dated 8/17/22 from Charles Davis to Curtis Hollomon, Steve Neil, Travis Burnett re Email for Troy & The Team (Final), CH 106.......................295
Exhibit 59  Email dated 8/22/22 from Charles Davis to Curtis Hollomon re Update, follow up & Zoom, CH 103......................297
Exhibit 60  Email dated 8/31/22 from Steve Neil to Charles Davis re Deal Points Start, CH 101....................................299
Exhibit 61  Zoom meeting invitation re 1pm NFL & USA Flag, FFWCT 441....................302
Exhibit 62  Email dated 10/4/22 from Charles Davis re Working Document for Call, FFWCT 7370 to FFWCT 7383................314
Exhibit 63  Email dated 10/22......................320
Exhibit 64  Email dated 10/4/22 from Charles Davis, Screenshots of text messages re Izell & Travis Convo, FFWCT 7412........322
Exhibit 65  Email dated 10/10/22 from Charles Davis............................................323
Exhibit 66  Email string dated 11/16/22 from Steve Neil, FFWCT 7509......................333
Exhibit 67  Email dated 11/17/22 from Curtis Hollomon to Roman Oben re USA Flag Proposal Follow-up, CH 115..............334
Exhibit 68  Complaint filed by FFWCT, USA Flag and Travis Burnett........................338
Exhibit 69  Email string dated 11/17/22 from Curtis Hollomon re USA Flag Proposal Follow-up, NFL 49......................346
Exhibit 70  Email string dated 11/17/22 from Charles Davis re Tampa VIP Visitors List, CH 69.............................352
Exhibit 71  Email string dated 11/29/22 from Charles Davis to Steve Neil re Next Steps, CH 59.............................354
Exhibit 72  Email dated 12/20/22 from Charles Davis re NFL Pro Bowl Games Las Vegas, CH 40....................................356
Exhibit 73  Email dated 8/10/23 from Charles Davis to Steve Neil re Additional bullet points, CH 2...........................361
Exhibit 74  Email dated 8/30/23 from Charles Davis to Curtis Hollomon and Steve Neil re 7v7 Pivot - Ignitor needed, CH 39.......363

6

INDEX (Cont.)

Exhibit 75  Email string dated 8/31/22 from Travis Burnett re USA Flag Follow Up, FFWCT 7695...................................366
Exhibit 76  Email dated 2/29/24 from Charles Davis to Curtis Hollomon re USA Football subpoenas, CH 41......................370
Exhibit 77  USA Flag Football Rulebook.............376
Exhibit 78  Printout from USA Flag's website printed on 7/13/23.....................381
Exhibit 79  Email dated 10/24/22 from Travis Burnett to Steve Neil and Charles Davis re USOPC Member Application, FFWCT 7481..............................384
Exhibit 80  Email dated 10/24/22 from Travis Burnett re USOPC Member Application with NGB Budget, FFWCT 7487............388
Exhibit 81  Screenshot from USA Flag Instagram, USAFB 1612............................400
Exhibit 82  Promotional graphic from USA Flag's Instagram, USAFB 1626...................402
Exhibit 83  Email string from Joe Banach to Scott Henson of Nike re Time on Friday, USAFB 1656..............................406
Exhibit 84  Trademark Assignment, FFWCT 2074.......420
Exhibit 85  Flag Football World Championship Tour balance sheet, FFWCT 8109..............421

7

P R O C E E D I N G S

THE VIDEOGRAPHER: Here begins Media Number 1 in the videotaped deposition of Charles Davis both individually and as representative of FFWCT and USA Flag. This is in the matter of USA Football, Incorporated versus FFWCT, LLC, et al. This is in the United States District Court for the Eastern District of Texas, Sherman Division filed as Civil Action Numbers 4:23-CV-00465 and 4:23-CV-00516-ALM.

Today's date is Thursday, April 11, 2024. Our time on the video monitor is 9:06 a.m. The videographer today is Brian Krieger representing Planet Depos. This video deposition is taking place at 2600 Network Boulevard, Suite 400 in Frisco, Texas.

If counsel would please identify themselves and please state who they represent.

MS. RICCHIUTO: Anne Ricchiuto for USA Football. And -- sorry -- and I also have with me Ashley Hodges for USA Football.

MR. HAYNES: Bryan Haynes for WWCT, LLC, USA Flag, LLC, and Travis Burnett. And Taylor Harris is also present.

THE VIDEOGRAPHER: Okay. Our court

8

reporter today is Kim McCann also representing Planet Depos. And now the witness will be sworn.

CHARLES DAVIS,
Having been first duly sworn, testified as follows:

EXAMINATION
BY MS. RICCHIUTO:

Q. Good morning, Mr. Davis.

A. Good morning. How are you?

Q. I'm Anne Ricchiuto. We met just a second ago, I represent USA Football here to take your deposition today.

Have you ever been deposed before?

A. No, ma'am.

Q. Have you ever watched a video of a deposition?

A. I believe so. I would assume so.

Q. Well, whose -- whose deposition have you watched --

A. Just something on TV, yeah.

Q. Okay.

A. Nothing like this.

Q. Have you ever, like, sat in on a deposition like Travis is doing today?

A. No, ma'am.

17

opportunity that I explored doing it outside of just being a player.
Q. At that time, were you employed in some other capacity?
A. 2015, yes, I was working for Nestlé.
Q. In what type of role?
A. I was in a marketing and basically a -- the -- I handled the distribution center in Indy.
Q. Okay. We have that in common; we've talked about that.
How did you meet Travis?
A. Random phone call. I had a friend in Chicago who wanted to throw a football tournament -- or flag football tournament, I should say. He wanted some traveling teams, and I said I think I just saw a blog online that listed flag football tournaments. I'll give it shout and see it could be of service. And I gave it a shout, and that handsome gentleman over there decided the answer and, you know, we -- we hit it off.
Q. So you reached out to him on behalf of someone else?
A. Yes.

