

Fortz Legal Support

www.FortzLegal.com

844.730.4066



1            IN THE UNITED STATES DISTRICT COURT

2             FOR THE EASTERN DISTRICT OF TEXAS

3                     SHERMAN DIVISION

4

5

6   USA FOOTBALL, INC.,

7              Plaintiff,

8   vs.                         Civil Action Nos.

9                               4:23-cv-00465-ALM and

10  FFWCT, LLC; USA FLAG, LLC;   4:23-cv-00516-ALM

11  AND TRAVIS BURNETT,

12             Defendants.

13  _____/

14

15

16

17          The video-recorded deposition of

18      JAMIE RILEY and USA Football Designee, was

19      held on Thursday, April 4, 2024, commencing

20      at 10:04 a.m., via Zoom Web Conference,

21      before Christine A. Gonzalez, CSR, RPR, a

22      Notary Public.

23

24  Stenographically Reported By:

25  Christine A. Gonzalez, CSR, RPR

Page 2

```
1   APPEARANCES:
2   (All Appearances Via Web Conference.)
3
4       ON BEHALF OF THE PLAINTIFF:
5       ANNE K. RICCHIUTO, ESQUIRE
6       ASHLEY HODGES, ESQUIRE
7          Peele Law Group
8          49 Boone Village
9          Box 299
10         Zionsville, Indiana 46077
11         202.964.4500
12         aricchiuto@peelelawgroup.com
13
14      ON BEHALF OF THE DEFENDANTS:
15      MARK D. NIELSEN, ESQUIRE
16      TAYLOR HARRIS, ESQUIRE
17         Scheef & Stone, LLP
18         2600 Network Boulevard, Suite 400
19         Frisco, Texas 75034
20         214.472.2100
21         mark.nielsen@solidcounsel.com
22
23
24  ALSO PRESENT:  Bailey Wellman - Videographer
25
```

Page 3

```
1                    INDEX
2             Deposition of JAMIE RILEY
3                  April 4, 2024
4
5   Examination By:                          Page
6   MR. NIELSEN                                 8
7   MS. RICCHIUTO                             198
8   MR. NIELSEN                               203
9   MS. RICCHIUTO                             205
10
11  Exhibit No.                            Marked
12  Exhibit(s) Attached
13  Exhibit 532   FFWCT, LLC's Amended Notice of  12
14                Deposition of Jamie Riley
15  Exhibit 533   Amended Notice of 30(b)(6)      13
16                Deposition
17  Exhibit 534   Jamie Riley LinkedIn Profile    19
18  Exhibit 535   Plaintiff USA Football, Inc.'s  39
19                First Supplemental Initial
20                Disclosures under Rule 26(a)(1)
21  Exhibit 536   Complaint                       48
22  Exhibit 537   Exhibit B - USA Football, Inc.  50
23                USA Football/USA Flag U.S.
24                Trademark Applications and
25                Registrations
```

Page 4

```
1                    INDEX
2             Deposition of JAMIE RILEY
3                  April 4, 2024
4
5   Exhibit No.                            Marked
6   Exhibit(s) Attached
7   Exhibit 538   J. Scott Hallenbeck Transcript   94
8                 Excerpt
9   Exhibit 539   FFWCT - USA Football, Inc.,      109
10                Event Collaboration Agreement
11                USAFB Bates Nos. 0700-0708
12  Exhibit 540   Confidentiality & Nondisclosure  117
13                Agreement
14                Bates Nos. FFWCT000037-000038
15  Exhibit 541   Consulting Services Agreement    118
16                Bates Nos. USAFB215-223
17  Exhibit 542   Defendants' First Amended        119
18                Counterclaim
19  Exhibit 543   Plaintiff USA Football, Inc.'s   120
20                Answer to First Amended
21                Counterclaim
22  Exhibit 544   Plaintiff USA Football, Inc.'s   133
23                Responses and Objections to
24                Defendant FFWCT, LLC's First
25                Set of Interrogatories
```

