```
 1                UNITED STATES DISTRICT COURT
 2              FOR THE EASTERN DISTRICT OF TEXAS
 3                       SHERMAN DIVISION
 4
 5     USA FOOTBALL, INC.,
 6
 7     Plaintiff,          Case No. 4:23-CV-00465-ALM and
 8                         4:23-cv-00516-ALM
 9     vs.
10     FFWCT, LLC; USA FLAG, LLC; and
11     TRAVIS BURNETT,
12
13     Defendants.
14     _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _/
15
16     DEPONENT:       J. SCOTT HALLENBECK
17     DATE:           Wednesday, March 20, 2024
18     TIME:           10:30 a.m.
19     LOCATION:       Zoom Video Conference
20     REPORTER:       Shari J. Pavlovich, CSR-5926
21     VIDEOGRAPHER:   Bailey Wellman
22     JOB NO:         29294
23
24
25
```

```
                                              Page 2
 1      APPEARANCES:
 2      MS. AMIE N. PEELE
 3      MS. ANNE K. RICCHIUTO
 4           Peele Law Group
 5           49 Boone Village, Box 299
 6           Zionsville, IN 46077
 7           202.964.4500
 8           apeele@peelelawgroup.com
 9           aricchiuto@peelelawgroup.com
10           Appearing for Plaintiff
11
12      MR. MARK D. NIELSEN
13      MR. TAYLOR L. HARRIS
14           Scheef & Stone, L.L.P.
15           2600 Network Blvd., Suite 400
16           Frisco, TX 75034
17           214.472.2100
18           mark.nielsen@solidcounsel.com
19           taylor.harris@solidcounsel.com
20           Appearing for Defendants
21                     - - -
22
23
24
25
```

```
                                              Page 3
 1              TABLE OF CONTENTS
 2      WITNESS:  J. SCOTT HALLENBECK          PAGE
 3
 4      Examination By Mr. Nielsen                6
 5      Examination By Ms. Ricchiuto            178
 6                     - - -
 7
 8         QUESTIONS INSTRUCTED NOT TO ANSWER
 9      Page 141, Line 7
10      Page 142, Line 11
11      Page 152, Line 3
12      Page 153, Line 16
13                     - - -
14                  EXHIBITS
15      DEPOSITION EXHIBIT                     PAGE
16      Exhibit 513   Amended Notice of Deposition   8
17      Exhibit 514   LinkedIn page                 12
18      Exhibit 515   USA Football application to   30
19                    USOC Membership, USAFB0582-96
20      Exhibit 516   7/24/2017 Proposal for USA    62
21                    Football, USAFB_1101-16
22      Exhibit 517   Event Collaboration Agreement, 80
23                    USAFB_0700-08
24      Exhibit 518   USA Football Overview        122
25                    Document, USAFB_668-669
```

```
                                              Page 4
 1              EXHIBITS (continued)
 2      DEPOSITION EXHIBIT                     PAGE
 3      Exhibit 519   7/10/2015 Email string with  125
 4                    attachment, USAFB_1480-87
 5      Exhibit 520   4/11/2022 Email string,      135
 6                    FFWCT8263
 7      Exhibit 521   Texts, USAFB_879 and         136
 8                    USAFB_908.
 9      Exhibit 522   Texts, USAFB_820 and USAFB_869  136
10      Exhibit 523   2/8/2018 Email string,       144
11                    USAFB_679-681
12      Exhibit 524   **AEO, USA Football Flag     147
13                    Document, USAFB_1536-1540**
14      Exhibit 525   Draft Proposed Partnership   156
15                    Terms, USAFB_1078
16      Exhibit 526   7/26/2018 Email with         159
17                    attachment, USAFB_844-845
18      Exhibit 527   5/18/2020 Letter, USAFB224-27  163
19      Exhibit 528   6/8/2020 Letter, USAFB_003-004  166
20      Exhibit 529   9/21/2022 Letter, Exhibit J to  169
21                    USA Football Complaint
22      Exhibit 530   10/3/2022 Letter, USA        172
23                    Football's Exhibit K to
24                    Complaint
25                     - - -
```

```
                                              Page 5
 1      Wednesday, March 20, 2024
 2      About 10:30 a.m.
 3                     - - -
 4           VIDEOGRAPHER:  Good morning.  We are now
 5      on the record at 10:30 a.m. on Wednesday,
 6      March 20th, 2024.  This begins the videotape
 7      deposition of Scott Hallenbeck taken in the matter
 8      of USA Football versus FFWCT, USA Flag, and Travis
 9      Burnett Case Number 4:23-cv-00516-ALM.
10           My name is Bailey Wellman.  I'm your
11      remote videographer today.  Our court reporter is
12      Shari Pavlovich.  We are both representing Fortz
13      Legal Support.
14           As a courtesy, will everyone who is not
15      speaking, please mute your audio.  And remember to
16      unmute your audio when you're ready to speak.
17           Counsel, will you please state your name
18      and whom you represent, after which our court
19      reporter will swear in the witness.
20           MR. NIELSEN:  Mark Nielsen, representing
21      FFWCT, LLC, et al.
22           MS. RICCHIUTO:  I'm Anne Ricchiuto from
23      Peele Law Group for USA Football.
24           MS. PEELE:  I'm Amie Peele for Peele Law
25      Group for USA Football.
```

