PTO Form 1478 (Rev 6/2005)
OMB No. 0651-0009 (Exp xx/xx/xxxx)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 78341632**
**Filing Date: 12/16/2003**

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **MARK SECTION** | |
| MARK FILE NAME | \\ticrs\EXPORT8\IMAGEOUT8 \783\416\78341632\xml1\APP0002.JPG |
| STANDARD CHARACTERS | NO |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | USA Football |
| COLOR MARK | NO |
| DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of The words Â"USA FootballÂ" with an image of a football with stars and stripes. |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 903 x 415 |
| **OWNER SECTION** | |
| NAME | USA Football, Inc. |
| INTERNAL ADDRESS | Suite 870 |
| STREET | 8300 Boone Boulevard |
| CITY | Vienna |
| STATE | VA |
| ZIP/POSTAL CODE | 22182 |
| COUNTRY | USA |
| PHONE | 703-918-0007 |
| AUTHORIZED EMAIL COMMUNICATION | No |
| **LEGAL ENTITY SECTION** | |
| TYPE | NON-PROFIT ORGANIZATION |
| STATE/COUNTRY UNDER WHICH ORGANIZED | Virginia |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 041 |
| DESCRIPTION | Educational and entertainment services, namely youth sports programs, sports exhibitions, seminars and sports events; providing sports and entertainment information via a global computer network or a commercial on-line service. |
| FILING BASIS | Section 1(a) |

| | |
|---|---|
| FIRST USE ANYWHERE DATE | At least as early as 03/01/2003 |
| FIRST USE IN COMMERCE DATE | At least as early as 03/01/2003 |
| SPECIMEN FILE NAME(S) | \\ticrs\EXPORT8\IMAGEOUT8 \783\416\78341632\xml1\AP P0003.JPG |
| | \\ticrs\EXPORT8\IMAGEOUT8 \783\416\78341632\xml1\AP P0004.JPG |
| | \\ticrs\EXPORT8\IMAGEOUT8 \783\416\78341632\xml1\AP P0005.JPG |
| | \\ticrs\EXPORT8\IMAGEOUT8 \783\416\78341632\xml1\AP P0006.JPG |
| | \\ticrs\EXPORT8\IMAGEOUT8 \783\416\78341632\xml1\AP P0007.JPG |
| | \\ticrs\EXPORT8\IMAGEOUT8 \783\416\78341632\xml1\AP P0008.JPG |
| | \\ticrs\EXPORT8\IMAGEOUT8 \783\416\78341632\xml1\AP P0009.JPG |
| | \\ticrs\EXPORT8\IMAGEOUT8 \783\416\78341632\xml1\AP P0010.JPG |
| | \\ticrs\EXPORT8\IMAGEOUT8 \783\416\78341632\xml1\AP P0011.JPG |
| | \\ticrs\EXPORT8\IMAGEOUT8 \783\416\78341632\xml1\AP P0012.JPG |
| | \\ticrs\EXPORT8\IMAGEOUT8 \783\416\78341632\xml1\AP P0013.JPG |
| | \\ticrs\EXPORT8\IMAGEOUT8 \783\416\78341632\xml1\AP P0014.JPG |
| | \\ticrs\EXPORT8\IMAGEOUT8 \783\416\78341632\xml1\AP P0015.JPG |
| | \\ticrs\EXPORT8\IMAGEOUT8 \783\416\78341632\xml1\AP P0016.JPG |
| | \\ticrs\EXPORT8\IMAGEOUT8 \783\416\78341632\xml1\AP P0017.JPG |
| | \\ticrs\EXPORT8\IMAGEOUT8 \783\416\78341632\xml1\AP P0018.JPG |
| | \\ticrs\EXPORT8\IMAGEOUT8 \783\416\78341632\xml1\AP P0019.JPG |
| | \\ticrs\EXPORT8\IMAGEOUT8 \783\416\78341632\xml1\AP P0020.JPG |
| | \\ticrs\EXPORT8\IMAGEOUT8 \783\416\78341632\xml1\AP P0021.JPG |
| | \\ticrs\EXPORT8\IMAGEOUT8 \783\416\78341632\xml1\AP P0022.JPG |
| | \\ticrs\EXPORT8\IMAGEOUT8 \783\416\78341632\xml1\AP P0023.JPG |

| | |
|---|---|
| | \\ticrs\EXPORT8\IMAGEOUT8 \783\416\78341632\xml1\APP0024.JPG |
| | \\ticrs\EXPORT8\IMAGEOUT8 \783\416\78341632\xml1\APP0025.JPG |
| | \\ticrs\EXPORT8\IMAGEOUT8 \783\416\78341632\xml1\APP0026.JPG |
| | \\ticrs\EXPORT8\IMAGEOUT8 \783\416\78341632\xml1\APP0027.JPG |
| SPECIMEN DESCRIPTION | print-out from the USAFootball.com website regarding the activities of USA Football and a PowerPoint presentation regarding the mission and priorities USA Football (24 slides) used in connection with presentations to youth football and other sports organizations |

### SIGNATURE SECTION

| | |
|---|---|
| SIGNATURE | /david ogrean/ |
| SIGNATORY NAME | David Ogrean |
| SIGNATORY DATE | 12/16/2003 |
| SIGNATORY POSITION | Executive Director |

### PAYMENT SECTION

| | |
|---|---|
| NUMBER OF CLASSES | 1 |
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 335 |
| TOTAL AMOUNT | 335 |

### CORRESPONDENCE SECTION

| | |
|---|---|
| NAME | USA Football, Inc. |
| INTERNAL ADDRESS | Suite 870 |
| STREET | 8300 Boone Boulevard |
| CITY | Vienna |
| STATE | VA |
| ZIP/POSTAL CODE | 22182 |
| COUNTRY | USA |
| AUTHORIZED EMAIL COMMUNICATION | No |

### FILING INFORMATION

| | |
|---|---|
| SUBMIT DATE | Tue Dec 16 16:47:22 EST 2003 |
| TEAS STAMP | USPTO/BAS-XXXXXXXXXX-2003 1216164722985404-78341632 -20039242f1503fa2ba8c01e5 bd2b76310-DA-328-20031216 162448787678 |