PTO Form 1478 (Rev 6/2005)
OMB No. 0651-0009 (Exp xx/xx/xxxx)

# Trademark/Service Mark Application, Principal Register

### Serial Number: 78341626
### Filing Date: 12/16/2003

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **MARK SECTION** | |
| MARK | USA FOOTBALL |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | USA FOOTBALL |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **OWNER SECTION** | |
| NAME | USA Football, Inc. |
| INTERNAL ADDRESS | Suite 870 |
| STREET | 8300 Boone Boulevard |
| CITY | Vienna |
| STATE | VA |
| ZIP/POSTAL CODE | 22182 |
| COUNTRY | USA |
| PHONE | 703-918-0007 |
| AUTHORIZED EMAIL COMMUNICATION | No |
| **LEGAL ENTITY SECTION** | |
| TYPE | NON-PROFIT CORPORATION |
| STATE/COUNTRY UNDER WHICH ORGANIZED | Virginia |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 041 |
| DESCRIPTION | Educational and entertainment services, namely youth sports programs, sports exhibitions, seminars and sports events; providing sports and entertainment information via a global computer network or a commercial on-line service. |
| FILING BASIS | Section 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 12/05/2002 |
| FIRST USE IN COMMERCE DATE | At least as early as 12/05/2002 |
| SPECIMEN FILE NAME(S) | \\ticrs\EXPORT8\IMAGEOUT8 \783\416\78341626\xml1\APP0003.JPG |

| | |
|---|---|
| | \\ticrs\EXPORT8\IMAGEOUT8 \783\416\78341626\xml1\APP0004.JPG |
| | \\ticrs\EXPORT8\IMAGEOUT8 \783\416\78341626\xml1\APP0005.JPG |
| | \\ticrs\EXPORT8\IMAGEOUT8 \783\416\78341626\xml1\APP0006.JPG |
| | \\ticrs\EXPORT8\IMAGEOUT8 \783\416\78341626\xml1\APP0007.JPG |
| | \\ticrs\EXPORT8\IMAGEOUT8 \783\416\78341626\xml1\APP0008.JPG |
| | \\ticrs\EXPORT8\IMAGEOUT8 \783\416\78341626\xml1\APP0009.JPG |
| | \\ticrs\EXPORT8\IMAGEOUT8 \783\416\78341626\xml1\APP0010.JPG |
| | \\ticrs\EXPORT8\IMAGEOUT8 \783\416\78341626\xml1\APP0011.JPG |
| | \\ticrs\EXPORT8\IMAGEOUT8 \783\416\78341626\xml1\APP0012.JPG |
| | \\ticrs\EXPORT8\IMAGEOUT8 \783\416\78341626\xml1\APP0013.JPG |
| | \\ticrs\EXPORT8\IMAGEOUT8 \783\416\78341626\xml1\APP0014.JPG |
| | \\ticrs\EXPORT8\IMAGEOUT8 \783\416\78341626\xml1\APP0015.JPG |
| | \\ticrs\EXPORT8\IMAGEOUT8 \783\416\78341626\xml1\APP0016.JPG |
| | \\ticrs\EXPORT8\IMAGEOUT8 \783\416\78341626\xml1\APP0017.JPG |
| | \\ticrs\EXPORT8\IMAGEOUT8 \783\416\78341626\xml1\APP0018.JPG |
| | \\ticrs\EXPORT8\IMAGEOUT8 \783\416\78341626\xml1\APP0019.JPG |
| | \\ticrs\EXPORT8\IMAGEOUT8 \783\416\78341626\xml1\APP0020.JPG |
| | \\ticrs\EXPORT8\IMAGEOUT8 \783\416\78341626\xml1\APP0021.JPG |
| | \\ticrs\EXPORT8\IMAGEOUT8 \783\416\78341626\xml1\APP0022.JPG |
| | \\ticrs\EXPORT8\IMAGEOUT8 \783\416\78341626\xml1\APP0023.JPG |
| | \\ticrs\EXPORT8\IMAGEOUT8 \783\416\78341626\xml1\APP0024.JPG |
| | \\ticrs\EXPORT8\IMAGEOUT8 \783\416\78341626\xml1\APP0025.JPG |
| | \\ticrs\EXPORT8\IMAGEOUT8 \783\416\78341626\xml1\AP |

| | |
|---|---|
| | P0026.JPG |
| | \\ticrs\EXPORT8\IMAGEOUT8 \783\416\78341626\xml1\APP0027.JPG |
| SPECIMEN DESCRIPTION | print-out from the USAFootball.com website regarding the activities of USA Football and a PowerPoint presentation regarding the mission and priorities USA Football (24 slides) used in connection with presentations to youth football and other sports organizations |
| **SIGNATURE SECTION** | |
| SIGNATURE | /david ogrean/ |
| SIGNATORY NAME | David Ogrean |
| SIGNATORY DATE | 12/16/2003 |
| SIGNATORY POSITION | Executive Director |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 335 |
| TOTAL AMOUNT | 335 |
| **CORRESPONDENCE SECTION** | |
| NAME | USA Football, Inc. |
| INTERNAL ADDRESS | Suite 870 |
| STREET | 8300 Boone Boulevard |
| CITY | Vienna |
| STATE | VA |
| ZIP/POSTAL CODE | 22182 |
| COUNTRY | USA |
| AUTHORIZED EMAIL COMMUNICATION | No |
| **FILING INFORMATION** | |
| SUBMIT DATE | Tue Dec 16 16:44:21 EST 2003 |
| TEAS STAMP | USPTO/BAS-XXXXXXXXXX-20031216164421755399-78341626-20012c02eaccea7d82d48e67958e73069dd-DA-316-20031216160159732493 |