Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 86872765**
**Filing Date: 01/12/2016**

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 86872765 |
| **MARK INFORMATION** | |
| *MARK | \\TICRS\EXPORT16\IMAGEOUT 16\868\727\86872765\xml1\ RFA0002.JPG |
| SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | USA FOOTBALL |
| COLOR MARK | NO |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of the words "USA FOOTBALL" in large, stylized letters, placed above an image of a football with stars and stripes, all encompassed by a crest design. |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 481 x 480 |
| REGISTER | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | USA Football, Inc. |
| INTERNAL ADDRESS | Suite 700 |
| *STREET | 45 North Pennsylvania Street |
| *CITY | Indianapolis |
| *STATE (Required for U.S. applicants) | Indiana |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants) | 46204 |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | non-profit corporation |
| STATE/COUNTRY WHERE LEGALLY ORGANIZED | Virginia |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 041 |
| | Educational services, namely, conducting programs, classes, seminars, conferences, workshops and exhibitions, displays, and interactive exhibits on football in the field of player safety, concussion awareness and management, coaching education, |

| | |
|---|---|
| *IDENTIFICATION | proper equipment fitting, and proper techniques, and the distribution of printed materials in connection therewith in hardcopy or electronic format on the same topics; organizing, conducting and operating football tournaments; organizing and conducting athletic competitions in the nature of football games and exhibitions; entertainment services in the nature of football games and exhibitions; sports instruction services related to the game of football; sports training, development, and evaluation services related to the game of football |
| FILING BASIS | SECTION 1(b) |
| **ATTORNEY INFORMATION** | |
| NAME | Louis T. Perry |
| ATTORNEY DOCKET NUMBER | USAF-T0027e |
| FIRM NAME | Faegre Baker Daniels LLP |
| INTERNAL ADDRESS | Suite 2700 |
| STREET | 300 N. Meridian Street |
| CITY | Indianapolis |
| STATE | Indiana |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 46204 |
| PHONE | 317-237-0300 |
| FAX | 317-237-1000 |
| EMAIL ADDRESS | tmindy@faegrebd.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| OTHER APPOINTED ATTORNEY | Ryan C. Barker, Brian D. Brown, Amie Peele Carter, Marcelo S. Copat, Adam F. Cox, Jodi A. DeSchane, Jamie M. Drewry, John J. Emanuele, Dianna Gould, Eric J. Groen, Stephanie A. Gumm, Marc C. Levy, Calvin L. Litsey, Brad R. Maurer, William S. Meyers, Robert D. Null, Christopher J. Reckamp, Patricia I. Reding, Brenda J. Robinson, James J. Saul, Michael D. Schwartz, James R. Steffen, Daniel Tychonievich, Gary S. Weinstein and Douglas A. Yerkeson |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Louis T. Perry |
| FIRM NAME | Faegre Baker Daniels LLP |
| INTERNAL ADDRESS | Suite 2700 |
| STREET | 300 N. Meridian Street |
| CITY | Indianapolis |
| STATE | Indiana |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 46204 |
| PHONE | 317-237-0300 |
| FAX | 317-237-1000 |
| *EMAIL ADDRESS | |

| | |
|---|---|
| *EMAIL ADDRESS | tmindy@faegrebd.com;ashley.moore@faegrebd.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| FEE INFORMATION | |
| APPLICATION FILING OPTION | TEAS RF |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 275 |
| *TOTAL FEE DUE | 275 |
| *TOTAL FEE PAID | 275 |
| SIGNATURE INFORMATION | |
| SIGNATURE | /Jennifer M. Phelps/ |
| SIGNATORY'S NAME | Jennifer M. Phelps |
| SIGNATORY'S POSITION | General Counsel |
| SIGNATORY'S PHONE NUMBER | 317-614-7741 |
| DATE SIGNED | 01/12/2016 |