PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

# Trademark/Service Mark Application, Principal Register

Serial Number: 85960149
Filing Date: 06/14/2013

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 85960149 |
| **MARK INFORMATION** | |
| *MARK | TEAM USA FOOTBALL |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | TEAM USA FOOTBALL |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | USA Football, Inc. |
| **INTERNAL ADDRESS** | Suite 700 |
| *STREET | 45 North Pennsylvania Street |
| *CITY | Indianapolis |
| *STATE (Required for U.S. applicants) | Indiana |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 46204 |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | non-profit corporation |
| **STATE/COUNTRY WHERE LEGALLY ORGANIZED** | Virginia |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 041 |
| *IDENTIFICATION | organizing and conducting athletic competitions in the nature of football games and exhibitions; entertainment services in the nature of football games and exhibitions; sports instruction services related to the game of football; sports training, development, and evaluation services related to the game of football |
| **FILING BASIS** | SECTION 1(a) |
|        FIRST USE ANYWHERE DATE | At least as early as 04/15/2009 |
|        FIRST USE IN COMMERCE DATE | At least as early as 04/15/2009 |
|        SPECIMEN FILE NAME(S) | |

| | |
|---|---|
| **ORIGINAL PDF FILE** | SPE0-174461635-172615155_._team_usa_football.pdf |
| **CONVERTED PDF FILE(S)** (1 page) | \\TICRS\EXPORT16\IMAGEOUT16\859\601\85960149\xml1\APP0003.JPG |
| **SPECIMEN DESCRIPTION** | webpage screen shot of word mark being used in association with the services listed in the application |
| **ATTORNEY INFORMATION** | |
| **NAME** | Louis T. Perry |
| **ATTORNEY DOCKET NUMBER** | USAF-T0018e |
| **FIRM NAME** | Faegre Baker Daniels LLP |
| **INTERNAL ADDRESS** | Suite 2700 |
| **STREET** | 300 N. Meridian Street |
| **CITY** | Indianapolis |
| **STATE** | Indiana |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 46204 |
| **PHONE** | 317-237-0300 |
| **FAX** | 317-237-1000 |
| **EMAIL ADDRESS** | tmindy@faegrebd.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **OTHER APPOINTED ATTORNEY** | Jonathan C. Anderson, Ryan C. Barker, Michelle Kaiser Bray, Brian D. Brown, Amie Peele Carter, Marcelo S. Copat, Adam F. Cox, Jodi A. DeSchane, Jamie M. Drewry, John J. Emanuele, Eric J. Groen, Stephanie A. Gumm, Natalie Hanlon-Leh, Norman J. Hedges, Leslie P. Kramer, Marc C. Levy, Calvin L. Litsey, Brad R. Maurer, William S. Meyers, Timothy E. Niednagel, Robert D. Null, Christopher J. Reckamp, Patricia I. Reding, Brenda J. Robinson, Jay M. Sanders, James J. Saul, Michael D. Schwartz, James R. Steffen, Daniel Tychonievich, Gary S. Weinstein and Douglas A. Yerkeson |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Louis T. Perry |
| **FIRM NAME** | Faegre Baker Daniels LLP |
| **INTERNAL ADDRESS** | Suite 2700 |
| **STREET** | 300 N. Meridian Street |
| **CITY** | Indianapolis |
| **STATE** | Indiana |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 46204 |
| **PHONE** | 317-237-0300 |
| **FAX** | 317-237-1000 |
| **EMAIL ADDRESS** | tmindy@faegrebd.com;ashley.moore@faegrebd.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |

| FEE INFORMATION | |
|---|---|
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 325 |
| *TOTAL FEE DUE | 325 |
| *TOTAL FEE PAID | 325 |
| SIGNATURE INFORMATION | |
| SIGNATURE | /Louis T. Perry/ |
| SIGNATORY'S NAME | Louis T. Perry |
| SIGNATORY'S POSITION | Attorney of Record, Indiana Bar Member |
| DATE SIGNED | 06/14/2013 |