| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2024-06-21 12:20:53 EDT |
| **Mark:** | USA FOOTBALL |

USA FOOTBALL

| | | | |
|---|---|---|---|
| **US Serial Number:** | 78341626 | **Application Filing Date:** | Dec. 16, 2003 |
| **US Registration Number:** | 3182472 | **Registration Date:** | Dec. 12, 2006 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **TM5 Common Status Descriptor:** |  | LIVE/REGISTRATION/Issued and Active  The trademark application has been registered with the Office. | |
| **Status:** | The registration has been renewed. | | |
| **Status Date:** | Mar. 09, 2016 | | |

**Publication Date:** Sep. 26, 2006

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | USA FOOTBALL |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |
| **Disclaimer:** | "FOOTBALL" |
| **Acquired Distinctiveness Claim:** | In whole |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Educational and entertainment services, namely youth sports programs, sports exhibitions, seminars and sports events in the fields of football, fitness, strength and conditioning training, nutrition, exercise, sports safety, sportsmanship and game officiating; providing sports and entertainment information via a global computer network or a commercial on-line service | | |
| **International Class(es):** | 041 - Primary Class | **U.S Class(es):** | 100, 101, 107 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Dec. 05, 2002 | **Use in Commerce:** | Dec. 05, 2002 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |

| | | | |
|---|---|---|---|
| **Filed 66A:** No | | **Currently 66A:** No | |
| **Filed No Basis:** No | | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** USA Football, Inc.
**Owner Address:** Suite 800
45 North Pennsylvania Street
Indianapolis, INDIANA UNITED STATES 46204
**Legal Entity Type:** NON-PROFIT CORPORATION  **State or Country Where Organized:** VIRGINIA

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Amie Peele  **Docket Number:** 20011.00174
**Attorney Primary Email Address:** apeele@peelelawgroup.com  **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Amie Peele
Peele Law Group, PC
49 Boone Village, Box 299
Zionsville, INDIANA United States 46077
**Phone:** 202-964-4500  **Fax:** 202-964-4502
**Correspondent e-mail:** apeele@peelelawgroup.com ahodges@peelelawgroup.com afernandez@peelelawgroup.com docketing@peelelawgroup.com aricchiuto@peelelawgroup.com  **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 21, 2024 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Feb. 21, 2024 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Feb. 21, 2024 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Feb. 21, 2024 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Feb. 21, 2024 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Feb. 21, 2024 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Sep. 15, 2023 | NOTICE OF SUIT | |
| Apr. 27, 2016 | NOTICE OF SUIT | |
| Apr. 27, 2016 | NOTICE OF SUIT | |
| Mar. 09, 2016 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Mar. 09, 2016 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Mar. 09, 2016 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Mar. 09, 2016 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Dec. 30, 2015 | TEAS SECTION 8 & 9 RECEIVED | |
| Dec. 12, 2015 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Oct. 10, 2013 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Oct. 10, 2013 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Feb. 09, 2012 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Feb. 09, 2012 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Feb. 09, 2012 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Dec. 20, 2011 | TEAS SECTION 8 & 15 RECEIVED | |
| Dec. 12, 2006 | REGISTERED-PRINCIPAL REGISTER | |
| Sep. 26, 2006 | PUBLISHED FOR OPPOSITION | |
| Sep. 06, 2006 | NOTICE OF PUBLICATION | |
| Aug. 04, 2006 | LAW OFFICE PUBLICATION REVIEW COMPLETED | |

| | |
|---|---|
| Aug. 04, 2006 | ASSIGNED TO LIE |
| Aug. 01, 2006 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Jul. 19, 2006 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| Jul. 17, 2006 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Jul. 17, 2006 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Mar. 23, 2006 | FINAL REFUSAL MAILED |
| Mar. 23, 2006 | FINAL REFUSAL WRITTEN |
| Mar. 23, 2006 | ASSIGNED TO EXAMINER |
| Feb. 15, 2006 | AMENDMENT FROM APPLICANT ENTERED |
| Feb. 06, 2006 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Feb. 06, 2006 | PAPER RECEIVED |
| Aug. 05, 2005 | INQUIRY AS TO SUSPENSION MAILED |
| Aug. 04, 2005 | SUSPENSION INQUIRY WRITTEN |
| Aug. 04, 2005 | SUSPENSION CHECKED - TO ATTORNEY FOR ACTION |
| Jan. 28, 2005 | LETTER OF SUSPENSION MAILED |
| Jan. 27, 2005 | SUSPENSION LETTER WRITTEN |
| Jan. 27, 2005 | AMENDMENT FROM APPLICANT ENTERED |
| Jan. 06, 2005 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Jan. 27, 2005 | ASSIGNED TO LIE |
| Jan. 06, 2005 | PAPER RECEIVED |
| Aug. 12, 2004 | DATA MODIFICATION COMPLETED |
| Sep. 08, 2004 | ASSIGNED TO LIE |
| Aug. 12, 2004 | PAPER RECEIVED |
| Jul. 09, 2004 | NON-FINAL ACTION MAILED |
| Jul. 07, 2004 | ASSIGNED TO EXAMINER |
| Jan. 06, 2004 | NEW APPLICATION ENTERED |

## TM Staff and Location Information

| | |
|---|---|
| **TM Staff Information - None** | |
| **File Location** | |
| **Current Location:** GENERIC WEB UPDATE | **Date in Location:** Mar. 09, 2016 |

## Proceedings

**Summary**

| | |
|---|---|
| **Number of Proceedings:** | 1 |

**Type of Proceeding: Opposition**

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91162543 | **Filing Date:** | Oct 15, 2004 |
| **Status:** | Terminated | **Status Date:** | Oct 18, 2004 |
| **Interlocutory Attorney:** | CINDY B GREENBAUM | | |

**Defendant**

| | |
|---|---|
| **Name:** | USA Football, Inc. |
| **Correspondent Address:** | N. ELTON DRY<br>DRY & TASSIN, LLP<br>3200 SOUTHWEST FREEWAY SUITE 2355<br>HOUSTON TX UNITED STATES , 77027 |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| USA FOOTBALL | | 76526571 | |

**Plaintiff(s)**

| | |
|---|---|
| **Name:** | USA Football, Inc. |

**Correspondent Address:** KEVIN T OLIVEIRA, Esq.
ODIN FELDMAN & PITTLEMAN
9302 LEE HWY STE 1100
FAIRFAX VA UNITED STATES , 22031-1215

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| USA FOOTBALL | | 78341626 | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 6 | TERMINATED | Mar 08, 2005 | |
| 5 | BOARD'S DECISION: SUSTAINED | Mar 08, 2005 | |
| 4 | NOTICE OF DEFAULT | Dec 29, 2004 | |
| 3 | PENDING, INSTITUTED | Oct 18, 2004 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Oct 18, 2004 | Nov 27, 2004 |
| 1 | FILED AND FEE | Oct 15, 2004 | |