| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2024-06-21 12:23:35 EDT |
| **Mark:** | USA FOOTBALL |



| | | | |
|---|---|---|---|
| **US Serial Number:** | 78341632 | **Application Filing Date:** | Dec. 16, 2003 |
| **US Registration Number:** | 3241236 | **Registration Date:** | May 15, 2007 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **TM5 Common Status Descriptor:** |  | | LIVE/REGISTRATION/Issued and Active<br><br>The trademark application has been registered with the Office. |
| **Status:** | The registration has been renewed. | | |
| **Status Date:** | Jun. 26, 2017 | | |

**Publication Date:** Feb. 27, 2007

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | USA FOOTBALL |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S) |
| **Description of Mark:** | The mark consists of The words "USA Football" with an image of a football with stars and stripes. |
| **Color(s) Claimed:** | Color is not claimed as a feature of the mark. |
| **Acquired Distinctiveness Claim:** | In part |
| **Distinctiveness Limitation Statement:** | as to "USA FOOTBALL" |
| **Design Search Code(s):** | 21.03.18 - Australian footballs; Elliptical shaped balls; Footballs; Rugby balls<br>24.09.05 - American flags; Flags, American |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Educational and entertainment services, namely youth sports programs, sports exhibitions, seminars and sports events in the fields of football, fitness, strength and conditioning training, nutrition, exercise, sports safety, sportsmanship and game officiating; providing sports and entertainment information via a global computer network or a commercial on-line service | | |
| **International Class(es):** | 041 - Primary Class | **U.S Class(es):** | 100, 101, 107 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Mar. 01, 2003 | **Use in Commerce:** | Mar. 01, 2003 |

## Basis Information (Case Level)

|  |  |  |  |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | USA Football, Inc. |
| **Owner Address:** | Suite 800<br>45 North Pennsylvania Street<br>Indianapolis, INDIANA UNITED STATES 46204 |
| **Legal Entity Type:** | NON-PROFIT CORPORATION |
| **State or Country Where Organized:** | VIRGINIA |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Amie Peele | **Docket Number:** | 20011.00156 |
| **Attorney Primary Email Address:** | apeele@peelelawgroup.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Amie Peele<br>Peele Law Group, PC<br>49 Boone Village, Box 299<br>Zionsville, INDIANA United States 46077 |
| **Phone:** 202-964-4500 | **Fax:** 202-964-4502 |
| **Correspondent e-mail:** apeele@peelelawgroup.com ahodges@peelelawgroup.com afernandez@peelelawgroup.com docketing@peelelawgroup.com aricchiuto@peelelawgroup.com | **Correspondent e-mail Authorized:** Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 21, 2024 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Feb. 21, 2024 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Feb. 21, 2024 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Feb. 21, 2024 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Feb. 21, 2024 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Feb. 21, 2024 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Sep. 15, 2023 | NOTICE OF SUIT | |
| Jun. 26, 2017 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Jun. 26, 2017 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Jun. 26, 2017 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Jun. 26, 2017 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| May 15, 2017 | TEAS SECTION 8 & 9 RECEIVED | |
| Dec. 12, 2016 | AMENDMENT UNDER SECTION 7 - PROCESSED | |
| Dec. 02, 2016 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Aug. 31, 2016 | TEAS SECTION 7 REQUEST RECEIVED | |
| May 15, 2016 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| May 19, 2013 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| May 18, 2013 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| May 18, 2013 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Apr. 27, 2013 | TEAS SECTION 8 & 15 RECEIVED | |

