| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2024-06-21 12:34:44 EDT |
| **Mark:** | USA FOOTBALL |



| | | | |
|---|---|---|---|
| **US Serial Number:** | 86872765 | **Application Filing Date:** | Jan. 12, 2016 |
| **US Registration Number:** | 5172678 | **Registration Date:** | Mar. 28, 2017 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **TM5 Common Status Descriptor:** |  | | LIVE/REGISTRATION/Issued and Active<br><br>The trademark application has been registered with the Office. |
| **Status:** | A Sections 8 and 15 combined declaration has been accepted and acknowledged. | | |
| **Status Date:** | Sep. 12, 2023 | | |

**Publication Date:** Jun. 07, 2016  **Notice of Allowance Date:** Aug. 02, 2016

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | USA FOOTBALL |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S) |
| **Description of Mark:** | The mark consists of the words "USA FOOTBALL" in large, stylized letters, placed above an image of a football with stars and stripes, all encompassed by a crest design. |
| **Color(s) Claimed:** | Color is not claimed as a feature of the mark. |
| **Disclaimer:** | "FOOTBALL" |
| **Acquired Distinctiveness Claim:** | In part |
| **Distinctiveness Limitation Statement:** | as to "USA FOOTBALL" |
| **Design Search Code(s):** | 01.01.10 - Stars, three or more; Three or more stars<br>01.01.13 - Stars - multiple stars with five points<br>21.03.18 - Australian footballs; Elliptical shaped balls; Footballs; Rugby balls<br>24.01.02 - Shields or crests with figurative elements contained therein or superimposed thereon<br>24.01.03 - Shields or crests with letters, punctuation or inscriptions contained therein or superimposed thereon<br>26.17.09 - Bands, curved; Bars, curved; Curved line(s), band(s) or bar(s); Lines, curved |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and

- Asterisks *..* identify additional (new) wording in the goods/services.

| | |
|---|---|
| **For:** | Educational services, namely, conducting programs, classes, seminars, conferences, workshops and exhibitions, displays, and interactive exhibits on football in the field of player safety, concussion awareness and management, coaching education, proper equipment fitting, and proper techniques, and the distribution of printed materials in connection therewith in hardcopy or electronic format on the same topics; organizing, conducting and operating football tournaments; organizing and conducting athletic competitions in the nature of football games and exhibitions; entertainment services in the nature of football games and exhibitions; sports instruction services related to the game of football; sports training, development, and evaluation services related to the game of football |
| **International Class(es):** | 041 - Primary Class |
| **U.S Class(es):** | 100, 101, 107 |
| **Class Status:** | ACTIVE |
| **Basis:** | 1(a) |
| **First Use:** | Feb. 26, 2016 |
| **Use in Commerce:** | Feb. 26, 2016 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | USA Football, Inc. |
| **Owner Address:** | Suite 800<br>45 North Pennsylvania Street<br>Indianapolis, INDIANA UNITED STATES 46204 |
| **Legal Entity Type:** | non-profit corporation |
| **State or Country Where Organized:** | VIRGINIA |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Amie Peele | **Docket Number:** | 20011.00158 |
| **Attorney Primary Email Address:** | apeele@peelelawgroup.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | Amie Peele<br>Peele Law Group, PC<br>49 Boone Village, Box 299<br>Zionsville, INDIANA United States 46077 |
| **Phone:** | 202-964-4500 |
| **Fax:** | 202-964-4502 |
| **Correspondent e-mail:** | apeele@peelelawgroup.com ahodges@peelelawgroup.com afernandez@peelelawgroup.com docketing@peelelawgroup.com aricchiuto@peelelawgroup.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 21, 2024 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Feb. 21, 2024 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Feb. 21, 2024 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Feb. 21, 2024 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Feb. 21, 2024 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Feb. 21, 2024 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Sep. 15, 2023 | NOTICE OF SUIT | |

| | |
|---|---|
| Sep. 12, 2023 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED |
| Sep. 12, 2023 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. |
| Sep. 12, 2023 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL |
| Mar. 13, 2023 | TEAS SECTION 8 & 15 RECEIVED |
| Mar. 28, 2022 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED |
| Mar. 28, 2017 | REGISTERED-PRINCIPAL REGISTER |
| Feb. 22, 2017 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED |
| Feb. 21, 2017 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED |
| Feb. 18, 2017 | STATEMENT OF USE PROCESSING COMPLETE |
| Feb. 01, 2017 | USE AMENDMENT FILED |
| Feb. 18, 2017 | CASE ASSIGNED TO INTENT TO USE PARALEGAL |
| Feb. 01, 2017 | TEAS STATEMENT OF USE RECEIVED |
| Aug. 02, 2016 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT |
| Jun. 07, 2016 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED |
| Jun. 07, 2016 | PUBLISHED FOR OPPOSITION |
| May 18, 2016 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED |
| Apr. 28, 2016 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Apr. 28, 2016 | EXAMINER'S AMENDMENT ENTERED |
| Apr. 28, 2016 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED |
| Apr. 28, 2016 | EXAMINERS AMENDMENT E-MAILED |
| Apr. 28, 2016 | EXAMINERS AMENDMENT -WRITTEN |
| Apr. 27, 2016 | ASSIGNED TO EXAMINER |
| Jan. 20, 2016 | NOTICE OF DESIGN SEARCH CODE E-MAILED |
| Jan. 19, 2016 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Jan. 15, 2016 | NEW APPLICATION ENTERED |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | TMO LAW OFFICE 114 | **Date in Location:** | Sep. 12, 2023 |

## Proceedings

**Summary**

| | |
|---|---|
| **Number of Proceedings:** | 1 |

**Type of Proceeding: Opposition**

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91267483 | **Filing Date:** | Feb 05, 2021 |
| **Status:** | Terminated | **Status Date:** | May 11, 2021 |
| **Interlocutory Attorney:** | LAWRENCE (LARRY) T STANLEY | | |

**Defendant**

| | |
|---|---|
| **Name:** | Travis Burnett |
| **Correspondent Address:** | TRAVIS BURNETT<br>209 TRAILWOOD DR<br>ALLEN TX UNITED STATES , 75002 |
| **Correspondent e-mail:** | travis@usaflag.org , tmapp@legalzoom.com , travis@mihicreative.com , travis@ffwct.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| USA FLAG | | 88880085 | |

**Plaintiff(s)**

| | |
|---|---|
| **Name:** | USA Football, Inc. |

|  |  |
|---|---|
| **Correspondent** | LOUIS T PERRY |
| **Address:** | FAEGRE DRINKER BIDDLE & REATH LLP<br>300 N MERIDIAN STREET, SUITE 2500<br>INDIANAPOLIS IN UNITED STATES , 46204 |
| **Correspondent e-mail:** | Trademark@FaegreDrinker.com , Abe.Shanehsaz@FaegreDrinker.com , Louis.Perry@FaegreDrinker.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| USA FOOTBALL |  | 78341632 | 3241236 |
| USA FOOTBALL |  | 86872765 | 5172678 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 6 | TERMINATED | May 11, 2021 |  |
| 5 | BD DECISION: OPP SUSTAINED | May 11, 2021 |  |
| 4 | NOTICE OF DEFAULT | Mar 28, 2021 |  |
| 3 | INSTITUTED | Feb 05, 2021 |  |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Feb 05, 2021 | Mar 17, 2021 |
| 1 | FILED AND FEE | Feb 05, 2021 |  |