| | | | |
|---|---|---|---|
| **Generated on:** | This page was generated by TSDR on 2024-06-21 12:39:03 EDT | | |
| **Mark:** | TEAM USA FOOTBALL | | |

TEAM USA FOOTBALL

| | | | |
|---|---|---|---|
| **US Serial Number:** | 85960149 | **Application Filing Date:** | Jun. 14, 2013 |
| **US Registration Number:** | 4615961 | **Registration Date:** | Oct. 07, 2014 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **TM5 Common Status Descriptor:** |  | | LIVE/REGISTRATION/Issued and Active<br>The trademark application has been registered with the Office. |
| **Status:** | A Sections 8 and 15 combined declaration has been accepted and acknowledged. | | |
| **Status Date:** | Oct. 06, 2020 | | |
| **Publication Date:** | Jul. 22, 2014 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | TEAM USA FOOTBALL |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |
| **Disclaimer:** | "FOOTBALL" |
| **Acquired Distinctiveness Claim:** | In whole |

## Related Properties Information

| | |
|---|---|
| **Claimed Ownership of US Registrations:** | 3182472, 3241236 |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | organizing and conducting athletic competitions in the nature of football games and exhibitions; entertainment services in the nature of football games and exhibitions; sports instruction services related to the game of football; sports training, development, and evaluation services related to the game of football | | |
| **International Class(es):** | 041 - Primary Class | **U.S Class(es):** | 100, 101, 107 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Apr. 15, 2009 | **Use in Commerce:** | Apr. 15, 2009 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |

| | | | |
|---|---|---|---|
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | USA Football, Inc. |
| **Owner Address:** | Suite 800<br>45 North Pennsylvania Street<br>Indianapolis, INDIANA UNITED STATES 46204 |
| **Legal Entity Type:** | non-profit corporation |
| **State or Country Where Organized:** | VIRGINIA |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Amie Peele | **Docket Number:** | 20011.00171 |
| **Attorney Primary Email Address:** | apeele@peelelawgroup.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | Amie Peele<br>Peele Law Group, PC<br>49 Boone Village, Box 299<br>Zionsville, INDIANA United States 46077 |
| **Phone:** 202-964-4500 | **Fax:** 202-964-4502 |
| **Correspondent e-mail:** apeele@peelelawgroup.com ahodges@peelelawgroup.com afernandez@peelelawgroup.com docketing@peelelawgroup.com aricchiuto@peelelawgroup.com | **Correspondent e-mail Authorized:** Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 21, 2024 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Feb. 21, 2024 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Feb. 21, 2024 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Feb. 21, 2024 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Feb. 21, 2024 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Feb. 21, 2024 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Oct. 07, 2023 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Sep. 15, 2023 | NOTICE OF SUIT | |
| Oct. 06, 2020 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Oct. 06, 2020 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Sep. 30, 2020 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Aug. 07, 2020 | TEAS SECTION 8 & 15 RECEIVED | |
| Oct. 07, 2019 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Oct. 07, 2014 | REGISTERED-PRINCIPAL REGISTER | |
| Jul. 22, 2014 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jul. 22, 2014 | PUBLISHED FOR OPPOSITION | |
| Jul. 02, 2014 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jun. 17, 2014 | LAW OFFICE PUBLICATION REVIEW COMPLETED | |
| Jun. 13, 2014 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jun. 12, 2014 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Jun. 12, 2014 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Jun. 05, 2014 | ASSIGNED TO LIE | |

| | |
|---|---|
| May 22, 2014 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Feb. 28, 2014 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| Feb. 28, 2014 | NON-FINAL ACTION E-MAILED |
| Feb. 28, 2014 | NON-FINAL ACTION WRITTEN |
| Feb. 07, 2014 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| Feb. 07, 2014 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Feb. 07, 2014 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Aug. 07, 2013 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| Aug. 07, 2013 | NON-FINAL ACTION E-MAILED |
| Aug. 07, 2013 | NON-FINAL ACTION WRITTEN |
| Jul. 31, 2013 | ASSIGNED TO EXAMINER |
| Jun. 24, 2013 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Jun. 18, 2013 | NEW APPLICATION ENTERED |

## TM Staff and Location Information

**TM Staff Information - None**
**File Location**

**Current Location:** TMO LAW OFFICE 110　　　　**Date in Location:** Oct. 06, 2020