🇺🇸  An official website of the United States government  Here's how you know ⌄

Home  >  Search results                                                                                           Help

Wordmark    [usa ✕]    [Refine search by goods]    🔍    Basic    **Expert**

Status filter           **4,321 results** for usa                              ⊞  ☰  =    Export ▾

☑ Live            4,321
  ☑ Registered
  Pending
  Dead              0
  Cancelled
  Abandoned



| Wordmark | USA |
|---|---|
| Status | LIVE  REGISTERED |
| Goods & services | IC 035: ARRANGING GROUP DISCOUNTS ON INSURANCE, PRESCRIPTION DRUGS,... ↗ |
| Class | 035 |
| Serial | 73790540 |
| Owners | UNITED SERVICE ASSOCIATION FOR HEALTH CARE (OTHER; DISTRICT OF COLUMBIA, USA) |



| Wordmark | USA BASKETBALL |
|---|---|
| Status | LIVE  REGISTERED |
| Goods & services | IC 025: clothing; namely, shirts. |
| Class | 025 |
| Serial | 74057543 |
| Owners | USA Basketball (NOT-FOR-PROFIT CORPORATION; ILLINOIS, USA) |

Sort
Configure
☑ Show image
Reset



| Wordmark | USA BASKETBALL |
|---|---|
| Status | LIVE  REGISTERED |
| Goods & services | IC 041: organizing and conducting basketball competitions and... ↗ |
| Class | 041, 042 |
| Serial | 74058362 |
| Owners | USA Basketball (NOT-FOR-PROFIT CORPORATION; ILLINOIS, USA) |



| Wordmark | USA VISITTHEUSA.COM |
|---|---|
| Status | LIVE  REGISTERED |
| Goods & services | IC 035: Promoting public awareness regarding United States visitation... ↗ |
| Class | 035, 039, 041 |
| Serial | 87545427 |
| Owners | The Corporation for Travel Promotion (non-profit corporation; DISTRICT OF COLUMBIA, USA) |



| Wordmark | P USA |
|---|---|
| Status | LIVE  REGISTERED |
| Goods & services | IC 014: Jewelry.; IC 016: Decals. |
| Class | 014, 016 |
| Serial | 88181287 |
| Owners | CJW & Associates, Inc. (CORPORATION; FLORIDA, USA) |



| Wordmark | USA READY MIX USA, INC. |
|---|---|
| Status | LIVE  REGISTERED |
| Goods & services | IC 035: Wholesale distribution featuring construction materials,... ↗ |
| Class | 035 |
| Serial | 76107062 |
| Owners | READY MIX USA, LLC (LIMITED LIABILITY COMPANY; DELAWARE, USA) |

Feedback





| | |
|---|---|
| **Wordmark** | SURFIN' USA |
| **Status** | LIVE  REGISTERED |
| **Goods & services** | IC 041: Entertainment, namely, live performances by a musical band. |
| **Class** | 041 |
| **Serial** | 78870319 |
| **Owners** | Wilson, Grant (INDIVIDUAL; USA) |

| | |
|---|---|
| **Wordmark** | SNUGZ USA |
| **Status** | LIVE  REGISTERED |
| **Goods & services** | IC 040: Printing; Customized printing of company names and logos for... |
| **Class** | 040 |
| **Serial** | 77616813 |
| **Owners** | SNUGZ/USA, LLC (LIMITED LIABILITY COMPANY; DELAWARE, USA) |

| | |
|---|---|
| **Wordmark** | USA WRESTLING |
| **Status** | LIVE  REGISTERED |
| **Goods & services** | IC 016: printed material, namely, newsletters, pamphlets, newspapers,... |
| **Class** | 016 |
| **Serial** | 75091113 |
| **Owners** | United States of America Wrestling Association (NOT FOR PROFIT CORPORATION; OKLAHOMA, USA) |

| | |
|---|---|
| **Wordmark** | ROOKIE USA |
| **Status** | LIVE  REGISTERED |
| **Goods & services** | IC 035: Retail stores, online ordering services, online retail stores,... |
| **Class** | 035 |
| **Serial** | 85428644 |
| **Owners** | The Haddad Apparel Group, Ltd. (CORPORATION; NEW YORK, USA) |

| | |
|---|---|
| **Wordmark** | KLOGS USA |
| **Status** | LIVE  REGISTERED |
| **Goods & services** | IC 025: Footwear. |
| **Class** | 025 |
| **Serial** | 85595937 |
| **Owners** | Latitudes Inc. (CORPORATION; MISSOURI, USA) |

| | |
|---|---|
| **Wordmark** | USA CUP |
| **Status** | LIVE  REGISTERED |
| **Goods & services** | IC 035: promoting the goods and services of others by allowing... |
| **Class** | 035, 041 |
| **Serial** | 88984958 |
| **Owners** | The National Sports Center Foundation (CORPORATION; MINNESOTA, USA) |





| | |
|---|---|
| **Wordmark** | RAD USA |
| **Status** | LIVE  REGISTERED |
| **Goods & services** | IC 024: Bed linen; Bed sheets; Comforters; Dust ruffles; Duvet covers;... |

| | |
|---|---|
| **Wordmark** | RAD USA |
| **Status** | LIVE  REGISTERED |
| **Goods & services** | IC 025: Aprons; Beanies; Chef coats; Chef hats; Chef pants; Hats;... |

