🇺🇸  **An official website of the United States government**  Here's how you know ⌄

Home  >  Search results                                                                 Help

Wordmark  | football ✕ | Refine search by goods                    Basic    **Expert**

Status filter                **662 results** for football                              ⊞ ☰ =    Export ▾

☑ Live                    662
☑ Registered
  Pending
  Dead                      0
  Cancelled
  Abandoned

---

# I'M FOOTBALL                                       

| Wordmark | I'M FOOTBALL | Wordmark | MYCOACH FOOTBALL |
| Status | LIVE  REGISTERED | Status | LIVE  REGISTERED |
| Goods & services | IC 042: Providing temporary use of non-downloadable software for the... ↗ | Goods & services | IC 009: Downloadable software and computer application software for... ↗ |
| Class | 042, 038, 009 | Class | 009 |
| Serial | 79237491 | Serial | 79215733 |
| Owners | Football Album Limited (PRIVATE LIMITED COMPANY; UNITED KINGDOM) | Owners | MY COACH (SAS; FRANCE) |

Sort
Configure
☑ Show image
Reset

---

# FOURPLAY FOOTBALL                                  

| Wordmark | FOURPLAY FOOTBALL | Wordmark | 110 FOOTBALL |
| Status | LIVE  REGISTERED | Status | LIVE  REGISTERED |
| Goods & services | IC 041: Entertainment services in the nature of fantasy football... ↗ | Goods & services | IC 038: Streaming of audiovisual and multimedia content via the... ↗ |
| Class | 041 | Class | 038, 016, 041 |
| Serial | 86385931 | Serial | 90891257 |
| Owners | FourPlay Sports, LLC (LIMITED LIABILITY COMPANY; MICHIGAN, USA) | Owners | 110 Football LLC (LIMITED LIABILITY COMPANY; CALIFORNIA, USA) |

---

# 110 FOOTBALL                                       

| Wordmark | 110 FOOTBALL | Wordmark | 110 FOOTBALL |
| Status | LIVE  REGISTERED | Status | LIVE  REGISTERED |
| Goods & services | IC 038: Streaming of audiovisual and multimedia content via the... ↗ | Goods & services | IC 038: Streaming of audiovisual and multimedia content via the... ↗ |
| Class | 038, 016, 041 | Class | 038, 016, 041 |
| Serial | 90278370 | Serial | 90278382 |
| Owners | 110 Football LLC (LIMITED LIABILITY COMPANY; CALIFORNIA, USA) | Owners | 110 Football LLC (LIMITED LIABILITY COMPANY; CALIFORNIA, USA) |

Feedback

### RSR Football

| | |
|---|---|
| Wordmark | RSR FOOTBALL |
| Status | LIVE  REGISTERED |
| Goods & services | IC 035: Management of professional athletes. |
| Class | 035 |
| Serial | 88029538 |
| Owners | ROSENHAUS SPORTS REPRESENTATION, INC. (CORPORATION; FLORIDA, USA) |

### 420 Football

| | |
|---|---|
| Wordmark | 420 FOOTBALL |
| Status | LIVE  REGISTERED |
| Goods & services | IC 016: Stickers. |
| Class | 016 |
| Serial | 87722978 |
| Owners | The 420 Games, LLC (LIMITED LIABILITY COMPANY; CALIFORNIA, USA) |



| | |
|---|---|
| Wordmark | WCAF FOOTBALL |
| Status | LIVE  REGISTERED |
| Goods & services | IC 041: Entertainment in the nature of football games; Organisation of... |
| Class | 041 |
| Serial | 88961891 |
| Owners | CGSL (CORPORATION; MISSISSIPPI, USA) |



| | |
|---|---|
| Wordmark | FOOTBALL |
| Status | LIVE  REGISTERED |
| Goods & services | IC 009: Computer game software downloadable from a global computer... |
| Class | 009 |
| Serial | 88984066 |
| Owners | Youth You Limited (limited company (ltd.); VIRGIN ISLANDS, BRITISH) |



