IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| USA FOOTBALL, INC., *et al.* § <br> Plaintiffs/Counterdefendants, § <br> § <br> v. § <br> § <br> TIMOTHY B. ROBINSON, § <br> USA FOOTBALL, INC., § <br> Defendants/Counterplaintiffs. § | CIVIL ACTION NO. H-03-4858 |

**FINAL JUDGMENT**

In accordance with the Memorandum and Order issued this day it is hereby

**ORDERED** that the NFL's Motion for Summary Judgment [Doc. # 41] is **GRANTED**. It is further

**ORDERED** that Plaintiffs the National Football League and USA Football, Inc.'s use of the trademark "USA Football" to promote the sport of amateur football at the high school and youth level in the United States does not infringe the rights of Defendants Timothy Robinson and USA Football, Inc. because it does not infringe a protected trademark, dilute a protected trademark, constitute a false designation of origin, or constitute unfair competition as to Defendants It is further

**ORDERED** that Robinson shall take nothing by way of his claims in this case.

SIGNED at Houston, Texas, this 20th day of September 2004.

*[Signature]*
Nancy F. Atlas
United States District Judge