**Survey Data Map**

| Variable Information | |
|---|---|
| Variable | Label |
| Respondent_ID | Respondent ID |
| EndDate | End Date |
| Duration_in_seconds | Duration (in seconds) |
| Random_order | Yes, No order |
| Reverse_order | Reverse order |
| Q.A | What is your gender? (SELECT ONE RESPONSE) |
| Q.B | What is your age? (SELECT ONE RESPONSE) |
| Q.C | Please enter the ZIP code of your home address. |
| Q.Region | Region |
| Q.D_1 | In the next 12 months, which, if any, of the following are you likely to register or sign up for, either for you or for a child? For each, please answer yes, no, or you don't know. (SELECT ONE RESPONSE FOR EACH) - Sports leagues or teams |
| Q.D_2 | In the next 12 months, which, if any, of the following are you likely to register or sign up for, either for you or for a child? For each, please answer yes, no, or you don't know. (SELECT ONE RESPONSE FOR EACH) - Music lessons |
| Q.D_3 | In the next 12 months, which, if any, of the following are you likely to register or sign up for, either for you or for a child? For each, please answer yes, no, or you don't know. (SELECT ONE RESPONSE FOR EACH) - Dance classes |
| Q.D_4 | In the next 12 months, which, if any, of the following are you likely to register or sign up for, either for you or for a child? For each, please answer yes, no, or you don't know. (SELECT ONE RESPONSE FOR EACH) - Volunteer activities or services |
| Q.E_1 | In the next 12 months, which, if any, of the following types of sports leagues or teams are you likely to register or sign up for, either for you or for a child? For each type of sports league or team, please answer yes, no, or you don't know. (SELECT ONE RESPONSE FOR EACH TYPE OF SPORTS LEAGUE OR TEAM) - Flag football |
| Q.E_2 | In the next 12 months, which, if any, of the following types of sports leagues or teams are you likely to register or sign up for, either for you or for a child? For each type of sports league or team, please answer yes, no, or you don't know. (SELECT ONE RESPONSE FOR EACH TYPE OF SPORTS LEAGUE OR TEAM) - Basketball |
| Q.E_3 | In the next 12 months, which, if any, of the following types of sports leagues or teams are you likely to register or sign up for, either for you or for a child? For each type of sports league or team, please answer yes, no, or you don't know. (SELECT ONE RESPONSE FOR EACH TYPE OF SPORTS LEAGUE OR TEAM) - Ice hockey |
| Q.E_4 | In the next 12 months, which, if any, of the following types of sports leagues or teams are you likely to register or sign up for, either for you or for a child? For each type of sports league or team, please answer yes, no, or you don't know. (SELECT ONE RESPONSE FOR EACH TYPE OF SPORTS LEAGUE OR TEAM) - Pickleball |
| Q.E_5 | In the next 12 months, which, if any, of the following types of sports leagues or teams are you likely to register or sign up for, either for you or for a child? For each type of sports league or team, please answer yes, no, or you don't know. (SELECT ONE RESPONSE FOR EACH TYPE OF SPORTS LEAGUE OR TEAM) - Soccer |
| Q.E_6 | In the next 12 months, which, if any, of the following types of sports leagues or teams are you likely to register or sign up for, either for you or for a child? For each type of sports league or team, please answer yes, no, or you don't know. (SELECT ONE RESPONSE FOR EACH TYPE OF SPORTS LEAGUE OR TEAM) - Softball |
| Q.E_7 | In the next 12 months, which, if any, of the following types of sports leagues or teams are you likely to register or sign up for, either for you or for a child? For each type of sports league or team, please answer yes, no, or you don't know. (SELECT ONE RESPONSE FOR EACH TYPE OF SPORTS LEAGUE OR TEAM) - Singles tennis |

