| Respondent ID | Q.2_1 | Q.2_2 | Q.2_3 | Q.2_4 | Q.3_TEXT | Q.5_1 | Q5_2 | Q5_3 | Q5_4 | Q.6_TEXT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | | 1 | | | | 1 | 1 | | |
| 5 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 17 | 1 | 1 | 1 | | They look alot like a duplicate | | | | | |
| 19 | 1 | 1 | | | Both are named USA Flag or USA football | | | | | |
| 21 | 1 | 1 | 1 | | Because they have the same name USA in it | | | | | |
| 22 | 1 | 1 | | | By the way the page is displayed | | | | | |
| 27 | | | | | | | | | | |
| 29 | | | 1 | 1 | | | | | | |
| 31 | | | | | | 1 | | 1 | 1 | |
| 32 | | | | | | | | | | |
| 33 | | | 1 | 1 | | | 1 | 1 | | |
| 35 | 1 | | 1 | | | 1 | 1 | | 1 | The logo is the reason on why I think they could be corresponded to the same company or organization |
| 39 | | | | | | | | | | |
| 41 | 1 | 1 | 1 | | I really like how well informed this information is | | | | | |
| 42 | 1 | | | 1 | | | | | | |
| 43 | 1 | 1 | | 1 | they look very similar | | | | | |
| 44 | | | | | | 1 | 1 | | | The name honestly is very similar and close but I could be wrong |
| 46 | | | | | | | | | | |
| 51 | | | 1 | 1 | | 1 | | 1 | | |
| 56 | 1 | | 1 | | | 1 | 1 | | | Usa in the name |
| 58 | 1 | 1 | | | | | | | | |
| 59 | | | | | | 1 | 1 | | | They both are sponsors of the United States of |
| 60 | | | | | | | | | | |
| 61 | 1 | | 1 | | | | | | | |
| 64 | | 1 | 1 | | | | 1 | 1 | | |
| 66 | | | | | | | | | | |
| 68 | | | | | | | | | | |
| 71 | | 1 | 1 | | | 1 | | 1 | | |
| 75 | 1 | 1 | 1 | 1 | Idk | | | | | |
| 78 | 1 | 1 | | | They look similar and both have USA in name | | | | | |
| 79 | 1 | | | 1 | | 1 | | | 1 | |
| 82 | | 1 | 1 | | | 1 | 1 | | | Shows proper information on the USA football website |
| 85 | | | 1 | 1 | | | 1 | 1 | | |
| 86 | | | | | | | | | | |
| 87 | 1 | 1 | | | The names and logos are similar in text and color scheme | | | | | |
| 93 | 1 | 1 | | | Namw | | | | | |
| 96 | | | | | | | | | | |
| 97 | | | | | | | | | | |
| 99 | 1 | | 1 | 1 | | | 1 | 1 | 1 | |
| 100 | 1 | 1 | 1 | | The start of the web page names they are really similar | | | | | |
| 102 | 1 | | | 1 | | | 1 | 1 | | |
| 104 | 1 | | | 1 | | 1 | 1 | | | They look similar |
| 109 | | | | | | | | | | |
| 113 | | 1 | 1 | 1 | | 1 | 1 | 1 | 1 | Cuz they all look like they're with the symbols look like they're from the NFL FLAG football society |
| 116 | 1 | 1 | | | USA Flag and USA Football are really close names so I would think, without looking, that they are related in some sort of way. | | | | | |
| 117 | 1 | 1 | | | They both are usa. | | | | | |
| 119 | 1 | 1 | | | Because their both owned by the same domain | | | | | |
| 122 | | | 1 | 1 | | | 1 | 1 | | |
| 123 | | 1 | 1 | | | 1 | | 1 | | |
| 124 | | | | | | | | | | |
| 129 | | | | | | | | | | |

| # | A | B | C | D | Comment | E | F | G | H | Comment 2 |
|---|---|---|---|---|---|---|---|---|---|---|
| 130 | 1 | 1 | | 1 | Because | | | | | |
| 131 | | | | | | | | | | |
| 133 | 1 | 1 | | | They are both named very similar. They both use the USA football type of name. | | | | | |
| 136 | 1 | | 1 | | | 1 | 1 | | | |
| 137 | | | | | | | | | | |
| 138 | 1 | | | 1 | | | 1 | 1 | | |
| 140 | | | | | | | 1 | 1 | | |
| 142 | | | | | | | | | | |
| 145 | 1 | 1 | | | They both say USA flag football so it makes me believe its the same company | | | | | |
| 148 | 1 | | 1 | | | 1 | | 1 | | |
| 151 | 1 | 1 | 1 | | Has the word USA Stands out like a sword thumb they don't call it the United States for nothing | | | | | |
| 152 | | | | | | | | | | |
