| Respondent ID | Q.3_TEXT | Q.6_TEXT |
|---|---|---|
| 17 | They look alot like a duplicate | |
| 19 | Both are named USA Flag or USA football | |
| 21 | Because they have the same name USA in it | |
| 22 | By the way the page is displayed | |
| 35 | | The logo is the reason on why I think they could be corresponded to the same company or organization |
| 41 | I really like how well informed this information is | |
| 43 | they look very similar | |
| 44 | | The name honestly is very similar and close but I could be wrong |
| 56 | | Usa in the name |
| 59 | | They both are sponsors of the United States of |
| 75 | Idk | |
| 78 | They look similar and both have USA in name | |
| 82 | | Shows proper information on the USA football website |
| 87 | The names and logos are similar in text and color scheme | |
| 93 | Namw | |
| 100 | The start of the web page names they are really similar | |
| 104 | | They look similar |
| 113 | | Cuz they all look like they're with the symbols look like they're from the NFL FLAG football society |
| 116 | USA Flag and USA Football are really close names so I would think, without looking, that they are related in some sort of way. | |
| 117 | They both are usa. | |
| 119 | Because their both owned by the same domain | |
| 130 | Because | |
| 133 | They are both named very similar. They both use the USA football type of name. | |
| 145 | They both say USA flag football so it makes me believe its the same company | |
| 151 | Has the word USA Stands out like a sword thumb they don't call it the United States for nothing | |
| 153 | They have been in the same place | |

| | | |
|---|---|---|
| 157 | Both are from the same organization | |
| 159 | It because it contains the name "USA" and they're both football related. | |
| 161 | they are both designed similarly and focused on the same topic . also the layout of the site is the same basic usa flag colors . also both sites have the word usa | |
| 163 | They both have usa in the title and similar tjemes | |
| 164 | | They are both USA one is just flag and one is regular football and the pages kind of look similar |
| 172 | I do not see much of a difference between USA football and USA flag football to be honest! | |
| 177 | | They have the same theme page and pretty much the way the page is set up are very similar. |
| 178 | They have the same kind of logo | |
| 187 | | They look like they have the same website setup |
| 190 | They are both USA flag affiliates just different branding | |
| 196 | They both are pretty much advertising the same thing, US flag football. | |
| 200 | | both have usa in the name |
| 211 | | What makes me think that is the interface of the website |
| 214 | | they are both united states flag football organizations |
| 215 | | I think in the website link I saw USA so probably the organization is connected somehow |
| 221 | Similar color scheme and name | |
| 228 | they seem to me to be a similar organization both are USA flag football | |
| 232 | The names of them | |
| 233 | | Their national flag football leagues |
| 239 | USA football name | |
| 240 | One is .com other is .org both look similar | |
| 242 | | Logos and styles |
| 245 | I say this because these all seem to be ran by the national Football League | |
| 249 | Their websites were very similar as were their claims. It seemed like that, anyway. This was just a guess. | |

| | | |
|---|---|---|
| 272 | USA football | |
| 273 | They seem very similar in design | |
| 284 | USA flag tournament | |
| 286 | | The two of them are promoting the same event basically and that tells me that they are affiliated in some way since football in general would be the common denominator. |
| 307 | They all state American in the names | |
| 314 | They have a lot of the same set ups & events in the there flag football tournaments &. games. There websites are set up very closely as well. | |
| 319 | both start with USA and have the same colors along with design function buttons | |
| 321 | | They both say usa |
| 324 | The companies and the webpages are so similar they must be. | |
| 329 | They have the same website name like usa | |
| 338 | USA flag and USA football I thought might have some relation to one another | |
| 340 | | I think because they all share the same values/perspective I will see much of a difference but maybe by different causes |
| 347 | They both have USA in the name | |
| 352 | | It's all the same football stuff |
| 360 | That's simply because it is what I think about it | |
| 363 | The both are about USA football and USA | |
| 366 | | They are well known |
| 367 | | the graphics seem similar and the "usaflag" and "usafootball" both have the "usa" name in them |
| 368 | both are USA flag and football | |
| 375 | It's both "USA football" | |
| 381 | It tells information good | |
| 392 | You can see that they're both on the same web page under the same company's name | |
| 394 | Usaflag | |
| 395 | Both has usa in it | |

| | | |
|---|---|---|
| 402 | | They style of the pages are very similar |
| 404 | I have seen them advertised together. | |
| 405 | Both flag football | |
| 406 | Great company | |
| 414 | The page layout | |
| 418 | | Great service |
| 420 | Yes because the results say that this is what it is so that has to be it | |
| 427 | | They both are USA flag football |
| 431 | Well one league is for men and women . The other is for children 6 and up. | |
| 437 | The both say usa | |
| 442 | | Both companies say USA football on them |
| 444 | Because In The Text It Clearly Has The Same Everything Thats The Only Thing That Makes Me Think That | |
| 447 | I think that those two are operated by the same company because it contains 'USA'. | |
| 452 | They good | |
| 453 | | the page seems similar and the overall design |
| 458 | | They both say USA |
| 463 | It says USA Football on the top in the search bar. | |
| 469 | They both mention USA football | |
| 472 | They both say USA | |
| 474 | They have similar names | |
| 476 | Both are "USA" flag football organizations. | |
| 488 | | What makes me think those two pages that I clicked on were the ones affiliated is because they both say USA football and USA flag football |
| 495 | there is "usa" in the names which gives me the clue that they are owned by the same complany/organization | |
| 506 | The way the American flag is colored. | |
| 513 | both have usa and similar web design | |
| 514 | | Because there good companies |
| 518 | Because they both deal with football and are USA related | |
| 520 | Nothing | |

| | | |
|---|---|---|
| **531** | They seem to have the same style as one another and logos are similar. | |
| **532** | They have similar names and background colors | |
| **538** | They both are USA named | |
| **539** | USA | |
| **542** | The brand names are similar | |
| **543** | | There's obvious similarity between the two items being compared. |
| **548** | They have the same design and layout | |