| Respondent ID | Q.2_1 | Q.2_2 | Q.2_3 | Q.2_4 | Q.3_TEXT | Q.5_1 | Q5_2 | Q5_3 | Q5_4 | Q.6_TEXT |
|---|---|---|---|---|---|---|---|---|---|---|
| 17 | 1 | 1 | 1 | | They look alot like a duplicate | | | | | |
| 21 | 1 | 1 | 1 | | Because they have the same name USA in it | | | | | |
| 35 | 1 | | 1 | | | 1 | 1 | | 1 | The logo is the reason on why I think they could be corresponded to the same company or organization |
| 41 | 1 | 1 | 1 | | I really like how well informed this information is | | | | | |
| 43 | 1 | 1 | | 1 | they look very similar | | | | | |
| 75 | 1 | 1 | 1 | 1 | Idk | | | | | |
| 100 | 1 | 1 | 1 | | The start of the web page names they are really similar | | | | | |
| 113 | | 1 | 1 | 1 | | 1 | 1 | 1 | 1 | Cuz they all look like they're with the symbols look like they're from the NFL FLAG football society |
| 151 | 1 | 1 | 1 | | Has the word USA Stands out like a sword thumb they don't call it the United States for nothing | | | | | |
| 153 | 1 | 1 | 1 | 1 | They have been in the same place | | | | | |
| 161 | 1 | 1 | 1 | 1 | they are both designed similarly and focused on the same topic . also the layout of the site is the same basic usa flag colors . also both sites have the word usa | | | | | |
| 167 | 1 | | 1 | 1 | | 1 | | 1 | 1 | |
| 172 | 1 | 1 | | 1 | I do not see much of a difference between USA football and USA flag football to be honest! | | | | | |
| 177 | | 1 | | 1 | | 1 | 1 | 1 | 1 | They have the same theme page and pretty much the way the page is set up are very similar. |
| 178 | 1 | 1 | 1 | | They have the same kind of logo | | | | | |
| 190 | 1 | 1 | 1 | | They are both USA flag affiliates just different branding | | | | | |
| 214 | | 1 | | 1 | | 1 | 1 | 1 | 1 | they are both united states flag football organizations |
| 228 | 1 | 1 | 1 | | they seem to me to be a similar organization both are USA flag football | | | | | |
| 232 | 1 | 1 | | 1 | The names of them | | | | | |
| 233 | | | | | | 1 | 1 | 1 | 1 | Their national flag football leagues |
| 239 | 1 | 1 | | | USA football name | | | | | |
| 245 | 1 | 1 | 1 | 1 | I say this because these all seem to be ran by the national Football League | | | | | |
| 284 | 1 | 1 | 1 | 1 | USA flag tournament | | | | | |
| 286 | | 1 | 1 | 1 | | 1 | 1 | 1 | 1 | The two of them are promoting the same event basically and that tells me that they are affiliated in some way since football in general would be the common denominator. |
| 307 | 1 | 1 | 1 | 1 | They all state American in the names | | | | | |
| 324 | 1 | 1 | 1 | 1 | The companies and the webpages are so similar they must be. | | | | | |
| 340 | 1 | | 1 | 1 | | 1 | 1 | | 1 | I think because they all share the same values/perspective I will see much of a difference but maybe by different causes |
| 352 | | 1 | 1 | 1 | | 1 | 1 | 1 | 1 | It's all the same football stuff |
| 363 | 1 | 1 | 1 | 1 | The both are about USA football and USA | | | | | |
| 366 | | | | | | 1 | 1 | 1 | | They are well known |
| 367 | | | | | | 1 | 1 | 1 | 1 | the graphics seem similar and the "usaflag" and "usafootball" both have the "usa" name in them |
| 368 | 1 | 1 | 1 | 1 | both are USA flag and football | | | | | |
| 381 | 1 | 1 | | 1 | It tells information good | | | | | |
| 394 | 1 | 1 | 1 | | Usaflag | | | | | |
| 399 | | 1 | 1 | 1 | | | | 1 | 1 | |
| 402 | | | | | | 1 | 1 | 1 | 1 | They style of the pages are very similar |
| 404 | 1 | 1 | 1 | 1 | I have seen them advertised together. | | | | | |
| 420 | 1 | 1 | 1 | | Yes because the results say that this is what it is so that has to be it | | | | | |
| 431 | 1 | 1 | 1 | 1 | Well one league is for men and women . The other is for children 6 and up. | | | | | |
| 434 | | 1 | 1 | 1 | | | 1 | | 1 | |
| 444 | 1 | 1 | 1 | 1 | Because In The Text It Clearly Has The Same Everything Thats The Only Thing That Makes Me Think That | | | | | |
| 463 | 1 | 1 | 1 | 1 | It says USA Football on the top in the search bar. | | | | | |
| 506 | 1 | 1 | | 1 | The way the American flag is colored. | | | | | |
| 518 | 1 | 1 | 1 | 1 | Because they both deal with football and are USA related | | | | | |
| 520 | 1 | 1 | 1 | 1 | Nothing | | | | | |
| 531 | 1 | 1 | 1 | | They seem to have the same style as one another and logos are similar. | | | | | |
| 543 | | | | | | 1 | 1 | 1 | 1 | There's obvious similarity between the two items being compared. |