# EXHIBIT 3

# DAVIS DEPO EXCERPTS

# FILED UNDER SEAL