# EXHIBIT 4

# BURNETT DEPO EXCERPTS

# FILED UNDER SEAL