**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **FFWCT, LLC; USA FLAG, LLC; AND TRAVIS BURNETT,** | § § § | |
| **Plaintiffs,** | § § | **Civil Action Nos. 4:23-cv-00465-ALM and 4:23-cv-00516-ALM** |
| **v.** | § § | |
| **USA FOOTBALL, INC.,** | § § | |
| **Defendant.** | § § | |

---

**FFWCT, LLC'S, USA FLAG, LLC'S, AND TRAVIS BURNETT'S MOTION TO SEAL DOCUMENTS DESIGNATED AS CONFIDENTIAL OR ATTORNEYS' EYES ONLY**

---

Pursuant to Local Rule CV-5(a)(7), FFWCT, LLC, USA Flag, LLC, and Travis Burnett (the FFWCT Parties") move for leave to file under seal two exhibits in connection with their Reply in support of the FFWCT Parties' Motion for Partial Summary Judgment on USA Football's Claim for Damages in Civil Action No. 4:23-cv-00516-ALM.   Both of these documents has been designated as Confidential or Attorneys Eyes Only by one or more parties or a non-party to this matter, pursuant to the Protective Order (Dkt. 21).

The documents to be filed under seal are referenced in the Declaration of Mark D. Nielsen, filed concurrently herewith ("Nielsen Decl."), and include:

1.     Exhibit 3 to the Nielsen Decl. – Excerpts from the deposition transcript of Charles Davis, which have been designated either Confidential or Attorneys Eyes Only by the FFWCT Parties.

2.     Exhibit 4 to the Nielsen Decl. – Excerpts from the deposition transcript of Travis Burnett, which have been designated either Confidential or Attorneys Eyes Only by the FFWCT

Parties.

Accordingly, in compliance with Local Rule CV-5(a)(7)(E) requiring sealing of "information that has been designated as confidential or proprietary under a protective order," the FFWCT Parties respectfully request that these documents be sealed and admitted into evidence with their Reply in support of the FFWCT Parties' Motion for Partial Summary Judgment on USA Football's Claim for Damages.

The FFWCT Parties further respectfully request that if for any reason any portion of this Motion is denied, the Court not strike the documents (as contemplated by Local Rule CV-5(a)(7)(E)), but instead allow them to appear on the docket unsealed.

Respectfully submitted,

**SCHEEF & STONE, L.L.P.**

Date:   June 28, 2024

*/s/ Mark D. Nielsen*
**Mark D. Nielsen**
Texas Bar No. 24062361
Mark.Nielsen@solidcounsel.com
**Bryan Haynes**
Texas Bar No. 09283520
Bryan.Haynes@solidcounsel.com
2600 Network Blvd., Suite 400
Frisco, Texas 75034
(214) 472-2100 Telephone
(214) 472-2150 Fax

**Michael C. Smith**
Texas Bar No. 18650410
Michael.Smith@solidcounsel.com
113 East Austin Street
Marshall, Texas 75670
(903) 938-8900 Telephone

**ATTORNEYS FOR FFWCT, LLC, USA FLAG, LLC, AND TRAVIS BURNETT**

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY, that on June 28, 2024, a true and correct copy of the foregoing was electronically filed with the Court using the ECF system, which will send a notification of the filing via electronic mail to all counsel of record.

*/s/ Mark D. Nielsen*
Mark D. Nielsen

Respectfully submitted,

**SCHEEF & STONE, L.L.P.**

Date:   June 28, 2024

*/s/ Mark D. Nielsen*

**Mark D. Nielsen**
Texas Bar No. 24062361
Mark.Nielsen@solidcounsel.com
**Bryan Haynes**
Texas Bar No. 09283520
Bryan.Haynes@solidcounsel.com
2600 Network Blvd., Suite 400
Frisco, Texas 75034
(214) 472-2100 Telephone
(214) 472-2150 Fax

**Michael C. Smith**
Texas Bar No. 18650410
Michael.Smith@solidcounsel.com
113 East Austin Street
Marshall, Texas 75670
(903) 938-8900 Telephone

**ATTORNEYS FOR PLAINTIFFS**
**FFWCT, LLC, USA FLAG, LLC, AND**
**TRAVIS BURNETT**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on June 28, 2024, a true and correct copy of the foregoing was electronically filed with the Court using the ECF system, which will send a notification of the filing via electronic mail to all counsel of record.

*/s/ Mark D. Nielsen*
Mark D. Nielsen