**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **FFWCT, LLC; USA FLAG, LLC; AND TRAVIS BURNETT,** § § § | |
| Plaintiffs, § § | Civil Action Nos. 4:23-cv-00465-ALM and 4:23-cv-00516-ALM |
| v. § § | |
| **USA FOOTBALL, INC.,** § § | |
| Defendant. § | |

**ORDER GRANTING MOTION TO SEAL DOCUMENTS**

The Court, after reviewing FFWCT, LLC, USA Flag, LLC, and Travis Burnett's (the "FFWCT Parties") Motion to Seal Documents, enters this Order GRANTING the FFWCT Parties' motion and deeming the following documents, which are exhibits submitted with the FFWCT Parties' Reply in support of the FFWCT Parties' Motion for Partial Summary Judgment on USA Football's Claim for Damages, filed under seal as of June 28, 2024, the date the Reply was filed:

1. Exhibit 3 to the Nielsen Decl. – Excerpts from the deposition transcript of Charles Davis.

2. Exhibit 4 to the Nielsen Decl. – Excerpts from the deposition transcript of Travis Burnett.