IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| FFWCT, LLC; USA FLAG, LLC; AND TRAVIS BURNETT, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:23-cv-00465-ALM |
| USA FOOTBALL, INC., | § § | |
| Defendant, | § § | |

### **DECLARATION OF ANNE RICCHIUTO**

1. My name is Anne Ricchiuto. I am of legal age and have never been convicted of any felony or crime involving dishonesty.

2. I am authorized to sign this declaration as an attorney for Peele Law Group, PC, which is counsel of record for USA Football in the above-captioned litigation (the "Action"). I make this declaration of my own personal knowledge. If called as a witness, I could and would competently testify to the truth of the matters asserted herein.

3. On June 27, 2024, I visited the website *https://www.usopc.org/ngb-audit* at which I reviewed the following menu:

**POLICIES & SCHEDULES**

- ★ NGB Audit Policy
- ★ NGB Audit Schedule
- ★ NGB Compliance Standards

4. By clicking on "NGB Compliance Standards," I accessed the USOPC's NGB Compliance Standards, which can be found at:

https://assets.contentstack.io/v3/assets/blt9e58afd92a18a0fc/bltbbdf434f2f1354e4/645bc40ec79695bfc3e27379/NGB_Compliance_Standards_2022_FINAL-ua.pdf

https://www.usopc.org/affiliate-organizations. A true and correct copy of the standards as they appear at that URL is attached hereto as Exhibit 1.

I declare under the laws of the United States of America that the foregoing statements are true and correct.

Executed this 28th day of June, 2024.

Signature: *Anne K. Ricchiuto*
Name: Anne Ricchiuto
Title: Of Counsel, Peele Law Group