Transcript of Travis Burnett, Corporate Designee & Individually  1 (1 to 4)
Conducted on April 12, 2024

---

**Page 1**

```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF TEXAS
                      SHERMAN DIVISION

USA FOOTBALL, INC.,         )
                            )
        Plaintiff,          )
                            )
VS.                         ) CIVIL ACTION NOS.:
                            ) 4:23-CV-00465
FFWCT, LLC; USA FLAG, LLC;  ) and 4:23-CV-00561-ALM
AND TRAVIS BURNETT,         )
                            )
        Defendants.         )
                            )

           -----------------------------------

              ORAL AND VIDEOTAPED DEPOSITION OF

                   FFWCT, LLC AND USA FLAG, LLC

              BY AND THROUGH ITS DESIGNATED REPRESENTATIVE

                         TRAVIS BURNETT

                         APRIL 12, 2024

           -----------------------------------
```

ORAL AND VIDEOTAPED DEPOSITION OF TRAVIS BURNETT, produced as a witness at the instance of the Plaintiff, and duly sworn, was taken in the above-styled and numbered cause on April 12, 2024, from 9:13 a.m. to 5:41 p.m., before Kim A. McCann, CSR in and for the State of Texas, reported by machine shorthand, at the offices of Scheef & Stone, LLP, 2600 Network Blvd., Suite 400, Frisco, Texas, pursuant to the Federal Rules of Civil Procedure.

---

**Page 2**

A P P E A R A N C E S

FOR THE PLAINTIFF:

    Anne K. Ricchiuto, Esq.
    Ashley Hodges, Esq.
    PEELE LAW GROUP
    49 Boone Billage
    Box 299
    Zionsville, Indiana 46077
    (202) 964-4500
    (202) 964-4502
    aricchiuto@peelelawgroup.com

FOR THE DEFENDANTS FFWCT, LLC; USA FLAG, LLC; AND TRAVIS BURNETT:

    Bryan Haynes, Esq.
    SCHEEF & STONE, LLP
    2600 Network Blvd.
    Suite 400
    Frisco, Texas 75034
    (214) 472-2100
    (214) 472-2150 fax
    Bryan.Haynes@solidcounsel.com

ALSO PRESENT:

    Brian Krieger, Videographer

---

**Page 3**

INDEX
                                              PAGE
Appearances...........................................  2

TRAVIS BURNETT
    Examination by Ms. Ricchiuto.....................  8

EXHIBITS

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 86 | Email dated 6/7/17 from Travis Burnett to Matt Reimel re USA Flag, FFWCT 5761 | 38 |
| Exhibit 87 | Business Plan Proposal for USA Football | 72 |
| Exhibit 88 | Trademark/Service Mark Application dated 4/21/2020 | 102 |
| Exhibit 89 | Trademark/Service Mark Application TEAS Plus Application dated 4/17/22 | 123 |
| Exhibit 90 | Facebook post re USA Football sues USA Flag for Trademark Infringement | 139 |
| Exhibit 91 | Email dated 1/19/17 from Travis Burnett to Brittney Brothers re Rocksolid, USAFB 890 | 150 |
| Exhibit 92 | Screenshot from USA Flag's website, USAFB 1624 | 151 |
| Exhibit 93 | Screenshot of text messages dated 3/4/21, USAFB 822, USAFB 794 | 173 |
| Exhibit 94 | Screenshot of text messages dated 1/26/22, USAFB 827 | 177 |
| Exhibit 95 | Email dated 8/3/19 from Travis Burnett to Izell Reese, FFWCT 6607 to FFWCT 6620 | 215 |
| Exhibit 96 | Email dated 9/30/19 from Travis Burnett to Izell Reese re USA Flag with Business Plan Proposal attached, FFWCT 6662 to FFWCT 6678 | 218 |
| Exhibit 97 | Email dated 10/6/19 from Travis Burnett to Izell Reese re NFL Flag League, FFWCT 6770 | 224 |
| Exhibit 98 | Email dated 1/7/2020 from Izell Reese re FFWCT Meeting, FFWCT 6789 | 226 |
| Exhibit 99 | Email dated 3/3/2020 from Matthew Reimel to Travis Burnett re Blog Article, FFWCT 6884 | 227 |

