Transcript of Charles Davis, Individually and as Designated Representative [1] (1 to 4)
Conducted on April 11, 2024

---

**Page 1**

```
 1         IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF TEXAS
 2                    SHERMAN DIVISION

 3   USA FOOTBALL, INC.,       )
                               )
 4           Plaintiff,        )
                               )
 5   VS.                       ) CIVIL ACTION NOS.:
                               ) 4:23-CV-00465
 6   FFWCT, LLC; USA FLAG, LLC;) and 4:23-CV-00516-ALM
     AND TRAVIS BURNETT,       )
 7                             )
             Defendants.       )
 8   ---------------------------------

 9        ORAL AND VIDEOTAPED DEPOSITION OF

10              FFWCT, LLC AND USA FLAG, LLC

11      BY AND THROUGH ITS DESIGNATED REPRESENTATIVE,

12                    CHARLES DAVIS,

13              AND IN HIS INDIVIDUAL CAPACITY

14                    APRIL 11, 2024

15   ---------------------------------

16

17       ORAL AND VIDEOTAPED DEPOSITION OF CHARLES DAVIS,

18   produced as a witness at the instance of the Plaintiff,

19   and duly sworn, was taken in the above-styled and

20   numbered cause on April 11, 2024, from 9:06 a.m. to

21   6:26 p.m., before Kim A. McCann, CSR in and for the State

22   of Texas, reported by machine shorthand, at the offices

23   of Scheef & Stone, LLP, 2600 Network Blvd., Suite 400,

24   Frisco, Texas, pursuant to the Federal Rules of Civil

25   Procedure.
```

**Page 2**

```
 1                  A P P E A R A N C E S

 2   FOR THE PLAINTIFF:

 3      Anne K. Ricchiuto, Esq.
        PEELE LAW GROUP
 4      49 Boone Billage
        Box  299
 5      Zionsville, Indiana 46077
        (202) 964-4500
 6      (202) 964-4502
        aricchiuto@peelelawgroup.com
 7
     FOR THE DEFENDANTS FFWCT, LLC; USA FLAG, LLC; AND TRAVIS
 8   BURNETT:

 9      Bryan Haynes, Esq.
        Taylor L. Harris, Esq.
10      SCHEEF & STONE, LLP
        2600 Network Blvd.
11      Suite 400
        Frisco, Texas 75034
12      (214) 472-2100
        (214) 472-2150 fax
13      Bryan.Haynes@solidcounsel.com

14
15   ALSO PRESENT:

16      Brian Krieger, Videographer
        Travis Burnett
17
```

**Page 3**

```
 1                       INDEX
                                                PAGE
 2   Appearances......................................  2

 3   CHARLES DAVIS

 4       Examination by Ms. Ricchiuto..................  8

 5
                       EXHIBITS
 6
     NO.         DESCRIPTION                          PAGE
 7
     Exhibit 26  USA Football, Inc.'s Amended Notice of
 8               Deposition of FFWCT, LLC and USA Flag,
                 LLC.................................. 12
 9   Exhibit 27  USA Flag Proposal.................... 50
     Exhibit 28  Email providing EIN for FFWCT, LLC... 67
10   Exhibit 29  Confidentiality & Nondisclosure
                 Agreement between USA Football, Inc.
11               And FFWCT............................ 71
     Exhibit 30  USA Football Partnership Proposal.... 72
12   Exhibit 31  Consulting Services Agreement........ 75
     Exhibit 32  USA Football 7/30/18 meeting agenda.. 79
13   Exhibit 33  FFWCT - USA Football, Inc. Event
                 Collaboration Agreement.............. 85
14   Exhibit 34  Partnership Renewal & Tampa
                 Announcement letter.................. 89
15   Exhibit 35  Email dated 2/9/22 from Eric Mayes re
                 USNFT - Catching up and Next steps... 93
16   Exhibit 36  Message string from Flag Football
                 World Championship Tour Community....135
17   Exhibit 37  30(b)(6) Categories of Testimony
                 Sought...............................144
18   Exhibit 38  Screenshot of social media page,
                 USAFB 1629...........................144
19   Exhibit 39  Printouts of social media images,
                 USAFB 324............................157
20   Exhibit 40  Printouts of LinkedIn images, FFWCT
                 2946 through 3005....................176
21   Exhibit 41  Printouts of Facebook images, FFWCT
                 3006 through 3168....................177
22   Exhibit 42  Email string dated 9/16/22 from Eric
                 Mayes to Travis/Charles re
23               USA Football Imagery on FFWCT Website,
                 USAFB 196............................180
24   Exhibit 43  Letter dated 7/1/2020 from Amie Peele
                 Carter to FFWCT, USAFB 769...........198
25
```

