IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| FFWCT, LLC; USA FLAG, LLC; AND TRAVIS BURNETT, | § § § | |
| Plaintiffs, | § § | Civil Action Nos. 4:23-cv-00465-ALM |
| v. | § § | |
| USA FOOTBALL, INC., | § § | |
| Defendant. | § § | |

**FFWCT, LLC'S, USA FLAG, LLC'S, AND TRAVIS BURNETT'S MOTION TO SEAL DOCUMENTS DESIGNATED AS CONFIDENTIAL OR ATTORNEYS' EYES ONLY**

Pursuant to Local Rule CV-5(a)(7), FFWCT, LLC, USA Flag, LLC, and Travis Burnett (collectively "USA Flag") move for leave to file under seal two exhibits in connection with their Sur-Reply in opposition to USA Football's motion for summary judgment regarding "national governing body" in Civil Action No. 4:23-cv-00465-ALM. Both of these documents has been designated as Confidential or Attorneys Eyes Only by one or more parties or a non-party to this matter, pursuant to the Protective Order (Dkt. 21).

The documents to be filed under seal are referenced in the Declaration of Mark D. Nielsen, filed concurrently herewith ("Nielsen Decl."), and include:

1. Exhibit 1 to the Nielsen Decl. – Excerpts from the deposition transcript of Curtis Hollomon, which have been designated either Confidential or Attorneys Eyes Only by USA Flag.

2. Exhibit 2 to the Nielsen Decl. – Excerpts from the deposition transcript of Charles Davis, which have been designated either Confidential or Attorneys Eyes Only by USA Flag.

Accordingly, in compliance with Local Rule CV-5(a)(7)(E) requiring sealing of "information that has been designated as confidential or proprietary under a protective order,"

USA Flag respectfully requests that these documents be sealed and admitted into evidence with their Sur-Reply in opposition to USA Football's motion for summary judgment regarding "national governing body."

USA Flag further respectfully requests that if for any reason any portion of this Motion is denied, the Court not strike the documents (as contemplated by Local Rule CV- 5(a)(7)(E)), but instead allow them to appear on the docket unsealed.

<table>
<tr><td>Date: July 5, 2024</td><td>Respectfully submitted,<br><br>**SCHEEF & STONE, L.L.P.**<br><br>*/s/ Mark D. Nielsen*<br>**Mark D. Nielsen**<br>Texas Bar No. 24062361<br>Mark.Nielsen@solidcounsel.com<br>**Bryan Haynes**<br>Texas Bar No. 09283520<br>Bryan.Haynes@solidcounsel.com<br>2600 Network Blvd., Suite 400<br>Frisco, Texas 75034<br>(214) 472-2100 Telephone<br>(214) 472-2150 Fax<br><br>**Michael C. Smith**<br>Texas Bar No. 18650410<br>Michael.Smith@solidcounsel.com<br>113 East Austin Street<br>Marshall, Texas 75670<br>(903) 938-8900 Telephone<br><br>**ATTORNEYS FOR FFWCT, LLC, USA FLAG, LLC, AND TRAVIS BURNETT**</td></tr>
</table>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on July 5, 2024, a true and correct copy of the foregoing was electronically filed with the Court using the ECF system, which will send a notification of the filing via electronic mail to all counsel of record.

*/s/ Mark D. Nielsen*
Mark D. Nielsen