**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **FFWCT, LLC; USA FLAG, LLC; AND TRAVIS BURNETT,** | § § § | |
| **Plaintiffs,** | § § | **Civil Action Nos. 4:23-cv-00465-ALM** |
| **v.** | § § | |
| **USA FOOTBALL, INC.,** | § § | |
| **Defendant.** | § | |

**ORDER GRANTING MOTION TO SEAL DOCUMENTS**

The Court, after reviewing FFWCT, LLC, USA Flag, LLC, and Travis Burnett's (collectively "USA Flag") Motion to Seal Documents, enters this Order GRANTING the USA Flag's motion and deeming the following documents, which are exhibits submitted with USA Flag's Sur-Reply in opposition to USA Football's motion for summary judgment regarding "national governing body" in Civil Action No. 4:23-cv-00465-ALM, filed under seal as of July 5, 2024, the date the Sur-Reply was filed:

1.      Exhibit 1 to the Nielsen Decl. – Excerpts from the deposition transcript of Curtis Hollomon.

2.      Exhibit 2 to the Nielsen Decl. – Excerpts from the deposition transcript of Charles Davis.