**373**

1  made it better, that's all I know.
2      Q.  Okay.  So you don't know what the
3  state was before and what the state was after?
4      A.  Not in any form of certainty, no.
5      Q.  Okay.  And do you know if it
6  accomplished what it was intended to accomplish?
7      A.  My understanding is that -- that
8  this -- yes.  I guess.  I don't know.  I hope so.
9  I don't know.
10     Q.  But you don't know what -- exactly
11 what that was?
12     A.  I really don't.
13     Q.  Okay.  Number 85 in your stack is the
14 Flag Football World Championship Tour balance
15 sheet as of December 31, 2023.
16     A.  Okay.
17     Q.  And there are a few financial
18 documents that you-all have produced in this case
19 that look like this.  Is there a particular
20 system that these are run out of, or does your
21 accountant keep your books?  How does that work?
22     A.  He keeps our books and they are run
23 out of QuickBooks.
24     Q.  Okay.  And I asked Chuck this
25 yesterday but just in case, is there a document

**374**

1  like this or a similar financial statement for
2  USA Flag?
3      A.  Yes.
4      Q.  It has its own books?
5      A.  It does.
6      Q.  Okay.
7      A.  It's very easy because there's not
8  much there.
9      Q.  Nothing besides the payments in and
10 out to Natalie; right?
11     A.  Yeah, I believe.  And payroll --
12 whatever normal payroll expenses and stuff.
13     Q.  Okay.  And I asked him this
14 yesterday, and I want to ask you this.
15     Is there any line item on this
16 balance sheet that reflects your view about the
17 value of the USA Flag trademark?
18     A.  It reflects the view of the value?
19     Q.  Do you believe that -- that the
20 USA Flag brand has a value?
21     A.  Yes.
22     Q.  Do you know what the value is?
23     A.  No.
24     Q.  Is it something that is reflected on
25 any of your financial statements?

**375**

1      A.  I don't know what that means.
2      Q.  Well, could I look in here --
3      A.  You mean from an acquisition
4  standpoint?
5      Q.  No.  From an asset perspective.  Like
6  you've got a line item here, total current
7  assets, and I'm trying to figure out is any
8  amount in the total current assets line
9  attributable to a brand valuation?
10     A.  I would say no.  I mean, our
11 accountant would -- I've never gone over anything
12 like that with our accountant.  I don't think he
13 would have any information to do that on his own,
14 so I don't believe so.
15     Q.  You've never had a evaluation done?
16     A.  We have not.  Not officially.
17     Q.  Tell me about Paul Sarvadi's
18 involvement with FFWCT and USA Flag.
19     A.  He's our investor.  As I mentioned,
20 he's a silent partner so he's in our -- what that
21 means for us, the normal term -- oh, sorry --
22 that he basically believes in our vision,
23 believes in what we're doing, and has contributed
24 funds to help us accomplish them.
25     Q.  How does he know what your vision is

**376**

1  and what you're doing?
2      A.  From me.
3      Q.  How often do you talk to him?
4      A.  Maybe -- typically, maybe once a
5  month.
6      Q.  Do you call him or he calls you?
7      A.  Typically I would call his secretary.
8      Q.  And ask to speak with him?
9      A.  Yes.
10     Q.  Okay.  Is he a busy guy?
11     A.  Yes.
12     Q.  What sorts of things do you tell him
13 about when you call him?
14     A.  It just depends on what the topic of
15 the day is.  Typically I'm giving him updates or
16 asking him for -- giving him some insight on what
17 we're doing and -- and seeing what his opinion
18 would be or potentially as like an advisor type.
19     Q.  As an advisor type did you say?
20     A.  Yes, ma'am.
21     Q.  If you wanted to sell USA Flag, would
22 you need his consent to do that?
23     A.  I mean, I think -- I don't know what
24 a the legal answer to that is meaning that he's a
25 third party, he is an actual investor, so I would