18

Q. Kind of informally?
A. Yes.
Q. And then what happened next?
A. We were on the phone for probably all -- I'll just say all day. I won't even put a number on it. It was -- it was all day. I paced up and down the sidewalk. We discussed flag football and the general landscape and how we both had, you know, ideas on how to make the sport better and we both thought it should be more mainstream. And, you know, it's just kind of goofy to think about now that, you know, that was just a random phone call and kind of where we are now. But yes, it was just some of the things we discussed at that point.
Q. Is -- is flag football subset of football, generally?
A. I -- I think technically people believe it is. I do not. I never have. It's entirely different to me. Obviously the sport is both football in -- in its different disciplines. But in my opinion, it's a completely different sport because it has different rules. It's played completely different. It has different disciplines. It's not offered at every high

19

school level. Boys don't even play it in high school. So I don't believe it's normal football, in my opinion. I believe it's a completely different sport that just obviously shares the same type of ball, in my opinion.
Q. Flag football has more in common with tackle football than -- than flag football has in common with something like soccer.
Do you agree with that?
A. I'm not -- I'm not sure. I'd have to kind of sit down and compare apples to oranges. But I'd generally say maybe, possibly. But I'd -- I'd have to sit down and kind of compare apples to apples.
Q. When someone says, I'm going to watch a football game this weekend, what do you -- what does that bring to mind for you?
A. If I'm sitting down watching a football game, I would assume they're going to watch tackle football.
Q. Okay. And what about, I'm playing in a football game this weekend?
A. I would assume they're going to play tackle as well.
Q. So how would someone connote to you

20

that they're playing flag or they're watching flag?
A. In my experience, they're going say, Hey, are we going to playing flag this weekend, you know, We got a pickup flag game, or, Hey, you want to play in this flag tournament? They --
THE REPORTER: Slow down.
THE WITNESS: Sorry.
A. They rarely ever, you know, say, hey, we're playing football this weekend because it's -- again, it's just different, in my experience at least.
Q. So you and Travis had -- you hit it off quite swimmingly, it sounds like.
How did you start to think about working together in terms of in a more formal capacity?
A. Yeah, we originally started as Flag Football World Championship Tour. We thought the easiest route of entry for the time being would be to, you know, culminate some of the largest tournaments in the country, put them under kind of one tour, one umbrella, and go sell sponsorship on behalf of those and try to elevate the sport.

**Page 129**

available to me?
A. Typically you'd go most likely play in your local sport and social club. That's where the majority of just recreational adults play. And then from there, they would either go to more of a more advanced league that has adult recreational flag football, or they play in like a weekend tournament as well. So it's usually one of those fronts, in my opinion.
Q. What about if I were thinking that I wanted to play -- you know, I think I'm pretty good and I want to play at a higher level than that.
A. Yeah.
Q. I've played at a Broad Ripple Park. I'm tired of that. You know, I'm ready to --
A. Yeah.
Q. -- ready to play at a higher caliber.
A. Yep.
Q. Would I find USA Flag as an opportunity at that point?
A. Yes.
Q. What else -- like, who else do you view -- I mean, I -- I've heard you say -- and I respect your view that you've got to best of the

**Page 130**

best; right?
A. Yes.
Q. Who else might I encounter if I were -- you know, I considered myself a pretty -- pretty darn good flag football player and I wanted to play at a higher level?
A. That would be a -- a pretty difficult question to answer because there'd be a lot of qualifying questions I'd have to ask you first. But in general, you'd have to kind of tell me are you looking to play on just the weekend? Are you looking to play, you know, at a certain time of year? Kind of -- there'd be a lot of qualifying questions to that. That question's a little -- little -- little too obscure to give a specific answer to. I'm sorry.
Q. Okay. I'm looking to get on a National Team.
A. Looking to get on a National Team, you would have to designate which National Team. You would have to designate, you know, what your end goal would be, and then I could, you know, potentially point you in the right direction.
Q. Who are the other tournament operators in the flag space?

**Page 131**

A. On the adult side? Youth side? Both sides?
Q. Adult.
A. Tournament operators on the adult side is ourselves. There is the United Flag Football League. There is the United Flag -- U -- UFFA there in Cincinnati. There are Premier -- the Premier Flag Federation in Colorado. There is X Flag Football in San Diego. You've got Flag Football X. You've got Florida Flag Football. I mean, there's -- I mean, there's literally countless. We could -- we could do this for a very long time.
Q. What about USA Football?
A. USA Football has -- so USA Football, to my knowledge, only does one tournament and that's the one. They've only recently started doing that tournament in the last three years -- two or three years. But other than that one tournament, there aren't any that -- to my knowledge, that they host themselves.
Q. Is there -- has it ever happened that some third party -- any third party has confused USA Flag with USA Football that you're aware of?
MR. HAYNES: Go ahead.