Page 5

```
1                    INDEX
2             Deposition of JAMIE RILEY
3                  April 4, 2024
4
5   Exhibit No.                            Marked
6   Exhibit(s) Attached
7   Exhibit 545   Plaintiff USA Football, Inc.'s   137
8                 Supplemental Responses and
9                 Objections to Defendant FFWCT,
10                LLC's First Set of
11                Interrogatories
12  Exhibit 546   Plaintiff USA Football, Inc.'s   146
13                Responses and Objections to
14                Defendant Travis Burnett's First
15                Set of Interrogatories
16  Exhibit 547   Plaintiff USA Football, Inc.'s   160
17                Supplemental Responses and
18                Objections to Defendant
19                Travis Burnett's First Set of
20                Interrogatories
21  Exhibit 548   Defendant USA Football, Inc.'s   176
22                Responses and Objections to
23                Plaintiff FFWCT, LLC's Second
24                Set of Interrogatories
25
```

Page 6

```
 1              INDEX
 2        Deposition of JAMIE RILEY
 3            April 4, 2024
 4
 5   Exhibit No.                        Marked
 6   Exhibit(s) Attached
 7   Exhibit 549   USA Football Article    182
 8               July 20, 2021
 9   Exhibit 550   Email String            190
10               Bates Nos. USAFB371-400
11
12
13      QUESTIONS INSTRUCTED NOT TO ANSWER
14            Page 193, Line 23
15
16
17
18
19
20
21
22
23
24
25
```

Page 7

```
 1              * * * * * * *
 2      THE VIDEOGRAPHER:  Good morning.  We
 3  are now on the record at 10:04 a.m. on
 4  Thursday, April 4th, 2024.
 5      This begins the videotaped deposition
 6  of Jamie Riley taken in the matter of
 7  USA Football verse FFWCT; USA Flag; Travis
 8  Burnett; Case No. 4:23-cv-00516-ALM.
 9      My name is Bailey Wellman, your remote
10  videographer for today.  Our court reporter
11  is Christine Gonzalez.  We are both
12  representing Fortz Legal Support.
13      As a courtesy, will everyone who is not
14  speaking please mute your audio, remember to
15  unmute your audio when you are ready to
16  speak?
17      Counsel, will you please state your
18  name and who you represent, after which our
19  court reporter will swear in the witness?
20      MR. NIELSEN:  Mark Nielsen representing
21  FFWCT, et al.
22      MR. HARRIS:  Taylor Harris representing
23  FFWCT, et al., as well.
24      MS. RICCHIUTO:  Anne Ricchiuto from
25  Peele Law Group for USA Football, and we also
```

Page 8

```
 1  have Ashley Hodges from Peele Law Group for
 2  USA Football.
 3      Whereupon,
 4              JAMIE RILEY,
 5      called as a witness, having been first duly
 6  sworn to tell the truth, the whole truth, and nothing
 7  but the truth, was examined and testified as follows:
 8                    - - -
 9          E X A M I N A T I O N
10                    - - -
11  BY MR. NIELSEN:
12      Q    All right.  Good morning, Ms. Riley.
13  Thank you for being available today for your
14  deposition, and I will be -- before we get really
15  started with questions, let's just make sure we're
16  all on the same page with how this goes, especially
17  virtually.
18      Have you ever had your deposition taken
19  before?
20      A    No.
21      Q    Okay.  So basically, what happens is
22  I'm going to ask questions, you'll give me, you
23  know, answers to the best of your ability and at
24  times your counsel may object to my questions
25  and -- do you understand that so far?
```

Page 9

```
 1      A    Correct.  Yes.
 2      Q    Okay.  And at times your counsel may,
 3  depending on my question, possibly instruct you not
 4  to answer questions, but typically, unless
 5  Ms. Ricchiuto affirmatively instructs you not to
 6  answer, you need to answer all of my questions to
 7  the best of your ability even if there is an
 8  objection.
 9      Do you understand that?
10      A    Yes.
11      Q    Okay.  And because this is being taken
12  down for a transcript, head nods, gestures, it's
13  normal, you know, kind of part of our speech, but
14  the court reporter can't really take those down, so
15  let's try to do yeses and noes as much as possible.
16  Okay?
17      A    Yes.
18      Q    And one of the things that's really
19  important when we do this virtually is that you may
20  have an answer before I'm completely done with my
21  question or I may start asking a question before
22  you're done with an answer, let's do our best not
23  to interrupt each other so the court reporter can
24  get everything down smoothly.  Okay?
25      A    Got it.
```