Page 6

MR. NIELSEN: Taylor, did you want to note your appearance before we go forward?
MR. HARRIS: Sure. Taylor Harris on behalf of FFWCT, et al, as well.
- - -
J. SCOTT HALLENBECK,
having affirmed or been duly sworn, was examined and testified as follows:
EXAMINATION
BY MR. NIELSEN:
Q Good morning, Mr. Hallenbeck. How are you?
**A Good. How you doing?**
Q Good, thank you.
Have you ever had your deposition taken before in a legal proceeding?
**A Yes.**
Q So you're familiar with the basic approach. I ask questions. Your Counsel may object to my questions, and you'll give me your best answers.
You understand that?
**A Yes.**
Q And unless your Counsel specifically instructs you not to answer, you understand you need to answer my questions to the best of your ability; correct?
**A Yes.**

Page 7

Q And just for the court reporter's sake, I know these things can get a little bit conversational. We might nod our heads or shake our heads.
We need to do our best to give answers so the court reporter can get the verbal down. They can't transcribe a head nod or a head shake.
Is that okay?
**A Yes.**
Q And doing this remotely, presents one modest challenge. I think we'll be fine with it.
We'll do our best not to interrupt each other. You'll let me get through my questions.
I'll do my best to -- you know, both of us will do our best; right?
**A Yes.**
Q Okay, great. And I'm going to mark some Exhibits during the deposition. And the videographer will put them up on the screen for you to see.
And at times I may say, Hand over control to the witness. And you can literally scroll and look through the Exhibit. If you need it zoomed or anything, just say the word, and we'll make that happen.
And if you need a break for any reason, restroom, just need to stretch, unless I'm right in

Page 8

the middle of a line of questioning, not a problem. Just let me know.
**A Yeah, appreciate that.**
Q Can you state your full name for the record, please?
**A Yes. So J., just the letter "J", Scott Hallenbeck.**
Q And is that H-A-L-L-E-N-B-E-C-K?
**A Yes.**
Q Where are you located right now?
**A Caramel, Indiana.**
Q Okay. Is anyone in the room with you where you are?
**A No.**
Q Are you at the USA Football offices?
**A No. I'm in my home office.**
Q Okay.
MR. NIELSEN: So what I want to do first is, Ms. Videographer, if you would be so kind as to just put up tab 1, which we will mark as Exhibit 513.
This is the just the Amended Notice of Deposition of Mr. Hallenbeck.
(Deposition Exhibit 513 was marked for identification.)