| | |
|---|---|
| May 15, 2007 | REGISTERED-PRINCIPAL REGISTER |
| Feb. 27, 2007 | PUBLISHED FOR OPPOSITION |
| Feb. 07, 2007 | NOTICE OF PUBLICATION |
| Jan. 08, 2007 | LAW OFFICE PUBLICATION REVIEW COMPLETED |
| Jan. 07, 2007 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Jan. 06, 2007 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| Jan. 05, 2007 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Jan. 05, 2007 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Jan. 04, 2007 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| Jan. 03, 2007 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Jan. 03, 2007 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Jul. 20, 2006 | CONTINUATION OF FINAL REFUSAL MAILED |
| Jul. 19, 2006 | ACTION CONTINUING A FINAL - COMPLETED |
| Jul. 19, 2006 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| Jul. 17, 2006 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Jul. 17, 2006 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Jun. 05, 2006 | ASSIGNED TO EXAMINER |
| Apr. 21, 2006 | CONTINUATION OF FINAL REFUSAL MAILED |
| Apr. 20, 2006 | ACTION CONTINUING A FINAL - COMPLETED |
| Apr. 20, 2006 | FINAL REFUSAL MAILED |
| Apr. 20, 2006 | ASSIGNED TO EXAMINER |
| Apr. 20, 2006 | FINAL REFUSAL WRITTEN |
| Mar. 23, 2006 | ASSIGNED TO EXAMINER |
| Feb. 16, 2006 | AMENDMENT FROM APPLICANT ENTERED |
| Feb. 06, 2006 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Feb. 06, 2006 | PAPER RECEIVED |
| Aug. 05, 2005 | INQUIRY AS TO SUSPENSION MAILED |
| Aug. 04, 2005 | SUSPENSION INQUIRY WRITTEN |
| Aug. 04, 2005 | SUSPENSION CHECKED - TO ATTORNEY FOR ACTION |
| Jan. 28, 2005 | LETTER OF SUSPENSION MAILED |
| Jan. 27, 2005 | SUSPENSION LETTER WRITTEN |
| Jan. 27, 2005 | AMENDMENT FROM APPLICANT ENTERED |
| Jan. 06, 2005 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Jan. 27, 2005 | ASSIGNED TO LIE |
| Jan. 06, 2005 | PAPER RECEIVED |
| Aug. 12, 2004 | DATA MODIFICATION COMPLETED |
| Sep. 08, 2004 | ASSIGNED TO LIE |
| Aug. 12, 2004 | PAPER RECEIVED |
| Jul. 09, 2004 | NON-FINAL ACTION MAILED |
| Jul. 07, 2004 | ASSIGNED TO EXAMINER |
| Jan. 06, 2004 | NEW APPLICATION ENTERED |

## TM Staff and Location Information

**TM Staff Information - None**
**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | GENERIC WEB UPDATE | **Date in Location:** | Jun. 26, 2017 |

## Proceedings

**Summary**

**Number of Proceedings:** 1

### Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91267483 | **Filing Date:** | Feb 05, 2021 |

| | |
|---|---|
| **Status:** | Terminated |
| **Status Date:** | May 11, 2021 |
| **Interlocutory Attorney:** | LAWRENCE (LARRY) T STANLEY |

### Defendant

| | |
|---|---|
| **Name:** | Travis Burnett |
| **Correspondent Address:** | TRAVIS BURNETT<br>209 TRAILWOOD DR<br>ALLEN TX UNITED STATES , 75002 |
| **Correspondent e-mail:** | travis@usaflag.org , tmapp@legalzoom.com , travis@mihicreative.com , travis@ffwct.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| USA FLAG | | 88880085 | |

### Plaintiff(s)

| | |
|---|---|
| **Name:** | USA Football, Inc. |
| **Correspondent Address:** | LOUIS T PERRY<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>300 N MERIDIAN STREET, SUITE 2500<br>INDIANAPOLIS IN UNITED STATES , 46204 |
| **Correspondent e-mail:** | Trademark@FaegreDrinker.com , Abe.Shanehsaz@FaegreDrinker.com , Louis.Perry@FaegreDrinker.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| USA FOOTBALL | | 78341632 | 3241236 |
| USA FOOTBALL | | 86872765 | 5172678 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 6 | TERMINATED | May 11, 2021 | |
| 5 | BD DECISION: OPP SUSTAINED | May 11, 2021 | |
| 4 | NOTICE OF DEFAULT | Mar 28, 2021 | |
| 3 | INSTITUTED | Feb 05, 2021 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Feb 05, 2021 | Mar 17, 2021 |
| 1 | FILED AND FEE | Feb 05, 2021 | |