Feedback

| | | | | |
|---|---|---|---|---|
| Class | 024 | | Class | 025 |
| Serial | 88086687 | | Serial | 88086924 |
| Owners | Katz Horizons LLC (LIMITED LIABILITY COMPANY; CALIFORNIA, USA) | | Owners | Katz Horizons LLC (LIMITED LIABILITY COMPANY; CALIFORNIA, USA) |



| | |
|---|---|
| Wordmark | SURFIN' USA |
| Status | LIVE   REGISTERED |
| Goods & services | IC 009: Computer game programs; Computer gaming software for... |
| Class | 009, 028 |
| Serial | 86882658 |
| Owners | ARCHER GAMING, LLC (LIMITED LIABILITY COMPANY; DELAWARE, USA) |



| | |
|---|---|
| Wordmark | JM USA |
| Status | LIVE   REGISTERED |
| Goods & services | IC 006: Mine roof and rib support hardware made primarily of metal,... |
| Class | 006 |
| Serial | 88024551 |
| Owners | FCI Holdings Delaware, Inc. (CORPORATION; DELAWARE, USA) |



| | |
|---|---|
| Wordmark | PM USA |
| Status | LIVE   REGISTERED |
| Goods & services | IC 034: Tobacco Products, Namely, Cigarettes. |
| Class | 034 |
| Serial | 77354685 |
| Owners | Philip Morris USA Inc. (CORPORATION; VIRGINIA, USA) |



| | |
|---|---|
| Wordmark | BW USA |
| Status | LIVE   REGISTERED |
| Goods & services | IC 006: Metal hardware, namely, washers. |
| Class | 006 |
| Serial | 86197890 |
| Owners | Ingenuity Industries, Inc. (CORPORATION; CALIFORNIA, USA) |



| | | | | |
|---|---|---|---|---|
| Wordmark | USA-LIFT | | Wordmark | SNUGZ USA |
| Status | LIVE   REGISTERED | | Status | LIVE   REGISTERED |
| Goods & services | IC 007: Cranes in the nature of one or two passenger aerial bucket... | | Goods & services | IC 040: Printing; Customized printing of company names and logos for... |
| Class | 007 | | Class | 040 |
| Serial | 76043756 | | Serial | 77437166 |
| Owners | AXIONLIFT, LLC (LIMITED LIABILITY COMPANY; FLORIDA, USA) | | Owners | SNUGZ/USA, LLC (LIMITED LIABILITY COMPANY; DELAWARE, USA) |

| | | | | |
|---|---|---|---|---|
| Wordmark | USA-TECQ | | Wordmark | TALL USA |
| Status | LIVE REGISTERED | | Status | LIVE REGISTERED |
| Goods & services | IC 042: Providing on-line non-downloadable software for allowing users... | | Goods & services | IC 025: Clothing, namely, sweatpants, and sweatshirts. |
| Class | 042 | | Class | 025 |
| Serial | 88348705 | | Serial | 87900153 |
| Owners | United States Department of Agriculture (Executive Agency of the United States Government; USA) | | Owners | Lopez, Christopher (INDIVIDUAL; USA) |




| | | | | |
|---|---|---|---|---|
| Wordmark | RAD USA | | Wordmark | KIDZ USA |
| Status | LIVE REGISTERED | | Status | LIVE REGISTERED |
| Goods & services | IC 021: Cookware, namely, pots and pans. | | Goods & services | IC 041: Organizing and conducting toy drive events for collecting toys... |
| Class | 021 | | Class | 041 |
| Serial | 88086567 | | Serial | 77738478 |
| Owners | Katz Horizons LLC (LIMITED LIABILITY COMPANY; CALIFORNIA, USA) | | Owners | STEIGERWALD, ANA (INDIVIDUAL; USA) |

| | | | | |
|---|---|---|---|---|
| Wordmark | AUTHENTIK USA | | Wordmark | TUX-USA |
| Status | LIVE REGISTERED | | Status | LIVE REGISTERED |
| Goods & services | IC 039: Organizing and coordinating tours for independent travelers by... | | Goods & services | IC 035: online retail store services featuring tuxedos and suits. |
| Class | 039 | | Class | 035 |
| Serial | 77962309 | | Serial | 90621169 |
| Owners | Authentik Canada Aventures Inc. (CORPORATION; CANADA) | | Owners | Aharon & Ita Corp (CORPORATION; FLORIDA, USA) |