### ULTRA FOOTBALL

| | |
|---|---|
| Wordmark | UF ULTRA FOOTBALL |
| Status | LIVE  REGISTERED |
| Goods & services | IC 025: Clothing, namely, socks, shirts, singlets, polo shirts, pants,... |
| Class | 025, 035 |
| Serial | 79286141 |
| Owners | Ultra Football Pty Ltd (CORPORATION; AUSTRALIA) |

### PRO FOOTBALL CHASE

| | |
|---|---|
| Wordmark | PRO FOOTBALL CHASE |
| Status | LIVE  REGISTERED |
| Goods & services | IC 041: Entertainment services in the nature of fantasy football... |
| Class | 041 |
| Serial | 88881801 |
| Owners | Saenz, Isaac David (SOLE PROPRIETORSHIP; KANSAS, USA) |

### FOOTBALL N AMERICA

| | |
|---|---|
| Wordmark | FOOTBALL N AMERICA |
| Status | LIVE  REGISTERED |
| Goods & services | IC 041: Organizing, arranging, and conducting of sports events in the... |
| Class | 041 |
| Serial | 87468142 |

### Cal Football Club

| | |
|---|---|
| Wordmark | CAL FOOTBALL CLUB |
| Status | LIVE  REGISTERED |
| Goods & services | IC 035: Promoting the interests of soccer players by means of club. |
| Class | 035 |
| Serial | 87345851 |

| | |
|---|---|
| **Owners** | Brees Stuart Companies, LLC (LIMITED LIABILITY COMPANY; SOUTH DAKOTA, USA) |

| | |
|---|---|
| **Owners** | Cal Football Club (SOLE PROPRIETORSHIP; CALIFORNIA, USA) |

### FOOTBALL 3 COLOR

| | |
|---|---|
| **Wordmark** | FOOTBALL 3 COLOR |
| **Status** | LIVE  REGISTERED |
| **Goods & services** | IC 025: Athletic apparel, namely, [ shirts, pants, jackets, ] footwear... |
| **Class** | 025, 028, 041 |
| **Serial** | 85562833 |
| **Owners** | BELHASSEN, AVRAHAM (INDIVIDUAL; ISRAEL) |

### American 7s Football

| | |
|---|---|
| **Wordmark** | AMERICAN 7S FOOTBALL |
| **Status** | LIVE  REGISTERED |
| **Goods & services** | IC 041: Arranging and conducting youth football programs;... |
| **Class** | 041 |
| **Serial** | 86953127 |
| **Owners** | A7FL Inc (CORPORATION; FLORIDA, USA) |

### READY. SET. FOOTBALL.

| | |
|---|---|
| **Wordmark** | READY. SET. FOOTBALL. |
| **Status** | LIVE  REGISTERED |
| **Goods & services** | IC 029: Potato-based snack foods.; IC 030: Corn-based snack foods.; IC... |
| **Class** | 029, 030, 032 |
| **Serial** | 88363193 |
| **Owners** | PEPSICO, INC. (CORPORATION; NORTH CAROLINA, USA) |

### When Football "Wuzz" Football

| | |
|---|---|
| **Wordmark** | WHEN FOOTBALL "WUZZ" FOOTBALL |
| **Status** | LIVE  REGISTERED |
| **Goods & services** | IC 025: Clothing apparel, namely, shirts, jackets and caps. |
| **Class** | 025 |
| **Serial** | 88768954 |
| **Owners** | Grant, Robert (INDIVIDUAL; USA) |



| | |
|---|---|
| **Wordmark** | NS NEOSTAR FOOTBALL |
| **Status** | LIVE  REGISTERED |
| **Goods & services** | IC 035: Management of professional athletes. |
| **Class** | 035 |
| **Serial** | 90106250 |
| **Owners** | Samuel J. Spina (INDIVIDUAL; USA) |