Exhibit 9 - Botner Expert Report                Page 1

**Survey Data Map**

| Variable Information ||
|---|---|
| Variable | Label |
| Q.E_8 | In the next 12 months, which, if any, of the following types of sports leagues or teams are you likely to register or sign up for, either for you or for a child? For each type of sports league or team, please answer yes, no, or you don't know. (SELECT ONE RESPONSE FOR EACH TYPE OF SPORTS LEAGUE OR TEAM) - Volleyball |
| Q.F | For quality control purposes, please select the number seven from the list below. (SELECT ONE RESPONSE) |
| Q.G | Please indicate the type of device you are using to take this survey. (SELECT ONE RESPONSE) |
| Q.Cell | Cell |
| Q.I | Please imagine that you are using Google to search for "flag football events." The image below shows the web page on Google with the search term "flag football events" entered in the search bar.<br>Because this is an image, any links in the image are not active.<br>Please look at the web page as you normally would if you saw it while searching on Google for flag football events. You may need to scroll to see the entire web page.<br>Do you see the web page clearly? (SELECT ONE RESPONSE) |
| Q.J | Imagine that your search on Google for "flag football events" provided the search results shown in the image below.<br>Because this is an image, any links in the image are not active.<br>Please look at the search results as you normally would if you saw these results after your Google search for "flag football events." You may need to scroll to see all of the search results. There will be a slight delay before you can proceed in the survey.<br>Do you see the search results clearly? (SELECT ONE RESPONSE) |
| Q.M | Did you see all of the web pages clearly? (SELECT ONE RESPONSE) |
| Q.1 | Below are pictures of the web pages you just viewed. Do you think that any of these web pages are owned or operated by the same company or organization? Please answer yes, no, or you don't know. (SELECT ONE RESPONSE) |
| Q.2_1 | Below are pictures of the web pages you just viewed. Please select the web pages that you think are owned or operated by the same company or organization, or you may select "I don't know."  To select a response, click or tap the check box next to it. When you are done, please click or tap the "Next" button at the bottom of the screen. (SELECT ALL THAT APPLY) - USA Football |
| Q.2_2 | Below are pictures of the web pages you just viewed. Please select the web pages that you think are owned or operated by the same company or organization, or you may select "I don't know."  To select a response, click or tap the check box next to it. When you are done, please click or tap the "Next" button at the bottom of the screen. (SELECT ALL THAT APPLY) - USA Flag |
| Q.2_3 | Below are pictures of the web pages you just viewed. Please select the web pages that you think are owned or operated by the same company or organization, or you may select "I don't know."  To select a response, click or tap the check box next to it. When you are done, please click or tap the "Next" button at the bottom of the screen. (SELECT ALL THAT APPLY) - NFL Flag |
| Q.2_4 | Below are pictures of the web pages you just viewed. Please select the web pages that you think are owned or operated by the same company or organization, or you may select "I don't know."  To select a response, click or tap the check box next to it. When you are done, please click or tap the "Next" button at the bottom of the screen. (SELECT ALL THAT APPLY) - American Flag Football League |
| Q.2_5 | Below are pictures of the web pages you just viewed. Please select the web pages that you think are owned or operated by the same company or organization, or you may select "I don't know."  To select a response, click or tap the check box next to it. When you are done, please click or tap the "Next" button at the bottom of the screen. (SELECT ALL THAT APPLY) - I don't know |

Exhibit 9 - Botner Expert Report                                                                                                                                     Page 2