| 153 | 1 | 1 | 1 | 1 | They have been in the same place | | | | | |
| 155 | | | | | | | | | | |
| 157 | 1 | 1 | | | Both are from the same organization | | | | | |
| 159 | 1 | 1 | | | It because it contains the name "USA" and they're both football related. | | | | | |
| 160 | | 1 | | 1 | | | 1 | 1 | | |
| 161 | 1 | 1 | 1 | 1 | they are both designed similarly and focused on the same topic . also the layout of the site is the same basic usa flag colors . also both sites have the word usa | | | | | |
| 163 | 1 | 1 | | | They both have usa in the title and similar tjemes | | | | | |
| 164 | | | | | | 1 | 1 | | | They are both USA one is just flag and one is regular football and the pages kind of look similar |
| 167 | 1 | | 1 | 1 | | 1 | | 1 | 1 | |
| 172 | 1 | 1 | | 1 | I do not see much of a difference between USA football and USA flag football to be honest! | | | | | |
| 174 | | 1 | | 1 | | | | 1 | 1 | |
| 177 | | 1 | | 1 | | 1 | 1 | 1 | 1 | They have the same theme page and pretty much the way the page is set up are very similar. |
| 178 | 1 | 1 | 1 | | They have the same kind of logo | | | | | |
| 179 | | 1 | 1 | 1 | | | 1 | 1 | | |
| 180 | | | 1 | 1 | | 1 | | 1 | | |
| 182 | | | | | | | | | | |
| 187 | | | | | | 1 | 1 | | | They look like they have the same website setup |
| 188 | | | | | | | | | | |
| 190 | 1 | 1 | 1 | | They are both USA flag affiliates just different branding | | | | | |
| 195 | | | | | | | | | | |
| 196 | 1 | 1 | | | They both are pretty much advertising the same thing, US flag football. | | | | | |
| 197 | | 1 | | 1 | | | | 1 | 1 | |
| 198 | | | 1 | 1 | | | | 1 | 1 | |
| 200 | | | | | | 1 | 1 | | | both have usa in the name |
| 201 | | 1 | 1 | 1 | | | 1 | 1 | 1 | |
| 203 | | | | | | | 1 | 1 | | |
| 205 | 1 | | 1 | | | | | | | |
| 206 | | | | | | | | | | |
| 208 | | | | | | | 1 | 1 | 1 | |
| 210 | 1 | | 1 | | | 1 | 1 | | | |
| 211 | | | | | | 1 | 1 | | | What makes me think that is the interface of the website |
| 212 | | | | | | | | 1 | 1 | |
| 214 | | 1 | | 1 | | 1 | 1 | 1 | 1 | they are both united states flag football organizations |
| 215 | | | | | | 1 | 1 | | | I think in the website link I saw USA so probably the organization is connected somehow |
| 218 | | | 1 | 1 | | | 1 | 1 | | |
| 221 | 1 | 1 | | | Similar color scheme and name | | | | | |
| 224 | | | | | | | | | | |
| 225 | | | | | | | | | | |
| 228 | 1 | 1 | 1 | | they seem to me to be a similar organization both are USA flag football | | | | | |

| # | A | B | C | D | Comment | E | F | G | H | Comment |
|---|---|---|---|---|---|---|---|---|---|---|
| 230 | | | | | | | | | | |
| 232 | 1 | 1 | | 1 | The names of them | | | | | |
| 233 | | | | | | 1 | 1 | 1 | 1 | Their national flag football leagues |
| 236 | 1 | | 1 | | | 1 | 1 | | | |
| 237 | | | | | | | | | | |
| 239 | 1 | 1 | | | USA football name | | | | | |
| 240 | 1 | 1 | | | One is .com other is .org both look similar | | | | | |
| 242 | | | 1 | 1 | | 1 | 1 | | | Logos and styles |
| 245 | 1 | 1 | 1 | 1 | I say this because these all seem to be ran by the national Football League | | | | | |
| 249 | 1 | 1 | | | Their websites were very similar as were their claims. It seemed like that, anyway. This was just a guess. | | | | | |
| 250 | | | | | | | | | | |
| 252 | | | | | | | | | | |
| 253 | | | 1 | 1 | | | | 1 | 1 | |
| 257 | | 1 | 1 | | | 1 | | 1 | | |
| 258 | 1 | | 1 | | | 1 | | 1 | | |
| 259 | | | 1 | 1 | | | 1 | 1 | 1 | |
| 265 | | | 1 | 1 | | 1 | 1 | 1 | | |
| 266 | | | | | | 1 | 1 | | | |
| 267 | | | | | | | 1 | 1 | 1 | |
| 269 | | | | | | | | | | |