---

**Page 4**

INDEX (Cont.)

| | | |
|---|---|---|
| Exhibit 100 | Email dated 5/6/2020 from Matt Reimel to Travis Burnett re NAIA Announcement, FFWCT 6916 | 230 |
| Exhibit 101 | Email dated 8/2/22 from Curtis Hollomon to Troy Vincent re calendar invite, NFL 66 | 248 |
| Exhibit 102 | NFL Proposed Partnership Budget August 2022, NFL 122 to NFL 127 | 267 |
| Exhibit 103 | Email dated 7/26/17 re FFWCT NDA from Travis Burnett to Mike Solow | 313 |
| Exhibit 104 | Email dated 3/9/23 from Sarah Wilhelmi to Travis Burnett re Hold USA Flag, FFWCT 473 to FFWCT 476 | 325 |
| Exhibit 105 | Email dated 7/19/23 from Holly Shick to Travis Burnett and Mark Storey re USA Flag USOPC Connect, FFWCT 503 to FFWCT 504 | 330 |
| Exhibit 106 | Email dated 1/19/24 from Travis Burnett re USA Flag USOPC Connect, CH 22 | 339 |
| Exhibit 107 | Email dated 10/18/23 from Scott Hallenbeck re USA Flag question, USAFB 1557 | 347 |
| Exhibit 108 | Email dated 6/25/22 from Travis Burnett to Aaron Flaker re General M&A Questions, FFWCT 7050 to FFWCT 7064 | 352 |
| Exhibit 109 | Email dated 7/20/22 from Michael Bodnar of Galt Group to Travis Burnett re Proforma, FFWCT 7077 to FFWCT 7135 | 366 |
| Exhibit 110 | Trademark Assignments dated 10/27/23, FFWCT 2076 to FFWCT 2087 | 371 |
| Exhibit 111 | Email dated 9/18/18 from Travis Burnett to Paul Sarvadi re Investment Opportunity with Business Plan.pdf attached, FFWCT 638 | 379 |
| Exhibit 112 | Email string dated 9/20/18 from Travis Burnett to Paul Sarvadi re Investment Opportunity, FFWCT 755 to FFWCT 759 | 384 |
| Exhibit 113 | Email dated 10/4/18 from Travis Burnett re FFWCT Docs with attachments, FFWCT 673 | 386 |
| Exhibit 114 | Email dated 11/13/18 from Travis Burnett to Paul Sarvadi re Investment Opportunity, FFWCT 773 to FFWCT 779 | 387 |

---

105

1  this time, in the fall of 2019, they were
2  transitional to Reigning Champs to start the 2020
3  program. Our league wasn't until 2020, but we
4  have marketing in in 2019.
5       So I reached out to USA Football. I
6  reached out to Izell Reese. They directed me to
7  Izell Reese because they weren't going to be
8  operating the program in the spring. Izell Reese
9  with Reigning Champs specifically emailed me and
10 said, This is the only logo we have. You would
11 have to use this on your flier for promotion
12 because, I guess -- I'm assuming they had not
13 developed their own yet. But this was the
14 official NFL Flag logo at the time for an
15 officially NFL Flag-sanctioned league that we
16 were going to promote.
17      Q. Okay. So a couple of questions on
18 that. When you say they were transitioning, is
19 that the NFL was transitioning --
20      A. Yes, I believe so. NFL Flag program
21 was transitioning from USA Football operating it
22 to Reigning Champs. Sorry.
23      Q. Okay. And so you asked Mr. Reese for
24 the 2020 branding for NFL Flag, and this is what
25 he provided to you.

106

1       Is that -- do I understand that
2  correctly?
3       A. I believe the exact way that it was,
4  I submitted this flier and asked him if he had
5  another logo that they wanted me to use, and he
6  said they did not and to use this.
7       Q. And this logo that we're looking at
8  in the lower right corner, is this all one image,
9  the NFL Flag and then the football and the
10 USA Football next to it, or are those two images
11 that are placed separately but adjacent to one
12 another?
13      A. I believe this is all one image.
14 This is what I was told to use.
15      Q. By whom?
16      A. Or this was all approved to use by
17 Izell Reese. That's all I know.
18      Q. Okay. So Izell approved the use of
19 this flier; correct?
20      A. Yes, ma'am.
21      Q. And did anybody approve use of this
22 flier in this application?
23      A. From who?
24      Q. Anybody.
25      A. I did.