**Page 4**

```
 1                   INDEX (Cont.)

 2   Exhibit 44  Email dated 12/27/20 from Aaron Ingram
                 to Eric Mayes re Added "USA Flag",
 3               USAFB 1079...........................200
     Exhibit 45  Letter dated 11/21/23 from Peele Law
 4               Group to Scheef & Stone re
                 USA Football, Inc. V. FFWCT, LLC and
 5               Travis Burnett.......................203
     Exhibit 46  Email string dated 3/16/17 from
 6               Football World Tour to Merrill Squires
                 re Next Steps, FFWTC 1074 to FFWTC
 7               1088.................................212
     Exhibit 47  Email dated 9/15/21 from Steve Neil to
 8               Charles Davis re Meeting Invitation,
                 FFWCT 7001...........................227
 9   Exhibit 48  Email from Curtis Holloman to Troy
                 Vincent re Conversation Follow-up, NFL
10               93 to NFL 110........................233
     Exhibit 49  Email dated 6/15/22 from Troy Vincent
11               to Izell Reese re Follow-up Document,
                 NFL 62 to NFL 64.....................246
12   Exhibit 50  Email dated 6/5/22 from Charles Davis
                 to Steve Neil re USA Flag NFL
13               Partnership Budget.pdf, FFWCT 7029 to
                 FFWCT 7035...........................250
14   Exhibit 51  USA Flag NFL Partnership Overview, NFL
                 116 to NFL 121.......................258
15   Exhibit 52  Email dated 7/5/22 from Curtis
                 Holloman to Troy Vincent re Misc, NFL
16               65...................................261
     Exhibit 53  Email string dated 7/17/22 from
17               Charles Davis to Curtis Holloman,
                 Steve Neil, FFWCT 492 to FFWCT 493...266
18   Exhibit 54  Email dated 7/19/22 from Charles Davis
                 to Curtis Holloman, Steve Neil re
19               Meeting with Troy Vincent, FFWCT 7071..269
     Exhibit 55  Email dated 7/28/22 from Curtis
20               Holloman re 10am Troy, Kimberly &
                 Curtis Holloman, FFWCT 7201..........269
21   Exhibit 56  Email dated 8/10/22 from Charles Davis
                 to Steve Neil, Curtis Holloman, Travis
22               Burnett re Final Versions, FFWCT 7253
                 to FFWCT 7258........................271
23   Exhibit 57  Email dated 8/17/22 from Charles Davis
                 to Curtis Holloman, Steve Neil, Travis
24               Burnett re Possible Red Flag, CH 110..288
25
```

5

INDEX (Cont.)

Exhibit 58  Email dated 8/17/22 from Charles Davis to Curtis Hollomon, Steve Neil, Travis Burnett re Email for Troy & The Team (Final), CH 106........................295
Exhibit 59  Email dated 8/22/22 from Charles Davis to Curtis Hollomon re Update, follow up & Zoom, CH 103........................297
Exhibit 60  Email dated 8/31/22 from Steve Neil to Charles Davis re Deal Points Start, CH 101.....................................299
Exhibit 61  Zoom meeting invitation re 1pm NFL & USA Flag, FFWCT 441.....................302
Exhibit 62  Email dated 10/4/22 from Charles Davis re Working Document for Call, FFWCT 7370 to FFWCT 7383.....................314
Exhibit 63  Email dated 10/22.......................320
Exhibit 64  Email dated 10/4/22 from Charles Davis, Screenshots of text messages re Izell & Travis Convo, FFWCT 7412........322
Exhibit 65  Email dated 10/10/22 from Charles Davis........................................323
Exhibit 66  Email string dated 11/16/22 from Steve Neil, FFWCT 7509.....................333
Exhibit 67  Email dated 11/17/22 from Curtis Hollomon to Roman Oben re USA Flag Proposal Follow-up, CH 115..............334
Exhibit 68  Complaint filed by FFWCT, USA Flag and Travis Burnett.........................338
Exhibit 69  Email string dated 11/17/22 from Curtis Hollomon re USA Flag Proposal Follow-up, NFL 49.......................346
Exhibit 70  Email string dated 11/17/22 from Charles Davis re Tampa VIP Visitors List, CH 69............................352
Exhibit 71  Email string dated 11/29/22 from Charles Davis to Steve Neil re Next Steps, CH 59..............................354
Exhibit 72  Email dated 12/20/22 from Charles Davis re NFL Pro Bowl Games Las Vegas, CH 40....................................356
Exhibit 73  Email dated 8/10/23 from Charles Davis to Steve Neil re Additional bullet points, CH 2.............................361
Exhibit 74  Email dated 8/30/23 from Charles Davis to Curtis Hollomon and Steve Neil re 7v7 Pivot - Ignitor needed, CH 39.......363