**Page 132**

A. That I'm aware of?
Q. Uh-huh.
A. Not -- not to my immediate knowledge. I -- possibly, but not -- not that I can recall right now at this second, no.
Q. In connection with this lawsuit, has -- have any examples of confusion been brought to your attention?
A. Confusion with the lawsuit? Could you elaborate a little more, please.
Q. One of the -- one of the topics on which you've been designated is Topic 9, and that's communications with third parties inquiring as to whether you are related to, sponsored by, affiliated with, endorsed by, or otherwise connected to USA Football.
A. Yes.
Q. Okay. And so I'm asking whether that's ever happened?
A. Confused by, not my experience so far. People have asked what the relationship is or the difference is or how do we co-exist in the flag football ecosystem, but they have never, in my opinion, confused us as the same brand. They just want to know kind of who does what, how it

133

1  works, what do we have to offer, what do they
2  have to offer in those regards.  But in terms of
3  confusing us as the same person, no.
4      Q.  How do you answer a question like
5  that?
6      A.  Typically my answer is -- again, I'm
7  going to paraphrase because obviously I can add a
8  "and" here and a "the" there.
9      Q.  Sure.
10      A.  But typically when someone asks me,
11  you know, what is the difference, or they'll say,
12  you know, what is the relationship between you
13  guys and USA Football, I'd say at this current
14  time, we don't have a contractual relationship.
15  We're not affiliated in any shape, form, or
16  fashion.
17          In the past you may have seen things
18  where we work together where they've use our
19  events to scout, but at this current juncture
20  right now, we don't have a working relationship.
21      Q.  And what about the question about how
22  do you co-exist?
23      A.  How we co-exist is we run our
24  tournaments and run and they do their thing on
25  their own.  We don't have any kind of crossover

134

1  in its current form.  All of our tournaments are
2  listed here on our website.  You would have to go
3  to their website to find out exactly what they're
4  doing on their side.
5      Q.  How often do you get a question like
6  that?
7      A.  Not very often.
8      Q.  When's the last time you got one?
9      A.  Maybe once in the last six months.
10  Maybe twice -- once or two.
11      Q.  Who is that that asked you that?
12      A.  I had Scott at Nike ask me kind of
13  what the relationship was between the two brands,
14  kind of what each is doing.  And I can't recall
15  who the second one is off the top of my head.
16  But I know there was at least -- at least two.
17      Q.  Is it a goal at all for third parties
18  who encounter USA Flag to have the impression
19  that USA Flag is associated in some way with
20  USA Football?  Is that a goal of yours?
21          MR. HAYNES:  Objection.  Form.
22      A.  No.
23          MR. HAYNES:  Oh, I'm sorry.
24      A.  Is that a goal of ours?
25      Q.  Is that a goal of Mr. Davis?

135

1      A.  No.
2      Q.  Is that a goal of USA Flag?
3      A.  To have a formal relationship with
4  USA Football or -- I'm sorry.
5      Q.  To have people believe that there
6  must be one.
7      A.  No.
8      Q.  What steps do you take to make sure
9  that people don't get confused?
10      A.  What steps do we take to ensure
11  people aren't confused that we're USA Football?
12      Q.  Right.
13      A.  We keep running our tournaments.  We
14  have our own brand identity.  We have our own
15  operations team, our own website.  Everything we
16  do is completely different, and it doesn't say
17  USA Football.  So fundamentally we're different
18  from the start.
19          (Exhibit 36 was marked.)
20      Q.  This is what's been marked as
21  Exhibit 36.  Now, I'm going to require -- I'm
22  going to rely on your great expertise here of
23  socials this side of this.
24          Is this a -- some sort of social
25  media post by Flag Football World Championship

136

1  Tour Community?
2      A.  Yes.
3      Q.  What is the community part of it?  Is
4  it its own page?
5      A.  So the community is just a Facebook
6  group where flag football players can congregate,
7  talk about play strategy, ask questions about
8  tournaments we run, things of that nature.  It's
9  a social function for them to be and have like a
10  safe space.
11      Q.  Like, could I join it or --
12      A.  Yeah.
13      Q.  -- do you have to be a player?
14      A.  No.  Anybody can join it.
15      Q.  Okay.  And this -- I don't know the
16  date of this, but you tell me if you have a magic
17  way to know.
18      A.  I don't.  I'm sorry.
19      Q.  The Bates number on this, by the way,
20  for the record is USAFB 1650.  The only hint I
21  have about the date is that it's announcing the
22  2023 Tournament Series -- or at least reflecting
23  it.  Maybe not announcing but --
24      A.  Yes.
25      Q.  -- saying here's the next year's

**145**

1  Exhibit 38. Is this also a social media page,
2  Mr. Davis?
3      A. Yes. This looks to be our -- our
4  Instagram page that was originally FFWCT, that
5  was renamed to USA Flag Football for
6  forward-facing purposes.
7      Q. A couple of things: How can you tell
8  that this is Instagram?
9      A. So our -- if the --
10     Q. I believe you. I'm really genuinely
11 asking.
12     A. Yeah, so the -- the handle on the top
13 left --
14     Q. Uh-huh.
15     A. -- it says usaflagfb, that's our
16 Instagram handle.
17     Q. Okay.
18     A. That's the only social media that it
19 would appear like that.
20     Q. Tell me about -- you just mentioned
21 renaming the handle.
22     A. Yes.
23     Q. So there -- so this same account
24 existed but it had a different name?
25     A. Yes. It was FFWCT.