**1      A      Our USA Football trademark portfolio.**
2   BY MR. NIELSEN:
3      Q      What's in that portfolio?
4          MS. RICCHIUTO:  Same objection.
**5      A      USA Football, USA -- sorry -- The One**
**6   Flag Championship, Rookie Tackle.  We have a**
**7   full -- we have a full list of trademark, so...**
8          MR. NIELSEN:  Okay.  Ms. Reporter,
9      let's take this down.  We are going to come
10      back to it, so let's not have it go too far
11      away, but let's take down Exhibit 536, which
12      was Tab 6, and if you would put up Tab 8, and
13      we'll mark that as 537.
14          And I'll represent for the record that
15      Tab 8 is a portion of Exhibit B, as in boy,
16      to the Complaint in the '516 action.
17          (Exhibit 537 was marked for purposes of
18      identification.)
19   BY MR. NIELSEN:
20      Q      And Ms. Riley, feel free to look
21   through this and let me know when you're ready.
**22      A      Yes, I'm ready.**
23      Q      Does this table shown here, in the
24   first three pages of Exhibit B to the Complaint in
25   the '516 action, give you any further clarity on

1   what "the Marks" may mean in paragraph 17 of the
2   Complaint?
**3      A      Yeah.  As I said, USA Football**
**4   trademarks.**
5      Q      Okay.  And this list here would at
6   least be part of that?
**7      A      Correct.**
8      Q      Are there any other trademarks that
9   USA Football has that it believes is part of this
10   case?
11          MS. RICCHIUTO:  Object to the extent it
12      calls for --
13   BY MR. NIELSEN:
14      Q      Other than what's on this list.  Let me
15   clarify that.
**16      A      As part of this case, these seem**
**17   appropriate.**
18      Q      So going back to the question of
19   paragraph 17:  What is the definition of "the
20   Marks," this Exhibit B table here would be the
21   definition in your mind; is that fair?
**22      A      That is fair.**
23          MR. NIELSEN:  Okay.  Ms. Reporter, you
24      can take this down, please.
25          And let's put up Tab 6, Exhibit 536

1      back up, please.  And if Ms. Riley has
2      control, if you want to scroll this back up
3      to the top of the document, that would be
4      great.  Perfect.
5   BY MR. NIELSEN:
6      Q      And you recognize this as the Complaint
7   filed by USA Football against my clients, correct?
**8      A      Correct.**
9      Q      And I know in the list of topics there
10   was a topic that called out specific paragraph
11   numbers in this Complaint, so that's what I want to
12   do now is kind of work through that.
13          Ms. Riley, if you --
14          MR. NIELSEN:  Oh, go ahead, Anne.
15          MS. RICCHIUTO:  Sorry, Mark.  Can we
16      just -- for clarification then, are these
17      next series of questions related to the
18      Complaint?  Are these intended to be 30(b)(6)
19      questions?
20          MR. NIELSEN:  The questions are the
21      questions.
22          MS. RICCHIUTO:  Well --
23          MR. NIELSEN:  I don't have to tell you
24      that.  They're in our -- they're in our
25      notice and --

1          MS. RICCHIUTO:  There are things that
2   are in your notice, you can ask her on behalf
3   of the company, and things like where did she
4   go to college and what classes did she take,
5   I haven't been lodging this objection on
6   every question 'cause I'm actually not trying
7   to get in the way of your deposition, but I
8   do think that it's important that the record
9   is clear.
10          And so since you've -- the other way to
11   do it, Mark, is every single question, you've
12   got to say who you're -- in what capacity
13   you're asking.
14          MR. NIELSEN:  I've never seen that
15   done, Anne.  Never seen --
16          MS. RICCHIUTO:  Well, right, because --
17   because most of the time people make some
18   logical assumptions --
19          MR. NIELSEN:  All right.  Let's move
20   on.
21          MS. RICCHIUTO:  -- but I want to be
22   clear.
23          MR. NIELSEN:  Let's move on.  If I
24   mention --
25          MS. RICCHIUTO:  -- lodge objection --