Page 9

BY MR. NIELSEN:
Q And Mr. Hallenbeck, have you seen this document before right now?
**A No. I don't believe so.**
Q Okay. But you understand you're here today to give a deposition in these two cases that are sort of merged together between USA Football and FFWCT, et al; correct?
**A Yes.**
Q And do you know who my clients are, FFWCT, LLC; correct?
**A Yes.**
Q And USA Flag, LLC; correct?
**A Yes.**
Q And Travis Burnett?
**A Yes.**
Q And you understand that there are essentially lawsuits going in each direction between the parties to this case; correct?
**A Yes.**
Q And you understand that my clients, FFWCT, et al, are a Defendant -- or Defendants, excuse me, in the case that you all filed for trademark infringement; correct?
**A Yes.**

Page 18

1  summer is the '24 men's and women's flag world
2  championships in Finland.  So we would have worked
3  a number of years ago with the Finnish Federation
4  to say, you know, Are you prepared to host this?
5       What kind of a venue do you have?  What
6  would the television strategy be, et cetera.
7  Things like that.
8       So sort of business-oriented things to
9  help improve the overall quality of the growth of
10 the sport, you know, how we operate and run the
11 federation.  Not unlike, you know, how we have to
12 run our own federations.
13      Let's see, and then -- then ultimately,
14 again, coordinating with the roughly 70 members in
15 various shapes and forms.  I mean some, you know,
16 need grants because they're just getting -- just
17 trying to grow football whether it be flag or
18 tackle in Africa.
19      So how can we help them?  So there's
20 ways, whether that's the International Federation
21 or some of the member federations, like USA
22 Football or Football Canada, that have more
23 experience and might even have more capacity to try
24 to help out.  It's those kind of things.
25      MR. NIELSEN:  Ms. Videographer, you can

Page 19

1  take down that Exhibit.  Thank you.
2  BY MR. NIELSEN:
3  Q   And who decides at IFAF which organization in a
4      particular member country is going to be the IFAF
5      recognized entity, if you will?
6          Let's use flag football, for example.
7      Who decides -- well, let me strike that.
8          Is USA Football the IFAF-recognized
9      entity for football in the United States?
10 A   Yes.  So we're the sole member of the International
11     Federation of American football for the
12     United States of America.
13 Q   Who decides who is the member for a particular
14     country?
15 A   Ultimately, it is the Congress, itself.  So at the
16     Congress meeting, meaning a combination of the
17     board, the continental representatives, and the
18     full membership, membership is presented.
19          And there is a qualification process that
20     you have to go through.  And ultimately, it is put
21     up for a vote by the membership.
22          And they -- the membership decides if
23     that respective country -- or I should say, I
24     guess, entity within that respective country is
25     worthy and meets all the requirements and

Page 20

1  ultimately should be approved to be the member.
2  Q   Okay.  And with respect to your position at IFAF,
3      do you have any ability to, like, as vice
4      president, to veto or sort of reject, separate and
5      apart from the membership, a particular entity
6      trying to become the IFAF-recognized, you know,
7      entity for a particular country in flag football?
8  A   No.
9  Q   And when did USA Football become recognized for
10     football in the U.S.?
11 A   The best of my recollection it was -- well, so I
12     believe 2004.  So before my time with USA Football.
13          You probably know this, but USA Football
14     was endowed by the NFL and the Players' Association
15     as an independent nonprofit organization back in
16     December of 2002.
17          I believe my predecessor, at some point
18     between that December of 2018 -- and I think
19     sometime in 2004, you know, it had engaged with
20     IFAF at the time and became -- they became the
21     member.
22          And as best I recall, my predecessor
23     actually was on the board.  So when he departed to
24     go back to USA Hockey, I was asked to join the
25     board in his place.