| | | | | |
|---|---|---|---|---|
| Wordmark | SMOKIN' USA | | Wordmark | SAVITHO-USA |
| Status | LIVE REGISTERED | | Status | LIVE REGISTERED |
| Goods & services | IC 013: Detonating fireworks. | | Goods & services | IC 006: Fittings of metal for flexible pipes; Metal flanges; Metal... |
| Class | 013 | | Class | 006 |
| Serial | 87572667 | | Serial | 87645456 |
| Owners | Ingram Enterprises, Inc. (CORPORATION; MISSOURI, USA) | | Owners | Savitho US Engg. & Mech. Spec. LLC (LIMITED LIABILITY COMPANY; FLORIDA, USA) |

Feedback

## KLOGS USA

| | |
|---|---|
| Wordmark | KLOGS USA |
| Status | LIVE  REGISTERED |
| Goods & services | IC 025: Footwear. |
| Class | 025 |
| Serial | 85595856 |
| Owners | Latitudes Inc. (CORPORATION; MISSOURI, USA) |

## SNUGZ USA

| | |
|---|---|
| Wordmark | SNUGZ USA |
| Status | LIVE  REGISTERED |
| Goods & services | IC 040: Printing; Custom printing; Printing services in the field of... |
| Class | 040, 035 |
| Serial | 87308706 |
| Owners | Snugz/USA, LLC (LIMITED LIABILITY COMPANY; DELAWARE, USA) |



| | |
|---|---|
| Wordmark | K USA |
| Status | LIVE  REGISTERED |
| Goods & services | IC 013: Firearm attachments, namely, modular external rail systems for... |
| Class | 013 |
| Serial | 87981677 |
| Owners | KALASHNIKOV USA, LLC (LIMITED LIABILITY COMPANY; DELAWARE, USA) |

## EUROPVIN USA

| | |
|---|---|
| Wordmark | EUROPVIN USA |
| Status | LIVE  REGISTERED |
| Goods & services | IC 035: Import agency services in the field of alcoholic beverages,... |
| Class | 035 |
| Serial | 85882360 |
| Owners | Europvin S.A.S. (CORPORATION; FRANCE) |



| | |
|---|---|
| Wordmark | ROC USA |
| Status | LIVE  REGISTERED |
| Goods & services | IC 035: Providing business management consulting in the field of... |
| Class | 035, 036, 041 |
| Serial | 77627249 |
| Owners | ROC USA, LLC (LIMITED LIABILITY COMPANY; NEW HAMPSHIRE, USA) |



| | |
|---|---|
| Wordmark | GOST USA |
| Status | LIVE  REGISTERED |
| Goods & services | IC 003: Electronic cigarette liquid (e-liquid) comprised of essential... |
| Class | 003 |
| Serial | 87736817 |
| Owners | Amjad Daoud (INDIVIDUAL; USA) |



## RAIZEN USA

| | |
|---|---|
| Wordmark | USA CUP |
| Status | LIVE  REGISTERED |
| Goods & services | IC 025: T-shirts, casual shirts, warm-up shirts, sweatshirts, jerseys,... |

| | |
|---|---|
| Wordmark | RAIZEN USA |
| Status | LIVE  REGISTERED |
| Goods & services | IC 010: Medical instruments, namely, electronic mole removal pen. |
| Class | 010 |

**(continued entry)**
- **Class:** 025
- **Serial:** 88522117
- **Owners:** The National Sports Center Foundation (CORPORATION; MINNESOTA, USA)

**(continued entry)**
- **Serial:** 87730177
- **Owners:** SACRED EMULSION LLC (LIMITED LIABILITY COMPANY; TEXAS, USA)

---



- **Wordmark:** USA WRESTLING
- **Status:** LIVE · REGISTERED
- **Goods & services:** IC 028: [ [sporting goods, namely, wrestling knee pads and wrestling...
- **Class:** 028, 041, 016, 025
- **Serial:** 74553664
- **Owners:** United States of America Wrestling Association (NOT FOR PROFIT CORPORATION; OKLAHOMA, USA)

**ROC USA**
- **Wordmark:** ROC USA
- **Status:** LIVE · REGISTERED
- **Goods & services:** IC 036: Capital investment consultation for charitable purposes...
- **Class:** 036
- **Serial:** 77059988
- **Owners:** ROC USA, LLC (LIMITED LIABILITY COMPANY; DELAWARE, USA)