### MINICLIP MINI FOOTBALL

| | |
|---|---|
| **Wordmark** | MINICLIP MINI FOOTBALL |
| **Status** | LIVE  REGISTERED |
| **Goods & services** | IC 009: Downloadable computer game programs; Downloadable video game... |
| **Class** | 009, 041 |
| **Serial** | 79326911 |
| **Owners** | Miniclip SA (SOCIÉTÉ ANONYME (SA); SWITZERLAND) |

### Eagleclaw Football Club

| | |
|---|---|
| **Wordmark** | EAGLECLAW FOOTBALL CLUB |
| **Status** | LIVE  REGISTERED |



| | |
|---|---|
| **Wordmark** | GIRLPOWER FLAG FOOTBALL |
| **Status** | LIVE  REGISTERED |

| | |
|---|---|
| **Goods & services** | IC 041: Athletic and sport services, namely, soccer coaching, soccer... |
| **Class** | 041 |
| **Serial** | 86227809 |
| **Owners** | CAMPOS, JOSEPH M. (INDIVIDUAL; USA) |

| | |
|---|---|
| **Goods & services** | IC 041: Entertainment services in the nature of flag football games,... |
| **Class** | 041 |
| **Serial** | 97812761 |
| **Owners** | GIRLPOWERFLAG LLC (LIMITED LIABILITY COMPANY; FLORIDA, USA) |



| | |
|---|---|
| **Wordmark** | 2MD: VR FOOTBALL |
| **Status** | LIVE  REGISTERED |
| **Goods & services** | IC 009: Computer game software; Computer game software for personal... |
| **Class** | 009 |
| **Serial** | 87427431 |
| **Owners** | Truant Pixel, LLC (LIMITED LIABILITY COMPANY; OHIO, USA) |

| | |
|---|---|
| **Wordmark** | 2MD VR FOOTBALL |
| **Status** | LIVE  REGISTERED |
| **Goods & services** | IC 009: Computer game software; Computer game software for personal... |
| **Class** | 009 |
| **Serial** | 87429103 |
| **Owners** | Truant Pixel, LLC (LIMITED LIABILITY COMPANY; OHIO, USA) |



| | |
|---|---|
| **Wordmark** | PASSIONATE FOOTBALL |
| **Status** | LIVE  REGISTERED |
| **Goods & services** | IC 025: Bras; Coats; Dresses; Hats; Headbands; Headwear; Lingerie;... |
| **Class** | 025 |
| **Serial** | 90407969 |
| **Owners** | D2K IP (LIMITED LIABILITY COMPANY; TEXAS, USA) |

| | |
|---|---|
| **Wordmark** | AKRON FOOTBALL |
| **Status** | LIVE  REGISTERED |
| **Goods & services** | IC 041: Entertainment services, namely, presenting collegiate football... |
| **Class** | 041 |
| **Serial** | 88495732 |
| **Owners** | The University of Akron (state university; OHIO, USA) |



| | |
|---|---|
| **Wordmark** | FOOTBALL SMARTS |
| **Status** | LIVE  REGISTERED |
| **Goods & services** | IC 009: Educational software featuring instruction in the field of... |
| **Class** | 009, 041 |
| **Serial** | 79208074 |
| **Owners** | Football Smarts Pty Ltd (Company; AUSTRALIA) |

| | |
|---|---|
| **Wordmark** | HYPE FOOTBALL |
| **Status** | LIVE  REGISTERED |
| **Goods & services** | IC 025: Shorts; Sweatpants; T-shirts; Sweatshirts. |
| **Class** | 025 |
| **Serial** | 90086322 |
| **Owners** | Acosta, Robert (INDIVIDUAL; USA) |

Feedback

## FOOTBALL FREDDIE

| | |
|---|---|
| Wordmark | FOOTBALL FREDDIE |
| Status | LIVE  REGISTERED |
| Goods & services | IC 016: Children's books; Coloring books; Picture books; Series of... |
| Class | 016 |
| Serial | 87588612 |
| Owners | Schneider, Marnie (INDIVIDUAL; USA) |