**Survey Data Map**

| Variable Information | |
|---|---|
| Variable | Label |
| Q.3_TEXT | You indicated that the two web pages below are owned or operated by the same company or organization. What makes you think that? Please be as specific as possible. - , - Text |
| Q.3_Code1 | Q.3 Code = 1 (see Exhibit 10) |
| Q.3_Code2 | Q.3 Code = 2 (see Exhibit 10) |
| Q.3_Code3 | Q.3 Code = 3 (see Exhibit 10) |
| Q.3_Code9 | Q.3 Code = 9 (see Exhibit 10) |
| Q.3_Code10 | Q.3 Code = 10 (see Exhibit 10) |
| Q.4 | Below are pictures of the web pages you just viewed. Do you think that any of these web pages are from companies or organizations that are connected or affiliated with each other? Please answer yes, no, or you don't know. (SELECT ONE RESPONSE) |
| Q.5_1 | Below are pictures of the web pages you just viewed. Please select the web pages from companies or organizations that you think are connected or affiliated with each other, or you may select "I don't know." To select a response, click or tap the check box next to it. When you are done, please click or tap the "Next" button at the bottom of the screen. (SELECT ALL THAT APPLY) - USA Football |
| Q.5_2 | Below are pictures of the web pages you just viewed. Please select the web pages from companies or organizations that you think are connected or affiliated with each other, or you may select "I don't know." To select a response, click or tap the check box next to it. When you are done, please click or tap the "Next" button at the bottom of the screen. (SELECT ALL THAT APPLY) - USA Flag |
| Q.5_3 | Below are pictures of the web pages you just viewed. Please select the web pages from companies or organizations that you think are connected or affiliated with each other, or you may select "I don't know." To select a response, click or tap the check box next to it. When you are done, please click or tap the "Next" button at the bottom of the screen. (SELECT ALL THAT APPLY) - NFL Flag |
| Q.5_4 | Below are pictures of the web pages you just viewed. Please select the web pages from companies or organizations that you think are connected or affiliated with each other, or you may select "I don't know." To select a response, click or tap the check box next to it. When you are done, please click or tap the "Next" button at the bottom of the screen. (SELECT ALL THAT APPLY) - American Flag Football League |
| Q.5_5 | Below are pictures of the web pages you just viewed. Please select the web pages from companies or organizations that you think are connected or affiliated with each other, or you may select "I don't know." To select a response, click or tap the check box next to it. When you are done, please click or tap the "Next" button at the bottom of the screen. (SELECT ALL THAT APPLY) - I don't know |
| Q.6_TEXT | You indicated that the two web pages below are from companies or organizations that are connected or affiliated. What makes you think that? Please be as specific as possible. - , - Text |
| Q.6_Code1 | Q.6 Code = 1 (see Exhibit 10) |
| Q.6_Code2 | Q.6 Code = 2 (see Exhibit 10) |
| Q.6_Code3 | Q.6 Code = 3 (see Exhibit 10) |
| Q.6_Code9 | Q.6 Code = 9 (see Exhibit 10) |
| Q.6_Code10 | Q.6 Code = 10 (see Exhibit 10) |
| Q.7 | You may or may not be aware that the International Olympic Committee approved the addition of flag football to the Olympic program for the 2028 summer games in Los Angeles. With that in mind, please answer the following question.<br>Below are the pictures of the web pages from companies or organizations that you viewed earlier in this survey. Which, if any, web page below do you think is from the company or organization that will organize and lead the U.S. National Flag Football Team? Please select one web page, or you may select "none" or "I don't know." (SELECT ONE RESPONSE) |
| Q.8_1 | Do you or does any member of your household work for any of the following types of companies? For each type of company, please answer yes, no, or you don't know.  (SELECT ONE RESPONSE FOR EACH TYPE OF COMPANY) - An advertising or public relations agency |

Exhibit 9 - Botner Expert Report                                                                                                                                                          Page 3

**Survey Data Map**

| Variable Information | |
|---|---|
| Variable | Label |
| Q.8_2 | Do you or does any member of your household work for any of the following types of companies? For each type of company, please answer yes, no, or you don't know.  (SELECT ONE RESPONSE FOR EACH TYPE OF COMPANY) - A marketing research agency |
| Q.8_3 | Do you or does any member of your household work for any of the following types of companies? For each type of company, please answer yes, no, or you don't know.  (SELECT ONE RESPONSE FOR EACH TYPE OF COMPANY) - A company that operates or organizes flag football events |
| Q.9 | How many surveys about flag football have you participated in during the past 30 days? (SELECT ONE RESPONSE) |
| Q.10 | Please re-enter the ZIP code of your home address. |
| Q.11 | To verify, please re-enter the ZIP code of your home address. |
| Q.12 | Please read the statement that follows and click or tap either "I agree" or "I disagree." If any portion of the statement is not true, please click or tap "I disagree." <br> STATEMENT <br> I am the person who was invited to participate in this survey. I completed this survey myself, without assistance or advice from any other person or source, and in accordance with the instructions provided in the survey. The answers I have provided are truthful expressions of my situation and opinions. |

Exhibit 9 - Botner Expert Report                                                                                                                                                    Page 4