| 272 | 1 | 1 | | | USA football | | | | | |
| 273 | 1 | 1 | | | They seem very similar in design | | | | | |
| 274 | | | | | | | | | | |
| 277 | | | | | | | | | | |
| 278 | | | 1 | 1 | | | | 1 | 1 | |
| 283 | | | 1 | 1 | | | | 1 | 1 | |
| 284 | 1 | 1 | 1 | 1 | USA flag tournament | | | | | |
| 286 | | 1 | 1 | 1 | | 1 | 1 | 1 | 1 | The two of them are promoting the same event basically and that tells me that they are affiliated in some way since football in general would be the common denominator. |
| 287 | | | | | | | | | | |
| 288 | | | | | | | | | | |
| 290 | 1 | | | 1 | | 1 | | 1 | | |
| 297 | | 1 | | 1 | | | | | | |
| 300 | 1 | | 1 | | | 1 | | 1 | | |
| 302 | | | | | | | | | | |
| 304 | | | | | | | | | | |
| 307 | 1 | 1 | 1 | 1 | They all state American in the names | | | | | |
| 308 | | | | | | | 1 | 1 | | |
| 313 | | | | | | | | | | |
| 314 | 1 | 1 | | | They have a lot of the same set ups & events in the there flag football tournaments &. games. There websites are set up very closely as well. | | | | | |
| 316 | | | | | | | | | | |
| 319 | 1 | 1 | | | both start with USA and have the same colors along with design function buttons | | | | | |
| 320 | | 1 | 1 | 1 | | | 1 | 1 | 1 | |
| 321 | | | | | | 1 | 1 | | | They both say usa |
| 324 | 1 | 1 | 1 | 1 | The companies and the webpages are so similar they must be. | | | | | |
| 326 | | 1 | 1 | 1 | | 1 | | 1 | | |
| 329 | 1 | 1 | | | They have the same website name like usa | | | | | |
| 333 | | | | | | | | | | |
| 335 | | | | | | | | | | |
| 338 | 1 | 1 | | | USA flag and USA football I thought might have some relation to one another | | | | | |
| 340 | 1 | | 1 | 1 | | 1 | 1 | | 1 | I think because they all share the same values/perspective I will see much of a difference but maybe by different causes |
| 341 | | 1 | 1 | 1 | | | 1 | 1 | | |
| 343 | | 1 | | 1 | | | 1 | 1 | | |

| # | A | B | C | D | Comment | E | F | G | H | Comment 2 |
|---|---|---|---|---|---------|---|---|---|---|-----------|
| 347 | 1 | 1 | | | They both have USA in the name | | | | | |
| 348 | | | 1 | 1 | | | | | | |
| 351 | 1 | 1 | | | | | | | | |
| 352 | | 1 | 1 | | 1 | | 1 | 1 | 1 | 1 | It's all the same football stuff |
| 354 | | | | | | | | | | |
| 356 | 1 | | 1 | | | 1 | | 1 | 1 | |
| 360 | 1 | 1 | | | That's simply because it is what I think about it | | | | | |
| 361 | | | | | | | | | | |
| 363 | 1 | 1 | 1 | 1 | The both are about USA football and USA | | | | | |
| 365 | 1 | | | 1 | | | | | | |
| 366 | | | | | | 1 | 1 | 1 | | They are well known |
| 367 | | | | | | 1 | 1 | 1 | 1 | the graphics seem similar and the "usaflag" and "usafootball" both have the "usa" name in them |
| 368 | 1 | 1 | 1 | 1 | both are USA flag and football | | | | | |
| 372 | | | | | | | | | | |
| 375 | 1 | 1 | | | It's both "USA football" | | | | | |
| 376 | | 1 | 1 | | | | 1 | 1 | | |
| 378 | | | | | | | | | | |
| 379 | 1 | | 1 | | | | 1 | 1 | | |
| 380 | | 1 | 1 | | | | 1 | 1 | 1 | |
| 381 | 1 | 1 | | 1 | It tells information good | | | | | |
| 382 | | 1 | 1 | | | | 1 | 1 | | |
| 386 | | | | | | | | | | |
| 389 | | 1 | | 1 | | | | 1 | 1 | |
| 392 | 1 | 1 | | | You can see that they're both on the same web page under the same company's name | | | | | |
| 393 | | 1 | 1 | | | | 1 | 1 | | |
| 394 | 1 | 1 | 1 | | Usaflag | | | | | |
| 395 | 1 | 1 | | | Both has usa in it | | | | | |
| 399 | | 1 | 1 | 1 | | | | 1 | 1 | |
| 402 | | | | | | 1 | 1 | 1 | 1 | They style of the pages are very similar |
| 403 | | | | | | | | | | |
| 404 | 1 | 1 | 1 | 1 | I have seen them advertised together. | | | | | |