107

1       Q. Okay.
2       A. Nobody from USA Football officially
3  approved this that I got permission from because
4  I did not realize that I needed that at the time.
5       Q. Okay. And then the only other
6  question I have on this, there's some -- if we go
7  to the front page, there's some language that
8  starts and it's in red type and it goes on to the
9  next page.
10      A. Okay.
11      Q. Is -- where did you get this language
12 that's in red?
13      A. I believe we used LegalZoom to file
14 this application, and I submitted, the way I
15 remember, my best efforts at writing a
16 identification -- whatever this is, and they
17 tweaked it on -- with some input on their behalf
18 as well.
19      Q. Is they AI or a human?
20      A. It would -- I don't know the answer
21 to that. It could have been LegalZoom support or
22 whoever's on LegalZoom's side.
23      Q. Okay. Is it -- as you sit here
24 today, do you know that this language in red is
25 identical to ours except for it says "flag" every

108

1  time it says "football"?
2       A. I did not, no.
3       Q. You've never seen a side-by-side of
4  your language and our language?
5       A. I have not, no, ma'am.
6       Q. Okay. So when you generated this
7  text, you weren't sitting there with our
8  application and just --
9       A. I would not.
10      Q. -- typing it?
11      So it's a total coincidence that this
12 exact list is identical to our exact list?
13      A. I don't know if it's coincidence or
14 not, but I do know that I submitted my effort,
15 they tweaked it, and this is what they basically
16 said, Do you want to go with this, and I said,
17 Yes, to my knowledge. I don't remember anything
18 else.
19      Q. And they --
20      A. I don't know where they would have
21 gotten the information.
22      Q. Sorry. And they is LegalZoom?
23      A. LegalZoom, yes, ma'am.
24      Q. Okay. Number 33 should be already in
25 your stack. This is USAFB 69, the Event

109

1  Collaboration Agreement between at this -- now
2  we've gotten the shortened name, FFWCT and
3  USA Football.
4          Do you recognize this document?
5      A.  Yes, ma'am.
6      Q.  What was the point of the Event
7  Collaboration Agreement?
8      A.  At this point this was our second
9  agreement where we were more or less discussing
10 them -- their ability -- USA Football's ability
11 to activate at our events and scout for their
12 National Team program primarily.
13     Q.  How did that go?
14     A.  I think it went fine.  We -- for the
15 most part.  I mean, they -- we were with each
16 other for the first -- I mean, the entire year.
17 They wanted to continue scouting at our events,
18 we just didn't have a formal agreement after this
19 one concluded.  And we had our -- we definitely
20 had some issues, but I think it was all in all,
21 they scouted.  They were successful.  I think
22 both of our -- it was fine otherwise.
23     Q.  Is this one of the years where they
24 got double gold?
25     A.  This would have been 2021, so I

110

1  believe so.  I believe this was Israel where
2  they -- I think they won double gold.
3      Q.  And in this agreement there are
4  references to the fact that USA Football is the
5  governing body.
6          Do you remember that?
7      A.  I don't remember, but if you could
8  find it, I --
9      Q.  Sure.  It's on page 690.  I should
10 have done that to begin with.
11     A.  Okay.
12     Q.  Paragraph 4(b), FFWCT acknowledges
13 USAFB's role as football's national governing
14 body across all forms of American football
15 including tackle and flag football.
16     A.  Okay.
17     Q.  Do you see that?
18     A.  I do.
19     Q.  What -- what did you understand that
20 provision to mean at this time?
21     A.  That USA Football was telling us that
22 they were the national governing body for
23 football.
24     Q.  Including flag?
25     A.  Yes, including flag, I would imagine.