6

INDEX (Cont.)

Exhibit 75  Email string dated 8/31/22 from Travis Burnett re USA Flag Follow Up, FFWCT 7695....................................366
Exhibit 76  Email dated 2/29/24 from Charles Davis to Curtis Hollomon re USA Football subpoenas, CH 41........................370
Exhibit 77  USA Flag Football Rulebook..............376
Exhibit 78  Printout from USA Flag's website printed on 7/13/23......................381
Exhibit 79  Email dated 10/24/22 from Travis Burnett to Steve Neil and Charles Davis re USOPC Member Application, FFWCT 7481............................384
Exhibit 80  Email dated 10/24/22 from Travis Burnett re USOPC Member Application with NGB Budget, FFWCT 7487............388
Exhibit 81  Screenshot from USA Flag Instagram, USAFB 1612............................400
Exhibit 82  Promotional graphic from USA Flag's Instagram, USAFB 1626....................402
Exhibit 83  Email string from Joe Banach to Scott Henson of Nike re Time on Friday, USAFB 1656............................406
Exhibit 84  Trademark Assignment, FFWCT 2074........420
Exhibit 85  Flag Football World Championship Tour balance sheet, FFWCT 8109...............421

7

P R O C E E D I N G S

THE VIDEOGRAPHER: Here begins Media Number 1 in the videotaped deposition of Charles Davis both individually and as representative of FFWCT and USA Flag. This is in the matter of USA Football, Incorporated versus FFWCT, LLC, et al. This is in the United States District Court for the Eastern District of Texas, Sherman Division filed as Civil Action Numbers 4:23-CV-00465 and 4:23-CV-00516-ALM.

Today's date is Thursday, April 11, 2024. Our time on the video monitor is 9:06 a.m. The videographer today is Brian Krieger representing Planet Depos. This video deposition is taking place at 2600 Network Boulevard, Suite 400 in Frisco, Texas.

If counsel would please identify themselves and please state who they represent.

MS. RICCHIUTO: Anne Ricchiuto for USA Football. And -- sorry -- and I also have with me Ashley Hodges for USA Football.

MR. HAYNES: Bryan Haynes for WWCT, LLC, USA Flag, LLC, and Travis Burnett. And Taylor Harris is also present.

THE VIDEOGRAPHER: Okay. Our court

8

reporter today is Kim McCann also representing Planet Depos. And now the witness will be sworn.

CHARLES DAVIS,

Having been first duly sworn, testified as follows:

EXAMINATION

BY MS. RICCHIUTO:

Q. Good morning, Mr. Davis.

A. Good morning. How are you?

Q. I'm Anne Ricchiuto. We met just a second ago, I represent USA Football here to take your deposition today.

Have you ever been deposed before?

A. No, ma'am.

Q. Have you ever watched a video of a deposition?

A. I believe so. I would assume so.

Q. Well, whose -- whose deposition have you watched --

A. Just something on TV, yeah.

Q. Okay.

A. Nothing like this.

Q. Have you ever, like, sat in on a deposition like Travis is doing today?

A. No, ma'am.

Transcript of Charles Davis, Individually and as Designated Representative (85 to 88)
Conducted on April 11, 2024

---

85

1 handled most of that conversation and
2 communication with USA Football directly.
3     Q. But at some point, you came to
4 understand what you've just testified about in
5 terms of your commitment not to use USA Flag at
6 least during a certain time period; is that
7 correct?
8     A. Yes, I was made aware of that term.
9 I'm sure I had to agree to it also.
10     Q. Did you -- did you-all use USA Flag
11 during the time period when you had agreed not
12 to?
13     A. To my knowledge, no.
14     Q. Okay. I'm handing you what is marked
15 as Exhibit Number 33.
16         (Exhibit 33 was marked.)
17     Q. This is beginning Bates USAFB 689.
18 This is the Event Collaboration Agreement
19 between, at this time, FFWCT it says instead of
20 kind of the long form and USA Football, and it's
21 effective March 1, 2021.
22         Do you see that?
23     A. Yes.
24     Q. Is this a -- a document that you have
25 seen before?