**146**

1      Q. So it wasn't -- you didn't close
2  FFWCT and make a new account?
3      A. Correct.
4      Q. Do your -- how does that work with --
5  like, is it just as easy as I go in Insta and I
6  say now I wish my name was?
7      A. Instagram works on
8  first-come-first-served basis. So someone
9  already has the name, it's not available to you.
10 So you have to pick a name that's close to what
11 you want it to be as possible that is available.
12     Q. But in terms of migrating or
13 renaming, I want to understand that process.
14     A. Yeah, so you just go into your
15 settings and it allows you to select a -- a user
16 name for your account. So, for example, I could
17 be account One 200, for example. One 200 could
18 have a user name of Charles if I wanted it to be.
19 I can change my user name to whatever I want for
20 that account.
21         So for that account we were using it
22 for FFWCT. I renamed it usaflagfb to, you know,
23 obviously coincide with our forward-facing brand
24 change.
25     Q. So is there kind of two -- there's

**147**

1  like the original setup of the account and then
2  there's your persona --
3      A. Yeah.
4      Q. -- your handle?
5      A. Yeah, so to speak. It's kind of like
6  what you're -- you're going by. It -- almost
7  like a d/b/a if you associate.
8      Q. Okay. Could you change your handle
9  every day?
10     A. No. You're not allowed to do that.
11     Q. How often are you allowed to change
12 it?
13     A. I'm not exactly sure on how what the
14 frequency is, but you only have a certain --
15 certain amount of times you can change it, like,
16 per year. And then you can only change it a
17 certain amount of times, you know, in general.
18 You can't just go change it every single day.
19     Q. From a social media perspective, is
20 it good to change it or not good to change it?
21     A. Obviously if you're operating
22 business, you want to represent your business as
23 -- as best you can. So with us having USA Flag
24 as a forward-facing brand, it made the most sense
25 to tweak our social media handle to represent the

**148**

1  same.
2      Q. Okay. And do you remember
3  approximately when you changed the handle?
4      A. I don't. It would have had to have
5  been the same time we made the forward-facing
6  flip on everything else.
7      Q. Okay. And is that something that you
8  would have done?
9      A. I would have done the Instagram one
10 for sure, yes.
11     Q. Were there others that you changed
12 over?
13     A. We changed over our Facebook, our
14 Twitter, our Instagram, and I believe our
15 LinkedIn were the big ones we changed -- and the
16 YouTube.
17     Q. Are those all the social sites that
18 you have?
19     A. To my knowledge that I can think of.
20     Q. For USA Flag?
21     A. Yeah, to my knowledge that I can
22 think of off the top of my head, yes.
23     Q. What about TikTok?
24     A. We do have a TikTok. We have a
25 TikTok and we have a Threads and such.

149

1  Q. A what?
2  **A. It's called Threads.**
3  Q. What's that?
4  **A. I don't know yet.**
5      MR. HAYNES: It -- it -- it's
6  connected to Instagram. It's Instagram's --
7  **A. It's almost like a Twitter.**
8      MR. HAYNES: -- response to Twitter.
9      THE WITNESS: Yeah.
10     MS. RICCHIUTO: All people who do not
11 want to be on X.
12 Q. You're not on Threads?
13 **A. It gives you one automatically now,**
14 **so I -- I looked and we had one one day.**
15 Q. Oh, Insta?
16 **A. Yes.**
17 Q. Again, I -- I -- I'm impressed with
18 Bryan here, and I will consult with my teenager
19 for further information.
20     Okay. What I want to ask you about
21 with this document, I -- we don't know exactly
22 when this is from other than we know that it was
23 sometime after the switch, so Q4 or later.
24     Do you agree with that -- Q4 of 2022
25 or later?

150

1  A. Yes.
2  Q. There are -- do they still call them
3  hashtags?
4  **A. Yes.**
5  Q. Okay. There are -- or sometimes they
6  call it tagging or -- like what would you call
7  the hashtag here?
8  **A. They would just be -- be hashtags.**
9  **Just public -- public domain hashtags.**
10 Q. Okay. And the hashtags here are
11 #usafootball, #usatheone, #usnft, #flagfootball,
12 #football, #usaflag, and #ffwct.
13     Do you see that?
14 **A. Yes.**
15 Q. Okay. And that I think the content
16 there is saying: To the house. I don't know how
17 I pulled off the move.
18     Agree?
19 **A. Yes.**
20 Q. I perceive that to be a complement to
21 someone who is playing flag football that did
22 something very neat.
23 **A. Yeah, so this would -- this would be**
24 **a -- to my appearance, this is a repost of**
25 **someone else's content that tagged us and asked**

151

1  us for a repost.
2  Q. So is that mack_attack?
3  **A. Yes. That's why I believe they say,**
4  **I appreciate the support. If you notice, under**
5  **the usaflagfb that's kind of in that rectangle**
6  **box, you notice the three dots.**
7  Q. Uh-huh.
8  **A. So typically when you repost**
9  **someone's content, it will copy the caption they**
10 **wrote and repost the photo as well. So if**
11 **someone requests that, Hey, will you share my**
12 **photo or my video or my highlight, you basically**
13 **can hit repost, it will repost their caption that**
14 **they wrote and the photo that they posted.**
15 Q. What about their hashtags?
16 **A. It will repost everything they did.**
17 **So basically whatever they've posted, it's just**
18 **going to recopy that and post it to ours for**
19 **additional visibility.**
20 Q. It would be like a share on Facebook?
21 **A. Yes.**
22 Q. Okay. I'm old so I know that one
23 sort of the best.
24     If you wanted to, can you change the
25 hashtags?