Page 54

```
1        (Overlapping speakers.)
2        STENOGRAPHIC REPORTER:  Wait, wait,
3   wait.  It's cutting both of you off.  So I
4   heard let's move on.  I heard, I think, an
5   objection or something.
6        MS. RICCHIUTO:  I just said then I'll
7   lodge objections as appropriate going
8   forward.  I thought I was going to make it
9   easier, but...
10        MR. NIELSEN:  We'll talk about it off
11   the record at a break.
12 BY MR. NIELSEN:
13   Q      Ms. Riley, can you scroll down to
14 paragraph 11, please?  And please feel free to read
15 paragraph 11 to yourself and let me know when
16 you're ready.
17   A    I'm ready.
18   Q      When it says "USA Football operates
19 events across all disciplines of football..." --
20 I'm not going to read the rest of it -- what is
21 meant there by the word "operates"?
22   A    We run and facilitate events.
23   Q      And is there a difference between
24 running an event and facilitating an event?
25   A    No.
```

Page 55

```
1   Q      And does USA Football operate events in
2 connection with adult flag football?
3   A    Yes.
4   Q      And those are the events you mentioned
5 earlier.  It was The One Championship, and this
6 year there's some qualifying events; is that
7 correct?
8   A    Those are qualifying tournaments.  We
9 also operate trials and training camps for adults
10 and competitions.
11   Q      What competitions does USA Football
12 operate for adults besides The One Flag
13 Championship?
14   A    Sure.  We have operated events on
15 behalf of International Federation of American
16 Football for international competition with adults.
17   Q      And when you say "operated," that's
18 USA Football operated it?  It wasn't contracted out
19 to a third party?
20   A    Correct.
21   Q      How long has that -- has USA Football
22 been operating those adult events that you just
23 mentioned?
24   A    Well, it varies on when the events are
25 happening through the International Federation of
```

Page 56

```
1 American Football.  But as far as USA Football
2 specifically, almost every year depending upon the
3 discipline of the sport.
4   Q      I should've asked it a little more
5 clearly.
6        To the best of your knowledge, how far
7 back does that go in terms of USA Football
8 operating those events?
9   A    For adults?
10   Q    Yes.
11   A    Probably all the way back to 2005 or '6
12 relative, again, to the discipline of the sport.
13   Q      And if you would be so kind to scroll
14 down to paragraph 19, which is also a topic in our
15 30(b)(6) notice, and go ahead and read that to
16 yourself and let me know when you're ready.
17   A    I'm ready.
18   Q      Did USA Football as an entity notify
19 Mr. Burnett at the time in 2017 that it considered
20 Mr. Burnett's intended use of the name and mark
21 USA Flag to be an infringement?
22   A    Yes.
23   Q      So the company itself did?
24   A    Our CEO.  Our CEO told Mr. Burnett.
25   Q      And it says "at that time."  Was that
```

Page 57

```
1 in 2017?
2   A    I believe so, yes.
3   Q      And any particular point in time during
4 2017 when this happened?
5   A    It was during a meeting at our
6 USA Football offices.
7   Q      Was that in July of 2017?
8   A    I don't recall the actual month, but I
9 believe we started engaging with Mr. Burnett in
10 July of 2017 in a conversation.
11   Q      And that took place at USA Football's
12 offices in Indianapolis?
13   A    Yes.
14   Q      Did you witness that?
15   A    I don't believe I was in the room.
16   Q      Then how do you know that that took
17 place?
18        MS. RICCHIUTO:  Objection,
19   argumentative.  This is a topic on which she
20   was to be prepared to testify, and she's
21   prepared to testify about this topic.
22 BY MR. NIELSEN:
23   Q    Ms. Riley?
24   A    How was I made aware; is that the
25 question?
```