Page 21

1       And I've been, again, in some capacity on
2  that board ever since.  So roughly sort of that
3  August, September, October, call it the fall of
4  2005.  But we were already -- so USA Football was
5  already a member.
6  Q   And just for reference, who was your predecessor at
7      USA Football that you referenced?
8  A   Dave Ogrean.
9  Q   Okay.
10 A   He was the first.
11 Q   Do you know how to spell that last name?
12 A   O-G-R-E-A-N, I believe.
13 Q   Okay.  And does a member country that's recognized
14     by IFAF ever come up for, like, sort of a renewal
15     where their membership has to be, for lack of a
16     better word, revalidated?
17          Or is it, like, once you're a member,
18     you're always a member, and that's it?
19 A   Generally speaking, you're a -- you continue to be
20     a member as long as you're in what we call good
21     standing.
22          You know, if you pay your annual
23     membership dues, if you follow the basic
24     requirements of membership, then there really
25     shouldn't be a situation where you are, I guess,

Page 98
1  pursue that and, you know, rebrand themselves USA
2  Flag, that crossed the red line as far as we're
3  concerned. And again, we had to take action.
4      So separate issues I would tell you very
5  clearly, but again, unfortunately, within --
6  there's a whole series of things that FFWCT had to
7  do here that we were -- had to do.
8      We felt -- and you know, I wasn't at all
9  these events. My team manages this stuff. They're
10 responsible for this.
11     They would come back and report that at
12 the events where you -- I think you touched on it
13 earlier, the section that referred to, you know,
14 cross-promotion, sort of, proactive collaboration;
15 an understanding and again, a communication out to
16 the constituents that USA Football has this role.
17 They're the Governing Body. They're here to scout.
18 They have a national team program.
19     We're FFWCT. We're putting on this
20 event, et cetera. We're a strong event -- adult
21 tournament amateur operator. You know, they
22 often -- FFWCT wouldn't do it.
23     They wouldn't actually send out the
24 communications. They didn't have a space for us on
25 site. There was a series of issues where they just

Page 99
1  didn't meet the requirements of the agreement.
2      And ultimately, we said they just aren't
3  operating in a collaborative way and as a good
4  partner. And we're going to end the agreement.
5      It -- at the time it wasn't about USA
6  Flag because obviously, they didn't choose to go
7  down that path yet. It was about their lack of
8  performance per the agreement and recognizing each
9  other. So that was the concern.
10     Ultimately, quite candidly, I say this
11 with respect but very candidly, as I reflect on
12 now, all of the history of this, I believe Travis
13 was intending to move towards USA Flag and
14 intending to try to become the Governing Body and
15 all these things that we, you know, tried to
16 respectfully counsel them against.
17     That was his intention all along. And I
18 don't think he was operating in a professional or
19 respectful business manner. That's the way I look
20 at it.
21 BY MR. NIELSEN:
22 Q  Do you believe USA Football being the National
23    Governing Body for flag football in the
24    United States is a right that you have?
25 A  USA Football --

Page 100
1      MS. RICCHIUTO: Objection to the extent
2  it calls for a legal conclusion.
3      THE WITNESS: Yeah. USA Football is the
4  Governing Body, given that it's the sole member of
5  the International Federation in the U.S.
6      We've been operating, as you saw, since
7  2004, really, as that member. And we've had -- we
8  have a history within that certainly before my
9  time, but 2005 thereafter.
10     I think 2007 was at least the first time
11 I was involved in a national championship where you
12 put national teams together, et cetera.
13     It started more with tackle than it did
14 flag. But over the course of my entire tenure,
15 we've had multiple tackle-related national team
16 world championships, continental championships, as
17 well as flag.
18     So we've operated clearly with great
19 precedence in this space, as that. And lo and
20 behold, nowhere, even after respectful education,
21 counsel, Travis and Charles chose to pursue USA
22 Flag.
23     MR. NIELSEN: Ms. Reporter, can you read
24 back my question, please.
25     (Record repeated.)