**Surfin' USA**
- **Wordmark:** SURFIN' USA
- **Status:** LIVE · REGISTERED
- **Goods & services:** IC 009: Computer game programs; Computer gaming software for...
- **Class:** 009, 028
- **Serial:** 86882654
- **Owners:** ARCHER GAMING, LLC (LIMITED LIABILITY COMPANY; DELAWARE, USA)

**USA Toyz**
- **Wordmark:** USA TOYZ
- **Status:** LIVE · REGISTERED
- **Goods & services:** IC 035: On-line retail store services featuring toy novelty items with...
- **Class:** 035
- **Serial:** 86635963
- **Owners:** EXKALIBER LLC (LIMITED LIABILITY COMPANY; DELAWARE, USA)

**WERKS USA**
- **Wordmark:** WERKS USA
- **Status:** LIVE · REGISTERED
- **Goods & services:** IC 008: Daggers; Extension bars for hand tools; Hand-operated shears;...
- **Class:** 008
- **Serial:** 87760405
- **Owners:** WERKSUSA LLC (LIMITED LIABILITY COMPANY; CALIFORNIA, USA)

**USA-K9**
- **Wordmark:** USA-K9
- **Status:** LIVE · REGISTERED
- **Goods & services:** IC 028: Dog toys.
- **Class:** 028
- **Serial:** 87437525
- **Owners:** True Dogs, LLC (LIMITED LIABILITY COMPANY; COLORADO, USA)

**ROC USA** / **Outrider USA** (entries continue on next page)

| | | | | |
|---|---|---|---|---|
| **Wordmark** | ROC USA | | **Wordmark** | OUTRIDER USA |
| **Status** | LIVE  REGISTERED | | **Status** | LIVE  REGISTERED |
| **Goods & services** | IC 035: Providing business management consulting in the field of... | | **Goods & services** | IC 012: All-terrain vehicles. |
| **Class** | 035, 041 | | **Class** | 012 |
| **Serial** | 77044525 | | **Serial** | 97367798 |
| **Owners** | ROC USA, LLC (LIMITED LIABILITY COMPANY; DELAWARE, USA) | | **Owners** | FFR Electrics, LLC (LIMITED LIABILITY COMPANY; NORTH CAROLINA, USA) |



| | | | | |
|---|---|---|---|---|
| **Wordmark** | USA GYPSUM | | **Wordmark** | MINTO USA |
| **Status** | LIVE  REGISTERED | | **Status** | LIVE  REGISTERED |
| **Goods & services** | IC 019: Gypsum. | | **Goods & services** | IC 036: Real estate property management; insurance brokerage and... |
| **Class** | 019 | | **Class** | 036, 037 |
| **Serial** | 77307616 | | **Serial** | 87624610 |
| **Owners** | Agri Marketing, Inc (CORPORATION; PENNSYLVANIA, USA) | | **Owners** | Minto Holdings Inc. (CORPORATION; CANADA) |

| | | | | |
|---|---|---|---|---|
| **Wordmark** | USA-1 | | **Wordmark** | GOKARTS USA |
| **Status** | LIVE  REGISTERED | | **Status** | LIVE  REGISTERED |
| **Goods & services** | IC 028: Model cars.; IC 041: Entertainment services, namely,... | | **Goods & services** | IC 035: Motorsport retail store services featuring gokarts, mini... |
| **Class** | 028, 041 | | **Class** | 035 |
| **Serial** | 77498639 | | **Serial** | 86742679 |
| **Owners** | Bruce Larson Racing (SOLE PROPRIETORSHIP; PENNSYLVANIA, USA) | | **Owners** | UNITED POWERSPORTS LLC (LIMITED LIABILITY COMPANY; CALIFORNIA, USA) |

| | | | | |
|---|---|---|---|---|
| **Wordmark** | AUTOMATCH USA | | **Wordmark** | WOODCO USA |
| **Status** | LIVE  REGISTERED | | **Status** | LIVE  REGISTERED |
| **Goods & services** | IC 035: Automobile dealerships. | | **Goods & services** | IC 007: Oil field and oil well apparatus, namely, blowout preventers,... |
| **Class** | 035 | | **Class** | 007 |
| **Serial** | 86614186 | | **Serial** | 85778195 |
| **Owners** | SONIC DIVISIONAL OPERATIONS, LLC (LIMITED LIABILITY COMPANY; NEVADA, USA) | | **Owners** | TPS WOODCO USA, LLC (LIMITED LIABILITY COMPANY; TEXAS, USA) |

Feedback

50 per page  |↤  ←  Page 1 of 87  →  ↦  ↑

# Receive updates from the USPTO

Enter your email to subscribe or update your preferences

| your@email.com | Subscribe |

About the USPTO   •   Search for patents   •   Search for trademarks

US Department of Commerce
Accessibility
Privacy Policy
Financial and Performance Data
Freedom of Information Act
Inspector General
NoFEAR Act
USA.gov

Follow us

Feedback