## FOOTBALL ROYALTY

| | |
|---|---|
| Wordmark | FOOTBALL ROYALTY |
| Status | LIVE  REGISTERED |
| Goods & services | IC 025: Hats; Pants; Shirts; Shorts; Sweatpants; Sweatshirts;... |
| Class | 025 |
| Serial | 87617291 |
| Owners | Steven L. Teregis (INDIVIDUAL; USA) |

## Bella Football

| | |
|---|---|
| Wordmark | BELLA FOOTBALL |
| Status | LIVE  REGISTERED |
| Goods & services | IC 009: Downloadable mobile applications for arranging soccer related... |
| Class | 009 |
| Serial | 90643450 |
| Owners | Bella Football, Inc. (CORPORATION; DELAWARE, USA) |



| | |
|---|---|
| Wordmark | FOOTBALL IQ |
| Status | LIVE  REGISTERED |
| Goods & services | IC 009: Computer software for virtual reality games, virtual reality... |
| Class | 009, 041, 042 |
| Serial | 79222100 |
| Owners | SOCCER SCIENCE, S.L. (SOCIEDAD LIMITADA; SPAIN) |



| | |
|---|---|
| Wordmark | FOOTBALL BINGO |
| Status | LIVE  REGISTERED |
| Goods & services | IC 028: Bingo cards used in a bingo style game played in accordance... |
| Class | 028 |
| Serial | 77455472 |
| Owners | SIDELINE SPORTS, INC. (CORPORATION; SOUTH CAROLINA, USA) |

## USA FOOTBALL

| | |
|---|---|
| Wordmark | USA FOOTBALL |
| Status | LIVE  REGISTERED |
| Goods & services | IC 041: Educational and entertainment services, namely youth sports... |
| Class | 041 |
| Serial | 78341626 |
| Owners | USA Football, Inc. (NON-PROFIT CORPORATION; VIRGINIA, USA) |

## Football Wizard

| | |
|---|---|
| Wordmark | FOOTBALL WIZARD |
| Status | LIVE  REGISTERED |
| Goods & services | IC 009: Downloadable electronic game software for use on mobile and... |
| Class | 009 |
| Serial | 88015070 |



| | |
|---|---|
| Wordmark | AFL ARENA FOOTBALL LEAGUE |
| Status | LIVE  REGISTERED |
| Goods & services | IC 016: Printed annual media guides containing information about... |
| Class | 016, 025 |
| Serial | 76440734 |

| | |
|---|---|
| Owners | Novoani, LLC (LIMITED LIABILITY COMPANY; TEXAS, USA) |
| Owners | G6 SPORTS GROUP LLC (LIMITED LIABILITY COMPANY; DELAWARE, USA) |



| | |
|---|---|
| Wordmark | AFL ARENA FOOTBALL LEAGUE |
| Status | LIVE   REGISTERED |
| Goods & services | IC 041: Entertainment Services, namely organizing and presenting... |
| Class | 041 |
| Serial | 76435290 |
| Owners | G6 SPORTS GROUP LLC (LIMITED LIABILITY COMPANY; DELAWARE, USA) |

| | |
|---|---|
| Wordmark | #1 GRIP IN FOOTBALL |
| Status | LIVE   REGISTERED |
| Goods & services | IC 028: Football gloves; Non-medicated topically applied ointment, gel... |
| Class | 028 |
| Serial | 87871269 |
| Owners | Grip Boost Inc. (CORPORATION; MARYLAND, USA) |



| | |
|---|---|
| Wordmark | FOOTBALL TRILLIONAIRE |
| Status | LIVE   REGISTERED |
| Goods & services | IC 028: Board games; equipment for playing board games, namely,... |
| Class | 028, 041 |
| Serial | 79207678 |
| Owners | Rajinder Sharma (INDIVIDUAL; UNITED KINGDOM) |

| | |
|---|---|
| Wordmark | FOOTBALL CAFE |
| Status | LIVE   REGISTERED |
| Goods & services | IC 025: Hats; Shirts. |
| Class | 025 |
| Serial | 87777554 |
| Owners | Studio Sport LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA) |