**Survey Data Map**

| Variable Values | | |
|---|---|---|
| **Value** | **ID** | **Label** |
| Random_order | 1 | Yes-No order |
| | 2 | No-Yes order |
| Reverse_order | 1 | Questionnaire order |
| | 2 | Reverse order |
| Q.A | 1 | Male |
| | 2 | Female |
| | 3 | Non-binary or other |
| | 4 | Prefer not to answer |
| Q.B | 1 | 17 years old or younger |
| | 2 | 18 to 34 years old |
| | 3 | 35 to 54 years old |
| | 4 | 55 years old or older |
| | 5 | Prefer not to answer |
| Q.C | | Enter response |
| Q.Region | 1 | Midwest |
| | 2 | Northeast |
| | 3 | South |
| | 4 | West |
| Q.D_1 | 1 | Yes, I am likely to register or sign up for this in the next 12 months, either for me or for a child |
| | 2 | No, I am not likely to register or sign up for this in the next 12 months, either for me or for a child |
| | 3 | I don't know |
| Q.D_2 | 1 | Yes, I am likely to register or sign up for this in the next 12 months, either for me or for a child |
| | 2 | No, I am not likely to register or sign up for this in the next 12 months, either for me or for a child |
| | 3 | I don't know |
| Q.D_3 | 1 | Yes, I am likely to register or sign up for this in the next 12 months, either for me or for a child |
| | 2 | No, I am not likely to register or sign up for this in the next 12 months, either for me or for a child |
| | 3 | I don't know |
| Q.D_4 | 1 | Yes, I am likely to register or sign up for this in the next 12 months, either for me or for a child |
| | 2 | No, I am not likely to register or sign up for this in the next 12 months, either for me or for a child |
| | 3 | I don't know |
| Q.E_1 | 1 | Yes, I am likely to register or sign up for this type of sports league or team in the next 12 months, either for me or for a child |
| | 2 | No, I am not likely to register or sign up for this type of sports league or team in the next 12 months, either for me or for a child |
| | 3 | I don't know |
| Q.E_2 | 1 | Yes, I am likely to register or sign up for this type of sports league or team in the next 12 months, either for me or for a child |
| | 2 | No, I am not likely to register or sign up for this type of sports league or team in the next 12 months, either for me or for a child |
| | 3 | I don't know |
| Q.E_3 | 1 | Yes, I am likely to register or sign up for this type of sports league or team in the next 12 months, either for me or for a child |
| | 2 | No, I am not likely to register or sign up for this type of sports league or team in the next 12 months, either for me or for a child |
| | 3 | I don't know |

Exhibit 9 - Botner Expert Report                                                                 Page 5

**Survey Data Map**

| Value | ID | Variable Values |
|---|---|---|
| | | **Label** |
| Q.E_4 | 1 | Yes, I am likely to register or sign up for this type of sports league or team in the next 12 months, either for me or for a child |
| | 2 | No, I am not likely to register or sign up for this type of sports league or team in the next 12 months, either for me or for a child |
| | 3 | I don't know |
| Q.E_5 | 1 | Yes, I am likely to register or sign up for this type of sports league or team in the next 12 months, either for me or for a child |
| | 2 | No, I am not likely to register or sign up for this type of sports league or team in the next 12 months, either for me or for a child |
| | 3 | I don't know |
| Q.E_6 | 1 | Yes, I am likely to register or sign up for this type of sports league or team in the next 12 months, either for me or for a child |
| | 2 | No, I am not likely to register or sign up for this type of sports league or team in the next 12 months, either for me or for a child |
| | 3 | I don't know |
| Q.E_7 | 1 | Yes, I am likely to register or sign up for this type of sports league or team in the next 12 months, either for me or for a child |
| | 2 | No, I am not likely to register or sign up for this type of sports league or team in the next 12 months, either for me or for a child |
| | 3 | I don't know |
| Q.E_8 | 1 | Yes, I am likely to register or sign up for this type of sports league or team in the next 12 months, either for me or for a child |
| | 2 | No, I am not likely to register or sign up for this type of sports league or team in the next 12 months, either for me or for a child |
| | 3 | I don't know |
| Q.F | 1 | 1 |
| | 2 | 3 |
| | 3 | 5 |
| | 4 | 7 |
| | 5 | 9 |
| Q.G | 1 | Desktop computer |
| | 2 | Laptop computer |
| | 3 | Tablet |
| | 4 | Smartphone |
| | 5 | Some other type of device not listed above |
| | 6 | I don't know |
| Q.Cell | 1 | Test: USA Football web page (Image 003); USA Flag web page (Test Image 106); NFL Flag web page (Image 004); American Flag Football League (Image 005) |
| | 2 | Control: USA Football web page (Image 003); FFWCT web page (Control Image 206); NFL Flag web page (Image 004); American Flag Football League (Image 005) |
| Q.I | 1 | Yes, I do see the web page clearly |
| | 2 | No, I do not see the web page clearly |
| | 3 | I don't know |