| 405 | 1 | 1 | | | Both flag football | | | | | |
| 406 | 1 | 1 | | | Great company | | | | | |
| 412 | | | | | | | | | | |
| 414 | 1 | 1 | | | The page layout | | | | | |
| 417 | | 1 | 1 | | | 1 | | 1 | | |
| 418 | 1 | | | 1 | | 1 | 1 | | Great service |
| 420 | 1 | 1 | 1 | | Yes because the results say that this is what it is so that has to be it | | | | | |
| 421 | | 1 | 1 | | | | | | | |
| 424 | | | | | | | | 1 | 1 | |
| 427 | | | | | | 1 | 1 | | They both are USA flag football |
| 428 | 1 | | 1 | | | | 1 | 1 | | |
| 431 | 1 | 1 | 1 | 1 | Well one league is for men and women . The other is for children 6 and up. | | | | | |
| 433 | | 1 | 1 | | | | | | | |
| 434 | | 1 | 1 | 1 | | 1 | | 1 | 1 | |
| 437 | 1 | 1 | | | The both say usa | | | | | |
| 442 | | | | | | 1 | 1 | | Both companies say USA football on them |
| 443 | | | | | | 1 | | 1 | | |
| 444 | 1 | 1 | 1 | 1 | Because In The Text It Clearly Has The Same Everything Thats The Only Thing That Makes Me Think That | | | | | |
| 447 | 1 | 1 | | | I think that those two are operated by the same company because it contains 'USA'. | | | | | |
| 449 | | | | | | | | | | |
| 450 | | | 1 | 1 | | | | | | |
| 452 | 1 | 1 | | | They good | | | | | |
| 453 | | | | | | 1 | 1 | | 1 | the page seems similar and the overall design |
| 454 | | | | | | | | | | |
| 458 | | | | | | 1 | 1 | | They both say USA |

| # | A | B | C | D | Comment | E | F | G | Comment 2 |
|---|---|---|---|---|---------|---|---|---|-----------|
| 461 | | | | | | | | | |
| 463 | 1 | 1 | 1 | 1 | It says USA Football on the top in the search bar. | | | | |
| 465 | | | 1 | 1 | | | 1 | 1 | |
| 469 | 1 | 1 | | | They both mention USA football | | | | |
| 472 | 1 | 1 | | | They both say USA | | | | |
| 474 | 1 | 1 | | | They have similar names | | | | |
| 476 | 1 | 1 | | | Both are "USA" flag football organizations. | | | | |
| 477 | | 1 | | 1 | | | 1 | 1 | |
| 480 | | | | | | | | | |
| 485 | | | | | | | | | |
| 488 | | | | | | 1 | 1 | | What makes me think those two pages that I clicked on were the ones affiliated is because they both say USA football and USA flag football |
| 489 | | 1 | | 1 | | | 1 | 1 | |
| 491 | | | | | | | | | |
| 494 | | 1 | 1 | | | | 1 | 1 | |
| 495 | 1 | 1 | | | there is "usa" in the names which gives me the clue that they are owned by the same complany/organization | | | | |
| 499 | | | | | | | | | |
| 501 | | | | | | | | | |
| 506 | 1 | 1 | | 1 | The way the American flag is colored. | | | | |
| 508 | | | | | | | | | |
| 510 | | | 1 | 1 | | | 1 | 1 | |
| 513 | 1 | 1 | | | both have usa and similar web design | | | | |
| 514 | 1 | | | 1 | | 1 | 1 | | Because there good companies |
| 518 | 1 | 1 | 1 | 1 | Because they both deal with football and are USA related | | | | |
| 520 | 1 | 1 | 1 | 1 | Nothing | | | | |
| 527 | | | | | | | | | |
| 531 | 1 | 1 | 1 | | They seem to have the same style as one another and logos are similar. | | | | |
| 532 | 1 | 1 | | | They have similar names and background colors | | | | |
| 533 | | 1 | 1 | 1 | | | 1 | 1 | |
| 535 | | | | | | | | | |
| 537 | | 1 | | 1 | | | 1 | | 1 |
| 538 | 1 | 1 | | | They both are USA named | | | | |
| 539 | 1 | 1 | | | USA | | | | |
| 540 | | 1 | 1 | | | | 1 | 1 | |
| 541 | | 1 | 1 | 1 | | | 1 | 1 | 1 |
| 542 | 1 | 1 | | | The brand names are similar | | | | |
| 543 | | | | | | 1 | 1 | 1 | 1 | There's obvious similarity between the two items being compared. |
| 545 | | | | | | | | | |
| 548 | 1 | 1 | | | They have the same design and layout | | | | |