111

1  Across all forms of American football including
2  tackle and flag.
3      Q.  And what did national governing body
4  mean to you at this -- we talked about what it
5  meant to you in -- in 2017.
6          What did -- what did "national
7  governing body" mean to you here in 2021?
8      A.  In 2021 I -- I still did not fully
9  understand the qualification needed to become a
10 national governing body.  And all I knew that
11 USA Football had been advertising them self the
12 national governing body, so I assumed that it was
13 true.
14     Q.  Does -- at this time in 2021, was
15 flag football an Olympic sport?
16     A.  No, ma'am.
17     Q.  So there wouldn't have been a
18 certified national governing body, do we agree
19 about that?
20     A.  At this time, correct, I would agree.
21     Q.  Then this paragraph 4 -- 4(c) is the
22 paragraph that talks about your -- you're
23 stopping using USA Flag during the term of the
24 agreement.
25         Do you see that?

112

1      A.  Yes, ma'am.
2      Q.  What's your understanding about
3  before this agreement was entered whether there
4  were any legal risks to you for using USA Flag?
5      A.  Prior to this, I think USA Football
6  had sent us a cease-and-desist in 2020, which is
7  actually what led to this agreement.  So I
8  understood that USA Football did not want us to
9  use the USA Flag name.  But we'd also had many
10 discussions where we reiterated that we did not
11 feel like that their desire was accurate.  We
12 just disagreed.
13         But instead of resorting to legal
14 matters at the time, I -- I went to our lawyers
15 and was, like, Can we just discuss.  I mean, can
16 we have a conversation with them.  There's so
17 many mutually beneficial ways that we can still
18 collaborate I felt like.
19         So we set up a call, talked through
20 it, and we decided to work together.  And as part
21 of that arrangement, we knew that their desire
22 was for us to not use the USA Flag brand.  And at
23 the time we were not using it extensively, so we
24 agreed to just kind of table it for a year until
25 we figured this out.

297

1  called him, we figured it out, but we haven't had
2  any issue since then. But Izell's claiming that,
3  like, he's has all these issues with us.
4       He might have made a claim that,
5  like, he's tried to communicate. I don't know.
6  So I think I was just sending it to Troy and then
7  be like, look, I -- we've done all we can, this
8  is the last communication I had. That's all I
9  can think of.
10      Q. So on page 7414, Izell says:
11 (As read) If you want to continue any
12 conversations with us moving forward, I would
13 advise you to not go down the path of being
14 disruptive, and then ahead of that is: Travis,
15 be careful!
16      A. Yes.
17      Q. Is this the message that you got that
18 led to the conversation about NAIA?
19      A. Yes.
20      Q. Take a look at Exhibit Number 65,
21 please. That should be in your stack.
22      A. Yeah, I already have it.
23      Q. This is an email from Charles to
24 Nicole, Steve, Curt, and you. And I'm focused
25 on: (As read) I'd like for Curt to ask Troy and

298

1  Roman if there is an opportunity to move forward,
2  without using the NFL marks or name, to further
3  expand the sport on the adult space that they
4  still support if the NFL Flag avenue doesn't pan
5  out due to Izell.
6       Do you see that?
7       A. Yes, ma'am.
8       Q. And I think we have discussed in
9  detail today what "due to Izell" might mean.
10      Do you agree?
11      A. Yes.
12      Q. And at this point in October of 2022,
13 was there an understanding by you and Chuck that
14 it was possible that the NFL Flag avenue and
15 therefore the NFL deal might not pan out due to
16 Izell?
17      A. Yes, I believe we thought -- both
18 believed that might be a possibility.
19      Q. Is that, in fact, what happened?
20      A. Is what, in fact -- like, did this
21 happen or asking? Or what do you mean?
22      Q. Did the NFL Flag avenue not pan out
23 due to Izell?
24      A. The door number two was closed due to
25 Izell at that time, yes, as far as we know.