---

86

1     A. I believe so, yes.
2     Q. Do you recall what the purpose of
3 this agreement was?
4     A. To my knowledge, it was the agreement
5 that outlined our partnership to allow them to
6 scout at our events, to allow them to have
7 on-site assets at our events. We did some
8 digital things together as well. And then during
9 this contractual time, we would not use USA Flag
10 as a forward-facing brand for tournaments and
11 things. I -- I believe we had the camps already
12 and were already doing those, but I don't think
13 those were an issue or a part of this, to my
14 knowledge.
15     Q. Okay. And you've mentioned several
16 times this concept of -- of not using Flag as a
17 brand during the term of the agreement.
18     A. Yes.
19     Q. Are you referring to paragraph 4c on
20 page 690 --
21     A. 690.
22     Q. -- as the provision that provides
23 that requirement?
24     A. I would assume so, yes.
25     Q. Okay. What was your understanding at

---

87

1 this time about setting aside the contractual
2 agreement about whether or not there were other
3 legal issues with you using USA Flag?
4         MR. HAYNES: Objection. Form.
5     A. Could you ask the question again. I
6 don't understand. I'm sorry.
7     Q. Sure. Before this agreement --
8     A. Okay.
9     Q. -- when you-all were talking about
10 and beginning to, for example, file an
11 application for USA Flag --
12     A. Okay.
13     Q. -- did you have any understanding of
14 any potential violations of law that would result
15 from your use of that name?
16     A. The only thing I could recall was
17 that there was a problem that our logo was too
18 similar to USA Football's logo, hence why we
19 changed it.
20     Q. What about problems with the name
21 USA Flag?
22     A. Never heard anything about a name.
23     Q. So no one made you aware before
24 April 20th of -- April of 2020 when the first
25 application was filed, that the name USA Flag

---

88

1 would or could be deemed infringing?
2     A. To my knowledge right now, I do not
3 recall that.
4     Q. Okay. So then you had an
5 understanding under this Event Collaboration
6 Agreement, you-all would stop using the name
7 basically during the term of the agreement;
8 correct?
9     A. For tournaments specifically. I
10 think I vaguely remember them knowing we used it
11 for camps, and that was not a problem.
12     Q. Okay. Does par -- paragraph c
13 doesn't distinguish camps, though; right?
14     A. It doesn't in paragraph c.
15     Q. Okay. When the agreement expired,
16 did you have an understanding about at that time
17 whether there was any risk of being deemed to be
18 infringing if you used the USA Flag name?
19     A. Do I --
20         MR. HAYNES: Objection. Form.
21         Go ahead.
22     A. Do I -- again, I'm asking for
23 clarification. Could you just clarify the
24 question for me one more time.
25     Q. Yeah, sure.

349

```
1  status as governing body?
2       A. Yes.
3       Q. And do you agree with me that if they
4  explain to the Court in this case that they were
5  not unclear that they understood that
6  USA Football was the RSO, that USA Football was
7  the single IFAF member, is it still USA Flag and
8  FFWCT and your position that you didn't get the
9  deal because of USA Football?
10         MR. HAYNES: Objection. Form.
11      A. I believe that was the heavy factor
12 in it, yes.
13      Q. Okay. I'm giving you a hypothetical.
14      A. Okay.
15      Q. If USA -- or if -- if the NFL gives
16 testimony in this case that says we weren't
17 confused. When we said governing body in those
18 meetings to Chuck Davis, we knew that we meant
19 RSO and we meant IFAF and U -- USA Football was
20 RSO and was the IFAF member, do we still have a
21 problem with USA Football?
22         MR. HAYNES: Objection. Form.
23      A. I -- I still believe so, yes.
24      Q. Explain that to me.
25      A. I still believe they were
```