152

1  **A. To my knowledge, I believe you can**
2  **now. At the time when you reposted, I don't**
3  **think you could. I think you had to take it as**
4  **is. Now you can.**
5  Q. So we don't know exactly when this
6  was and what the policy was, I understand that.
7  **A. Right.**
8  Q. If this happened today and
9  mack_attack128 tagged USA Flag and had all these
10 other hashtags, is there any policy or practice
11 in place about what you would do about those
12 hashtags?
13 **A. Yeah, just -- just for common --**
14 **common courtesy in the space, I -- I wouldn't use**
15 **hashtags that more than likely USA Football uses**
16 **the most. So their #usafootball, #usatheone, and**
17 **#usnft, I -- I would not use those hashtags for**
18 **the posts.**
19 Q. And when did you start having that
20 common courtesy policy?
21 **A. When we no longer had a working**
22 **agreement, I stopped using those just -- just for**
23 **common courtesy.**
24 Q. And that's -- right now we're talking
25 about like a repost scenario, which might be

### Page 205

1 Q. Well, have -- have you taken it down?
2 A. I couldn't tell you either way. I
3 don't do the website so I don't know.
4 Q. Who does the website?
5 A. Your friend, Travis.
6 Q. Okay. Have you had any conversations
7 about taking this photo down?
8 A. No, I don't believe so.
9 Q. Were you aware that you've been
10 requested to take it down?
11 A. I don't believe so, no.
12 Q. Okay. If it were a new request that
13 came to you not from a lawyer, and Brittany
14 texted you and said, Hey, we're worried about
15 this picture, can you just take it down, please;
16 it's right on the front of your website, we're
17 worried about it's confusing, can you just take
18 it down, would you take it down?
19 A. In this current moment, like just
20 right now?
21 Q. Sure.
22 A. I definitely would discuss it. I
23 mean, I'm not -- I'm not -- not opposed to
24 anything. I would definitely have a conversation
25 about it.

### Page 206

1 Q. When you just look at this photo and
2 you read the caption which doesn't say anything
3 about USA Football --
4 A. Right.
5 Q. -- can you understand why there's
6 concern around use of this photo right on your
7 website?
8     MR. HAYNES: Objection. Form.
9 A. Yes.
10 Q. Okay. Thank you.
11     MS. RICCHIUTO: Let's take a break.
12     THE VIDEOGRAPHER: We're off the
13 record at 12:37 p.m.
14     (Break from 12:36 p.m. to 2:01 p.m.)
15     THE VIDEOGRAPHER: The time is
16 2:02 p.m. We're back on the record.
17 Q. (BY MS. RICCHIUTO) Okay. Mr. Davis,
18 I think I have just a couple of more questions
19 related to social media.
20 A. Yes, ma'am.
21 Q. We talked about specific to Instagram
22 whether you can untag or un-at or, you know,
23 remove features of posts where someone else has
24 added tags or "ats."
25     Are you with me?

### Page 207

1 A. Yes.
2 Q. With respect to other platforms, do
3 you have the ability to remove those tags or
4 "ats" or whatever it is that would -- that would
5 direct a viewer to another account?
6 A. Instagram is pretty -- pretty
7 specific in that it -- honestly, it's probably
8 the only one of the popular social media
9 platforms that has a lot of that -- that type of
10 resharing functionality. Twitter has some but
11 it's -- they don't operate like Instagram does.
12     Instagram is kind of a unique
13 scenario off by itself in an outlier. Those same
14 type of situations that we discussed previously
15 with, you know, us reposting something that has a
16 hashtag pertinent to someone else specifically or
17 used more than, you know, by someone else, that
18 doesn't really apply on a Facebook or especially
19 a Snapchat where the stuff's only there for 24
20 house. That's just nonexistent; there's none of
21 that there.
22     Facebook you can share a post but
23 it's -- it's super manual and you don't really
24 get the players on your feed to be able to see
25 those. So those are -- those don't really happen

### Page 208

1 either.
2     YouTube we don't use very much and we
3 don't get tagged on YouTube, so that -- that
4 doesn't apply to the scenario either. I'm trying
5 to think what else we use. Threads is so new we
6 -- we barely do anything there. But to my
7 knowledge, at all social media platforms that we
8 have, we don't really have that same
9 functionality that would require us to even kind
10 of monitor a repost or anything like that.
11 Instagram is pretty unique and it's the only
12 platform that really does that.
13 Q. So if I tagged you in a Facebook
14 post -- you, USA Flag --
15 A. Yes.
16 Q. -- and you saw it and you were happy
17 to share it, but you didn't want to be tagged in
18 it, for whatever reason, or you thought I tagged
19 Travis and it should have been Tommy, can you
20 share it and take off somebody else's --
21 A. No.
22 Q. -- tags?
23 A. No.
24 Q. You're stuck with it?
25 A. They can -- so the only thing -- the