Page 182

1       MR. NIELSEN:  Ms. Videographer, if you
2   could put up Tab 24, and we'll mark that as
3   Exhibit 549.
4       And I will represent that this is
5   Exhibit 26 to the Complaint in the '465
6   action.  And I will also represent that this
7   the red underlines were added by us.  They
8   weren't in the original that you'all put up.
9       (Exhibit 549 was marked for purposes of
10   identification.)
11  BY MR. NIELSEN:
12      Q     And feel free to take a look at this,
13  Ms. Riley.
14      A     Sure.  Okay.
15      Q     Does this -- strike that.
16          Does this appear to be a press release
17  by USA Football on the USAFootball.com website?
18      A     It appears to be.  Yes.
19      Q     Have you seen this press release before
20  today?
21      A     It's possible.
22      Q     Would you agree that this press release
23  was dated July 20, 2021?
24      A     Yes.
25      Q     And in perusing it, would you agree

Page 183

1   that its context is flag football?
2       A     I'm sorry.  What do you mean by
3   "context is flag football"?
4       Q     Well, it's about a flag football event
5   or situation, correct?  It's not about tackle
6   football or something else?
7       A     This particular press release seems to
8   be about announcing our high performance and
9   athletes and coach advisory committees on behalf --
10  on behalf of flag football.  Correct.
11      Q     And do you have any understanding in
12  terms of whether this press release was issued
13  after the USOPC asked USA Football not to use
14  "national" in front of governing body?
15      A     My understanding is they did not tell
16  us that until October of 2023.  Up until that
17  point, they have referenced us as a national
18  governing body both in agreements and in emails, as
19  I stated before.
20      Q     So before October of 2023, the
21  US Olympic and Paralympic Committee had not asked
22  USA Football not to use "national" in front of
23  governing body in media press releases and things
24  of that nature?
25      A     Not to my nature [sic].  Not to me

Page 184

1   directly, no.
2       Q     Can you repeat that answer?  I honestly
3   didn't --
4       A     Not to my understanding.  Sorry.  I
5   feel like I'm speaking loud.  I may not speaking
6   loud enough.
7           No, not to my understanding and
8   definitely not to me directly.
9       MR. NIELSEN:  All right.
10      Ms. Videographer, you can take this down,
11      please.
12  BY MR. NIELSEN:
13      Q     Does USA Football believe that being
14  the national governing body for flag football in
15  the United States under the Ted Stevens Olympic and
16  Amateur Sports Act is a right that USA Football
17  possesses?
18      A     No.  We are the governing body for the
19  sport of football, all disciplines.  And under the
20  umbrella of being a member -- sole member of IFAF,
21  we do have that right.
22          As it relates to the USOPC and being
23  certified as a national governing body, as I stated
24  before, that can be an open application to anyone
25  who would like to apply for that.

Page 185

1       MR. NIELSEN:  Something's amuck with my
2   notes here.  Let's go off the record for a
3   minute.
4       THE VIDEOGRAPHER:  Off the record at
5   3:56 p.m.
6       (There was a brief recess taken from
7   3:56 p.m. to 4:09 p.m.)
8       THE VIDEOGRAPHER:  We are back on the
9   record at 4:09 p.m.
10  BY MR. NIELSEN:
11      Q     Ms. Riley, have you been involved in
12  any communications with the NFL in the last three
13  years in regard to flag football on behalf of
14  USA Football?
15      A     Yeah.
16      Q     Have any of those conversations
17  mentioned my clients?
18      A     No.
19      Q     Has anyone at USA Football told the NFL
20  that USA Football was the national governing body
21  for flag football in the US?
22      A     I believe we have used the term
23  "national governing body" for the sport of
24  football.
25      Q     With the NFL?