Page 101
1      MS. RICCHIUTO: And I'll state my same
2  objection and object as to form.
3  BY MR. NIELSEN:
4  Q  Right. Mr. Hallenbeck, kind of a "yes" or "no"
5     question, if you'd be so kind. Do you believe --
6  A  We're not -- we -- again, we are not the National
7     Governing Body. We're the Governing Body, number
8     one.
9         And number two, we do have the right to
10    operate in that capacity as the sole member of the
11    International Federation and a regional -- excuse
12    me, recognized sport organization of the USOPC.
13 Q  Okay. Earlier you had mentioned there was a point
14    in time when the USOPC, in some manner, contacted
15    USA Football and asked that you not refer to
16    yourselves as National Governing Body.
17        Do you recall saying that?
18 A  Yes.
19 Q  Approximately when did that happen? Was that the
20    2020, early 2021 time frame you had referenced?
21 A  Yeah. I don't -- I don't recall the exact time. I
22    believe it was around that because that's when,
23    again, the Ted Stevens Act was changed.
24        And ultimately, the USOPC was given the
25    very specific responsibility of quote, unquote

Page 102

1 certifying NGBs.
2     So again, to be clear, they had not had
3 that responsibility in the past.  That was, sort
4 of, newly, I guess, required of them.  And again,
5 you'd have to talk to USOPC, specifically.
6     But I believe it really formally started
7 in '21 where they literally had to take every
8 existing Governing Body back through this quote,
9 unquote certification process.
10     And then that's obviously what we've been
11 invited to participate in now.
12 Q  Do you recall how that was communicated to USA
13    Football by the USOPC in terms of not saying
14    "National"?
15 A  I just recall them -- I think it was with our --
16    probably Ryan Horning at the time, I presume, our
17    in-house general counsel at the time would have --
18    there would have been some, sort of, probably just
19    a -- I imagine a phone call.  I don't believe
20    there's anything in writing.
21     It's a phone call, I believe, where they
22    just say, basic things have evolved, things have
23    changed.  You are an RSO.  Here's all the rights
24    and, you know, obligations and opportunities around
25    RSO.

Page 103

1     You cannot call yourself a National
2 Governing Body until which time the sport or
3 discipline of the sport is in the Olympics.  So
4 they simply explained how that whole process had
5 been, I guess, more official now than ever around
6 that time.
7 Q  And you mentioned Ryan Horning.  He's no longer at
8    USA Football; correct?
9 A  No.
10 Q  And he was the in-house general counsel for some
11    period of time at USA Football?
12 A  Correct.
13 Q  Approximately how long ago did he leave USA
14    Football?
15 A  Good question.  So I'd have to go back and
16    double-check that.  I want to say it's either near
17    the end of '21 or '22, in that general time frame.
18 Q  Okay.  Now, does -- I believe you mentioned this
19    before but I just want to confirm.
20     USA Football does not run adult flag
21    tournaments.  Would that be correct?  Or operate
22    might be a better one.
23 A  So depends on the context.  So we don't run -- we
24    will run tournaments that are specific to our high
25    performance pathway, which basically means our

Page 104

1 pathway to our national championship and/or our
2 national team development program.
3     So our events could include, for example,
4 adults -- men's and women's; youth 17, because we
5 have a national team at the youth 17, girls and
6 boys; as well as 15s, boys and girls.  And now
7 we're expanding it to include USA Select Teams.
8     So anyway, that will continue to grow.
9 And so there will be adult teams participating at
10 our national championship.
11     We call it The One, but not in the same
12 context, at least from my view, as a traditional
13 tournament operator -- one that runs, like, you
14 know, many tournaments throughout a season or a
15 year.
16     We don't do it that way.  It's very
17 specific to our high performance pathway and to our
18 national team pathway.
19 Q  What is USA Football's target market in terms of
20    flag, adult flag?
21 A  Yes.
22     MS. RICCHIUTO:  Object to form.
23     THE WITNESS:  I mean, so first and
24    foremost, it is to identify the quote, unquote,
25    elite athletes that would be eligible and invited