| | |
|---|---|
| Wordmark | FOOTBALL CAFE |
| Status | LIVE   REGISTERED |
| Goods & services | IC 043: Cafés; Restaurant and café services. |
| Class | 043 |
| Serial | 87837849 |
| Owners | Studio Sport LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA) |

| | |
|---|---|
| Wordmark | FLAG FOOTBALL |
| Status | LIVE   REGISTERED |
| Goods & services | IC 028: football with a detachable tail. |
| Class | 028 |
| Serial | 74488481 |
| Owners | Rudell, Elliot (INDIVIDUAL; USA) |



| | |
|---|---|
| Wordmark | FOOTBALL MEDIA |
| Status | LIVE   REGISTERED |

| | |
|---|---|
| Wordmark | SHOTGUN FOOTBALL |
| Status | LIVE   REGISTERED |

| | |
|---|---|
| Goods & services | IC 035: Advertising services; advertising agency services; digital... |
| Class | 035, 036 |
| Serial | 90329465 |
| Owners | Football Media PVT Limited (COMPANY; ENGLAND, UNITED KINGDOM) |

| | |
|---|---|
| Goods & services | IC 028: Equipment sold as a unit for playing indoor and outdoor... |
| Class | 028 |
| Serial | 88347642 |
| Owners | Larsen, Chad (INDIVIDUAL; USA) |

### Football Pizza

| | |
|---|---|
| Wordmark | FOOTBALL PIZZA |
| Status | LIVE   REGISTERED |
| Goods & services | IC 030: Fresh pizza. |
| Class | 030 |
| Serial | 77043434 |
| Owners | Crescent Moon Bakery, Inc. (CORPORATION; MINNESOTA, USA) |

### Football Central

| | |
|---|---|
| Wordmark | FOOTBALL CENTRAL |
| Status | LIVE   REGISTERED |
| Goods & services | IC 041: Wagering services. |
| Class | 041 |
| Serial | 77198824 |
| Owners | WESTGATE LAS VEGAS RESORT, LLC (LIMITED LIABILITY COMPANY; DELAWARE, USA) |





| | |
|---|---|
| Wordmark | FOOTBALL TRIATHLON |
| Status | LIVE   REGISTERED |
| Goods & services | IC 041: Audio, video and multimedia production, and photography;... |
| Class | 041 |
| Serial | 79238615 |
| Owners | Hilla Entertainment Oy (PRIVATE LIMITED COMPANY; FINLAND) |

| | |
|---|---|
| Wordmark | ARENA FOOTBALL |
| Status | LIVE   REGISTERED |
| Goods & services | IC 025: clothing, namely, shirts, shorts, hats, sweat suits, warm-up... |
| Class | 025 |
| Serial | 75510140 |
| Owners | G6 SPORTS GROUP LLC (LIMITED LIABILITY COMPANY; DELAWARE, USA) |

### ELECTRIC FOOTBALL



| | |
|---|---|
| Wordmark | ELECTRIC FOOTBALL |
| Status | LIVE   REGISTERED |
| Goods & services | IC 028: FOOTBALL GAME IN WHICH PLAYING PIECES REPRESENTING FOOTBALL... |
| Class | 028 |
| Serial | 75441697 |
| Owners | TUDOR GAMES, INC. (CORPORATION; WASHINGTON, USA) |

| | |
|---|---|
| Wordmark | USA FOOTBALL |
| Status | LIVE   REGISTERED |
| Goods & services | IC 041: Educational and entertainment services, namely youth sports... |
| Class | 041 |
| Serial | 78341632 |
| Owners | USA Football, Inc. (NON-PROFIT CORPORATION; VIRGINIA, USA) |



50 per page ▾    |◁   ◁   Page 1 of 14   ▷   ▷|   ↑

# Receive updates from the USPTO

Enter your email to subscribe or update your preferences

your@email.com                                                                                             Subscribe

About the USPTO   •   Search for patents   •   Search for trademarks

US Department of Commerce
Accessibility
Privacy Policy
Financial and Performance Data
Freedom of Information Act
Inspector General
NoFEAR Act
USA.gov

Follow us

Feedback