Exhibit 9 - Botner Expert Report                                                                                                                                    Page 6

**Survey Data Map**

| Variable Values | | |
|---|---|---|
| **Value** | **ID** | **Label** |
| Q.J | 1 | Yes, I do see the search results clearly |
| | 2 | No, I do not see the search results clearly |
| | 3 | I don't know |
| Q.M | 1 | Yes, I did see all of the web pages clearly |
| | 2 | No, I did not see all of the web pages clearly |
| | 3 | I don't know |
| Q.1 | 1 | Yes, some of these web pages are owned or operated by the same company or organization |
| | 2 | No, none of these web pages are owned or operated by the same company or organization |
| | 3 | I don't know |
| Q.2_1 | 1 | Selected USA Football web page (Image 003) |
| Q.2_2 | 1 | Selected USA Flag web page (Test Image 106)/FFWCT web page (Control Image 206) |
| Q.2_3 | 1 | Selected NFL Flag web page (Image 004) |
| Q.2_4 | 1 | Selected American Flag Football League (Image 005) |
| Q.2_5 | 1 | Selected I don't know |
| Q.3_TEXT | | Enter response |
| Q.3_Code1 | 0 | Not mentioned |
| | 1 | Mentioned |
| Q.3_Code2 | 0 | Not mentioned |
| | 1 | Mentioned |
| Q.3_Code3 | 0 | Not mentioned |
| | 1 | Mentioned |
| Q.3_Code9 | 0 | Not mentioned |
| | 1 | Mentioned |
| Q.3_Code10 | 0 | Not mentioned |
| | 1 | Mentioned |
| Q.4 | 1 | Yes, some of these web pages are from companies or organizations that are connected or affiliated |
| | 2 | No, none of these web pages are from companies or organizations that are connected or affiliated |
| | 3 | I don't know |
| Q.5_1 | 1 | Selected USA Football web page (Image 003) |
| Q.5_2 | 1 | Selected USA Flag web page (Test Image 106)/FFWCT web page (Control Image 206) |
| Q.5_3 | 1 | Selected NFL Flag web page (Image 004) |
| Q.5_4 | 1 | Selected American Flag Football League (Image 005) |
| Q.5_5 | 1 | Selected I don't know |
| Q.6_TEXT | 1 | Enter response |
| Q.6_Code1 | 0 | Not mentioned |
| | 1 | Mentioned |
| Q.6_Code2 | 0 | Not mentioned |
| | 1 | Mentioned |
| Q.6_Code3 | 0 | Not mentioned |

Exhibit 9 - Botner Expert Report                                                                                                                        Page 7

**Survey Data Map**

| Variable Values | | |
|---|---|---|
| **Value** | **ID** | **Label** |
|  | 1 | Mentioned |
| Q.6_Code9 | 0 | Not mentioned |
|  | 1 | Mentioned |
| Q.6_Code10 | 0 | Not mentioned |
|  | 1 | Mentioned |
| Q.7 | 1 | USA Football web page (Image 003) |
|  | 2 | USA Flag web page (Test Image 106)/FFWCT web page (Control Image 206) |
|  | 3 | NFL Flag web page (Image 004) |
|  | 4 | American Flag Football League (Image 005) |
|  | 5 | None of these web pages |
|  | 6 | I don't know |
| Q.8_1 | 1 | Yes, someone in my household works for this type of company |
|  | 2 | No, no one in my household works for this type of company |
|  | 3 | I don't know |
| Q.8_2 | 1 | Yes, someone in my household works for this type of company |
|  | 2 | No, no one in my household works for this type of company |
|  | 3 | I don't know |
| Q.8_3 | 1 | Yes, someone in my household works for this type of company |
|  | 2 | No, no one in my household works for this type of company |
|  | 3 | I don't know |
| Q.9 | 1 | None |
|  | 2 | 1 to 2 |
|  | 3 | 3 or more |
|  | 4 | I don't know |
| Q.10 |  | Enter response |
| Q.11 |  | Enter response |
| Q.12 | 1 | I agree |
|  | 2 | I disagree |

Exhibit 9 - Botner Expert Report                                                                                             Page 8