299

1       Q. And door number two was working with
2  the NFL on adult flag tournaments?
3       A. Yes.
4       Q. And for that you had asked the NFL to
5  pay you the amounts in the revised partnership
6  budgets that you looked at today?
7       A. Yes.
8       Q. Take a look at Number 67. This is --
9  so between the -- the last email we looked at was
10 October 10th. After October 10th, was that the
11 time that you kind of said you guys were waiting
12 and hoping to maybe connect with Izell, but
13 nothing else was really happening in the NFL. Is
14 that right?
15      A. Yes, ma'am, that would be the time.
16      Q. Okay. So in Exhibit 67, Curtis sends
17 an email message to Roman Oben saying: It is our
18 assumption that this will not move forward, and
19 that's referring to the FFWCT/USA Flag Football
20 Proposal.
21      Do you see that?
22      A. Yes.
23      Q. And you agree that this message that
24 was sent by Curtis to Roman was something that
25 was drafted and reviewed by you and Chuck and

300

1  Steve before it sent -- was sent?
2       A. Yes. We'd -- he had run it by us
3  first.
4       Q. And did it accurately reflect at that
5  time, November 17th of 2022, your assumption that
6  the collaboration with the NFL would not move
7  forward?
8       A. I believe so.
9       Q. Okay. If you'd take a look at
10 Exhibit Number 70. Were there any more
11 conversations with the NFL since this?
12      A. Since this?
13      Q. Sorry. Since the last -- since
14 Curtis sent this email to Roman that says, We
15 understand this will not move forward, have you
16 heard or spoken from anybody in NFL ops since
17 then?
18      A. I don't believe so directly from the
19 ops, no.
20      Q. Have you spoken to anybody at the
21 NFL?
22      A. I don't believe so.
23      Q. Exhibit Number 70 is CH 69. This is
24 one of a series of emails that were provided to
25 us about the Tampa -- the upcoming Tampa

301

1  tournament that would have taken place in January
2  of 2023.
3      Do you agree with that?
4  A. Yes.
5  Q. And they're between Curtis, Chuck,
6  Nicole, Steve, you, and then Steve's intern;
7  right?
8  A. Yes.
9  Q. Okay. And I want to look at the
10 first email at the top that's from Curtis to the
11 rest of the group where you-all are talking about
12 let's come up with a list of people that we would
13 like to come and see our events. And then you're
14 talking through if -- if we can get them to come,
15 what will we do with them, you know, probably
16 want to show them a good time; right?
17 A. Right.
18 Q. Okay. And Curtis says on his list of
19 things to do, hit on some of the things they had
20 concerns about.
21     Do you see that?
22 A. I do.
23 Q. So I take that to mean that
24 Mr. Hollomon was suggesting that if you could get
25 people from the NFL out to the event in January

302

1  of '23, you could hit on some of the things they
2  had concerns about while they were there in
3  person.
4  A. Right.
5  Q. What would that have been?
6  A. Their concerns? The NFL's?
7  Q. Yeah. How would you -- like, what
8  did he have in mind there or how would you
9  understand that you would hit on concerns when
10 you had them there in January 2023 if they were
11 to attend?
12     MR. HAYNES: Objection. Form.
13 A. I don't know for sure what those
14 concerns would have been, unless they're possibly
15 the ones we've already mentioned. I don't
16 have any -- I don't know for sure.
17 Q. Did you write him back and say, What
18 do you mean? Nobody has concerns about us.
19 A. If we did, it would be in here. I
20 don't remember.
21 Q. Okay. So as you sit here today, you
22 don't know what he means by have the people from
23 the NFL come and then you can hit on some of the
24 things they had concerns about?
25 A. I -- I don't know, no.

303

1      MR. HAYNES: I think we've been going
2  about an hour and a half.
3      MS. RICCHIUTO: Okay. That's fine.
4      MR. HAYNES: This is a decent
5  stopping place.
6      MS. RICCHIUTO: Sure. Go off the
7  record.
8      THE VIDEOGRAPHER: We're going off
9  the record. The time is 3:21 p.m.
10     (Break from 3:20 p.m. to 3:38 p.m.)
11     VIDEOGRAPHER: All right. The time
12 is 3:38 p.m. We're back on the record.
13 Q. (BY MS. RICCHIUTO) Okay. Travis,
14 can you go ahead and take a look at Exhibit
15 Number 68 in your pile. This is the lawsuit that
16 you and FFWCT and USA Flag filed against
17 USA Football.
18 A. Okay.
19 Q. Is there a reason why you are an
20 individual plaintiff in this lawsuit?
21 A. I don't know that there was a
22 specific reason other than Charles was not named
23 in the suit against us, and I didn't want to
24 bring him into anything specifically. And we
25 represent our country -- I mean, our company