350

```
1  misrepresenting themselves, and, you know,
2  regardless of what people would say now, at that
3  point in time, I do not believe they understood
4  that. But that is how I understand it in my
5  currency. Now, can I speak on what they actually
6  know or not, I -- I can't. I can't give you a
7  definitive answer either way.
8       Q. And I understand. I'm asking you if
9  your assumption is proven incorrect, okay, if the
10 NFL testifies we knew exactly who was who and
11 what was what -- we understand Chuck Davis might
12 have been confused -- we, NFL, were not
13 confused --
14      A. Uh-huh.
15      Q. -- then you agree with me there's no
16 basis for a continuing claim against USA Football
17 for loss of the NFL deal.
18         MR. HAYNES: Objection. Form.
19      A. I -- I can't give you my answer for a
20 hypothetical. It'd have to actually happen and
21 me be in that situation. Sorry.
22      Q. Okay. But the sole reason that you
23 believe that the 465 lawsuit is a good lawsuit is
24 because you believe that the NFL had a
25 misunderstanding about USA Football's national
```

351

```
1  governing body status; correct?
2       A. Do I believe that's the sole reason?
3       Q. Yeah.
4       A. I do not believe that's the sole
5  reason, no.
6       Q. Okay. What else?
7       A. I believe there's a few factors.
8  Even if what you're saying is true, they still
9  allowed USA Football to occupy that spot in their
10 hierarchy of what they view football as. So I
11 don't think by misrepresenting yourself you can
12 put yourself in a spot and not have an unfair
13 advantage over someone else. I just don't think
14 that's accurate.
15         So that's another part of it. I
16 think there are a lot of different factors into
17 that, but I think those are the two most privy to
18 your client.
19      Q. Okay. But remember, we're operating
20 in a world where NFL's not confused in the way
21 that you think they're confused.
22      A. Okay.
23      Q. In that world, whose decision is it
24 at NFL to allow USA Football to operate what you
25 call that vertical?
```

352

```
1          MR. HAYNES: Objection. Form.
2       A. I'm not privy to whose decision that
3  would be. I'm sorry.
4       Q. Is it the NFL's decision?
5       A. Ultimately it would be the NFL's
6  decision to do what they want in their -- in
7  their side, yes.
8          (Exhibit 70 was marked.)
9       Q. This is Exhibit 70. This is CH 69.
10 And this is a string of emails about the Tampa
11 VIP visitors list.
12      A. Uh-huh.
13      Q. And the -- the email I want to ask
14 you about is your email, which is the second one
15 from the top -- or excuse me -- November 19,
16 2022.
17      A. Okay.
18      Q. I think you're writing to the same
19 group -- Curt, Nicole, Steve, Travis -- and also
20 a J. Shelton that I think I have been told was
21 Steve's intern.
22      A. Yes.
23      Q. And you say -- this is about your
24 Tampa -- your signature Tampa event that's in
25 January every year; correct?
```

```
                                              353
 1      A. Yes.
 2      Q. Okay. And you say: Everyone's
 3  reaction and perception of us in our series
 4  always changes for the better once they see it in
 5  person.
 6      A. Yes.
 7      Q. Do you see that?
 8      A. Yes.
 9      Q. And in general, this -- this string
10  is about inviting various people from across the
11  industry to come to Tampa; right?
12      A. Yes.
13      Q. And this is after you've concluded
14  that the NFL deal is not going forward; correct?
15      A. As it had stood, yes.
16      Q. Okay. And what do you mean
17  everyone's reaction changes for the better once
18  they see it in person?
19      A. Traditionally when people think of
20  flag football, they think of it as still as this
21  backyard, kind of goofy thing that, you know, is
22  not that big of a deal. And then they come to
23  our World Championships and are just completely
24  blown away at the scale of it, at the size of it,
25  the scope of it, how it looks, the atmosphere of
```

```
                                              354
 1  it, and their perception of the entire sport and
 2  us just changes for the better in most regards,
 3  honestly.
 4      Q. And then so that -- that comment by
 5  you doesn't have anything to do with, for
 6  example, everyone thinks there's going to be a
 7  bunch of weed and fights and it's --
 8      A. No.
 9      Q. -- not as bad as they think?
10      A. No.
11      Q. Okay. That's not what you had in
12  mind there?
13      A. No.
14      Q. Okay. This is Exhibit 71.
15         (Exhibit 71 was marked.)
16      Q. This is CH 59. This is November 29,
17  2022, from you to Steve, Travis, Nicole, Jay
18  Shelton, and you are asking in your number 1:
19  (As read) What do we need to do next in order to
20  get our propositions in front of NFL PA, Trust,
21  and Foundation?
22         Do you see that?
23      A. Yes.
24      Q. Tell me what you meant by that.
25      A. Yeah, so Steve and Curt wanted to
```

```
                                              355
 1  have a pivot strategy. After we were
 2  unsuccessful and -- and kind of get that
 3  conversation with Izell, they wanted to approach
 4  the other entities under the NFL umbrella, which
 5  included PA, Trust, and Foundation.
 6      Q. Okay. If -- your testimony to me
 7  today has been the reason why the NFL wouldn't
 8  move forward with you is because they had a
 9  misunderstanding about USA Football's status;
10  correct?
11      A. Yes.
12      Q. So why would you expect a different
13  outcome with NFL PA, Trust, or Foundation?
14      A. They're completely governed
15  completely differently across the board. The NFL
16  operates individually amongst those entities,
17  sometimes even -- even at odds and opposition and
18  competition with each other, so...
19      Q. It wasn't that you thought maybe they
20  would be less confused?
21      A. No.
22      Q. And it wasn't because Izell wouldn't
23  be part of those arrangements?
24      A. Izell not being a part of those
25  arrangements definitely played a factor in it,
```

```
                                              356
 1  because if he sits in -- in the realm or
 2  USA Football sits in the realm, we don't have to
 3  deal with them.
 4      Q. Why didn't you want to deal with him?
 5      A. Because apparently those were going
 6  to be points of contention for moving forward.
 7      Q. Points of contention that would make
 8  it clear that the deal was not going to happen?
 9      A. In those regards, yes.
10      Q. This is going to be
11  Exhibit Number 72.
12         (Exhibit 72 was marked.)
13      Q. This is CH 40. This is from you --
14  was there -- did you get any response, other than
15  what was reflected here -- sorry, on the last
16  one -- on 71, Chuck -- did you get any response
17  from Steve or Curt besides what's reflected at
18  the top of 71?
19      A. No. I -- Exhibit 71?
20      Q. Yeah.
21      A. Not via email. I believe we talked
22  on the call a couple of times. We would talk
23  pretty frequently.
24      Q. Did you make any progress on NFL PA,
25  Trust, or Foundation?
```