209

1 only functionality you have at that point is you
2 can go to that post and remove yourself from the
3 tag. But in terms of editing anything they
4 actually physically typed, you don't have that
5 functionality to edit that at all.
6    Q. Can you remove others than
7 yourself --
8    A. No.
9    Q. -- from tags?
10    A. No. You can only remove yourself.
11    Q. Okay. Platform, I want to make sure
12 I have all your handles. So we've -- LinkedIn we
13 looked at physically. Is there any other
14 LinkedIn page for USA Flag? FFWCT? FlagSpin?
15    A. The only LinkedIn page I'm privy to
16 is our original FFWCT LinkedIn page that we
17 re-branded to USA Flag.
18    Q. That we looked at today?
19    A. Yes, ma'am.
20    Q. Okay. What about Facebook?
21    A. Facebook, we have our -- we have our
22 Flag Football World Championship Tour account.
23 For whatever reason our master account still says
24 we're the Flag Football World Championship World
25 Tour, even though the forward-facing portion of

210

1 it says USA Flag. So that's Facebook's side.
2    We have the USA Flag Community group,
3 which is a group on Facebook, it's just kind of a
4 public group. It's not really a formal business
5 page like the regular pages on Facebook.
6 FlagSpin has a page. USA 7-on-7 has a page. I
7 think that's it, to my knowledge.
8    Q. For Facebook?
9    A. Yes, ma'am.
10    Q. What about Instagram?
11    A. Instagram, FlagSpin has a page. We
12 have the usaflagfb Instagram account that used to
13 be FFWCT that we branded on the front. There's
14 the Mex Flag as well, and then there's a
15 USA 7-on-7 page as well.
16    Q. What about Twitter or X?
17    A. Twitter, we have a USA Flag Twitter
18 handle, which I believe it's fully spelled out
19 USA Flag Football because, again, social media is
20 is first-come-first-served. So usaflagfb was not
21 available. Somebody already had that for some
22 reason or somehow, so we had to go USA Flag
23 Football for that one. And then FlagSpin has --
24 has a -- a handle as well. USA 7-on-7 has a
25 handle as well for those.

211

1    Q. And the content on all of the sites
2 with the handles that you've just described, that
3 is content that was either posted by you
4 personally or is somehow attributable to
5 USA Flag?
6    A. Yes.
7    Q. Did there come a time -- we're going
8 to switch gears -- when USA Flag decided to
9 approach -- or -- or I guess it could have been
10 before that -- decided to approach the NFL about
11 a collaboration?
12    A. Could you ask the question one more
13 time. I'm so sorry.
14    Q. Did there come a time where you and
15 Travis, in whatever corporate form at the time,
16 wanted to approach USA Flag about a
17 collaboration -- I mean, the NFL.
18    A. Yes.
19    Q. Thank you.
20    A. Yes.
21    Q. There did, yes?
22    A. There was a time, yes.
23    Q. Okay. When is the first time that
24 you-all had any conversations with anybody at the
25 NFL?

212

1    A. Directly?
2    Q. Sure.
3    A. The first time I had a direct
4 conversation with anybody at the NFL was during
5 our in-person meeting with myself, Travis, Steve
6 Neil and Curtis Hollomon. I can't remember the
7 exact month we were there, but I feel like -- I
8 can't remember what month it was, honestly. But
9 that was the first time speaking to anybody at
10 the NFL.
11    Q. Maybe August of 2022?
12    A. Something -- something like -- I
13 really don't remember the exact month.
14    Q. Okay. Prior to that, were there --
15 so you were not involved in any outreach or
16 communications with the NFL before that?
17    A. To my knowledge, most of the
18 communication was done via us directly through
19 Curt and Steve, and then they directly talked to
20 Troy and -- and Co., I would say.
21    Q. Okay.
22    (Exhibit 46 was marked.)
23    Q. This is Exhibit Number 46. This is
24 FFWCT 1074 through 1088. This is an email dated
25 March 16, 2017, from Football World Tour to

**Page 373**

1 involves communication with your lawyers.
2     THE WITNESS: Okay.
3     Q. How much subpoenas do you understand
4 that I have prepared for Steve Neil?
5     A. I just know that were going to serve
6 him the one subpoena.
7     Q. Okay. And what I want to know is if
8 you've talked to him and told him not to accept
9 it?
10     A. No. No, I have not.
11     Q. Do you know if I've served a subpoena
12 on him?
13     A. I just know that you were going to.
14 I don't know anything after that.
15     Q. Okay. Curtis told me something to
16 the effect of Steve saying, You're going to have
17 to find me basically. And I'm curious whether
18 Steve has said that to you also?
19     A. I have not had a communication with
20 Steve or Curt.
21     Q. Okay. Do you know whether
22 Steve Neil's business address at Nyne Global is
23 200 Miranova Place?
24     A. I could not tell you what their
25 address is.

**Page 374**

1     Q. Okay.
2     A. I haven't mailed them anything or
3 been there.
4     Q. Do you know if Steve Neil moved in
5 the last 60 days?
6     A. In the last -- I couldn't tell -- I
7 haven't had any conversations with Steve or Curt.
8     Q. Okay. So if I can't find him, it's
9 not because you told him to hide?
10     A. Definitely not.
11     Q. Okay. Do you know -- oh, my gosh.
12 I'm not going to know his first name.
13     You-all have hired an expert in this
14 case with the last name Porter.
15     Does that ring a bell?
16     A. I'm not privy to the experts' names.
17 I'm sorry.
18     Q. Okay. Do you know that somebody on
19 your behalf has submitted a report saying how
20 much money you-all should be entitled to as a
21 result of your lawsuit?
22     A. I am aware that there was an expert
23 that re -- prepared a report, yes.
24     Q. Okay. Do you -- are you aware the
25 expert was depose?