Page 186

1    A    Sure.
2    Q    Do you know to whom at the NFL
3  USA Football has indicated that they were the
4  national governing body for football, including
5  flag football?
6    A    Could've been in -- with the
7  NFL Foundation, with other departments as it
8  relates to conversations and/or discussions around
9  the sport.
10    Q    Any particular people at the NFL or
11  NFL Foundation, as you said?
12    A    We often present to the NFL Foundation
13  board and/or the executive director and her staff.
14    Q    And you mean the executive director of
15  the NFL Foundation, correct?
16    A    Correct.
17    Q    And what's her name?
18    A    Alexia Gallagher.
19    Q    Do you know who is -- well, strike
20  that.
21        So is it your understanding then that
22  USA Football has said in one way or the other to
23  the NFL Foundation board that USA Football's the
24  national governing body for football and flag
25  football in the United States?

Page 187

1    A    Yes, for football as a sport, not just
2  flag football.
3    Q    But it would include flag football,
4  correct?
5    A    Any discipline of the sport, correct.
6    Q    Do you know who is on the NFL
7  Foundation board right now?
8    A    There -- the NFL Foundation board is
9  made up of different NFL team club owners.
10    Q    Is it limited to team club owners?
11    A    I'm not positive on that.  You'd have
12  to ask them, but my experience has been with club
13  owners.
14    Q    Has USA Football told Troy Vincent that
15  you'all are the national governing body for
16  football in the US?
17    A    I'm sure that has been bought up in
18  different conversations or meetings.  Yes.
19    Q    Has USA Football mentioned that it is
20  the national governing body for football in the
21  United States to Kimberly Fields?
22    A    Not that I'm aware of unless she was
23  part of a meeting that it was mentioned, but I
24  can't be specific if she was there.
25    Q    Has USA Football mentioned to

Page 188

1  Roman, R-O-M-A-N, Oben, O-B-E-N, that it is the
2  national governing body for football in the
3  United States?
4    A    Yes.  The NFL has been well-aware of
5  who we are for quite some time.
6    Q    And when you say "for quite some time,"
7  how far back are you thinking?
8    A    Well, the NFL was instrumental in
9  creating USA Football when we were created back in
10  2002.
11    Q    And in terms of NFL knowing that
12  USA Football is the national governing body for
13  football in the United States, how far back do you
14  believe that goes?
15    A    Since the first time we mentioned it.
16    Q    Do you know when that was?
17    A    I don't know specifically.  I was not
18  employed by USA Football prior to 2014.
19    Q    By the time you arrived at
20  USA Football, had USA Football already been
21  communicating to the NFL that it was the national
22  governing body for football in the United States?
23    A    Yes.
24    Q    Do you know who Izell Reese is?
25    A    Yes.

Page 189

1    Q    Does Izell Reese know that USA Football
2  is the national governing body for football in the
3  United States?
4    A    I can assume so.
5    Q    And what do you base that assumption
6  on?
7    A    Because we had to work with his company
8  during the transition of NFL FLAG.
9    Q    And is his company RCX Sports?
10    A    I believe so.  I believe they go by
11  RC Sports now, but they've changed their name a few
12  times.
13        MR. NIELSEN:  Yeah.  Okay.  For the
14  reporter that's R-C-X, like the letters.
15  BY MR. NIELSEN:
16    Q    And would Mr. Reese's knowledge of
17  USA Football being the national governing body go
18  back to, let's say, 2020?
19    A    It could 'cause that's when, I believe,
20  the transition was taking place.
21    Q    Now, staying on the topic of national
22  governing body and national governing body
23  certification, Topic 26 in the notice, application
24  papers for NGB certification have not -- the time
25  has not come for them to be submitted yet, correct?

Page 206

1    Q    And the flag football -- I think you've
2 already testified to this, but flag football was
3 added to the Olympic program when?
4    A    For LA 2028.
5    Q    And when was that decision made or
6 announced by USOPC?
7    A    Last fall.
8    Q    So do I understand correctly then that
9 prior to that time there was no flag football as an
10 Olympic sport?
11    A    Correct.
12    Q    Is there any possibility in your mind
13 that the NFL was unaware at any time whether or
14 not -- or, let's say, in 2022, for example, whether
15 or not flag football was an Olympic sport?
16         MR. NIELSEN:  Objection to form and
17    leading.
18    A    No.  You can look it up online as to
19 what Olympic sports there are and aren't.
20 BY MS. RICCHIUTO:
21    Q    Has anyone at the NFL ever expressed
22 confusion or lack of clarity to USA Football about
23 whether or not flag football was an Olympic sport
24 in 2022?
25         MR. NIELSEN:  Same objections.