Page 105

1 to participate in our high performance pathway,
2 hopefully up to and including making the national
3 team.
4 BY MR. NIELSEN:
5 Q  When you say identifying these elite athletes, is
6    that through scouting them at tournaments run by
7    other entities?
8 A  That is certainly one way to do it, yes.
9 Q  What are the other ways?
10 A  There's something called talent transfer in the
11    Olympic movement.  So a good example is bobsled,
12    USA bobsled.  Not a sport that you necessarily grow
13    up participating in.
14     So they actually do -- they solicit
15    football players, as an example.  So we're doing a
16    similar thing.  We're looking at, Well, I mean,
17    just about anyone -- basketball, volleyball,
18    basketball.
19     We're in the process, certainly learning
20    what are the certain type of biomechanics and, you
21    know, body shape, size, movement, skills.  Like,
22    all this, again, is somewhat new to us.
23     So we're working with a lot of these
24    movement experts and sport development and human
25    development experts that are helping to counsel us,

Page 106

1  these are the kind of athletes you need to be
2  successful in your sport.
3       But there is something called talent
4  transfer. So we will do something, like, called a
5  digital combine where we'll invite athletes around
6  the country to, you know, execute a version of a
7  combine. Measurable testing and other things,
8  movement skills.
9       And potentially invite them to come. So
10 basically we're trying to cast as wide a net as
11 possible. But certainly the existing, again, adult
12 amateur community or marketplace is a -- is a
13 natural place for us to go scout.
14 Q    And would that be, what you just said, a good
15 synopsis of USA Football's role in the flag
16 football industry?
17      MS. RICCHIUTO: Object to form and to the
18 extent it misstates the testimony.
19      THE WITNESS: So I mean, again, certainly
20 part of what our responsibility is. Not all of it,
21 but it's certainly part as it relates to the high
22 performance and national team pathway. There's a
23 combination of things. It's again, building out
24 the pathway, itself.
25      So we're doing that and getting in

Page 107

1  concert with experts in sport performance, sport
2  development, et cetera, nutrition, mental health,
3  et cetera, et cetera.
4       And then ultimately trying to figure out
5  where and how we can, sort of, apply that to the
6  marketplace -- whether that's through standards;
7  whether that's through educational events; whether
8  that's through camps and clinics.
9       All of those things are, sort of, in the
10 works, trying to figure out the best way to do
11 that. But specifically to -- trying to scout and
12 ultimately bring athletes in its current form, to,
13 like, at trials, that -- then yes, we will -- one
14 of the things we'll do -- which I guess, at least
15 two of the things.
16      We look at talent transfer opportunities
17 and/or scouting opportunities to identify
18 prospective candidates for that pathway.
19 BY MR. NIELSEN:
20 Q    Does USA Football engage with kind of the
21 community-level flag football organizations at some
22 level, even like our client, FFWCT?
23 A    I mean, yeah. I think we --
24      MS. RICCHIUTO: Objection to form.
25      THE WITNESS: -- have an example right

Page 108

1  here. Yeah. We have -- we're certainly looking to
2  do it.
3       But again, as I've tried to articulate,
4  we have to maintain and promote and, you know,
5  frankly, try to get established, what I call
6  sanctioning guidelines and standards, best
7  practices.
8       Things to ensure that the -- that
9  frankly, there's a tier or two or three above what
10 at least I've experienced and we've experienced.
11 And again, respectfully, is what I'll refer to as
12 adult amateur play, like, we're not -- we're not
13 suggesting for a second that that should go away.
14      There's a place for that. It's a great
15 outlet for people to go experience sport and
16 activity and so forth.
17      What we ultimately need in terms of the
18 quality of the athlete, the discipline of the
19 athlete, you know, passing drug tests, those kind
20 of things.
21      You know, there just needs to be a
22 different tier. So yes, we want to and will
23 continue to seek out opportunities to have
24 conversations.
25      I mean, an example is the -- again, that

Page 109

1  group I referenced, the American Flag Football
2  League, you know refers to themselves as a
3  professional league.
4       We're in discussions with them,
5  identifying athletes. A lot of our national
6  athletes actually play in that.
7       At the youth level, if you're asking
8  entirely at the youth level, it's a different
9  strategy. It's more about how can we support that
10 growth of what I refer to as the bottom of the
11 pyramid, the foundation of the pyramid.
12      Whether that's grants; whether that's
13 coaching, education; whether that's, again, rules.
14 The myriad of things that will try to help them,
15 again, both grow the sport, but also grow it in a
16 quality, meaningful, standard-based way.
17      So we try to do all those things. And at
18 least at the moment, the focus would be, you know,
19 sort of, just have fun, stay in the sport. Be
20 developed from five years old to 10 or 12 years
21 old.
22      And then roughly around that 12-year-old
23 age range -- again, we're working through these
24 things. But roughly around that time we start
25 to -- this is the way most sports work.