304

1  pretty equally otherwise. I don't know.
2  Q. Okay. But in terms of -- so that
3  explains why there's no Charles.
4      Was there a particular reason why you
5  wanted to be an individual plaintiff here?
6  A. No.
7  Q. It was because you were named
8  individually in the other case?
9  A. I suppose. I really don't know,
10 yeah.
11 Q. Okay. I'm -- I want to try not to
12 talk about things that we've talked about a whole
13 bunch.
14     Yesterday Charles said that you-all
15 sued USA Football after they started to badger
16 you and come after you.
17 A. Is that what he said?
18 Q. That is what he said.
19 A. Okay.
20 Q. With different words, my impression
21 today is that your view is similar to that.
22     Is that fair?
23 A. I think we had a similar experience.
24 I don't know that that's -- I wouldn't classify
25 that to me is why I thought we sued USA Football,

**305**

1  no. But those extrinsics happening probably
2  contributed to it, in our opinion.
3      Q. And we've talked about the reasons
4  why you've already sued?
5      A. Yes, ma'am.
6      Q. Okay. Let's take a look at a few
7  allegations in the complaint. I'm assuming you
8  did not write this, but you tell me if that's not
9  correct.
10     A. I would assume that's a safe
11 assumption.
12     Q. You've may get into complaint writing
13 instead of blogs or something.
14     A. Well, maybe I'll -- I'll look into
15 it. But now at this one -- at this point in
16 time, I have not gotten into it yet.
17     Q. Okay. In paragraph 10 -- no,
18 page 10 -- I'm sorry -- page 10, paragraph 25.
19     A. Okay.
20     Q. And I want you to read the whole
21 sentence, if you want to. I'm focused on the
22 first sentence that -- that alleges that FFWCT
23 does not make representations that it is the
24 national governing body for football in the
25 United States.

**306**

1       Do you see that?
2      A. Where it says that we -- sorry, say
3  that one more time.
4      Q. It says basically USA Football claims
5  to be the national governing body, and we FFWCT
6  and USA Flag don't.
7       Do you see that?
8      A. Does not make the representation --
9  yes, I see that.
10     Q. Okay. And then if we go to page 11
11 in paragraph 29, there is a description in
12 paragraph 29 about communications with the NFL
13 Operations Team in and during 2022.
14      Do you see that?
15     A. Yes, ma'am.
16     Q. Is -- are those the substantial
17 amount of communications -- have we talked about
18 all those communications today?
19     A. Yes, those -- that's what we're
20 speaking of.
21     Q. Okay. And this says: A contract to
22 fund Plaintiff, USA Flag, to the tune of several
23 million dollars per year appeared in reach for
24 Plaintiffs.
25      Do agree with that?

**307**

1      A. Yes.
2      Q. Have you told me all the reasons that
3  that contract appeared in reach for USA Flag?
4      A. I believe so.
5      Q. (As read) Yet the NFL Operations Team
6  pivoted and informed Plaintiff that because of
7  Defendants USA Football's purported status as
8  the national governing body for football,
9  including flag football in the United States,
10 USA Football was the necessary party to such a
11 contract and that the NFL could not work with
12 Plaintiffs in the same capacity.
13      Do you see that?
14     A. Yes.
15     Q. The way that I read this, I get the
16 impression that, first, the contract appeared in
17 reach, and then there was a pivot.
18      Do you agree that's what it says?
19     A. I believe it does there was a pivot.
20     Q. Right. I think what the testimony
21 has been was that all in the same meeting, you
22 were told door one is not available; door two
23 seems promising.
24      Do you agree with that?
25     A. Yes.

**308**

1      Q. Okay. Set that aside at least for
2  now, and let's take a look at Exhibit Number 77
3  and Exhibit Number 78. They should be together
4  in your stack.
5      A. 77 and 78. All right.
6      Q. And these are not Bates numbered, but
7  they are documents that were filed in the
8  lawsuit, and we know that because they have that
9  blue crawl across the top. And I'll represent to
10 you it that was USA Football who filed them.
11     A. Okay.
12     Q. Number 77 -- Exhibit 77, Chuck told
13 me yesterday that this is from your website.
14      Do you agree with that?
15     A. I do.
16     Q. Okay. And on page 2 -- the second
17 page of what we have in front of us, there's that
18 highlighted language about "we declare NFL the
19 self-appointed national governing organization."
20      Do you see that?
21     A. I do.
22     Q. Okay. And then in 78, if you want to
23 look at them side by side, that's the same
24 section of your website printed out a week later,
25 but the language has changed.