373
1  involves communication with your lawyers.
2        THE WITNESS: Okay.
3        Q. How much subpoenas do you understand
4  that I have prepared for Steve Neil?
5        A. I just know that were going to serve
6  him the one subpoena.
7        Q. Okay. And what I want to know is if
8  you've talked to him and told him not to accept
9  it?
10       A. No. No, I have not.
11       Q. Do you know if I've served a subpoena
12 on him?
13       A. I just know that you were going to.
14 I don't know anything after that.
15       Q. Okay. Curtis told me something to
16 the effect of Steve saying, You're going to have
17 to find me basically. And I'm curious whether
18 Steve has said that to you also?
19       A. I have not had a communication with
20 Steve or Curt.
21       Q. Okay. Do you know whether
22 Steve Neil's business address at Nyne Global is
23 200 Miranova Place?
24       A. I could not tell you what their
25 address is.

374
1        Q. Okay.
2        A. I haven't mailed them anything or
3  been there.
4        Q. Do you know if Steve Neil moved in
5  the last 60 days?
6        A. In the last -- I couldn't tell -- I
7  haven't had any conversations with Steve or Curt.
8        Q. Okay. So if I can't find him, it's
9  not because you told him to hide?
10       A. Definitely not.
11       Q. Okay. Do you know -- oh, my gosh.
12 I'm not going to know his first name.
13       You-all have hired an expert in this
14 case with the last name Porter.
15       Does that ring a bell?
16       A. I'm not privy to the experts' names.
17 I'm sorry.
18       Q. Okay. Do you know that somebody on
19 your behalf has submitted a report saying how
20 much money you-all should be entitled to as a
21 result of your lawsuit?
22       A. I am aware that there was an expert
23 that re -- prepared a report, yes.
24       Q. Okay. Do you -- are you aware the
25 expert was depose?