**Page 375**

1     A. I -- I believe I am aware of that. I
2 vaguely remember.
3     Q. Did you read that transcript?
4     A. I don't believe I did, to my
5 knowledge right now. Sorry.
6     Q. If your expert testified about
7 mathematical errors in his report as a result of
8 mathematical errors in some of the proposals made
9 to the NFL, do you have any reason to say that
10 testimony's not right?
11     A. I don't. I wouldn't be privy to his
12 -- his calculations or computations. I'm -- I'm
13 no expert for sure.
14     Q. How much money -- as we sit here
15 today, how much money are you hoping to achieve
16 by filing a lawsuit against USA Football?
17     A. I'm not hoping to achieve any kind of
18 specific number. That's up to the Court. I have
19 no -- no dog in that fight, so to speak, in the
20 number or request.
21     Q. You have no dog?
22     A. As a specific number like, oh, I want
23 $7, like I -- that's totally up to the Court.
24     Q. Okay. But you believe you're
25 entitled to some money from USA Football?

**Page 376**

1     A. I believe so, yes.
2     Q. Has USA Flag ever described itself as
3 a governing body or anything along those lines?
4     MR. HAYNES: Objection. Form.
5     A. I believe we've called ourselves a
6 governing organization or -- I know we've called
7 ourselves a governing organization for sure. I
8 don't know if we've ever called ourselves an NGB,
9 maybe like a self-appointed governing something,
10 maybe. I couldn't recall specifically.
11     Q. Where would you have called yourself
12 something like that?
13     A. Maybe in our rules or in "About Us"
14 section probably.
15     Q. And who is responsible for that
16 content?
17     A. Travis mostly does all the website
18 content.
19     Q. This is Exhibit 77.
20     A. Okay.
21     (Exhibit 77 was marked.)
22     Q. It doesn't have a Bates number on it,
23 but it was filed with the Court. On page 2 of
24 this document, you see some highlighted language.
25     Well, first of all, what is this?

377

1  A. This looks like our general rules on
2  our website.
3  Q. Okay. And from the date on this when
4  it was printed, I believe that it reflects that
5  it was printed on July 6, 2023.
6  Do you see that?
7  A. I do.
8  Q. Okay. And it says: (As read) We
9  declare USA Flag the self-appointed national
10 governing organization of the sport of flag
11 football through common consent of our
12 participating teams.
13 Do you see that?
14 A. Yes.
15 Q. Okay. So what's -- what does that
16 mean?
17 A. Because a lot of teams, players all
18 view us as kind of the pillar in flag football in
19 playing our events in -- in -- in -- in large
20 quantities, we believe we're a governing-type
21 organization that dictates rules, dictates
22 competition, hosts competitions, and organizes
23 events. So by that theory we make that
24 statement.
25 Q. Where did you get the understanding

378

1  that there could be a self-appointed national
2  governing organization?
3  A. Just by kind of going through the
4  years and seeing other organizations do the same
5  thing, we assumed we can do the same thing as
6  well.
7  Q. What other organizations have done
8  that?
9  A. Other various organizations we've
10 seen in softball, we've seen in other -- other
11 sports are kind of self-appointed governing
12 organizations. We didn't feel that saying like
13 we were a governing body specifically was
14 allowed. We thought that was a protected mark
15 with those specific three letters and that
16 specific phrasing of the three words those three
17 letters represent. So we tried our best to not
18 -- not do that because we -- we thought that
19 was -- you know, you had to have some type of
20 certification or clearance to use that.
21 Q. Okay. And so the second highlighted
22 section says US --
23 MR. HAYNES: Objection.
24 Nonresponsive. Sorry.
25 Q. -- says: USA Flag is the ultimate

379

1  governing body for all forms and styles of the
2  sport.
3  So you just told me about how
4  sensitive national governing body is.
5  A. Correct.
6  Q. But you felt like ultimate governing
7  body did not cause that same connotation for
8  someone who is understanding or -- or reading
9  those words?
10 A. Correct.
11 Q. So the average person would know, oh,
12 this isn't the national governing body, it's the
13 ultimate governing body?
14 A. I wouldn't be privy to what the
15 average person would know. I'm sorry.
16 Q. Well, you just gave me a big
17 explanation about how important it was not to say
18 those letters in a row, and I think those letters
19 you were referring to were NGB.
20 A. Correct.
21 Q. But UGB, fair game in your mind?
22 A. Yes.
23 Q. Why?
24 A. Because, again, I believe the term
25 specifically "national governing body" right in a

380

1  row, those three letters sequentially are
2  protected, as well as the acronym "NGB" are
3  federally protected. So we don't use those --
4  those three.
5  Q. How would someone reading this know
6  the difference between and ultimate governing
7  body and a national governing body?
8  A. I'm not --
9  MR. HAYNES: Objection. Form.
10 A. I'm not for sure.
11 Q. Well, what do you hope somebody
12 thinks you do by calling yourself the ultimate
13 governing body?
14 A. That we govern the sport of -- of
15 flag football per our events.
16 Q. Do you agree that the word "ultimate"
17 connotes, like, top dog, main one, most
18 important?
19 A. I would agree with that acronym.
20 Q. Okay.
21 A. Or synonym.
22 Q. Then this language that we're looking
23 at, if I told you that I had seen that on other
24 parts of your website, would you be surprised by
25 that?