Page 207

1 A    No.
2         MS. RICCHIUTO:  That's all my
3 questions.
4         MR. NIELSEN:  Okay.  Good.  So subject
5 to any discussions between counsel as to any
6 of the topics, I think we're good as far as
7 being done.
8         Anne, what was our agreement on the
9 last -- I think we're going to rush the
10 transcript, but if the transcript -- if
11 changes aren't provided with a signature
12 within 30 days, we'll deem it as signed with
13 no changes.
14         MS. RICCHIUTO:  That's fine.  And we
15 will want to read and sign.
16         MR. NIELSEN:  Yeah.
17         THE VIDEOGRAPHER:  This concludes
18 today's deposition.  The time is 4:55 p.m.
19 We are off the record.
20         STENOGRAPHIC REPORTER:  Okay.  So can I
21 have everyone state your order on the record
22 if you're ordering the transcript, please?
23         MR. NIELSEN:  Yes.  We are ordering the
24 transcript.  We do not need video at this
25 time, and we need that transcript rushed.

Page 208

1 And what's today?  Today's the 4th.
2         Can we get this by the 10th?
3         STENOGRAPHIC REPORTER:  Sure.
4         MR. NIELSEN:  Great.
5         MS. RICCHIUTO:  And we will take an
6 Etrans.  And we don't need -- I feel like I
7 didn't say correctly the last time, Bailey.
8 What we want is, like, we want to be able to
9 get video if we need video, but I don't need
10 the video, like, all synced up and
11 whiz-banged now.
12         Does that make sense?
13         THE VIDEOGRAPHER:  Yes.
14         STENOGRAPHIC REPORTER:  Do you also
15 want it expedited for the 10th?
16         MS. RICCHIUTO:  No, I don't think so.
17         (Deposition concluded at 4:57 p.m.)
18
19
20
21
22
23
24
25

Page 209

1         CERTIFICATE OF DEPONENT
2
3         I hereby certify that I have read and
4 examined the foregoing transcript, and the same is
5 a true and accurate record of the testimony given
6 by me.
7         Any additions or corrections that I
8 feel are necessary will be made on the Errata
9 Sheet.
10
11
12
13    _____
14         JAMIE RILEY
15
16    _____
17         DATE
18
19 (If needed, make additional copies of the Errata
20 Sheet on the next page or use a blank piece of
21 paper.)
22
23
24
25

Page 210

1      ERRATA SHEET

2  Case:  USA Football vs FFWCT; USA Flag, et al.

3  Witness: JAMIE RILEY                    Date: 4/4/2024

4

5  PAGE/LINE        SHOULD READ        REASON FOR CHANGE

6  _____

7  _____

8  _____

9  _____

10  _____

11  _____

12  _____

13  _____

14  _____

15  _____

16  _____

17  _____

18  _____

19  _____

20  _____

21  _____

22  _____

23  _____

24  _____

25  _____

Page 211

1  State of Michigan

2  Washtenaw County to wit:

3

4          I, Christine A. Gonzalez, CSR, RPR, a

5  Notary Public of the State of Michigan, Washtenaw

6  County, do hereby certify that prior to the

7  commencement of the examination, the within-named

8  witness appeared via Zoom and was duly remotely

9  sworn by me to testify to the truth, the whole and

10  nothing but the truth.

11          I further certify that the examination

12  was recorded stenographically by me, and this

13  transcript is a record of the proceedings to the

14  best of my ability.

15          I further certify that I am not of

16  counsel to any of the parties, nor in any way

17  interested in the outcome of this action.

18          As witness my hand and notarial seal

19  this 10th of April, 2024.

20

21          *Christine Gonzalez*

22          Christine A. Gonzalez, CSR, RPR

23          Notary Public - Washtenaw County

24

25  My Commission Expires:  June 17, 2028