Page 178
1              EXAMINATION
2  BY MS. RICCHIUTO:
3  Q    So Scott, this is taking back pretty early in the
4       deposition.  You were talking about a conversation
5       that you had in your office with Travis.  And you
6       were talking about expressing concerns to him about
7       creating confusion around NGB.
8            Do you remember giving that testimony?
9  A    Um-hmm, yes.
10 Q    And I want to make sure that the record is clear
11      about, kind of, the scope of the concerns that were
12      expressed to Travis during that meeting.
13            For example, is one of the concerns that
14      you expressed during that meeting around just
15      simply their use of the name "USA Flag"?
16 A    Yes.
17 Q    And tell me if you remember what you shared with
18      him about those concerns.
19 A    So again, the context was we were getting to know
20      each other.  So I think it was a respectful and, at
21      least in my view, a moment to educate.
22            And I say that, again, respectfully and
23      humbly, that, you know, while I appreciate your
24      ambitions with this notion of calling yourself USA
25      Flag, please understand that USA Football already

Page 179
1       serves in that capacity.
2            We've already executed and attended five
3       world championships and tackle world championships.
4       And while our name is USA Football, football --
5       under football are multiple disciplines.
6            This is not unlike USA basketball that
7       has disciplines of fives and threes and wheelchair
8       basketball.  Not unlike hockey that has in-line
9       skating and, you know, ice hockey and other various
10      forms that I don't know.
11            Beach volleyball and regular volleyball.
12      This is just the way it is, certainly in
13      international sport and Olympic sport.
14            I was simply trying to say, Hey, this --
15      this isn't a good way to move forward.  This would
16      be a concern.
17            And Oh, by the way, we're already doing
18      this.  We're already in this role, as was asked of
19      me earlier.  I mean, that's why we simply said no.
20      This is a nonstarter.  You presenting this kind of
21      structure to us, this proposal is a nonstarter
22      because as far as we're concerned, it already
23      exists.
24            We can look at quote, unquote
25      collaboration and strategic alignment and other

Page 180
1       ways.  Again, as I've stated to you, are at the
2       time, certainly a growing adult amateur tournament
3       operator.  There's value in that space.
4            We want to figure out more about it and
5       how we can eventually collaborate and work
6       together, but that was really the message.
7            And what I'll call, you know, an
8       educational opportunity or learning opportunity for
9       him, unfortunately seemed like it fell on deaf
10      ears.  But that was basically the prep and the
11      conversation.
12 Q    So is this a fair summary, Scott, to say, that the
13      concerns you shared that day included any kind of
14      misunderstanding that he might have about the
15      Governing Body concept and USA Football's position
16      in that space.  That's one concern; correct?
17 A    Yes.
18           MR. NIELSEN:  Objection --
19           THE WITNESS:  Made that very clear.
20 BY MS. RICCHIUTO:
21 Q    And then --
22           MR. NIELSEN:  Objection, leading to the
23      last question.
24 BY MS. RICCHIUTO:
25 Q    And then did you also communicate to Travis