309

1  Do you see that?
2  A. Okay.
3  Q. And because this is on the website,
4  Chuck said only you could talk about it.
5  A. Fair enough.
6  Q. So I want to understand why
7  there's -- what was the reason during the days
8  between July 6th and July 13th in 2023 that you
9  changed the language in Article 1 here?
10  A. I mean, I believe you guys had raised
11  concern about it, and I think we had talked about
12  it internally, just decided that it was something
13  that we could change and it wouldn't affect
14  anything else that we were doing. So we were --
15  went ahead and just -- just similar to how we had
16  done before and made some changes if it meant
17  appeasing somebody, that it didn't affect
18  anything else negatively on our end.
19  Q. Who was it supposed to appease?
20  A. I don't remember if it was something
21  that you guys raised or if it was in the suit or
22  whatever, but I think we just decided that, you
23  know, this is something that would be a -- a
24  quick change, it doesn't really affect it. That
25  doesn't mean that we agreed to it. We just

310

1  wanted to put in play so it doesn't cause any
2  future issues if that was the problem.
3  Q. It doesn't mean you agreed to it that
4  you put it on your website?
5  A. Doesn't mean we agreed to it that we
6  changed it. Doesn't mean we agreed that it was
7  wrong, just that it was something that we were
8  willing to do if it meant that it would make
9  another party happy.
10  Q. It would make somebody happy?
11  A. I would -- this is something that you
12  guys put in there, so I would imagine that it
13  would be something you guys don't want in there,
14  so we changed it. I don't know. I don't
15  remember what the exact reasoning was other than
16  we decided that it was something we could change.
17  Q. Do you remember in the complaint we
18  just looked at, there was an allegation that
19  USA Football calls itself the NGB and USA Flag
20  doesn't?
21  A. Yes.
22  Q. Okay. And do you agree that on
23  Exhibit 77, we've got "national governing
24  organization" and "ultimate governing body"
25  references; correct?

311

1  A. Yes.
2  Q. Now, neither of those are NGB. How
3  long had the language -- the highlighted language
4  in Exhibit 77 been on your website?
5  A. We had hired a individual to write
6  these for us. His name was Dave Ralston. It's
7  been probably four or five years, he had written
8  some of the rules and basically took our current
9  rules, reformatted it, placed it in here, and we
10  had kind of gone with most of his language for a
11  while. I don't remember exactly when that was,
12  but it had been several years, I believe.
13  Q. Is there a reason why that gentleman
14  who wrote these for you did not use the term
15  "national governing body"?
16  A. Probably. I don't know if that was
17  something we directed him not to use because we
18  were under the impression that was a official
19  title that we didn't hold or -- or not or if he
20  knew that himself. I don't remember having a
21  conversation about it.
22  Q. Okay. And then when USA Flag is
23  referred to as the ultimate governing body, I
24  think of "ultimate" as pretty prestigious?
25  A. Sure.

312

1  Q. Is that the connotation that it has
2  to you?
3  A. I just -- I think it -- I guess you
4  could say that. It depends on how you use it. I
5  think we were utilizing in the form of like for
6  our forms and styles of the sport, which very few
7  people encompass all forms and styles of the
8  sport, that we were the governing body that
9  encompassed all of that, and ultimate being
10  probably the highest level that we knew of, yeah.
11  Q. Are you aware of whether or not
12  today, as we sit here, on your website there
13  continue to be use of -- usage of the language in
14  77 in other places on your website?
15  A. I'm not -- I am not aware personally.
16  I'm not saying that there isn't. I don't know of
17  any that I -- I can point to, though.
18  Q. Do you remember when you made the
19  change to this section of your website making any
20  other changes?
21  A. I don't. I don't remember making any
22  other changes other than the article changes that
23  we already discussed. I don't -- I don't know if
24  there -- it's possible. I don't know.
25  Q. Okay. And you're comfortable that