375
1        A. I -- I believe I am aware of that. I
2  vaguely remember.
3        Q. Did you read that transcript?
4        A. I don't believe I did, to my
5  knowledge right now. Sorry.
6        Q. If your expert testified about
7  mathematical errors in his report as a result of
8  mathematical errors in some of the proposals made
9  to the NFL, do you have any reason to say that
10 testimony's not right?
11       A. I don't. I wouldn't be privy to his
12 -- his calculations or computations. I'm -- I'm
13 no expert for sure.
14       Q. How much money -- as we sit here
15 today, how much money are you hoping to achieve
16 by filing a lawsuit against USA Football?
17       A. I'm not hoping to achieve any kind of
18 specific number. That's up to the Court. I have
19 no -- no dog in that fight, so to speak, in the
20 number or request.
21       Q. You have no dog?
22       A. As a specific number like, oh, I want
23 $7, like I -- that's totally up to the Court.
24       Q. Okay. But you believe you're
25 entitled to some money from USA Football?

376
1        A. I believe so, yes.
2        Q. Has USA Flag ever described itself as
3  a governing body or anything along those lines?
4        MR. HAYNES: Objection. Form.
5        A. I believe we've called ourselves a
6  governing organization or -- I know we've called
7  ourselves a governing organization for sure. I
8  don't know if we've ever called ourselves an NGB,
9  maybe like a self-appointed governing something,
10 maybe. I couldn't recall specifically.
11       Q. Where would you have called yourself
12 something like that?
13       A. Maybe in our rules or in "About Us"
14 section probably.
15       Q. And who is responsible for that
16 content?
17       A. Travis mostly does all the website
18 content.
19       Q. This is Exhibit 77.
20       A. Okay.
21       (Exhibit 77 was marked.)
22       Q. It doesn't have a Bates number on it,
23 but it was filed with the Court. On page 2 of
24 this document, you see some highlighted language.
25       Well, first of all, what is this?

377

1  A. This looks like our general rules on
2  our website.
3      Q. Okay. And from the date on this when
4  it was printed, I believe that it reflects that
5  it was printed on July 6, 2023.
6      Do you see that?
7  A. I do.
8      Q. Okay. And it says: (As read) We
9  declare USA Flag the self-appointed national
10 governing organization of the sport of flag
11 football through common consent of our
12 participating teams.
13     Do you see that?
14 A. Yes.
15     Q. Okay. So what's -- what does that
16 mean?
17 A. Because a lot of teams, players all
18 view us as kind of the pillar in flag football in
19 playing our events in -- in -- in -- in large
20 quantities, we believe we're a governing-type
21 organization that dictates rules, dictates
22 competition, hosts competitions, and organizes
23 events. So by that theory we make that
24 statement.
25     Q. Where did you get the understanding

378

1  that there could be a self-appointed national
2  governing organization?
3      A. Just by kind of going through the
4  years and seeing other organizations do the same
5  thing, we assumed we can do the same thing as
6  well.
7      Q. What other organizations have done
8  that?
9      A. Other various organizations we've
10 seen in softball, we've seen in other -- other
11 sports are kind of self-appointed governing
12 organizations. We didn't feel that saying like
13 we were a governing body specifically was
14 allowed. We thought that was a protected mark
15 with those specific three letters and that
16 specific phrasing of the three words those three
17 letters represent. So we tried our best to not
18 -- not do that because we -- we thought that
19 was -- you know, you had to have some type of
20 certification or clearance to use that.
21     Q. Okay. And so the second highlighted
22 section says US --
23     MR. HAYNES: Objection.
24 Nonresponsive. Sorry.
25     Q. -- says: USA Flag is the ultimate

379

1  governing body for all forms and styles of the
2  sport.
3      So you just told me about how
4  sensitive national governing body is.
5      A. Correct.
6      Q. But you felt like ultimate governing
7  body did not cause that same connotation for
8  someone who is understanding or -- or reading
9  those words?
10     A. Correct.
11     Q. So the average person would know, oh,
12 this isn't the national governing body, it's the
13 ultimate governing body?
14     A. I wouldn't be privy to what the
15 average person would know. I'm sorry.
16     Q. Well, you just gave me a big
17 explanation about how important it was not to say
18 those letters in a row, and I think those letters
19 you were referring to were NGB.
20     A. Correct.
21     Q. But UGB, fair game in your mind?
22     A. Yes.
23     Q. Why?
24     A. Because, again, I believe the term
25 specifically "national governing body" right in a

380

1  row, those three letters sequentially are
2  protected, as well as the acronym "NGB" are
3  federally protected. So we don't use those --
4  those three.
5      Q. How would someone reading this know
6  the difference between and ultimate governing
7  body and a national governing body?
8      A. I'm not --
9      MR. HAYNES: Objection. Form.
10     A. I'm not for sure.
11     Q. Well, what do you hope somebody
12 thinks you do by calling yourself the ultimate
13 governing body?
14     A. That we govern the sport of -- of
15 flag football per our events.
16     Q. Do you agree that the word "ultimate"
17 connotes, like, top dog, main one, most
18 important?
19     A. I would agree with that acronym.
20     Q. Okay.
21     A. Or synonym.
22     Q. Then this language that we're looking
23 at, if I told you that I had seen that on other
24 parts of your website, would you be surprised by
25 that?