437

1 exhibit with the lowest designation, for example.
2     MR. HAYNES: Right.
3     MS. RICCHIUTO: That has been my
4 effort. If it turns out that I have gotten that
5 wrong, and, for example, brought an AEO today
6 that Taylor and I have already agreed is not AEO,
7 for whatever reason --
8     MR. HAYNES: Right.
9     MS. RICCHIUTO: -- I'm assuming and
10 hoping that those --
11    MR. HAYNES: Yeah, so I don't know
12 hardly anything that he knows, and so that --
13 he's going -- that's what -- you're going to be
14 doing the actual page and line designation. So
15 he'll know --
16    MR. HARRIS: This is just
17 preliminary.
18    MR. HAYNES: This is just preliminary
19 for the record until -- until we get the actual
20 record and so that we've got -- got that covered.
21 And then what -- however -- however he designates
22 it and approved by Mark and to myself after we
23 see them, that will be the actual designations
24 after that. So yes.
25    MS. RICCHIUTO: Okay. And do you

438

1 have a position, even preliminarily on -- maybe
2 we need to go back and look at the PO --
3 paragraph 16 in the protective order says that
4 regardless of designation by a party, information
5 gotten from a third party, even if it's same,
6 doesn't carry the designation.
7     So, for example, I have tried to use
8 Curtis Hollomon or NFL versions where I have
9 them.
10    MR. HAYNES: Right.
11    MS. RICCHIUTO: Are we in agreement
12 that those are no longer AEO?
13    MR. HAYNES: I would turn to my
14 co-counsel.
15    Can you opine on that issue?
16    MR. HARRIS: They're no longer AEO.
17    MR. HAYNES: Okay.
18    MR. HARRIS: They've been produced by
19 a third party, so can't take that position.
20    MR. HAYNES: Okay.
21    MS. RICCHIUTO: Okay. So when which
22 go through these -- and, again, I'm not -- I know
23 you're doing your best while I'm flying
24 through -- but if we go through these and
25 something was an NFL document or a Curtis

439

1 document, we agree that's not --
2     MR. HAYNES: So -- so here's my
3 position.
4     MR. HARRIS: It's still confidential,
5 right, we're not talking about that.
6     MS. RICCHIUTO: Understood. No --
7 nothing's going in the newspapers.
8     MR. HAYNES: Okay. Right.
9     MS. RICCHIUTO: Yeah.
10    MR. HAYNES: What he said.
11    MS. RICCHIUTO: If you've designated
12 it that way -- or like NFL had its own
13 designations, for example.
14    MR. HAYNES: And I'm not trying to --
15 to change the designation of any of the documents
16 themselves. I'm talking about the conversations
17 around them until his -- one question might be
18 confidential or attorneys' eyes and everything
19 else might not be -- I mean, attorneys' eyes only
20 and everything else might not. So I'm just
21 trying to cover the topic. Not the -- the
22 documents are already -- they're -- whatever
23 they're designated, I'm not trying to change
24 those.
25    MS. RICCHIUTO: Okay. That's

440

1 helpful.
2     MR. HAYNES: That's all I have.
3     THE VIDEOGRAPHER: Okay. This
4 concludes the videotaped deposition of
5 Charles Davis. The time is 6:27 p.m. We are off
6 the record.
7     (Time noted - 6:27 p.m.)

```
                                              441
 1       IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF TEXAS
 2               SHERMAN DIVISION
 3  USA FOOTBALL, INC.,      )
                             )
 4       Plaintiff,          )
                             ) CIVIL ACTION
 5  VS.                      )
                             ) NO.: 4:23-CV-00465
 6                           ) and 4:23-CV-00516-ALM
    FFWCT, LLC; USA FLAG, LLC; )
 7  AND TRAVIS BURNETT,      )
                             )
 8       Defendants.         )
 9
10            REPORTER'S CERTIFICATION
11          VIDEOTAPED ORAL DEPOSITION OF
12            FFWCT, LLC AND USA FLAG, LLC
13     BY AND THROUGH ITS DESIGNATED REPRESENTATIVE,
14          AND IN HIS INDIVIDUAL CAPACITY
15                 CHARLES DAVIS
16                 APRIL 11, 2024
17
18      I, Kim A. McCann, Certified Shorthand Reporter in
19  and for the State of Texas, hereby certify to the
20  following:
21      That the witness, CHARLES DAVIS, was duly sworn
22  by the officer and that the transcript of the oral
23  deposition is a true record of the testimony given by the
24  witness;
25      I further certify that pursuant to FRCP Rule
```

```
                                              442
 1  30(f)(1) that the signature of the deponent:
 2      _____ was requested by the deponent or a party
 3  before the completion of the deposition and returned
 4  within 30 days from date of receipt of the transcript.
 5  If returned, the attached Changes and Signature Page
 6  contains any changes and the reasons therefor;
 7      __X__ was not requested by the deponent or a
 8  party before the completion of the deposition.
 9      That the amount of time used by each party at the
10  deposition is as follows:
11      MS. RICCHIUTO - 7 HOURS : 5 MINUTES
12      I further certify that I am neither counsel for,
13  related to, nor employed by any of the parties or
14  attorneys in the action in which this proceeding was
15  taken.
16      Further, I am not a relative or employee of any
17  attorney of record in this cause, nor do I have a
18  financial interest in the action.
19      Certified to by me this 19th day of April, 2024.
20
21           [signature]
             Kim A. McCann, RMR, CRR, CSR
22           Texas CSR No. 5520
             Expiration Date: 10/31/2025
23           Planet Depos Worldwide
             451 Hungerford Drive
24           Suite 400
             Rockville, MD 20850
25
```