Page 181
1       specifically that you were concerned about use of
2       the name USA Flag?
3  A    Yes.
4            MR. NIELSEN:  Same objection.
5            MS. RICCHIUTO:  That's all the questions
6       I have.
7            MR. NIELSEN:  I do not have any further
8       questions.
9            So Mr. Hallenbeck, thank you for your
10      time.  I think we formally just kind of --
11           MS. RICCHIUTO:  Sorry, I just wanted to
12      make sure, read and sign, while we're still on.
13           MR. NIELSEN:  Yeah.
14           VIDEOGRAPHER:  Are we all set to go off
15      the record?
16           MR. NIELSEN:  Do you want to put any kind
17      of stipulation on the record, Anne?
18           MS. RICCHIUTO:  Regarding?
19           MR. NIELSEN:  Well, the only thing I
20      would note is if after, let's say, 21 days, there
21      is no signature, it will be deemed signed with no
22      changes.
23           MS. RICCHIUTO:  In my -- usually don't we
24      get 30 days for signature?
25           MR. NIELSEN:  Okay.  30 days.  Is that

Page 182

1  okay if it's not signed within 30 days, it will be
2  deemed signed with no changes?
3       MS. RICCHIUTO: Sure. Yes.
4       MR. NIELSEN: Okay.
5       MS. RICCHIUTO: Unless I can tell you
6  sooner, I'll tell you sooner.
7       MR. NIELSEN: Okay. We can deal with the
8  confidentiality thing off the record.
9       Again, Mr. Hallenbeck, thank you for your
10 time. Much appreciated. You are a free man.
11      **THE WITNESS: Thank you.**
12      VIDEOGRAPHER: This concludes today's
13 deposition. The time is 4:12 p.m. We are off the
14 record.
15      (Deposition concluded at 4:12 p.m.)
16              - - -

Page 183

CERTIFICATE

STATE OF MICHIGAN
COUNTY OF WAYNE

I do hereby certify the witness, whose attached testimony was taken in the above matter, was first duly sworn to tell the truth; the testimony contained herein was reduced to writing in the presence of the witness, by means of stenography; afterwards transcribed; and is a true and complete transcript of the testimony given. I further certify that I am not connected by blood or marriage with any of the parties, their attorneys or agents, and that I am not interested directly, indirectly or financially in the matter of controversy. In witness whereof, I have hereunto set my hand at Westland, Michigan, March 26, 2024.

*Shari J. Pavlovich*

Shari J. Pavlovich, CSR-5926
Notary Public, Wayne County, Michigan
My commission expires 4/14/2025

DEPOSITION ERRATA SHEET

Page 184

Our Assignment No.: 29294
Case Caption: USA Football v. FFWCT; USA Flag; Travis Burnett

DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I have read the entire transcript of my deposition taken in the captioned matter or the same has been read to me, and the same is true and accurate, save and except for changes and/or corrections, if any, as indicated by me on the DEPOSITION ERRATA SHEET hereof, with the understanding that I offer these changes as if still under oath.

Signed on the ____ day of _____, 2024.

_____
J. SCOTT HALLENBECK

Page 185

DEPOSITION ERRATA SHEET

Reason for change:_____
Page No.____ Line No.____ Change to:_____
_____
Reason for change:_____
Page No.____ Line No.____ Change to:_____
_____
Reason for change:_____
Page No.____ Line No.____ Change to:_____
_____
Reason for change:_____
Page No.____ Line No.____ Change to:_____
_____
Reason for change:_____
Page No.____ Line No.____ Change to:_____
_____
Reason for change:_____
Page No.____ Line No.____ Change to:_____
_____

SIGNATURE:_____ DATE:_____
J. SCOTT HALLENBECK

Page 186

```
 1                 DEPOSITION ERRATA SHEET
 2
 3       Reason for change:_____
 4       Page No._____Line No.____Change to:_____
 5       _____
 6       Reason for change:_____
 7       Page No._____Line No.____Change to:_____
 8       _____
 9       Reason for change:_____
10       Page No._____Line No.____Change to:_____
11       _____
12       Reason for change:_____
13       Page No._____Line No.____Change to:_____
14       _____
15       Reason for change:_____
16       Page No._____Line No.____Change to:_____
17       _____
18       Reason for change:_____
19       Page No._____Line No.____Change to:_____
20       _____
21
22       SIGNATURE:_____DATE:_____
23       J. SCOTT HALLENBECK
24
25
```