381

1   A. The ultimate governing body and the
2   governing organization specifically?
3   Q. Correct.
4   A. Would I be surprised if they're other
5   parts of the website?
6   Q. Yeah.
7   A. I would not be surprised.
8   Q. Okay. Did there come a time where
9   you decided for the website to say something
10  else?
11      MR. HAYNES: Objection. Form.
12  A. I'm -- I'm not sure. I've not privy
13  to all website updates. That would be more along
14  of a Travis question. He does all of our website
15  updates.
16      (Exhibit 78 was marked.)
17  Q. This is Exhibit Number 78. This is
18  a -- the same page of your website --
19  A. Okay.
20  Q. -- except it was printed on July 13th
21  instead of July 6th.
22      Do you see that?
23  A. Yes.
24  Q. And do you agree with me that the
25  language that is highlighted are just different

382

1   words?
2   A. Yes.
3   Q. Okay. Do you know why those changes
4   were made during in between July 6th and
5   July 13th of 2023?
6       MR. HAYNES: Objection.
7       Don't answer that to the extent that
8   it calls for you to reveal attorney-client
9   privileged information, if at all.
10  A. I would not be privy to that
11  information on the update.
12  Q. Do you know that between the dates of
13  July 6th and July 2023, we had filed something
14  with the Court notifying the Court about the
15  language in Exhibit 77?
16  A. I wouldn't be privy to that specific
17  instance. I'm sorry.
18  Q. You don't know whether changes to the
19  website were made as a response or as a result of
20  our making that disclosure to the Court?
21      MR. HAYNES: Don't answer that if it
22  requires you to reveal any communications with
23  your counsel, if at all.
24  A. I -- I don't -- I'm not privy to that
25  information off the top of my head.

383

1       MS. RICCHIUTO: Let's go off the
2   record for a couple of minutes.
3       MR. HAYNES: Take a restroom break.
4       MS. RICCHIUTO: Yes, of course.
5       THE VIDEOGRAPHER: Off the record at
6   5:17 p.m.
7       (Break from 5:17 p.m. to 5:29 p.m.)
8       THE VIDEOGRAPHER: The time is
9   5:29 p.m. We're back on the record.
10  Q. (BY MS. RICCHIUTO) Mr. Davis, we are
11  going to look at Exhibit Number 79 in a minute.
12      But first I want to ask you is it
13  USA Flag's goal to become the certified national
14  governing body for flag football?
15  A. It would be an aspiration if it's --
16  if it becomes possible for us to do that, that
17  would be great. But it's not a sole, you know,
18  end-all be-all. I think anybody in our position
19  would love to be that, if possible.
20  Q. And is there any difference between
21  being an RSO and being a certified NGB?
22  A. I'm not super privy to the details
23  and inner workings. This is all super -- super
24  new and extremely confusing, so I'm trying to
25  learn it as we go.

384

1       (Exhibit 79 was marked.)
2   Q. This is Exhibit Number 79. This the
3   FFWCT 7481. This is an email from Travis to you
4   and Steve, October 2022, where he has found the
5   membership application to --
6   A. Okay.
7   Q. -- I -- to what? What was -- what
8   application is this?
9   A. I believe this is a member
10  application to be -- to qualify to, I guess, be
11  the governing body for flag football through the
12  USOPC.
13  Q. Okay. Is this something that you've
14  seen before today? I mean, he sent it to you
15  but --
16  A. Yeah, I would assume I've seen it. I
17  mean, I'm not -- I'm, like, oh, I remember seeing
18  it on this day. But I remember seeing it
19  generally.
20  Q. Okay. Do you see on the very first
21  line of the membership application, it says:
22  (As read) Step 1 of the membership application
23  requires the sport organization complete the
24  application and submit it to USOPC.
25      Do you see that?